# United States District Court
## Southern District of Florida

Case Number: *17-22197 MC-UNA*

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

<u>Documents Retained in Supplemental Case Files</u> (Scanned (or Not Scanned))

<u>Civil Case Documents</u>
- ___ • Handwritten documents/pleadings (i.e., pro se)
- ___ • Poor quality scanned images
- ___ • Photographs
- ___ • CD, DVD, VHS tapes, cassette tapes
- ___ • Surety bonds
- ✓ • Exhibits that cannot be scanned (e.g., objects) *Box of Exhibits*
- ___ • Bound extradition papers
- ___ • Jury verdict
- ___ • Jury notes (unredacted)
- ___ • Jury selection materials (seating charts, challenges, etc.)

<u>Criminal Case Documents</u>
- ___ • Handwritten documents/pleadings (i.e., pro se)
- ___ • Poor quality scanned images
- ___ • Photographs
- ___ • CD, DVD, VHS Tape, Cassette Tapes
- ___ • Bond documentation
- ___ • Exhibits that cannot be scanned (e.g., objects)
- ___ • Indictments
- ___ • Arrest warrants
- ___ • Jury verdict
- ___ • Jury notes (unredacted)
- ___ • Jury selection materials (seating charts, challenges, etc.)

Date: *6/13/2017 MC*

Revised: 8/20/2012