## TABLE OF CONTENTS

1. Selected Excerpts of Panamanian Code ............................................. Court Ex 001-017
   *Translated Document - Extractos Seleccionados del Código Panameño*

2. Statement of Dr. Silvio Guerra Morales ............................................ Court Ex 018-067
   *Translated Document - Declaración Jurada de Dr. Silvio Guerra Morales*

3. Declaration of Roberto J. Moreno (Imputacion) .................................. Court Ex 068-074
   *Translation Forthcoming - Opinión Experta de Roberto J. Moreno (Imputación)*

4. Interview of Vice President Isabel de Saint Malo de Alvarado ............... Court Ex 075-102

5. Affidavit of Ismael Pitti ................................................................. Court Ex 103-118

6. Affidavit of Ronny Rodriguez Mendoza ............................................. Court Ex 119-127

7. United States Department of State Human Rights Report ..................... Court Ex 128-158

8. Interview of Judge/Prosecuting Magistrate Harry Diaz ........................ Court Ex 159-164

9. Opinion of Central American Court of Justice ................................... Court Ex 165-177
   Re: Former Panamanian President Espino.

10. Declaration of Roberto J. Moreno (Embezzlement) ............................ Court Ex 178-185
    *Translation Forthcoming - Opinión Experta de Roberto J. Moreno (Delitos)*

11. International Police Organization Order .......................................... Court Ex 186-193
    *Translated Document - Orden de Organización Internacional de Policía*

12. Declaration of Roberto J. Moreno (Pitti Declaration) .......................... Court Ex 194-200
    *Translation Forthcoming - Opinión Experta de Roberto J. Moreno (Declaración Pitti)*