*Yassir A. Purcait S.*

Panama, June 20 of 2017

Magistrate
EDWIN G. TORRES
Florida's South District Court
United Stares of America

Mr. Magistrate,

My name is Yassir Purcait Saborio, Panamerican citizen, 46 years of age, and father of two childres 8 and 12 years of age. Businessman, Politician and former Congressman of Panama during two periods, from 2004 to 2009 and from 2009 to 2014

Today, I address you as a victim and complainant in the penal process for the crimes of violation of intimacy and others, which is currently in process in the Panama Republic, against Panamanian citizen Ricardo Martinelli Berrocal, who is currently under arrest in the State of Florida, United States of America, and for whom I understand an extradition request has been placed by Panama's Supreme Justice Court, in one (1) of the multiple penal causes upon which the referred citizen is yet to appear for hearings.

During Panama's presidential term from 2009 to 2014, I was, as many other Panamanians, a victim of abuse of power, harassment, and other actions that violate Panama's Law, and my fundamental rights (intimacy, dignity, honor). These violations have been denounced as part of the penal process that is under way in our Country against who today is Panama's former president, Ricardo Martinelli Berrocal, who I have accused at the competent tribunals for the presumption of having executed phone tapping, interception of my personal communications, stigmatization, political persecution and false accusations endorsed to negatively affect my honor, dignity and family stability. The evidence accumulated by Panama's prosecutors and which most surely are part of the extradition request, provide sufficient proof of the aggressions perpetrated against me and the people responsible of it.

I believe that Mr. Ricardo Martinelli is not afraid of Justice, which is reasonable to think considering that just months ago I was again a victim of aggressions and verbal attacks in different social media platforms by a person using the user name Ricardo Martinelli, just during the days when I made questions about the inappropriate behavior of Mr. Ricardo Martinelli, who apparently has decided to stay within United States territory to abuse the advantage of being outside of his victim's and Judge's jurisdiction.

It is publicly and notoriously known in our country that Mr. Martinelli is pending to appear in front of the Panamanian Justice for multiple judicial processes that have been opened due to the commission of grave violations of penal laws. These involve the possible defalcation of public funds and other

possible corrupt practices, many of which are connected to aggressions against his critics and other actors of our Society. In my opinion, Mr. Martinelli is an artist in the trade of manipulation who without any kind of shame can be seen one day riding a bicycle and the next day state that he suffers a cardiac affection to avoid facing the consequences of his wrong doing. I consider that this conduct shows his desire to act above the Constitution and the rule of Law, without showing any kind of empathy for his fellow citizens.

Your Honor, just before writing these brief words, I heard the following phrase from my 12-year-old daughter, just after she heard my intentions to write this letter to You, as I was confiding them to my Wife: "Daddy, why are you going to write a letter to The Judge if it is impossible for People like Martinelli to be judged with Justice. He is rich and he was a President of Panama! It is dangerous and something could happen to you! It is impossible that something is done with him as it would be done with a normal person". It is sad and painful that Our Children, since their early ages, develop the perception that in Our Country, Justice does not reach us all equally, but I am convinced that in this occasion we are facing an opportunity to make a big twist in History, far beyond the individual request for Justice. Without the intention to anticipate judgements nor being motivated by vengeance, I value this as an important development for the future of Our Nation, that once and for all, a powerful citizen who has managed to break the law and confused a large portion our population, is obliged to face justice. This will return our Youth the hope for a better society led by a government in favor of the common well-being. And as you well said it: "A Society that loses its sense of rage when faced with Injustice is condemned with extinction". That is what Ricardo Martinelli tried to do in Panama, he tried to deform our Society and distort our values so he could perpetrate different kinds of crimes, but he failed.

Today, we request Ricardo Martinelli's presence in Panama so he can take responsibility for his crimes, so in strict legality he can face the charges that he is accused of in our country, and for which there is a vast number of documents of undisputable proof. Here, the guarantees of independence of the law are contained within the Constitution.

Your Honor, with all due respect, I ask that you allow our country and its people, especially its youth, within our own soil, to see that nobody is above the law, that the individual respect of every person is what guarantees the development of a society with values, because the next phrase that I want to hear from my daughter is that "Panama is a country where The Justice ensures that society's values are protected and there is no room for impunity".

I thank you beforehand for your attention to this letter and in the name of the Panamanian families, we hope that justice is made. In the humblest way, I request that you are Implacable and relentless in the decision to extradite Mr. Ricardo Martinelli Berrocal to our Country.

Yours Sincerely,

Yassir Purcait Saborio