CRIMINAL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

U.S. MAGISTRATE JUDGE EDWIN G. TORRES

James Lawrence King Federal Justice Building 10th Floor - Courtroom 5
June 20, 2017

**Clerk: Maedon Clark**                                                                 **D.A.R.: 14:15:53 -16:07:51**

17-22197-MC-UNA

IN RE: THE EXTRADITION OF
RICARDO ALBERTO MARTINELLI BERROCAL
*Marcos Jimenez, Esquire*
*John Byrne, Esquire*

UNITED STATES OF AMERICA
*Adam Fels, Assistant U.S. Attorney*
*Christopher Smith, U.S. Department of Justice*

**REASON FOR HEARING**        **REPORT RE: COUNSEL AND**
                              **DETENTION HEARING**

**RESULT OF HEARING**         Argument heard.

                              Order will be issued.