# ATTACHMENT B



Proposal for

# Intelligence Technologies

## Phase 1

### M.L.M Protection - Israel

Submitted to:  Presidential office – Panama

Police - Panama

Prepared by  Sharon Botzer - Co-CEO & Director

M.L.M Protection Ltd.

Date:  March  2010



RAMB000937

# PSS
# Pc Surveillance System

## Proposal
## For Panama Police
## March 2010



RAMB000938



## 1. General

The following proposal is submitted to Panama Police following a forwarded request to MLM Protection, in March, 2010. This proposal includes the PSS system description and the terms, which any potential customer will be required to sign with us in order to comply with the Israeli law.

Signing this proposal will be considered as a full acceptance and create a binding Agreement between MLM - Protection and the customer, according to the terms and conditions specified in this proposal hereinafter.

This proposal will be submitted to the customer only, and it is hereby clarified that the customer shall not transfer and/or sell the PSS system and/or any part thereof, in any way whatsoever, with return or without, to any person or entity whatsoever (whether affiliated or not).

In addition, it is clarified that a pre-condition to executing any delivery of documents or software according to this proposal shall be the receiving by MLM - Protection of the appropriate certificates from the Israeli exporting supervision authority in the Israeli Ministry of Defense to the export of the PSS system to the customer. In case that certificate shall not be achieved, the Agreement shall be terminated.

## 2. Introduction

Personal computers play an important role in the management of operation within any organization; and illegal organizations are no exception.

Intelligence gathering by law enforcement cannot be considered complete without a system that enables stealth information gathering from suspects' computers in order to intercept raw data, Excel sheets, mail messages, pictures and audio, all may be related to illegal activity.

**PSS (PC Surveillance System)** was built in order to enable covert information gathering from selected target computers.



## 3. The Solution

The solution is based on the following main principles:

1. Continuous virtual contact with the target in order to gather information routinely or define and get the required information on demand
2. Stealth operation in order to hide its existence from the target
3. Avoidance / minimization of the required physical contact with the target

The PSS agents will be silently installed into the target computers, using one of the supplied infection methods. They will be always kept in shadows using several stealth methods. The stealthy envelope of the PSS agents will be uniquely adapted to the customer.

These agents will receive operator's commands in order to acquire the target's required data, using the supplied acquisition modules such as files inquiry, audio captures, keyboard logger and much more. The data will be customer-uniquely encrypted and sent by communication.

The communication infrastructure is based on a couple of Transactions Servers, installed on hosted machines in the Internet. These servers will channel the agents' data to the Control Center, which will reside at the Customer premises and will serve for downloading agents' data and for uploading agents' commands.

This system structure ensures a silent and stealthy functionality and eliminates any kind of exposure by using several 'security circles': stealthy agents, unidentified Transactions Servers and a Control Server, which is completely unknown to the target.



RAMB000940

The following are illustration diagrams of PSS Attacking and Production processes:



RAMB000941

## 4. Delivery Process

### 4.1. Deliverables

The following entities will be delivered to the Customer:

**4.1.1.** Detailed User Manual

**4.1.2.** Control Center

**4.1.3.** Factories

    4.1.3.1. Agents Factory

    4.1.3.2. Infection Factory

**4.1.4.** Transaction Server Kit

The Transaction Server Kit enables the remote installation of a "PSS Transaction Server" based on customer's purchase of Hosted Dedicated Servers.

### 4.2. Milestones and Timeline

**4.2.1.** Phase I – Customer preparations phase (ARO + 2 weeks)

- HW purchasing by the Customer
- Dedicated Man Power selected by the Customer

**4.2.2.** Phase II – Delivery phase (ARO + 4 weeks)

- Initial installation at the customer network
- PSS operators and attackers courses

## 5. Maintenance

### 5.1. Ongoing Maintenance

#### 5.1.1. Remote Maintenance

Ongoing maintenance will be provided upon request by the Customer and with a prompt response time. The maintenance agreement covers fixing software implementation flaws (bugs) of the existing features of PSS as presented in this document. Naturally, most cases will be handled remotely, using telephone, emails, Internet.

