# ATTACHMENT C

## AFFIDAVIT OF ALEJANDRO PEREZ SALDAÑA

1. My name is Alejandro Perez. I am a Panamanian citizen. I am an attorney in Panama and have been licensed to practice law there since 1978. My law firm is Vega-Perez & Mejia, Calle 42, Bella Vista, Edificio Digital Center, First Floor, Panama City.

2. I received my law degree from the University of Panama in 1978. I also received a Masters in Comparative Law from the University of Miami in 1982.

3. I have personal knowledge of the separate criminal investigations that have been conducted by the Panamanian government:

   a. The investigation of wiretapping allegedly conducted by Panama's National Security Council;

   b. the investigation of embezzlement related to a 2010 contract for the purchase of services and equipment by Panama's Social Investment Fund from an Israeli company called "MLM Protection LTD"; and

   c. the investigation of embezzlement relating to the National Security Council's purchase of services and equipment called "Pegasus" from an Israeli company called "NSO Group Technologies, Ltd."

4. I acquired this personal knowledge because I represented a person who was a target in the three investigations, Ronny Rodriguez.

### The Wiretapping Investigation

5. The wiretapping investigation began in July 2014.

6. The prosecutors in the case investigated allegations that the National Security Council had illegally surveilled individuals in Panama.

1

7. There were four separate targets in the investigation: Ronny Rodriguez, William Pitti, Alejandro Garuz, and Gustavo Perez.

8. The file for this investigation was ultimately sent to the Supreme Court in Panama and assigned to Prosecuting Magistrate Harry Diaz in order to investigate former president Ricardo Martinelli.

9. In September 2015, Diaz, as part of this investigation, conducted judicial inspections of two separate locations related to the Pegasus matter: (1) the headquarters of Cable and Wireless, which had had a contract to provide internet service to a company located at the Oceania Building in Panama City, and (2) Banco Aliado, a bank in Panama City where in the accounts of a company called Caribbean Holding Services Ltd payments to a company called NSO Group Technologies are reflected. The documents associated with these inspections was ultimately included in the investigative file for the "Pegasus" investigation.

### The MLM Investigation

10. The embezzlement investigation began in December 2014.

11. The prosecutors in the case investigated the alleged loss or removal of the MLM equipment.

12. There were five separate targets in the investigation: Ronny Rodriguez, William Pitti, Alejandro Garuz, Gustavo Perez, and Giacomo Tamburelli. Ultimately, the Panamanian prosecutors only charged Perez and Tamburelli, because they are named in the audit report regarding the MLM contract and equipment prepared by the General Comptroller of Panama.

13. The other individuals, including my client Ronny Rodriguez and William Pitti, were not charged and the prosecutors have dismissed them from the case.

14. The file for this investigation was never sent to the Supreme Court in Panama for the investigation of former president Martinelli.

### The Pegasus Investigation

15. The Pegasus investigation began in August 2015.

16. The prosecutors in the case are investigating the National Security Council's purchase of equipment and services from an Israeli company called NSO Group Technologies, Ltd.

17. This investigation is ongoing. Although the prosecutor has not specifically identified official targets of the investigation, the following five individuals have been linked to the investigation through a complaint filed by the current head of the National Security Council: Alejandro Garuz, Gustavo Perez, Julio Molto, Ronny Rodriguez and William Pitti.

18. Contained within the file of the Pegasus investigation is evidence that a private company called Caribbean Holdings sent money to NSO Group Technologies, Ltd.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*
Alejandro Perez Saldaña