# ATTACHMENT D





NSO GROUP

To: Government of Republic of Panama.                Date 1.7.2015

According this letter NSO Technologies Group LTD Certify:

That on July 3rd 2012 a Purchase Order number 2012.30 for Pegasus system along with End User Certificate was delivered to the company signed by Mr. Gustavo A. Perez.

Continuing the delivery of the signed papers the company Installed the Pegasus System in Panama City after receiving money transfer of 8 million American Dollars, the first stage was 6 million American Dollars and the second stage was additional 2 million American Dollars.

The training and installation of the End User for the use of the system was done by the company in Panama City.

The company attach to this letter the following support papers:

1. The terms for first stage of the agreement on the amount of $ 6M USD.

2. End User Certificate signed by Mr. Gustavo A. Perez.

3. Last date of communication of the system installed in Panama was 16.5.2014.

4. The Static IP of the system was 186.74.207.178

5. A picture of a similar system in a different country per your request.

The company will do their best efforts in order to facilitate to the Government of the Republic of Panama the following information:

2. Photos of the system installed in Panama.

3. Last location of the system.

Pagado con el Recibo Ofic
763911
ES FIEL COPIA DE
SU ORIGINAL

Name:

Signature:

Official Stamp:    N.S.O. GROUP TECHNOLOGIES LTD
                   ID 814386408

Adis Urieta
Embajadora
Encargada de Asuntos Consulares

NSO Group Technologies LTD | Headquarters: 9 Hamada St.
P.O Box 4166, Herzelia, Zip: 46766, Israel |
| Telephone: +972.77.4341292 |
Fax: +972.77.4253513 | Email: office@nsogroup.com

RAMB000614

21

**NSO GROUP**

To: Government of Republic of Panama.                                    Date 1.7.2015

According this letter NSO Technologies Group LTD Certify:

That on July 3rd 2012 a Purchase Order number 2012.30 for Pegasus system along with End User Certificate was delivered to the company signed by Mr. Gustavo A. Perez.

Continuing the delivery of the signed papers the company installed the Pegasus System in Panama City after receiving money transfer of 8 million American Dollars, the first stage was 6 million American Dollars and the second stage was additional 2 million American Dollars.

The training and installation of the End User for the use of the system was done by the company in Panama City.

The company attach to this letter the following support papers:

1. The terms for first stage of the agreement on the amount of $ 6M USD.
2. End User Certificate signed by Mr. Gustavo A. Perez.
3. Last date of communication of the system installed in Panama was 16.5.2014.
4. The Static IP of the system was 186.74.207.178
5. A picture of a similar system in a different country per your request.

The company will do their best efforts in order to facilitate to the Government of the Republic of Panama the following information:

2. Photos of the system installed in Panama.
3. Last location of the system.

Name:

Signature:

Shalev Hulyo

Official Stamp:   N.S.O. GROUP TECHNOLOGIES LTD
                  ID 514395459

NSO Group Technologies LTD | Headquarters: 9 Hamada St.
P.O Box 4166, Hartzelia, Zip: 46766, Israel |
| Telephone: +972.77.4341292 |
Fax: +972.77.4253513 | Email: office@nsogroup.com

22

# AGREEMENT
## SUMMARY OF TERMS
(July 3, 2012)

This summary of terms summarizes the principal terms of a proposed agreement pursuant to which NSO Group Technologies Ltd. (the "Company") shall sell to Consejo de Seguridad Nacional (the "End User") such products and services, all as further detailed below.

| | |
|---|---|
| Transaction | The Company shall sell to the End user such products and services as set forth in Exhibit A attached hereto (the "Products" and "Services", respectively) in accordance with the timetable set forth in Exhibit A. |
| | The Products are covered under a two year warranty in accordance with the Company's standard warranty agreement. The Company shall provide support and maintenance services in accordance with the Company's standard support and maintenance services agreement that shall be entered into between the parties. |
| Consideration | In consideration for the Products and Services, the End User shall pay the Company an aggregate amount of $US 6,000,000 (the "Consideration"). |
| | The Consideration is exclusive of all state, provincial, municipal or other government, excise, use, sales, VAT or like taxes, tariffs, duties or surcharges, now in force or enacted in the future, which shall be borne by the End User. |
| Payment Terms | The Consideration shall be paid by the End User to the Company in two installments as follows: |
| | (i) 50% of the Consideration shall be paid upon the date hereof. |
| | (ii) 50% of the Consideration shall be paid within [3] business days following the completion of the installation of the Product and training, as further set forth in Exhibit A. |
| Intellectual Property Rights | All the rights with respect to the Products and Services, including, but not limited to, all patents, trademarks, copyrights, service marks, trade names, technology, know how, moral rights and trade secrets; all applications for any of the foregoing, and all permits, grants and licenses or other rights relating to the Products and Services (the "Intellectual Property Rights") are and shall remain the sole property of the Company. The End User hereby acknowledges that it is not granted any right in any such Intellectual Property Right unless specifically otherwise stated in this summary of terms. |

