# ATTACHMENT E

5

PUBLIC MINISTRY, AUXILIARY PROSECUTION OFFICE OF THE REPUBLIC. Panama, August eleven (11), two thousand fourteen (2014).

This Agency of the Public Ministry is pursuing a summary proceedings base on the sworn statement rendered by the witness (he/she) with number 8430145.

In the statement the witness (he/she) stated that an acquaintance told him/her that in the National Security Council, there were violated the Constitutional rights and privacy of individuals, claiming that in the area of the building known as 150, top floor, where the facilities of the Council are located, there was an equipment used in the last two years for clandestinely wiretapping of telephone to several personalities.

The witness (he/she) stated that such equipment was provided by the Israelites bu' they have a contact named Martin Berenstein, Uruguayan citizen, who was in charge of training the program to Mr. Didier and Mr. Guillermo that were nicknames used at the place. The witness (he/she) also stated that his/her acquaintance told her/him there was an system Engineer named Reymundo Diaz, Panamanian, who works by the Presidency who was the person who assisted the Israelites to get the system operating.

The witness (he/she) stated that equipment was able to capture messages of the BBPIN instant messaging, WhatsApp, e-mail accounts that were configured to said mobile devices, the audio environment, had access to the telephone books, to the information in the memory cards, it traced the location of the telephone and in some models of mobile devices, it was able to save the call, that this system was used to

RAMB000364

30

6

know the movements of some people.

The witness (he/she) is stating that upon studying all of these people, Didier issued an early daily summary with highlighting information that each one of them could generate, which was printed and delivered every morning by the area of the Cathedral. That information was also sent by Didier through BBPIN. He/she stated that in order for this system to work it was necessary to purchase a 15 megs broadband internet of fiber optics, which contract was made by Guillermo Guerra, in the company Liberty Technology, located in San Francisco. The antennas for this purpose were installed by the area the Balboa Tanks, for which a permission to install them was obtained with the Panama Canal Authority (Autoridad del Canal de Panamá-ACP) because they are lands managed by them.

The witness (he/she) also stated that the Israeli company offering this service was NSO Group and that Martin, after the system was working, returned to Panama regularly every two or three months in order to bring and install the latest system updates as they were released and he always stayed at the Intercontinental Hotel Miramar, as well as the Israelites who accompanied him/her, and he/she only remembers the name of his acquaintance Sharom.

As to the equipment, the witness(he/she) talked about three computer desktops that were connected to a server and this server was also connected to other servers that was the main structure, which place is unknown by his/her acquaintance, but Raymundo Diaz can indeed know said place. He/she stated that he/she asked his/her acquaintance about the place where the equipment are

RAMB000365

3C

located and he replied that "...after the Presidential elections held of May 4, it was entirely dismantled and that he/she saw when this equipment that were the computers and servers were loaded into a white van-type vehicle, assigned to Didier, but Guillermo was driving it and together they left the place with unknown destination to him/her and that it was at about seven and a half pm to avoid being seen with the equipment. Later on, about two days later he/she told me that Maikol had moved out the office furniture they used and moved it into a little house of the Council and the rack was indeed moved out of the facilities..."

On August 1, 2014, the witness (he/she) 8430145 delivered to this Office a compact disk, Maxell DVD-R type, in its case which was given by his/her acquaintance, in order to be delivered to the competent authorities.

This Agency of the Public Registry, by means of resolution August 4, 2014 resolution, decided to send to the Directorate of Judicial Investigation, the CD that was provided by the protected witness (he/she), in order to have transcribed the contents recorded in the same.

The Judicial Investigation Directorate by Note DIJ-951-14 dated August 8, 2014, is sending to this Office the transcription of the contents of the CD, Maxell DVD-R type, mentioning that this video maintains a duration of forty (40) minutes and it is seen a distorted image of an alleged person who cannot be identified, but understandable, with distorted voice.

RAMB000366

It is reflected in the transcription that "... we have been invaded to the privacy of individuals, I mean, specifically, what was the wiretapping of cellphones, say, Blackberry, Android or Iphone. This equipment was installed by an Israelite through a Uruguayan contact, MARTIN BERENSTEIN, at the offices of the building known as one hundred and fifty (150), top floor within the premises of the National Security Council located at Ancon Hill..."

It is taken from the transcription that amongst the Israelites citizens who enter the facilities of the NATIONAL SECURITY COUNCIL to make the configuration of the service there was SHAROM OKNIN.

After analyzing the above, the Office deems it appropriate and necessary to conduct an eye witness inspection procedure on the Immigration National Service in order to obtain the records of affiliation, status and immigration movement of MARTIN BERENSTEIN AND SHARON OKNIN OKNIN.

In view of the foregoing, the undersigned Auxiliary Prosecutor of the Republic HEREBY RESOLVES:

FIRST: Conduct on August 12, 2014 an eye witness inspection procedure on Immigration National Service in order to obtain the records of affiliation, status and immigration movement of MARTIN BERENSTEIN AND SHAROM OKNIN.

SECOND: To commission a Delegate Agent of the Public Ministry to preside and conduct the procedure as ordered.

LEGAL GROUNDS: Articles 390, 2044, 2046, 2077 and 2078 of the Judicial Code.

RAMB000367

36.

Be it Enforced,

The Auxiliary Prosecutor of the Republic,

(Sgd) (Illegible)

MARCELINO AGUILAR AIZPRÚA

The General Clerk,

(Sgd) (Illegible)

XIOMARA RODRIGUEZ CASTILLO

Maa/ramd.

(There appear seals reading: REPUBLIC OF PANAMA-----------PUBLIC MINISTRY---Prosecution Specialized in Organized Crime)

=========================
The foregoing is a translation into English of the document written in Spanish.

Panama, April 20, 2016

_Vilma Wong de Vergara_
Vilma Wong de Vergara, Esq.
Personal Identity Card No.5-8-297

VILMA WONG DE VERGARA
Certified Public Interpreter
Resolution No. 145
of May 20, 1992

RAMB000368