# ATTACHMENT F

1

MINISTRY OF PUBLIC SECURITY

NATIONAL POLICE

JUDICIAL INVESTIGATION DIRECTORATE

| | | |
|---|---|---|
| Re | : | Transcription Report of on Film Views |
| Authorized | : | Auxiliary Prosecution Office of the Republic |
| Requested | : | Auxiliary Prosecution Office of the Republic |
| Date | : | August 7, 2014 |
| Device | : | A Maxell DVD-R |

By virtue of the request made by the Auxiliary Prosecution Office of the Republic of Panama, it is preceded to the visualization and listening of the contents of the DVD-R, submitted by the prosecution office. Upon beginning of the said procedure it is seen on the said device appears only a video which is proceeded to transcribe the contents of said video.

In the said video or film view which lasts forty minutes (40), it is seen a distorted image of an alleged person who cannot identified (he/she), with a distorted voice but understandable, stating the following:

"Hello, I'm here making this video because I want to mention that I've been threatened and I feel persecuted so I am afraid of what might happen with my life as well as my family.

All of this because I know at firsthand dirty jobs that have been carried out in the office of the National Security Council of the last administration, so I make this video in order a very close friend who works in the administration of justice, to send it to the people that he deems convenient in order to report

2

involves the privacy of individuals. This is why that I want to make justice and cons (sic) that respect the (sic) the values of the persons, the privacy of the persons, that we do not get into or we do not have this type of crimes in Panama.

I want to, when I talk about that we have been invaded the privacy of the people, I mean, specifically, to what was the wiretapping of cellphones, say, Blackberry, Android or Iphone. This equipment that was installed by Israelites through an Uruguayan contact, MARTIN BERENSTEIN, at the offices of the building known as one hundred and fifty (150), top floor within the premises of the National Security Council located at Ancon Hill.

This equipment I do not know the mon (sic) the cost but, I did hear that millions were paid for it. When I talk about the equipment, here I mean, the equipment was the one that were kept in the building one hundred and fifty (150) that included three (3) flat screen desktops with their mouses, its keyboards, its towers, its screens. Each one full, meaning there were three (3).

Also a server placed in the black rack. This system to function needed a broadband so it was necessary hiring a broadband service of fifteen (15) megas, which was made to the company LIBERTY TECHNOLOGIE. I know that their offices were located in San Francisco. This Internet service contract was entered into by Mr. WILLIAM PITTI, known by the alias of Guillermo.

This equipment was brought to Panama to be operated by a closed group and received specific, clear and precise instructions from the area of the

RAMB000245

3

Among the individuals or within the closed group that I mentioned there was RONY RODRIGUEZ, who was known by the alias of DIDIER and WILLIAM PITTI known by the alias of Guillermo.

The broadband contract with the company LIBERTY TECNOLOGIE that was of optical fiber required the installation of antennas that were installed by the area of the BALBOA tanks (Tanques de Balboa), for which the permission of the Administration of the Panama Canal was required since these were lands managed by them.

It was necessary to establish the people who were going to install such antennas, the time and day. After these personnel installed antennas at the Balboa tanks (Tanques de Balboa) arrived and entered the premises of the National Security Council on a company white vehicle labeled on the side LIBERTY TECNOLOGIE.

The staff went up to the administrative roof of the National Security Council, there they began the installation of what was the optical fiber reaching up a line to the Department of Technology located on the first floor of the administration building. From there came out the optical fiber towards the one hundred fifty (150) building through pipes up to the rack where the server was placed; now, out of the server (3) lines came out towards the three (3) computers that were going to be used or installed or operate the system.

After the fiber optic line and the servers were in place the Israeli personnel entered the premises to configure the servers, this was a relatively large group from six (6) to eight (8) among them, there was present the

RAMB000246

4

Uruguayan MARTIN BERENSTEIN, sorry and the Israeli SHARON OKNIN OKNIN with a K.

They were practically all week doing tests because testing was necessary in the sense that the system would work with the telephone operators, with four (4) telephone operators: CABLE & WIRELESS, CLARO, DIGICEL and MOVISTAR PANAMÁ.

While this group of Israelites was making the necessary configurations the Uruguayan MARTIN BERENSNTEIN trained RONY RODRIGUEZ and GUILLER (sic) WILLIAM PITTI for the of the system, also he stayed for one week. I explain step by step the functionality and/or the characteristics of the same.

This system, which was actually an illegal spying system because there was no legal validity or any lawful order for it to be used in said security establishment.

"...This system was able to intervene everything that handled or everything that flows through a sophisticated telephone that mane "(sic)" that have eeeeee "(sic)" data because the system to get the cellphone, to get the cellphone reported to the system needed to use the data of the cellphone, whether a contract or prepaid data or by eee (sic) that could eee wifi (sic) have access to the cellphone. Now, what characteristics had the system in itself? The system was able to access the phonebook of the cellphone, it copied the full agenda, that is, the name, the telephone number of the person and the telephone and if the telephone was associated with any photograph, also, the telephone showed to you, the system will show it to you.