#### 5.1.2. Onsite Maintenance

In any case of required onsite maintenance, our experts will fly to the customer. However, all flights, accommodation and lodging costs, will be paid by customer.

#### 5.1.3. Ongoing Maintenance Costs

Maintenance period will start from the time of the delivery phase.

### 5.2. Training

#### 5.2.1. Included Training

- Operators training – up to 5 days for up to 5 participants
- Attackers training – up to 5 days for up to 5 participants

#### 5.2.2. Additional Training

Additional training will be provided upon customer request and will be priced separately.



# Circles

## Commercial Proposal

March 2010

RAMB000044

## ABOUT CIRCLES

Circles Technology is a leading provider of network solutions, IMS and Intelligent Network (IN) based solutions. Founded by a team of telecommunications experts, Circles enables security forces to collect, analyze and display mobile user locations in real time, anywhere in the world.

We at Circles strive for excellence and partner with our customers to achieve mutual success.

## FOR MORE INFORMATION

INNO Contact

*Sharon Botzer*

*+972.54 3035370*

*e-mail: sharon@mlm-protection.com*

## Circles

Circles, is a unified solution to collect, analyze and present suspect mobile user location, in real-time anywhere around the world, without arousing any suspicion that they (the suspects) are being tracked.

Circles offer both manual on-line queries and an automatic "Robot" system that manages automatic queries with self-analysis and notifications.

The online information includes:

- User status:  user on \ off, busy \ free
- Location & Usage:  present country/region/city, hosting operator, MSC (switch)
- User Location:  Cell-ID (variable accuracies in urban areas)

The "Robot" module combines the online automatic query capabilities with analysis and reporting to track user status and location:

- Suspect registry onto the mobile network
- Entry / Exit from a predefined country
- Entry / Exit from predefined zone
- Come closer to/farther from other subscribers



## Key Benefits

- Seamless - all queries are not felt by the subscriber, using only network information

- Real time information - performs online network interrogation about subscriber status and locations

- Flexible deployment methods - system installed at customer premises with secured remote access to SS7 hub and one telecom operator, with minimal impact to the network

- Multiple terminal support - delivers information to control stations or mobile handheld terminals

## The service

The Circles System is modular, allowing user organizations to deploy those modules and services that suit their requirements best, while potentially leveraging some legacy infrastructure and software tools. Later, other modules can be seamlessly added, expanding user organization functionality and operational scope, with minimal downtime or additional expense.

### Primary Modules:

### Locator:

The Locator Module provides real-time manual tracking queries as well as automatic queries (robots) to periodically track various suspects. Manual queries are input within seconds, the query is dispatched over the global GSM networks, with a response provided is as little as a few seconds.

Complex queries, defined by sets of rules (e.g. – zone or country entry/exit, proximity of multiple suspects, number and frequency of queries, query type, and query expiration) are easily and intuitively set, providing automatic alerts as soon as the pre-defined alert criteria are met.

There are three manual queries – standard, advanced and import. Standard is an immediate, one-off query. Automatic lets the user manually program a series of queries for a particular suspect, and import does the same, letting the user pull the numbers from an imported list of suspect numbers.



RAMB000947



The Circles system presents query results including information about the hosting country, Cell-ID and location coordinates, clearly on a digital map (when such information is available).

RAMB000948

Mapped query results



## Robot:

The Robots are automatic query and analysis tools, allowing the user to pre-define key criteria to automatically track a suspect.

There are four basic Robots:

### 1 - User on Net:

Notifies when a phone that is presently switched off has been switched back on and logs into a GSM cellular network, enabling the tracking of the phone – anywhere in the world.