ES FIEL COPIA DE
SU ORIGINAL

Adis Urieta
Embajadora
Encargada de Asuntos Consulares
9/7/2015

72849 אלפנר יעוצץ משפעי/NSO

23

| | | |
|---|---|---|
| Consents | | The provision of the Products and Services to the End User is subject to (i) the receipt by the Company of the approval of the Israeli Ministry of Defense (the "Approval"), and (ii) the receipt by the Company of an end-user certificate (the "Certificate"). No Products and Services shall be provided until such approvals and certificates are obtained by the Company. |
| Binding Effect; Agreements | Detailed | This summary of terms shall be binding upon the parties. The parties further agree to use reasonable commercial efforts in order to execute a full and detailed End User agreement (the "End User Agreement") within 60 days as of the date hereof. |
| Confidentiality | | The End User undertakes to keep any and all information provided by the Company in strict confidence and not to disclose it to any third party without the prior written consent of the Company. |
| Limitation on Liability | | The Company's total liability to the End User, with respect to any and all cause of action, arising from or related to this summary of terms (including attorney's fees) shall be limited and shall not exceed 100% of the consideration actually and irrevocably paid by the End User to the Company in relation to this summary of terms. |
| | | In no event shall the Company be liable for any consequential, incidental, special, indirect or exemplary damages whatsoever, including lost profits, loss of business, loss of revenues, loss of data, or any other type of damages, and shall only be liable, subject to the terms hereof, to direct damages that are related to or arising out of this summary of terms |
| Governing Law and Jurisdiction | | This summary of terms shall be governed, construed and enforced in accordance with the laws of England, without regard to the conflict of laws rules. Any controversy or claim arising under, out of, or in connection with this summary of terms, its validity, its interpretation, its execution or any breach or claimed breach thereof, are hereby submitted to the sole and exclusive jurisdiction of the competent courts in London, England. |

ES FIEL COPIA DE
SU ORIGINAL

Adis Urieta
Embajadora
Encargada de Asuntos Consulares

RAMB000617

24

In Witness Whereof, the parties hereto have executed this summary of terms the day and year first above written.

_____
NSO GROUP TECHNOLOGIES LTD.
Name: Shalev Hulio
Title: Co-Founder

_____
CONSEJO DE SEGURIDAD NACIONAL
Name: Gustavo Perez
Title: Director

ES FIEL COPIA DE
SU ORIGINAL

Adis Urieta
Embajadora
Encargada de Asuntos Consulares
9/Jul/2015

RAMB000618

4

Exhibit A
Description of Products, Services and Timetable

ES FIEL COPIA DE
SU ORIGINAL

Adis Urieta
Embajadora
Encargada de Asuntos Consulares
9-Jul/2015

RAMB000619

24

Exhibit A - Timetable

| | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 |
|---|---|---|---|---|---|---|---|---|---|
| Phase 1 - Preparations | Contract signing | Equipment/hardware arrival to installation site and customs clearance | | | Hardware Installation | | | | |
| Phase 2 - Implementation | | | | Device Pairing Process | | Implementation on local network: Claro, +Movil, Digicel, Movistar | | | |
| Phase 3 - Training | | | Intelligence and Doctrine Training | | GSM Training | System Training | Practical Training | | |
| Phase 4 - Completion | | | | | | | | | Delivery |

ES FIEL COPIA DE
SU ORIGINAL

Adis Urieta
Embajadora
Encargada de Asuntos Consulares
9/jul/2015

| END USE/ USER CERTIFICATE | | 2 |
|---|---|---|
| FORM NUMBER 42-D | PUBLICATION DATE: 16/01/2011 | PAGE 1 OF 2 |

| 1. Name of Israeli Supplier: NSO Group Technologies Ltd | 2. Country of ultimate destination: Panama | 3. Name of Ultimate End User: Consejo de Seguridad Nacional |
|---|---|---|

4. Contract /Order reference number: 2012.30

5. Address of End User: Quarry Heights, Ancon. Edificio No. 88, Panama, Rep. de Panama

6. Purpose of end Use: Collecting and gathering information from mobile devices for the exclusive [use] of Panama's government

| 7. Name and description of Item/product | Quantity Of Items |
|---|---|
| Pegasus System | 1 |
| BlackBerry | 150 Targets |
| Android | 150 Targets |
| Hardware | |
| Installation | |
| Maintenance | |
| Training | |
| Updates and Upgrades | |

ES FIEL COPIA DE SU ORIGINAL

Adis Urieta
Embajadora
Encargada de Asuntos Consulares
9/10/2015

END USE/ USER CERTIFICATE

| FORM NUMBER 42-D | PUBLICATION DATE : 16/01/2011 | PAGE 2 OF 2 |
|---|---|---|

| 1. Name of Israeli Supplier, NSO Group Technologies Ltd | 2. Country of ultimate destination: Panama | 3. Name of Ultimate End User, Consejo de Seguridad Nacional |
|---|---|---|

4. Contract /Order reference number: 2012.30

Certification of Consigner

We certify that we are importing the items/ products listed in Item 7 for delivery to the end-user specified in item 3 for its exclusive use. We undertake not to sell, deliver or otherwise transfer to any party under any conditions whatsoever, with or without consideration, temporarily or permanently, the items/products listed in item 7 or any part thereof, including any related equipment and/or spare parts delivered in connection with the after-sales support, documentation and operating manuals, without the prior written approval of the Government of Israel.

Signature: _____   Date: _____

Name and title of signer: _____

Certification of Ultimate end-user

We certify that we are the end-user for the item/ product listed in item 7, for the sole purpose of end use as specified in item 6. We undertake not to sell, deliver or otherwise transfer to any party under any conditions whatsoever, with or without consideration, temporarily or permanently, the items/products listed in item 7 or any part thereof, including any related equipment and/or spare parts delivered in connection with the after-sales support, documentation and operating manuals, without the prior written approval of the Government of Israel.

Signature: _____   Date: July 3, 2012

Name and title of signer: Gustavo A Pérez / Secretario del Consejo

ES FIEL COPIA DE
SU ORIGINAL

Adis Urieta
Embajadora
Encargada de Asuntos Consulares
9/10/2017

RAMB000622