RAMB000247

5

It was able to show through the GPS the nearby location of where the person who held the telephone was the system was able to have access to all incoming emails into the cellphone provided that such emails "(sic)" were configured into this device. It did not have access to the attachments because that was one of the requirements that were required were made, but were not solved by the Israeli equipment.

So it had access to instant messaging services, that is, all messages of BlackBerry Messenger and WhatsApp messages, but this although it had access was not working one hundred percent (100%) in all cellphones, and that is, because even though they are phones (sic) mobiles, many of them have different versions, either the operating system eee (sic) BlackBerry Messenger or WhatsApp versions. Hopefully you could get into a cell phone eee (sic) messages from these two (2) applications, others only worked one.

It had access to calendars, the calendar that could take on this phone, that is, the agenda of the person, whether pending appointments, time, place, date.

It had access or could get a panoramic photo that was captured by the phone's camera, it also had access to the register of incoming and outgoing calls as well as the duration of these of the per (sic) phone in the system and in some phone it had access to what the system saved or clearly the calls of these people, but this worked on certain models mostly on the Android and the iPhone.

It had access to audio-environment that was picking up from the infected phone. This functionality stopped being used, because I know that when this job of picking up audio-environment was made in the end this fell on a

RAMB000248

6

landline phone that went off enormously for what they gave orders that stop doing it.

This landline telephone was required, it was not maintained on the premises of the Council but where central servers which I do not know where it were, but I do know and heard that existed and REYNALDO DIÁZ who works or worked in the Presidential Office and knows about systems or computers who was at first had contact with Israelis, because it can be said that they exchanged ideas so that the system boots so he can know where are those servers that were outside the Council offices. I am, I can say that he was aware because in one occasion I clearly heard that Mr. RONY RODRIGUEZ called him and asked him: "Why are we struggling to enter the system" on the computers that were in the one hundred and fifty (150). His response was that he would check. After a while he informed to Mr. RONY RODRIGUEZ, what happened, that where the servers were there were doing an electrical work so the system was down.

Now, he had nothing to do with the system, but to give the respective support for it to be working.

When the system was installed, after the training, tests were conducted, the first tests that were conducted was with our personal phones. These infections, if you can call it, could be done in two (2) ways, one: it was the most suitable, which was directly, that is, was placed in the system on a install screen the phone number of the person or the target for espionage, that is, first it was placed five zero seven (507) because for these (sic) to work was necessary to always place five zero seven (507) first that was the

RAMB000249

wait a few seconds for the system to detect to which telephone company it was and when it was detected was pressed "install".

What was received to the target or the person to be spied?   It was received an installation package, however it was almost invisible, because when it got to the cellphone it flashed meaning it was turned on and in two (2) seconds turned off, that's all a person would see if it was alert to the phone, if was not, it would go unnoticed. After the system was beginning to settle, they asked, had twenty-four (24) hours for the software to completely penetrate the cell phone, that is, it stayed processing the installation because that also depended of the speed or the intensity of data signal or internet that kept the cell phone at the time, if it had data, if it did not have data was never going to get the installation that's why it had to be done sometimes, many times until the installation would successfully be achieved.

Now, the other way of infestation was through text messages known as SMS.. To this was necessary to send a bold message to the target or the person to spy, so that to send the message that included a link the person to receive such messages would call the attention and "click the link" this way It was also quick and effective, but it was relied heavily on the person and people are not accustomed to "click" to a link that comes in strange ways, and it was strange because the link came or text message came from a strange phone number, almost, because it was zero, zero, three, four (0034) and another long numbers eight (8) to ten (10) digits that were always from the outside. You could tell it was a phone from outside.

This system was first used to spy on people from different groups, whether

RAMB000250

8

Party (Partido Revolucionário Democrátivo-PRD), the party, pardon the Electoral Tribunal, the Supreme Court of Justice, journalist and close friends to the former government.

I can mention names; for example from the Panameñista Party (Partido Panameñista) it was found Mr. JUAN CARLOS VARELA with his close group of campaigning, that is POPI VARELA, his brother, true, BEBY VALDERRAMA, RAFAEL RAFA FLORES, ISABEL BLANDON, ee (sic) PRISCILA MIRO, RAUL SANDOVAL, RAUL SANDOV (sic) AGAPITO CLEJORN, among others, I forgot the names, but the main targets were always the people closest to Mr. VARELA to know what their strategies were and attack them from there, what they spoke, commented or exchanged. Among the group of the Democratic Revolutionary Party (Partido Revolucionário Democrático-PRD) we have the President for that party JUAN CARLOS NAVARRO and his working group such as ABIDEL VILLARREAL eee (sic) BENICIO ROBINSON eee (sic) this JAVIER ACHA, others like MARTIN TORRIJOS, VIVIAN DE TORRIJOS, the TORO BALLADARES, MITCHELL DOENS, FRANCISCO PACHI CARDENAS eeeec (sic), PATRICIA ALFARO, who was (sic) worked directly with Mr. NAVARRO, YASSIR PURCAIT, LEANDRO AVILA, GABRIEL CARRERA PITTI, between (sic) MEBISECK CEDEÑO among others, as well.