### 2 - Safe Zone:

Generates a warning notice when a subscriber enters/exits a pre-defined area or zone. For example – system will alert when suspect get closer to the palace\ parliaments arena:



### 3 - Country Zone:

Enables tracking the status of a phone once it enters/exits a particular country, anywhere in the world.



### 4 - Point 2 Point:

Enables tracking the proximity of two distinct phone numbers to determine if they come closer than or move farther apart than a selectable value.

RAMB000950

### *Analyzer*

The Analyzer module collects, analyzes and presents system query results ("events"), according to various selectable criteria, such as system user, date, or number (MSISDN). This includes analysis of single user data, as well as all users, according to organizational-definable hierarchy and departmental structure criteria and permissions.



Functions     Analyzer results table     Navigation through results

Rapid, easily-presented results tabulate the phone number, user status, Cell-ID for the suspect, the system user who made the query, and the data's time/date (for recency evaluation). A map icon plots the location onto a Google Maps map (or other, if preferred) at the press of a button. With Circles, users can even plot the suspect's route, based on multiple query results by the system.




Analyzer personal phone numbers screen

Analyzer results can be sorted by various relevant criteria, enabling faster, easier sifting through large amounts of results, pinpointing the relevant desired information for subsequent use.




**Suspect route, based on multiple queries**

Team leaders and System Administrators can review and sort their own results as well as those of their entire team for management purposes.

## System Administration

The Circles system comes with a full set of system maintenance and control functions to manage access permissions, passwords, various internal management functions and control of individual user queries (budgeting, limitations, etc.)

## Runner

The optional Runner module provides a powerful extension of the Circles system to field use. It enables investigators in the field to query via SMS, or for their managers to direct them towards a designated target, with real-time distance and directional feedback.

For example – a field agent submits a query via SMS about a subscriber, and the system replies with the location details with respect to the field agent's own location (distance and direction), assisting him to reach his target. e.g. – target is 2.3 km northeast. The system continuously updates the field user for the set period of time, or until the field user cancels the operation.



## The Circles Platform

The Circles platform, integrates management modules with SS7 gateways, analysis algorithms, databases and mapping engines to deliver an end to end solution.

The system includes a dynamic SS7 GW, which connects seamlessly to the mobile network multi-capability functional nodes: HLR, MSC\VLR, SMSC\FDA, SCP (Intelligent Network), USSD & OTA.

The Circles platform was designed according to GSM standards. Internal functions in the node and interfaces with the GSM/UMTS/IMS network are designed using these standards:

- MAP – ITU MAP versions 2, 3 and ANSI IS41 D
- INAP – INAP CS-1, CS-2
- CAP – CAP versions 1,2,3

Circles platform is composed of several hardware modules based on best-of-breed COTS (Commercial Off-The-Shelf) modules produced by leading providers such as IBM and Dialogic.

## SYSTEM CONFIGURATION

### HW Configuration

The Platform is composed of several hardware modules. Hardware is based on best-of-breed COTS (Commercial Off-The-Shelf) modules produced by leading providers such as IBM and Intel.

The High density configuration includes: 2 sets of: IBM 3550 Pizza each one is running the InnoVate system and 2 sets of Dialogic G31 SS7 signaling box.

The following configuration is based on redundancy of "Load sharing" and supports up to 40 TPS (transaction per second) per 1 link.

On 4 links system the platform supports up to 160 TPS.



Below please find the HW architecture in a high density mode of the SS7 hub.