In the Supreme Court, a group that was seen only by RONY RODRIGUEZ, like the group of the Electoral Tribunal we can mention the Justice AYU PRADO and Justice VICTOR BENAVIDES, there were others, but as I

RAMB000251

9

RODRIGUEZ; for the Electoral Tribunal MIRTAVARELA and one Assistant to Justice PINILLA.

For the union groups GENARO LOPEZ, SAUL MENDES, JAIME CABALLERO, ALBA PEDRO that is from the indian district, FERNANDO CEBAMANOS, RAFAEL CHAVARRIA, among others, that I forgot the names of, MARIANO MENA and between groups of journalists we had CASTALIA PASCUAL and ALVARO ALVARADO.

There were other figures such as STANLEY MOTTA, NICO REVILLA, eeeeee (sic) ERASMO ORILLAC, which likewise had monitors (sic) hand (sic) system monitoring and of course the people who handled them. We tried countless times, by instructions from the Mister given to Mr. RONY RODRIGUEZ, to have to infect and achieve infecting the Attorney General, ANA BELFON. It could not be achieved because this system works (sic) works on the basis of requirements, meaning, the cell phone complies with certain characteristics, as mentioned above, in the version of the operating system, the version of BB Messenger and version of WhatsApp, just like her it was also (sic) required to infect another person. It was not possible but that was because sometimes the system or it was, had very old operating system or the system had the updated operating system. Those were the new eee cell phones (sic). Among the people close to the last administration (sic) Deputy JOSE MUNOZ, and also, a mistress of a senior government official named AURORA.

All I'm telling you there is evidence, I'm not here just to talk, I have evidence to support what I am saying and that's why I will present it so that

RAMB000252

10

How am I going to present this evidence? There's an email in which information was sometimes stored, resulting from these interventions, meaning emails and messages.

This mail that I will (sic) provide and is brad.pty507@gmail.com, I repeat brad.pty507@gmail.com, the password for this email is KATHIA03, spelled as KATHIA03 in uppercase.

There you can find some of the work or the information which was handled in the system. This system collected all the information and was monitored daily by RONY RODRIGUEZ and GUILLERMO known by the name of WILLIAM PITTI.

Every day the system is monitored and a summary was removed with the highlighting that could generate the targets. This summary was printed in at (sic) in the morning and was taken to the Presidential Office and handed over to a senior officer.

This summary was printed on a printer that is held exclusively there. This was a MINOLTA printer.

When I heard and because of the past elections it was received the order to dismantle everything. This was (sic) everything was disconnected, the three (3) desktops computers and were boxed in the same boxes. This equipment was Hewlett Packard and was connected, sorry, boxed and stored in the same boxes when they were brought in. It was proceeded to disconnect the server kept there and unplug the wiring.

The printer was damaged and disabled. In case that the computer stored a backup of all the work that he got out printed there.

RAMB000253

· 11

This printer could not be removed from the premises because it was (sic) it was in the inventory of the National Security Council. So it stayed there or it stood there. The other equipment had to be removed from the premises and it was expected on Thursday or Friday of the same week of the elections to be loaded into the vehicle assigned to RONY RODRIGUEZ, the driver was GUILLERMO, named WILLIAM PITTI.

The equipment was loaded at about seven thirty in the evening (7:30 pm). Why was it waited until that time? Because it was not wanted the (sic) people outside of us, the people who ran the system had access or would see that they were loading boxes of equipment into the car that I mentioned, assigned to RONY RODRIGUEZ, which corresponds to a white van. The two (2) of them RONY RODRIGUEZ and WILLIAM PITTI left after loading all the equipment and left the facilities taking everything to a place, unknown to me.

So then, the rack did not fit in that machine, sorry, in that car, so the next day a white pick-up truck was got, and loaded along with the tables where the computers were. The tables were brought to the back of a little house of the Security Council and the rack was removed in the vehicle, the vehicle being driven by MAYKOL named JULIO GRAEL and brought (sic) it was taken on behalf of RONY RODRIGUEZ and WILLIAM PITTI to a place unknown to me.

I want to make clear that I am presenting all this because I want justice, I understand that innocent people have been really hurt because their privacy was violated and thus, this video that I'm going to give to my friend who

RAMB000254

/7C

12

works in the administration of justice to have it taken (sic) to the appropriate people to bring justice.

I also want to make clear that if anything happens to me it may be related (sic) to rendering, this is my testimony and I feel scared because it involves many people, many personalities, many governments may belong (sic) to organized groups that we do not know about, this is why I am afraid and I am presenting this in order that those responsible people be responsible for the consequences of the events that they were causing to others. Thank you very much".

Thereupon, and there being no further information in the foregoing device this transcription is over.

With no further matter, I remain,

(Sgd) (Illegible)

SECOND LIEUTENANT GUSTAVO SCOTT

Badge 48671

(There appear seals reading:  REPUBLIC OF PANAMA-------------PUBLIC MINISTRY---PROSECUTION OFFICE SPECIALIZED IN ORGANIZED CRIME)

================================
The foregoing is a translation into English of the document written in Spanish.

Panama, April 20, 2016

_____
Vilma Wong de Vergara, Esq.
Personal Identity Card No.5-8-297

RAMB000255