The following offering specified the points and license of Circles platform including the installation of Circles at customer premises and installation one Circles SS7 hub at one of the telecom operator in the country.

| COMPONENT | DESCRIPTION |
|---|---|
| CIRCLES SYSTEM AT CUSTOMER PREMISES — MAIN MODULES | |
| SITE BASE LICENSE | Onetime fee for Circles system |
| AUTHENTICATION CENTER | License for security module – managing system connections to users, SS7 other system modules |
| COLLECTION HUB | License for dispatches module, managing, identify and optimize queries to and from SS7 hubs |
| ANALYSIS SYSTEM | License for evaluates module, analysis all mobile networks in coming events |
| MAP ENGINE | License for map module, presents system results onto digital map engine |
| LOCATION DB | License for system Data Base, module, store and system and location information |
| NMS | License for system management system module |
| CIRCLES HW PLATFORM | Hardware and Software to be install at customer premises including 3RD party SW licenses |

| COMPONENT | DESCRIPTION |
|---|---|
| CIRCLES SYSTEM AT CUSTOMER PREMISES – SYSTEM LICENSES | |
| SYSTEM SOFTWARE LICENSES | Locator Module |
| | Robot Modules for<br>• USER ON NET<br>• SAFE ZONE<br>• COUNTRY ZONE<br>• POINT TO POINT |
| | Runner module (optional) |
| QUERY MODULE LICENSE | Queries results update.<br>Online |
| USER LICENSES | Up to 25 users (license keys) |
| USAGE LICENSES | Up to 50,000 queries per month, maximum of 500,000 queries per year |
| SYSTEM REGION LICENSE | Home country – local GSM numbers in Panama |

| COMPONENT | DESCRIPTION |
|---|---|
| | CIRCLES SS7 GW |
| CIRCLES SS7 SITE LICENSE | Hardware and Software Site license for Circles SS7 GW |
| CIRCLES SS7 GSM NUDE LICENSE | Standard GSM networks nudes:<br>• SMSC NUDE<br>• FDA NUDE<br>• MAP PORTAL<br>• HLR INTERFACE<br>• VLR CONTROLLER<br>• USSD GW<br>• GSM STP<br>• GLOBAL TITLE TRANSLATOR<br>• SAFE ZONE<br>• COUNTRY ZONE |
| CIRCLES SS7 PROTOCOL LICENSE | SS7 software protocol stack (MAP, INAP, CAMEL including support of propriety INAP extensions) |
| CIRCLES SS7 HW LICENSE | Circles SS7 Hub -- Hardware include SS7 frontend signaling GW and backend system and application controller |

| COMPONENT | DESCRIPTION |
|---|---|
| INSTALLATION AND INTEGRATION | Installation and integration at customer site |
| MAINTENANCE AND SUPPORT | Service support - Level 3 & 4 (helpdesk plus remote control and log review). |
| ADDITIONAL PROFESSIONAL SERVICES | Customization, special developments, etc. |



## Terms and Conditions

- All prices are in US dollars
- Prices are NET Circles, do not include VAT nor any tax/levies whatsoever
- The entire contents of this proposal are confidential.
- *Clarifications:*
  - Customer will make all arrangement at one of the telecom mobile operators hosting the Circles hub.
  - System will present target Cell ID and will convert Cell ID to coordinates only if such information is available.
  - System will present target information (such as location and status) only if such information is available, based on national and international connection agreements. Location information may not be retrieved if target is been hosted by an operator that blocks such queries or if a roaming agreement is not operational.
  - System will cover GSM networks only, and will not cover IDEN subscribers.
  - Up to 1 week on-job training

## Delivery time table

Within 120 days from receipt of PO and initial payment and approved SOW and site survey

# Voice Identification Solutions

# Static Off-line & Real Time Station

# For Main Intelligence System

# System Description

# March 2010



RAMB000959

# 1. Introduction

Further to our conversations and your request to receive a quote for voice biometrics solutions (speaker verification), MLM Protection is pleased to propose the state of the art and cutting edge Voice Biometrics technology.  MLM Protection will provide Panama Police with voice verification products which are designed to search for a target voice within a batch of recorded calls. The system can work in real-time and offline, potentially containing audio of more than one speaker and can process a group of up to 50 targets (suspects) at a time which can be dynamically changed according to the operational need. The products can be used as an investigation tool in order to verify the identity of suspects, identify a suspect within a group of multiple targets and significantly reduce the time and resources required for extracting investigative information from a large set of recorded calls.



## 1. Benefits:
- Works in multi channel (Multiple ports)
- Offline  & Non Intrusive Real Time Detection
- Content, language and accent Independent
- Single/multi-speaker call monitoring on relevant suspected calls
- Easy integration with any monitoring system
- Extended global coverage of Intercepted calls
- Integration with Passive and tactic (Active / Passive) Interception Systems
- Immediate, automatic speaker detection



RAMB000960



## 2. Professional Services

We provide the support of its technical experts to accomplish successful projects. These trained professionals will work with the customer on the successful deployment of the voice identification solution.

- Site Survey —technical expert will work with the customer prior to arriving onsite and will conduct a review of the customer's existing infrastructure.
- Project Proposal —technical expert will provide the customer with a Project Proposal document that will outline the proposed implementation, installation, diagram, hardware requirements and possible limitations.
- Installation -- Upon arriving onsite, technical expert will install and configure product according to the agreed plan. Then the system will be installed in the production environment and a technical expert will perform the appropriate tests to ensure that the system is running without problems and performing according to customer's satisfaction.

| Professional Services | | |
|---|---|---|
| On Site Installation and configuration including calibration and tuning up to 5 days (8 hours per day) on site in one visit. | | |
| Basic & Advanced (Training) | | On Site training of system capabilities and operation |

RAMB000961



# COGITO
## Automated Screening and Interrogation System

## Pre Employment and Employees reliability
## Screening solution for PANAMA

1.    Executive Summary

The COGITO system is an interrogation and screening system for identifying potential suspects among Pre Employed and Employees in Law Enforcement Agencies and Sensitive security Organizations.
The system can also detect suspects at border crossings, checkpoints and for intelligence collection during investigation. COGITO technology and methodology are based on advanced operational security strategies and sophisticated, proprietary software solutions.

This proposal to Panama presidential office introduces the solution for hostile intents detection and reliability screening among the pre employed candidates and the existing employees. The system can be further use for deep down further investigation of the ones flagged as suspects in the initial screening process.

MLM is offering the presidential office a scalable solution and therefore the implementation plan could be based on different number and type of units that can be changed and grow according to the decision makers requirements.

The system can also be used for screening of any defined "Potential Risk Groups" (PRG). This screening process will detect individuals with hostile intents and will create database consisting of the group test results as well as biometric information which is crucial for both investigation and prevention.



2.    Introduction

The product was developed by former senior officials of the Israeli security services and experienced veterans of the high-tech industry. They are specializes in developing innovative Homeland Security technologies based on extensive counter-terrorism know-how accumulated in Israel and worldwide. Our mission is to assist Law Enforcement Agencies all over the world in their war against crime and Internal Threats by providing innovative solutions that can be deployed today.

In the table below please find some information of our major customer's installation:

| Country | Customer / Application |
|---|---|
| United State of America | New York Police Department (NYPD), Bergen County Sheriff |
| Mexico | 2 Federal Agencies |
| India | Directorate of Forensic Science Laboratory |
| Asia | Federal Agency |
| Guatemala | Pre employment screening for Governmental Agencies |
| South Africa | Screening diamonds mines employees for theft detection |
| South East Asia | Border control central data base application |

The COGITO – Rapid interrogation and screening system

The COGITO is an automated mobile interrogation and screening system for detecting hostile agenda among pre employed, employees at LEA's, suspects at border crossings, checkpoints and revealing intelligence during investigations. The COGITO technology and methodology is based on advance operational security strategies and professional knowledge base.

COGITO enables profiling, investigating and screening of examinees based on biofeedback indications. Relying on unique and proprietary technology the system is designed to identify malicious intents.

COGITO designed to be used by law enforcement agencies as a reliability test of Human Sources, detection of suspects harboring malicious intent at border control and/or other checkpoints. COGITO enables law enforcement agencies to screen people with hostile intent also in field operations and combat zone.



RAMB000963

### Proven technology that can prevent crimes before it happens

The COGITO is an automated decision making tool which detects hostile agendas in a 5-7 minutes test, by analyzing individual psycho-psychological reactions to stimulus. The COGITO uses artificial intelligence algorithms based on advanced interrogation methods.

The concept is derived from extensive interdisciplinary skills in interrogations, polygraph testing and other proven security-related questioning techniques. Moreover, the concept is supported and enhanced by knowledge acquired from many case studies of employees and pre employed screening processes and terrorists investigation in Israel and elsewhere, gathered by Israeli authorities and academic institutions.

### System Benefits

- Rapid interrogation process - 5 minutes
- Fully automated system
- Multi-lingual system
- Self-learning system
- Collects and stores video, voice, finger print and document scan – an option
- Smooth and facile implementation
- Easy to use
- No experts or expertise needed
- Friendly user interface

The COGITO has been tested successfully by the Homeland Security Agency - Transport Security Administration (TSA) of the United State and Israel Security Agencies and is operationally implemented today by Federal Law Enforcement Agencies worldwide.

RAMB000964


3.    Technology

3.1        COGITO4M – Transportable unit for quick deployment



Standalone Mobile system for field screening and investigation.

The mobile unit is a very easy to use and can be handle by the soldier, policeman, security man and other functionaries in the field.





3.2 COGITO Central Management and Database System – Overview

The COGITO Central Management and Data Base System are designed to manage and control the test stations (mobile and fixed) in a given site or in a multi-site operation. It serves as the central unit that stores all tests Histories including video and audio data of the test, examinees unique identification, personal data, and is responsible for system administration, data distribution and interfacing to external systems and databases.

Central Management and Data Base System - basic capabilities

1. Communication capabilities:

- Communication Interfaces to all COGITO stations
- Managing concurrent sessions with distributed station
- Central questionnaire distribution to all end stations
- Detecting discrepancies in examinees IDs' data
- Communication Interfaces to External databases

2. Database and storage keeps data of:

- Examinee Unique Identification and profile data - Database for up to 1 million examinees including finger prints, voice sample and photos
- All exams data including test results, graphs, video tape of exams
- Reports – comprehensive report system provides statistical analysis of the test results of an individual as well as a group results analysis. The reports are directed for intelligence and operational purposes and for administrative needs.

3. OMAP – management and control of all station

Central Management and Data Base System Modules

The following are the Central Management and Data Base System modules:

1. Database and Storage: stores all tests, examinee personal details, photograph, biometric and video
2. System Communication: external database, distribution of data, system security, authentication and access rights
3. OMAP: system monitoring and alarms, fault management, provisioning and configuration, logging and reports and administrator tool-kit
4. System Synchronization: enables synchronization between different sites.
5. Operator User Interface and input
6. Operator Provisioning
7. Communication Module
8. Questionnaire generating Module
9. Report Module




### 3.3   COGITO - System Performance

The core technology is based on proprietary software – an "expert system" that emulates an investigator's *modus operandi* by incorporating "soft decision-making" algorithms such as "Neural Networks" and "Fuzzy Logic".        All hardware elements are best-of-breed off-the-shelf third-party components. The technical solution is comprised of a front-end, the 'Test Station', and a system level Central Management and Data Base System 'Central Management and Database system" where multiple-station and multiple-site data is stored, managed and distributed.

Process: 24 questions are presented both visually and by audio to stimulate examinee unconscious reactions. At the end of the process a decision is being made: Suspect / Non suspect or Directions for further investigations.
In case examinee is found to be a suspect, system will automatically present an additional two sets of questions in order to reduce false positive cases. Further information for directions of investigation is provided by the system. During the test, the system records both voice and video.

Test Duration: An individual examination is designed to last approximately 5 minutes per person. This translates into 8 examinees per station per hour.

Automation: The COGITO system is fully automated and specifically designed with the user in mind.

1. Each examinee will receive clear and detailed explanations / instructions as to the procedure of the test. The administration will be done in a very efficient and quick process by the user.
2. The examinee is required to perform four basic and relatively simple actions:
   - Put on a set of headphones (or listen to audio through speakers)
   - Position his fingers on the sensors. This is facilitated by the ergonomic design of the test station
   - Follow the on-screen instructions. An audio transmission of the instruction is also received through the headphones. The instructions and responses expected from the examinee are straight forward and simple.

**System Deliverables**

1 units of Cogito4M – Mobile screening and investigation units

Cogito 4M - Mobile System Hardware

| | Component | Function |
|---|---|---|
| Hardware | Laptop based station | User interface to the system operator |
| | Microphone | Voice recording of examinee responses |
| | Headphones | Allow the examinee to focus in audio instructions |
| | Biometric Identification -Fingerprint | Recording fingerprint and identification capabilities, including database search |
| | Biofeedback indicators - GSR (Galvanic Skin Response) and BVP/PLE (Blood Volume Pulse) sensors | Measurement and monitoring of examinee psycho-physical responses |
| | Video camera – Integral in the Laptop | Monitor examinees movements and general behavior |
| | Scanner | Scanner to collect Data on the Examinee (ID, Passport, Driving License) |



Cogito4M Mobile System - Software

| Component | | Functions |
|---|---|---|
| Software | BTAM: Biofeedback Test Analysis Module | Analyze sensors output |
| | Management and Update Module | Mange the station |
| | User Interface Module | GUI |
| | IDDR: ID Detail Recognition (IDDR) And Biometric Identification | |
| | Questioning Module | Mange the stimulus and questions |
| | Communication Module | Communicate with system server |
| | SPM: Station profile manager | |
| | Database cashing Management | |
| | Remote Admin Functionality | Operator Remote controller |
| | Video Capturing Module and Subtitle | Live Pictures and Video Subtitle |
| | Report Generator | Basic and Statistic Reports |

RAMB000969

Technical support

The mission of the Technical Support Team is to ensure that the systems deployed are operating and maintained in line with customer expectations. Offers technical support services from headquarters.

| Component | Description |
|---|---|
| Remote Support | All maintenance and service activities are performed remotely from headquarters by means of Helpdesk and/or Hot-line. For Major or Critical Faults, engineers are dispatched to the customer site. |

Support level:

- Identify and resolve hardware problems
- Identify and resolve communication failures between components, or sites.
- Identify and resolve major application failures (applications stops, application communication problems, etc.)
- Resolve GUI related queries
- Identify and resolve simple configuration issues
- Initial diagnostic of the problem
- Basic troubleshooting
- Installation of fixes/Software updates

Training

Provides an advanced COGITO training package. It includes operational and administrative operating process and reports analysis. Training will take place on-site, in a classroom provided by customer and will last for 1 day.

| Training content | |
|---|---|
| Methodology background | 1 Hour |
| Basic operation | 1 Hour |
| Administration | 1 Hour |

Responsibilities and Conditions

The COGITO system requires integration with existing facilities and infrastructure at the installation site. Some of these responsibilities are to be carried out by the customer, according to the following specification:

RAMB000970



# Intelligence Equipment – Phases



| Item |
| --- |
| **Phase 1** |
| PSS -- Pc Surveillance System |
| Circles – Positioning System |
| Suspect Detection System |
| Voice Biometric |
| |
| **Phase 2** |
| Tactical Active Interception Unit |
| Tactical Passive Interception Unit |
| Intelligence training |
| Tactical Intelligence equipment |
| Analysts Software |
| |
| |



MINISTERIO PÚBLICO
FISCALIA ESPECIALIZADA EN DELICUENCIA ORGANIZADA

CERTIFICO QUE LO ANTERIOR
ES FIEL COPIA DE SU ORIGINAL

Panamá, 10 de febrero de 2015

Secretario (a)