**B.1.29.** Minutes of the Opening Session of the National Assembly and inauguration of the President of the Republic, corresponding to July 1, 2009.

LEGISLATIVE ASSEMBLY

PANAMA

*National Assembly*

*Minutes*

## THE INSTALLATION MEETING OF THE NATIONAL ASSEMBLY

## AND TAKING OF OFFICE OF THE PRESIDENT OF THE REPUBLIC

## CORRESPONDING TO JULY 1, *National Assembly*

*THE INSTALLATION MEETING OF THE NATIONAL ASSEMBLY AND*

*TAKING OFFICE OF THE PRESIDENT OF THE REPUBLIC*

*CORRESPONDING TO JULY 1ˢᵗ, 2009*

**Start Time: 8:05 a.m.**

**HONORABLE DEPUTIES PRESENT HEREIN:**

Yanibel Yineva Ábrego Smith, Crispiano Adames, Carlos A. Afú Decerega, Miguel Alemán Alegría, Francisco J. Alemán Mendoza, Abelardo E. Antonio Q., Héctor E. Aparicio Diaz, Rony Arauz, Denis Arce Morales, Leopoldo A. Archibold H., Juan Carlos Arosemena Valdés, Jorge Iván Arrocha R., Leandro Ávila, Iracema Ayarza Parra de Dale, Rogelio A. Baruco M., Dalia Mirna Bernal Yáñez, José Blandón Figueroa, Francisco Javier Brea Clavel, Fernando G. Carrillo S., Dana D. Castañeda Guardia, Elias Ariel Castillo González, Manuel Cohén Salerno, Aristides H. De Icaza Hidalgo, Rubén De León Sánchez, Hernán Delgado Quintero, Renaúl A. Domínguez V., José Luis Fábrega Polleri, Miguel Ángel Fanovich Tijerino, Guillermo A. Ferrufino B., Rubén Frías, Irene Gallego C., Sergio Rafael Gálvez Evers, Vidal García Ureña, Osman Camilo Gómez, Marcos A. González G., Raúl A. Hernández L., Absalón Herrera G., José María Herrera

O., Nelson Jackson Palma, Víctor N. Juliao T., Luis E. Lay Milanés, Mario A. Lazarus N., José M. Lozada Morales, Juan Antonio Martínez Díaz, Abraham Martínez Montilla, Gabriel E. Méndez de la Guardia, Mario L. Miller B., Hugo A. Moreno González, José Muñoz Molina, Rogelio Paredes Robles, Raúl G. Pineda Vergara, Crescencia Prado García, Yassir Purcait, Luis Eduardo Quirós B., Salvador Real Chen, Juan Miguel Ríos González, Benicio E. Robinson G., Tito Rodríguez Mena, Jorge Alberto Rosas R , Miguel L. Salas O., Noriel Salerno Éstévez, Carlos A. Santana R., Freidi Martín Torres Díaz, Adolfo T. Valderrama R., Ricardo A. Valencia Arias, Marylín Elizabeth Vallarino de Sellhorn, José Luis Valera Rodríguez, Pablo Vargas Caballero, Alcibíades Vásquez Velásquez, Francisco Eloy Vega, Edwin Zúñiga Mencomo.

**YANIVEL YINEVA ABREGO SMITH, INTERIM PRESIDENT OF THE NATIONAL ASSEMBLY** I declare opens the installation session of the National Assembly 2009-2014

Mister Secretary, read the articles 1, 2 and 3 of the Organic Rules of the internal regime of the National Assembly.

**-EDWIN ZUNIGA, INTERIM SECRETARY GENERAL OF THE NATIONAL ASSEMBLY**

I would like to start with a famous phrase that says: "The successful man is not the one who strives to pass by perfect, but that being perfect, recognizes it and struggle to overcome". First of all, I would like to thank everyone and God in particular.

Madam President, we will read the articles 1, 2 and 3 of our Procedure Rules.

**Article 1.** Installation. The National Assembly will installed, and in session by its own right on July 1 of each year in the meeting room of the Palace Justo

Arosemena, located in the capital of the Republic or in another place in the country where the approval of the majority of its members in accordance with article 149 of the Political Constitution.

**Article 2.** Presidency and Provisional Secretaries. Any installation session of a new National Assembly will have a President or Madam President, and a Secretary or Madam Secretary to finalize the list of members drawn up in the alphabetical order, respectively. In the positions will be filled by the next on the list. In the event of absence of some of the deputies or madam deputies called to act temporarily, the position will be filled by the next men or women on the list. In the event of the President or Madam President, by the deputy or madam deputy immediately preceding it. In the case of the Secretary or the interim Madam Secretary will call the list to check the regulatory quorum, consisting in more than half of the members of the National Assembly.

**Article 3.** Swearing in of the Legislative State Branch members. In the installation session of the corresponding constitutional period, verified the existence of the quorum regulatory, according to the official list of the Electoral Court, the President or the interim Madam President shall administer oaths to the members in the following way: "¿Do you swear before God and the Country to respect the Constitution and the laws of the Republic, as well as to comply with the duties as may be imposed as members of the National Assembly? To which each one will answer: "I swear". The President or the interim Madam President will conclude with the following statement: If so, may you be rewarded by God and the Country, and if not, you will be demanded by them". The deputies or madam deputies who had not been formally sworn in the installation session of the National Assembly and the deputies or the substitute deputies, to occupy for the first time the charge, shall administer oaths to the Plenary in the same way as is established in the present

4

article.

Madam President, we have finished reading articles 1, 2, and 3.

### - INTERIM MADAM PRESIDENT

We shall proceed to the nomination of the ad-hoc commission that has to prove credentials of the honorable Members, and for the quorum verification: Dana Castañeda, Sergio Gálvez, Leopoldo Archibold, Miguel Ángel Fanovich, Miguel Salas, Rubén Frías, Manuel Lozada; will precede by Miguel Ángel Fanovich and his secretary, Sergio Gálvez.

I would ask you, please, to the ad-hoc commission come forward.

### -INTERIM SECRETARY GENERAL

We shall now proceed to make the call and the present deputies, please approach to the table of the Credentials Committee Deputies.

### - INTERIM MADAM PRESIDENT

Resumed the installation session: I give the floor to the ad-hoc Commission President, the Honorable Deputy Miguel Angel Fanovich, to inform.

### -HD. MIGUEL ÁNGEL FANOVICH

Honorable Madam Deputy Yanibel Ábrego Smith, Interim President of the National Assembly: the Credential Commission, Interior Justice, Regulations and Judicial Affairs ad-hoc, in compliance with the corresponding responsibility, pursuant to paragraph 9 of Article 50 of the Organized Regulations of the Internal System of the National Assembly, upon review of the credentials of the honorable

deputies in the Installation Meeting, this period 2009-2014, concludes that the same correspond with the outcome of the legislative elections of May 3, and consequently, the National Assembly is duly integrated.

There are seventy deputies; therefore, there is quorum, as provided for by the Internal Regulations of the National Assembly.


**-INTERIM MADAM PRESIDENT.**

¿Does the Plenum approve the Commission ad-hoc?  I was adopted.

Mr. Secretary, please read the Agenda.

The next item of the agenda, Mr. Secretary.

**-INTERIM SECRETARY GENERAL**

Item 5 of the Agenda: Swearing in of the honorable Deputies by the provisional President.

**-INTERIM MADAM PRESIDENT**

We all rise to be sworn in.  We all raise our right hand.

"¿Do you swear before God and the Country to respect the Constitution and the laws of the Republic, as well as to comply with the duties as may be imposed as members of the National Assembly?


"If so, may you be rewarded by God and the Country, and if not, you will be demanded by them".

Mr. Secretary, please read the Agenda.

-INTERIM SECRETARY GENERAL

## Agenda

**Of the meeting of installation of the National Assembly and taking office of the President of the Republic, to be held on July 1, 2009**

1.  Installation of the president and of the interim secretary

2.  Appointment of the commission ad-hoc to credit credential and verifying of the quorum

3.  Report by the President of the commission ad-hoc of credentials

4.  Approval of the report of the commission ad-hoc of credentials

5.  Swearing in of the honorable Deputies by the provisional president

6.  Approval of the Agenda

7.  Reading of correspondence

8.  Nomination and election of the President of the National Assembly

9.  Swearing in of the President of the National Assembly

10. Nomination and election of the first and second Vice-President of the National Assembly

11. Swearing in of the first and second Vice-President of the National Assembly

12. Nomination and election of the secretary general

13. Swearing in of the secretary general

14. Nomination and election of the sub-secretaries of the National Assembly

15. Swearing in of the Sub-secretaries of the National Assembly

16. Declaration of Installation of the Honorable National Assembly by the President

17. Appointment of the cortege that will communicate to the President-elect of the Republic, Mr. Ricardo Alberto Martinelli Berrocal, which the National Assembly has completed the installation process and invites him to the premises

18. Recess and transfer of the honorable deputies and madam deputies to the Anayansi Theater of the ATLAPA Convention Center

19. Report of the Cortege President that accompany the President-elect of the Republic, Mr. Ricardo Alberto Martinelli Berrocal and Vice President-elect, Mr. Juan Carlos Varela Rodriguez.

20. Entry of the elected President of the Republic, Mr. Ricardo Alberto Martinelli Berrocal, accompanied by the Vice President-elect, Mr. Juan Carlos Varela Rodriguez and the members of the cortege designated

21. Religious invocation by its Most Reverend Excellency Archbishop Jose Dimas Cedeno, Archbishop of Panama

22. Swearing in and imposition of the presidential sash to his Excellency Mr. Ricardo Alberto Martinelli Berrocal, Constitutional President of the Republic, by the Honorable President of the National Assembly.

23. Swearing in of his Excellency, Juan Carlos Varela Rodriguez as Vice President of the Republic, by the Honorable President of the National Assembly

24. Words by the President of the National Assembly

25. Message to the nation by his Excellency the President Ricardo Alberto Martinelli Berrocal, President of the Republic

26. National Anthem


**- INTERIM MADAM PRESIDENT**

Do you approve the full agenda?

**-INTERIM SECRETARY GENERAL**

It has been approved

**- INTERIM MADAM PRESIDENT**

Mr. Secretary, next item of the agenda

**-INTERIM SECRETARY GENERAL**

Agenda Item 7: reading of correspondence, there is no correspondence, Madam President.

**- INTERIM MADAM PRESIDENT**

In the absence of correspondence, the next item on the agenda, Mr. Secretary

**-INTERIM SECRETARY GENERAL**

Point 8 of the agenda: Nomination and Election of the President of the National Assembly

**- INTERIM MADAM PRESIDENT**

Now open the nomination period: I now give the floor to the Honorable Deputy Velásquez

**-HD. Alcibíades Vázquez V.**

Good Morning, Honorable Madam Deputy Yanibel Abrego, Interim President of the National Assembly, their excellences members of the Diplomatic Corps accredited in our country; your Excellency Jorge Pizarro, President of the Latin American Parliament; Honorable Mr. Humberto Pelaez, Executive President of the Latin American Parliament; honorable gentlemen judges and magistrates of the Supreme Court of Justice, Honorable Deputies and alternates of the National Assembly, Honorable attorneys general of the nation and of the Administration, honorable members of the political parties that accompany us, special guests, gentlemen of the press, the Panamanian people, ladies and gentlemen.

Today is an important day, and I would like to share a message of someone who has been my inspiration from all my life. "The Panamanian nation began, from this memorable action, event that future generations will trace and the threshed machine

that will take us to big avenues of development and equity, respect to the human dignity and above all, to accomplish full sovereignty. This is only accomplished when the unity of the people is being heard and speaks loud and clear". Doctor Arnulfo Arias Madrid, in December 22 0f 1939, Proclamation of the Panamanian party doctrine. Seventy years later, the words of my great leader become effective, and today I have the high honor of giving, first, Thanks to God, because he allows me to open this first session of the First Legislature of the Five Year Period 2009 – 2014, to present to all and each one of you, specially you, appreciated and respected colleagues, the nomination to the Presidency of the National Assembly of the Republic of Panama to a friend, a Politian, a business man, but above all, a great father and a great son. This great friend went to elementary school to Javier School. Later, he specialized in important Americans universities and had left throughout the years, a trail of great work, of great sacrifices but above all a great friendship of which we know him. That great friend that today I will introduce have three sons: Javier Eduardo, José Luis and Daniel José and a great wife Anita de Varela. Today are with him, for the session of this State Branch, his father, Luis José Varela Arjona and from up there is with him, his appreciated mother, Betzi Rodriguez de Varela, may she rest in peace.

This friend has had the opportunity to give the country many years of his life, on this plenary of the National Assembly, four consecutive periods, deputy of the Nation, in representation of an elective circuit of our countryside, like the Circuit 6-2 that today is at party, not only because it will have their President on the National Assembly, but because it also have the Vice President of the Republic elected on the votes of 2009.

This great friend that today I want to introduce, that great friend and brother has been a person that since the moment he step foot on the Palace Justo Arosemena,

has been a great concerted, a great promoter of the benefits law, of national impact,
a person that is committed now more than ever on saying to the country, the
Panamanian people, that for reason have lost hope, faith or trust on this first State
Branch, never have been said the last word and this friend of mine is committed,
precisely, of finding the mechanism so the Panamanian people understand our role,
but also us with our example, tell the Panamanian people "you have a State Branch
to work for the consolidation of the National State of Law".

Jose Luis Varela that is my friend that is my brother that is my candidate that today
I present to you on the Assembly for President of the National Assembly.

Jose Luis Varela, I am sure, at the moment all the Deputies of the Republic issue a
vote in favor, will start immediately the process of team work to consolidate these
promises that we made in campaign and that we took to the Presidency his
Excellency Ricardo Martinelli Berrocal.


Jose Luis Varela, our future President, all the benches have a great commitment,
with no political, ideological and religious distinction, that is to work inside the
Law, to go beyond our efforts, to approve laws of national impact, but also be
applied and executed for all the Branches of the State that integrate this political
system that command us.

There is no political or ideological difference that can prevent us to consolidate the
State of Law, and be rest assured, to conclude, that from today those transcendental
changes of which he committed and we committed in campaign, those of us who
supported the project of the change, that is headed by the citizen Ricardo Martinelli
Berrocal and is accompanied in his Vice Presidency, the engineer Juan Carlos
Varela Rodriguez, will be guarantee because, first, with the faith in God, I am sure
that our only objective is having permanent presence in this National Assembly,

second, to invocate our patrician Justo Arosemena and third, to understand this message that the Doctor Arnulfo Arias Madrid gave us seventy years ago. The Panamanian people spoke loud and clear and was felt, therefore, we are not going to disappoint. ! Long live the Panamanian people, long live my homeland! Many thanks.


**-YANIBEL ABREGO, INTERIM MADAM PRESIDENT**

Thank you, honorable Deputy Alcibiades Vásquez Velásquez. It continues open the nominations period.

I now give the floor to the Honorable Deputy Leandro Avila


**-HD. LEANDRO AVILA**

Thank you, honorable Madam Deputy Yanibel Abrego, Interim President of the National Assembly, their excellences members of the Diplomatic Corps accredited in our country, your Excellency Jorge Pizarro, Latin American President of Parliament; Honorable Mr. Humberto Pelaez, Executive President of the Latin American Parliament; honorable gentlemen judges of the Supreme Court of Justice, Honorable Deputies and alternates of the National Assembly, Honorable Attorneys General of the nation and of the Administration, Honorable Members of the political parties that have joined us in the morning today, ladies and gentlemen special guests, members of the national and international press, friends all.


Today we need to comply with a constitutional mandate, install the new Assembly which will rule the destinations of 2009-2014 period, however, it is very important that the face of the country knows that five years ago the Democratic Revolutionary Party received a country, practically, in bankruptcy, with a deficit of more than

seven hundred million dollars, with a Social Security Fund toward to an economic collapse.

But as of yesterday, we leave a country with healthy finances, we leave a country with the expansion of the Canal that will bring major economic benefits for the country, we leave a country with more than three hundred thousand Panamanians who lived hidden, because their disabilities, and the national government, who ended yesterday, I include them. We leave a country in the Americas region with the highest economic growth; we leave a country that for the first time the unemployment rate declined significantly. We were able to help the poorest of the poor through inclusion networks.

However, today July 1st it will comply with the popular will and that popular will it will be expressed here in Parliament, only twenty-six members of seventy-eight, in equal parts of government and opposition, returning reelected to this premises.

But, in addition, the constitutional reforms that Panamanian people raised and that could be done through two continuous assemblies, the 1999 to 2004 and from 2004 to 2009, have allowed this Assembly to reduce from seventy-eight deputies to seventy-one deputies that currently composed, and that was by the popular clamor; of two substitutes, it was reduced to one. So what does this mean? What, in fact, it has been transforming daily the Panamanian State for the benefit of the citizens. Of the seventy one deputies, today we want to highlight a man of flawless trajectory, married with Magali Rivera Vargas, with two daughters: Aileen Michelle Paredes, twenty-six years, graduated doctor, Jessica Raquel Paredes, twenty-one years, Med

student, and with his grandson Diego.

The candidate that we are going to propose comes from a distinguished family, composed by Mr. Rigoberto Paredes Solis, may he rest in peace and by Tilcia Robles Paredes, mother of our fellow deputy that we are going to postulate. However, it is very important for us, for us members of the PRD (PRD-Partido Revolucionario Democrático), you know, that is the candidate who we are going to postulate, our fellow Rogelio Enrique Paredes Robles the hope of this National Assembly.

Dear Colleagues, if you truly want that the transformations are made and to have balance on the powers, it is necessary that we reflect and give a vote in favor to Rogelio Paredes.

I take advantage of this opportunity to send a message to our political comrades and we want to point out that this bench of the Democratic Revolutionary Party (Partido Revolucionario Democrático-PRD) of twenty six deputies plus a deputy of the Popular Party that will accompany us, will follow the words of our guide and political driver, the General Omar Torrijos Herrera, who said "if I fall, pick up the flag and move forward" Those words we make it our own, because no question the message that the Panamanian people sent on May 3 was a message of change. The seventy percent of the Panamanians decided that a change was to make, because the campaign promises were really captivated.

To this people were promised more security on the streets, this people were promised to reduce the power energy, this people were promised cheap food, this people were promised a massive and decent transportation for them to transport, on those promises, we want to say to the country that the Democratic Revolutionary

Party (Partido Revolucionario Democrático-PRD) will feel satisfied if only the fifty percent of the promises be executed, because we will understand that is for the benefit of this country.

The bench of the Revolutionary Democratic Party (Partido Revolucionario Democrático-PRD), the structures of our party, our national executive committee, our national directory, the over four thousand delegates and base members of the Revolutionary Democratic Party (Partido Revolucionario Democrático-PRD), highlights that the Panamanian people decided that here the coalition that is going to be government had majority, but the Panamanian party also decided that the Revolutionary Democratic Party (Partido Revolucionario Democratico- PRD) had majorities of Mayors, had majorities of township representative and the Panamanian people also decided that we erected as the true opposition.

But we want, from this tribune, to point out that we are going to be a constructive opposition. The things this government can do right we are going to applaud, the things this government don't do on the right way, we are going to do a voice, that on a permanent way, will opposed and will report to the face of this country any attempt of outrage that may happen.

On behalf of that, dear colleagues, Panamanian people that see us and hear us, we want to point out on an emphatic way, that from this Assembly we will build a better country. To the political comrades we want to point out that May 3 must be left behind. Now we must work in the present, with no resentment, no hate, respecting the leadership and the way of think of each. We have to retake the thinking of the General Omar Torrijos Herrera who said "who consults the must, make less mistakes" and this profound thinking means that you can be the chief, he leader but you don't lose anything from hearing of others.

The passed June 28, our party began a new path to rebuild the Democratic

Revolutionary Party (Partido Revolucionario Democrático-PRD), its leadership and to prepare a new path towards the next electoral process. The "Trojan horse" strategy inside the lines of our party to get an indulgent and unconcerned opposition to the grave issues of the Panamanian party won't find place inside our lines.

On that effect this National Assembly wants to transform, it is necessary that we vote for Rogelio, who born in the Province of Panama, August 17, 1957, graduated from the high school San Agustín, made studies of Architecture at the Panama University and since 2004 is Deputy of the Assembly and now reelected in which confirms his leadership.

Rogelio Enrique Paredes Robles have had diverse roles on institutions of the Panamanian State, was advisor of the Secretary of Infrastructure on the Assembly, advisor on the Commission of Housing of the Assembly, a Ministry of Housing in 1998 and Vice Ministry of Housing from 1994 to 1999. Rogelio has the professional and humans qualities to precede the National Assembly. Additionally the impeccable political career of our partner Rogelio Paredes qualifies him with bigger capacity for the Presidency of the Assembly.

Rogelio, in his five years as a member of the National Assembly, has participated in the following commissions: Secretary of the Human Rights Commission of the PARLATINO, Secretary of the Ethics Commission, Vice President of the Housing Commission and President of the Housing Commission and the Commission of Human Rights, where he did an excellent job and visited the jails throughout the country.

Finally, I must call out that Rogelio Enrique Paredes was appointed as Ambassador for Peace of the "Universal Peace Federation" and a member of the Federation for the Prevention and Mitigation of Natural Disasters, which demonstrates his great

ability of consultation and dialogue. If the colleague Rogelio Paredes Robles becomes President of this Assembly, today, there will be hope for a future; there will be balance in the powers.

Finally, there are deputies that are reluctant to be entitled as honorable. We know that the position that we play is of a high level, however, we believe that this title should be ratified with the deputy conduct. A worker deputy, responsible and that cares for the interests of the citizens and the interests of the country, is what society calls. These things, under the chairmanship of the colleague Rogelio Paredes in representation of the Democratic Revolutionary Party, the party which in this Assembly has the largest representation of deputies, it will be possible if today we, ladies and gentlemen of government and opposition, we vote in favor of the colleague Rogelio Paredes. Many thanks.

**-YANIBEL YINEVA ABREGO, INTERIM MADAM PRESIDENT**

Honorable Deputies, we shall now proceed with the election.

Mr. Secretary, call the list

**-EDWIN ZUNIGA MENCOMO, INTERIM SECRETARY GENERAL**

**Voted in favor of the Honorable Deputy Rogelio E. Paredes Robles for the Presidency of the National Assembly, the Honorable Deputies:**

Crispiano Adames, Miguel Alemán Alegría, Abelardo E. Antonio Q (my friend Rogelio Paredes); Rony Arauz, Denis Arce Morales (to my dear Chiriqui province and by the majority  bench of this Assembly); Juan Carlos Arosemena Valdes,

Leandro Avila (for the friend, for the good man); Iracema Ayarza Parra de Dale (for the union of our party); Elias Ariel Castillo Gonzalez (respect for the colleague Jose Luis, however, I vote for my colleague, peer and friend); Rubén de León Sanchez, Renaul A. Domínguez V. (for the torrijism hope of our PRD-Partido Revolucionario Democrático); Jose Luis Fabrega Polleri, Ruben Frias, Irene Gallego C., Absalon Herrera G. (for our county of Kuna Yala) Nelson Jackson Palma ( in first place, I would like to thank God, to Jesús Nazareno of Portobelo and to the people of the coast and mountains of Colon, who allows me, again, to be here with my brother and friend Rogelio Paredes); Jose M. Lozada Morales (First, we thank God for being here, this beautiful opportunity that gives us to my family, to my father, that is with us, to all my brothers, for this circuit 4-4, Alanje, Boquerón and Renascimiento); Juan Antonio Martinez Diaz, Abraham Martinez Montilla, Gabriel E. Méndez de la Guardia (to the union of our PRD-Partido Revolucionario Democrátic bench, with my respects to "Popi" incredible candidate and by the friendship that unites us, and as an excellent person in all his career and experience); Rogelio Paredes Robles (proud of my party, even my bench which has placed in me this great honor to represent them today; in addition, I feel that perhaps the most proud person will be my father, today my vote goes to Rogelio Paredes); Raul G. Pineda Vergara (to God be all the glory and all the glory, I vote for the candidate of the true majority bench of this Parliament, the PRD-Partido Revolucionario Democrático bench, for our peer Rogelio Paredes); Crescencia Prado Garcia, Yassir Purcait (for the nephew of the ex-president Marcos Robles, Rogelio Enrique Paredes Robles); Benicio E. Robinson G. (First, to thank Almighty that has allowed me to be here once more, and to my people that has allowed me to represent them once more, three times, in the circuit 1-2, two times in the circuit 1-1 of my province the fifth time I come to represent this province of

which today I am honored and give thanks to that people, my vote today is for the political peer, colleague, Rogelio Paredes, for being an outstanding men and for being a men who will provide us balance in this Assembly and to the country, in an Branch; the first Branch of the state); Freidi Martinez Torres Diaz, Francisco Eloy Vega (on first hand, thanks to my circuit 7-2 Los Santos Macaracas-Tonosí, for giving me the chance to come here to defend the colors of my country in this Parliament, for the strengthening of the Panamanian democracy and the guarantee of the presence of the Torrijismo on the Parliament debate, my vote is for my good friend Rogelio Paredes).

**Voted on favor of the Honorable Deputy José Luis Varela, to occupy the Presidency of the National Assembly, the following Honorable Deputies:**

Yanibel Yineva Ábrego Smith (for the change that start today in this country, José Luis Varela), Carlos A. Afú Decerega (for the Herrera Province), Francisco J. Alemán Mendoza, Héctor E. Aparicio Diaz, Leopoldo A. Archibold H., Jorge Iván Arrocha R. (for a new image for the country), Rogelio A. Baruco M., Dalia Mirna Bernal Yáñez( for the democratic Alliance, for our partner), José Blandón Figueroa, Francisco Javier Brea Clavel (for a real change in the Assembly), Fernando G. Carrillo S., Dana D. Castañeda Guardia (I am going to vote for the person that from this Assembly must lead the change that we have promised to the people), Manuel Cohén Salerno (by who is willing to bring forward the change that this people have demanded with the results of the elections), Aristides H. De Icaza Hidalgo (for my small country, for my nine provinces, for the Indians, workers and all the Panamanians in means in making the better of this country for all), Hernán Delgado Quintero, Miguel Ángel Fanovich Tijerino (Thanking God, to our circuit 4-1, to our Chiriqui Province, and with that compromise of change, for a better

Panama, a person from Chiriqui votes for a person from Herrera), Guillermo A. Ferrufino B., Sergio Rafael Gálvez Evers (Before issuing my vote, I would to give my regards and respect to that great friend of mine Rogelio Paredes, who I admire very much, a great professional, congratulations, but I am voting on conscience, I vote for one of our brothers, a person from Chorrillo votes for a person from Herrera); Vidal García Ureña, Osman Camilo Gómez, (first to give thanks to God, secondly to my people from Baru, we give our vote to my friend and veteran Politic and conciliator); Marcos A. González G., Raúl A. Hernández L. (for the good friend, committed to the change of this Assembly and the country);, José María Herrera O.(for my good friend), Víctor N. Juliao T.( I would like to give thanks to God and the circuit 8-7, for giving me the opportunity of being here and for the hopes of the Panamanian people, I vote for "Popi", from a person from Herrera to another) , Luis E. Lay Milanés (Darien, first, because justice was made to Haydee Milanes de Lay and my circuit and God for giving me the opportunity of being here), Mario A. Lazarus N., Mario L. Miller B.( first I would like to thank God, my family to Bocas del Toro, the opportunity to come back to this Parliament, who persevere with faith and work, reaches, "Popi" for your work, your human quality and because this Assembly helps Ricardo Martinelli to do the true change, you have the vote of Bocas del Toro and mine), Hugo A. Moreno González (first, to thank God to the memory of my father Mahin Moreno, to the members of the Circuit 4-5, Dolega, Boquete and Gualaca, vote for the person that has a virtue of statesman, my friend and brother "Popi" Varela) José Muñoz Molina ( first we want to give thanks to God and my circuit 8-10 that for a three consecutive period, has giving us the vote to be represented here and on this occasion, to be elected as a representative of the township of Tocumen, it is also my vote on this morning for the friend, the namesake, Jose "Popi" Varela), Luis Eduardo Quirós B. (because

20

today it dawn a change from early morning to the Assembly), Salvador Real Chen (for the necessary changes and the development of the Panamanian society and specially, the development of the Province of Darien in which we are representing our vote is for the friend Jose Luis "Popi" Varela), Juan Miguel Ríos González (first to thank God who has allowed us to become part of this Parliament and second to thank my family, my friends of the circuit 6-3, Herrera, Ocu, La Mina, Santamaria for the friend and for the compatriot, the fellow countryman "Popi Varela"); Tito Rodríguez Mena ( thank God, my circuit 8-9, to my family for a friend and a true change), Jorge Alberto Rosas R.( first place, I would like to five thanks to the resident of the districts of Tole, San Lorenzo, San Felix, and Remedios, to allowing us to comeback to this Legislative place, my vote is for Jose Luis Varela Rodriguez), Miguel L. Salas O. (grateful to God, first and to my circuit proudly 3-1 Colon to our brother), Noriel Salerno Éstévez (thanks to God and ...) Divine Justice, thanks, Aguadulce, after a good vacation here we are again and we trust in you, "Popi"), Carlos A. Santana R. (first of all, thanking God and the people of Santiago, who did justice, "Popi" Varela); Adolfo T. Valderrama R., thank God, to my circuit 8-7, for giving me the opportunity and our vote, if my grandmother lived she  would be very proud that the President of the Assembly addressed this great Township of Potuga, to my friend Jose Luis "Popi" Varela); Ricardo A. Valencia Arias (on behalf of my district of Arraijan, the youth of this country that seeks an integral change of this Assembly, the vote is for my friend and political father Jose Luis "Popi" Varela); Marylin Elizabeth Vallarino de Sellhorn (I give thanks to God, to the people of Arraijan by electing me for the second consecutive time, to reach this Assembly and apologies to Rogelio, that this arraijaneña (from or living in Arraijan) today will not vote for an arraiajaneño, (from or living in Arraijan) we give this vote of confidence to Jose Luis "Popi" Varela, to make a real

change in this Assembly); Jose Luis Varela Rodriguez, Pablo Vargas Caballero (giving thanks to God and to our district of Bugaba - Chiriqui, a true change and a better Panama); Alcibíades Vásquez Velásquez (thanks to the circuit 8-10 that has me here since the year of 94, vote by a great panameñista (panameñista party), today the standard-bearer of the great government alliance, Jose Luis "Popi" Varela Rodriguez); Edwin Zúñiga Mencomo (I am here today in this premise giving thanks to God, to my parents, my wife and my daughters here present and, also, to that circuit 8-10 Pacora, Mañanitas Pedregal, Tocumen, San Martin, 24 de diciembre, today my vote is for a great friend, a native of Herrera-Pese,"Popi" Varela).


**-YANIBEL ABREGO, INTERIM MADAM PRESIDENT**

Results, Mr. Secretary


**-EDWIN ZUNIGA, INTERIM SECRETARY GENERAL**

Madam President, the results for the vote: For Jose Luis "Popi" Varela: Forty-four (44) votes in favor. For Rogelio Paredes: twenty-seven votes (27). Has been elected as President of the National Assembly, Deputy Jose Luis Varela Rodriguez


**-INTERIM MADAM PRESIDENT**

Having been elected the Honorable Deputy Jose Luis "Popi" Varela, we ask you to come forward for the swearing in.

All the honorable deputies stand up for the oath to the President of the National Assembly.

Raise the right hand:

"Do you swear before God and the Homeland respecting the Constitution and the

Republic laws, as well as to comply with the duties imposed to the President of the National Assembly?"

**-JOSE LUIS VARELA RODRIGUEZ, PRESIDENT**

I swear

**-INTERIM MADAM PRESIDENT**

"If so, may you be rewarded by God and the Country, and if not, you will be demanded by them".

**-JOSE LUIS VARELA, PRESIDENT**

Mr. Secretary, read the next item on the agenda

**-INTERIM SECRETARY GENERAL**

Agenda Item 10: nomination and election of the First and Second Vice President of the National Assembly

**-PRESIDENT**

We open nominations for the role of first Vice President of the National Assembly. Have the floor the honorable Deputy Dalia Bernal.

**-HD. DALIA BERNAL**

Thank you Mr. President, Good Morning and congratulations for the new role and we hope that on this new legislative stage will have forecasts and be equity for the better country we need.

On this morning in which we are gather here, today July 1, we want to thank to our invites the magistrates, Prosecutors, Defender of the People, to the deputies that are here with us, to the new and those who have had the change to be reelected, to

the media, thanks for being here and all those person that are here, special guests, families, friends and work teams.

Mr. President, in this opportunity I have the honor to introduce before this chamber the friend, party comrades, the two times vice president and today we want to nominate him for first Vice President before this chamber. The partner Rogelio Baruco Mojica has had an excellent political career with Arnulfo Arias Madrid, may he rest in peace, who was his teacher and spiritual guide with the President Mireya Moscoso that was also his first vice president on the Arnulfist Party and today we feel proud that is also a founder of the Democratic Change Party with today elected President Ricardo Martinelli and a team of men and women who believed on a new change on a new alliance, on a new country, that is what is required and is what we are offering to this life project, to the Panama we all want.

Rogelio Baruco has had an extraordinary political projection, since his youth with his parents, his brothers. Loved son of Mr. Agustin Baruco Hernandez and Mrs. Mercedes Mojica, brother, friend and great father. He was telling on moments before that he is from a family of nine brothers and I tell him "I bit you" because we were twelve, eight women and four boys and he has six sisters and three brothers. So we congratulate him.

As a father of six children of which are all named Rogelio, we have here Rogelio Agustin, Rogelio Javier, Rogelio Antonio, Rogelio Alberto ad his daughter Lineth that for us it is extraordinary to realize that his family has a daughter but also a foster daughter, Sara. For us this is very important. We want to congratulate his wife that is with us, Sara Pitti de Baruco.

We want to project the path, like Ricardo Martinelli on his long walks of all the corners of our country he manifested to this people that asks loudly for a better quality of life, that asks loudly, equity, that asks loudly, quality. This is what we

24

are offering today, because is one of the life projects and of campaign that had our friend and political guidance Rogelio Baruco Mojica, of which today we are nominated him for candidate of the Vice Presidency.

We think this man that has had a career as a construction technician with his nine brothers, with his family, with his father, in which we have great works, residences, buildings, bridges at the Province of Chiriqui as outside this province that we call the Chirican province.

He joins our Democratic Change Party (Partido Cambio Democrático) on May 17, 1997 where he leaves the lines of the Arnulfista Party, believing on the project of life that was proposed by our President-elect Ricardo Martinelli. Who walked together so we can have a better country that is what we want for all.

We believe, in this August chamber, that the Vice-President Rogelio Baruco in the company of our current President already elected in the National Assembly of Deputies, Jose "Popi" Varela, are going to have a job where they will inject quality, as we have said before, but more importantly, equity. We are going to be working in this great alliance, as we have heard from our colleagues who have spoken before us, that is a great alliance, but is a great alliance for the benefit of all panamanian men and women and as I listened, above, to one of our predecessors who stated that the panamanian people require more security, we will have the security that our people requires. Who stated that we will have a better quality of education, we will be offering to our boys and girls scholarships, notebooks and uniforms for all those who require it.

We are going to have elder people with a life opportunity and with a project of a better life so that they can be met and have the first aid, because after we are sixty years and we do not have an economic resource, an income, very few people want us. Then, it will be offer one hundred dollars to these men and women of seventy

years, which do not have an economic resource which can provide the opportunity for a better health. We are going to offer a better quality in the transportation, also, we are going to do it, colleagues and madam colleagues, because all governments that we had have promised, but, unfortunately, are the panamanian people that suffers and, we currently have north and south highways expensive, highways who have been a fast track to acquire a substantive business, but not to give the security benefit to the Panamanian men and women, because we have seen how these disastrous constructions, with holes, with lagoons, dark and there it starts the insecurity, Mr. President.

Next to our colleague, of our first Vice President Rogelio Baruco, our President Jose Luis "Popi" Varela and our Second Vice President, that we will choose, subsequently, I know that at least these three priorities areas in which our country requires, together with security, we will.

It is so; today I ask to all colleagues' deputies and madam deputies, who support us with the vote in favor of our colleague and mentor, our friend, our peer Rogelio Paredes, I wanted to make a stop in, my apologies, Baruco.

**-PRESIDENT**

Continue, Madam Deputy Bernal

**-HD DALIA BERNAL**

The habit of being here with the colleague Rogelio and in jobs, also, for two years in the Commission of Human Rights and we did an excellent job, I apologize. Our

colleague Alberto Urbina, who is not with us at this moment, but a colleague who believed that Ricardo Martinelli would be the future President of our country and that would offer all the opportunities that these require and we will have in this life project. For us it is important and as our Mr. President Ricardo Martinelli said: "you can screw over but you can't mess it up". So thank you very much and God bless each one of you.

**-JOSE LUIS VARELA, PRESIDENT**

It continues open the nomination period of the position to the charge of First Vice President.

I now give the floor to the Honorable Deputy Raul Pineda

**-HD. RAUL PINEDA**

"The degree of civilization of a people can be judged by the social position of the women", Faustino Sarmiento

Ladies and gentlemen, we have seen the election of the President of this august chamber in its first period. Allow me to congratulate you, Mr. President.

Today I want to introduce, with the greatest modesty, to someone that can only be introduce in this way, because she is a woman of extremely humble. Honorable Deputies, I am referring to "meli-go" working women, fighter and humble, that is the meaning of "meli-go". I am referring to the Honorable Madam Deputy Crescencia Prado, proud of her ethnicity and proud of being a woman. Thanks to the revolutionary process and bristling by General Omar Torrijos Herrera, Crescencia had the opportunity to study in an elementary school in the Township of Tambor, school built by the leader of this country: Omar Torrijos Herrera, and

it was not easy, it was not easy to her three hours of journey to the school, but she succeeded, she was brave.

It seems like only yesterday, it seems like only yesterday that you worked on that family home where they paid you forty dollars a month, but with the same courage you went to prepare- as taught by Torrijos- to the National Institute (night shift), many times without having a sheet to copy the lessons and in many other occasions she walked by the former Avenida Balboa, today, with much pride, our Cinta Costera, to return to your house, because she did not have money for the ticket.

What irony!, but is an honor to have with us in this bench a woman "meli-go", who managed to have a bachelor in commerce in the year of 1987. Honorable Madam Deputy Crescencia Prado takes her race to the highest educational levels, to obtain a degree in business administration from the University of Panama, and not only that, but also a post graduate in higher education in 2006, a post graduate in high management in 2007, and a master degree in Business Management in 2009.

Let's not be wrong, Honorable Deputies, Crescencia Prado is the noble women representative of the panamanian women, the representative of a Panama, because I would like to remind you that there are three Panama: The modern and developed Panama we know, the Panama of the farmers, of the countryside of the producers, and the Panama of the indigenous, many times forgotten. I want to tell you that we are very proud to present today to Crescencia Prado, and is by the veins of Crescencia Prado runs the blood of Victoriano Lorenzo, the blood of Urracá, Panquiaco and Quibián. I want you to know that we already have the votes; we already have the votes of more than half a million indigenous people who claim their space.

Who speaks to you is a true son of the people of San Miguelito, of which I feel very proud. Balbina Herrera, thank you for giving me the opportunity to study, also.

Honorable Deputies of the oficialista bench, today as a member of the majority bench of this Parliament, proudly PRD-Partido Revolucionario Democrático, is the moment to show the results promised in the campaign: govern with the best. That is why, colleagues, that today I request, with much respect, the vote for the best, Crescencia Prado Garcia. The vote in favor to the Magister Crescencia Prado Garcia; the first Madam Vice-President of this Parliament. May God bless you all and thank you, dear colleagues.

**-PRESIDENT**

It continues to open the nominations period. Notice it's going to be closed. It's closed.

Mr. Secretary, cast the votes

**-EDWIN ZÚÑIGA MENCOMO, INTERIM SECRETARY GENERAL**

**Voted in favor of the Honorable Madam Deputy Crescencia Prado Garcia, to occupy the vice-presidency of the National Assembly, the following Honorable Deputies:**

Crispiano Adames (pure expression of modesty, of perseverance and struggle of the popular sectors, you can identify with the Circuit 8-7 and it's nine townships, which I have the honor today to represent and to which I am very grateful, by the fact of having me chosen on 3 May), Miguel Alemán Joy, Francisco J. German Mendoza (by the chiricano- from Chiriqui province), Abelardo E. Antonio Q., Rony Araúz, Denis Arce Morales (I would like to take this opportunity, Mr. President, to

congratulate you and ask, most responsibly, the search for the unity of this Parliament, to take it apart in its whole. I would also like to thank God, my family, my Democratic Revolutionary Party and the chiricano(from or living in Chiriqui), for having returned for the fourth consecutive time to serve the destinations of my country, with honor, and everything that you can do for it, also greetings to our President of the Democratic Revolutionary Party, Balbina Herrera), Juan Carlos Arosemena Valdes (if, before anything, Mr. President, to congratulate you and also to greet the President of my party, Balbina Herrera), Leandro Avila (because thanks to General Omar Torrijos since the National Assembly is not only for the powerful sectors economic), Iracema Ayarza Parra de Dale (I take the opportunity to thank God and to the circuit 3-1 that both contributes to the development of this country: Colon, and because each time you note the contribution of women in the development of this country), Elias Ariel Castle Gonzalez (in honor of Panamanian women), Ruben De Leon Sanchez, Renault A. Domínguez (for the representation of the most humble, I thank him for the coclesano( from or living in Cocle) people, by that great support, my family, my friends. My vote goes to Crescencia Prado, in representation of our bench of the PRD), Jose Luis Fabrega Polleri, Rubén Cold (thanks to my mother, to all the people of the great Chorrera. My vote is for the woman that represents the true Panama culture, Crescencia Prado), Irene Gallego C., (by the inclusion of the comarca Ngobe Bugle within the policy of this House of Deputies. My vote goes to "Meli-go", Crescenzia Prado).


**Voted in favor of the Honorable Deputy Rogelio Baruco, to occupy the vice-presidency of the National Assembly, the following Honorable Deputies:** Yanibel Yineva Abrego Smith, Carlos A. Afu Decerega, Hector E. Aparicio Diaz,

Leopoldo A. Archibold (the moment came to develop the regions as it should be),

Jorge Ivan Arrocha R. (first, I would like to congratulate all the Panamanian

women. Crescencia, I recognize your achievements in all its expression. I represent

the district of Penonome, the lands of Northern Coclé, I am a cholo, with great

pride, but today my vote is for the Rogelio Baruco), Rogelio A. David, my wife

Sara, to my children and my whole family, who have given me a great opportunity

for me to come here to this seat and represent them with pride. I have to thank also

the distinction that I make the honorable colleagues to stand as a candidate for the

first vice-presidency of this honorable legislative Chamber, I thank, infinitely, all

such support and, above all, I congratulate the distinguished lady Crescencia, by

everything that she has been, all the values she has obtained), Dalia Mirna Bernal

Yánez (we would like to thank, this morning, the noble people of San Miguelito,

for having allowed me to the re-election with the largest number of votes for San

Miguelito and at the national level. This morning, we want to give a vote in favor

of our friend and Master Rogelio Baruco), Jose Blandón Figueroa, Francisco Javier

Brea Clavel (I give thanks to God for the opportunity to be able to serve the circuit

9-3, A circuit so abandoned until this moment), Fernando G. Carrillo S., Dana D.

Castañeda Guardia (as a woman, my respect to our colleague Crescencia, my vote

goes to Rogelio Baruco), Manuel Cohen Salerno ( I want to thank God, the architect

of my life, for having me here and for having guided the chitreano people (from or

living in Chitre) to have me as his deputy to represent them here in the Assembly

with these desires of changes that came yelling from many months ago. Many

thanks to my wife and my children and my family. I would like to thank those

colleagues who gave the vote to "Popi" Varela, who we are confident, will do a

good job with whom shall be his Vice President, God first, who go to work together

by the good of the majorities in this country and f poor the get out of poverty so

they can eat three times a day. My vote and my trust so that we can carry out what has promised Ricardo Martinelli, and the people expect, Rogelio Baruco), Aristides H. De Icaza Hidalgo (I am going to say this taught, because in this act of today are to leave footprints for each expression, which is difficult, very difficult to be large or humble when it is in the fight, in the perseverance, pain, there is no hunger that stop that large road which is knowledge through education. I congratulate you as women in Panama, worthy to be here, but the honorable and humble chiricano(from or living in Chiriqui) friend, committed with him, Chiriqui and by my great homeland and by my homeland, Rogelio Baruco), Hernan Delgado Quintero, Miguel Angel Fanovich Tijerino (recognizing the merits of the lady, we salute our wife here present, to our son Miguelito, to our substitue,  Jose Moreno, his wife, we vote for a tireless fighter for the most humble and countryman, Rogelio Baruco), Guillermo A. Ferrufino B., Sergio Rafael Galvez, Vidal Garcia Urena (for my friend Rogelio the suffered from Chiriqui Baruco), Osman Camilo Gomez, (Mr. President, for a big struggle of more than fifteen years of the people, that is listening to us. To Rogelio, who was a victim of fraud in the elections for deputy in that decade and a man who fought from 68 to 88, two decades with me to achieve democracy in the province of Chiriqui, on behalf of my family, my daughters, my wife, my mother and my people of Baru, here are the results. Rogelio Baruco, my vote is for you as Vice president of this Branch of the State), Marcos A. Gonzalez G. (Mr. President, first of all I want to congratulate you on the election which has been the subject this afternoon. I want to send greetings to our people of san Miguelito despite everything, despite all the evil and discord have us back to the Legislature Plenum to work for that community that requires much support. This afternoon, Mr. President, my vote and the vote of our people of San Miguelito, of those people who is so desperately in needs, is for the colleague Rogelio Baruco).

Raul A. Hernandez L.(we cannot fail to recognize and congratulate the merits of the colleague Crescencia Prado, congratulations, worthy example, but the vote for who will help us with the commitment to make the change we want for this Assembly and for this country, my vote is for Rogelio Baruco). Victor N. Juliao T. (congratulations, Mr. President my sincere respect. I want to take this opportunity to congratulate Madam Deputy Prado; you are an example for all Panamanian women. However, my vote is for my great friend and my father's friend Rogelio Baruco). Luis E. Lay Milanes, Mario A. Lazarus N. (first of all, thanks to my people of Colon, my vote is for my friend, colleague and partner of CEN, Rogelio Baruco), Mario L. Miller B.(President, for us it is important to talk about Rogelio Baruco Baruco. Twelve years ago, got into an adventure that seemed to have no direction, no head. Ricardo Martinelli called him to be part of a party that twelve years ago was nothing, had no name. Rogelio Baruco in Chiriqui is a history, Rogelio in the country is a name, Rogelio Baruco was part a of great party as is the Panamanian Party, but Rogelio Baruco left the feeling of the party and he saw it from the point of view of Patriotism, and helped to create the Democratic change Party, which proudly, Ricardo Martinelli is the president of the party and today, elected President of this country and within hours constitutional President of this Republic. That for us is of immense value in such a small party, but big on sentiment as it is Democratic change. Your faiths have already run three terms and have won three times, but the system has denied it to you, today, what better candidate for the pride of the Democratic Change Rogelio Baruco. On behalf of our Party, congratulations. But I want to take  advantage and say something, Mr. President, is that in this country the Indigenous masses have historically voted with the PRD (Partido Revolucionario Democrático) and this election, too, they returned to vote with the PRD, except the region of Bocas del Toro, 12-1 where Leopoldo

"Popo" Archibold, overwhelmingly won of two mayors won both, of seventeen representatives took twelve and he is the deputy, but, paradoxically, in the rest of the polling indigenous won the PRD, as he won in the past..)

## -HD. JOSE LUIS VARELA PRESIDENT

Colleague Mario Miller, excuse me, but let's see if we go to vote, we have a..

Colleague Mario, excuse me, it is that we have more four hour-call vote and heads of state are waiting in ATLAPA, excuse me.

Continue, Mr. Secretary, we are voting.

## -SECRETARY GENERAL

Hugo A. Moreno (Mr. President, I congratulate you, greetings to my family, my deputy, and those silent activists who are in my circuit. My vote for my friend and colleague Roger Chiricano Baruco). Jose Munoz Molina, Luis Eduardo Quiros B. (paying homage to my ninety-seven years old grandmother who could not accompany me in this act, but is watching it on television, his country mate chiricano Rogelio Baruco), Salvador Real Chen (an eternal gratitude to circuit 5-2 of Darien and to the Comarca Embera Wounann, Darien. My vote is for the college Rogelio Baruco). Juan Miguel Rios Gonzalez, Tito Rodriguez Mena, Jorge Alberto Roses R., Miguel L. Salas O., Noriel Salerno Estévez, Carlos A. Santana R., Adolfo T. Valderrama R., Ricardo A. Valencia Arias, Marilyn Elizabeth Vallarino de Sellhorn (Madam Crescencia: I am at your service in these five years, but my vote is for Rogelio Baruco). Jose Luis Valera Rodriguez, Paul Vargas Caballero (for my chiricano (from or living in Chiriqui) friend Rogelio Baruco), Alcibiades Vásquez Velásquez, Edwin Zuniga Mencomo.

**For the HD. Crescencia Prado**

Absalon Herrera G. (I congratulate my lady, to my children and my brothers who are present here, to my father and my mother located in the county of Kuna Yala, listening to me on the radio and I congratulate my circuit leaders 10-2, equally Region Wargandi, as the only indigenous candidate, and me as a good indigenous, my vote for my colleague Crescencia). Nelson Jackson Palma (a greeting to the President of our Party, the engineer Balbina, to all members of our collective who are present here, to our family, with our sister Crescencia Prado), Jose M. Lozada Morales, Juan Antonio Martinez Diaz, Abraham Martinez Montilla, Grabriel E. Mendez de la Guardia (first of all I would like to give thanks to God for being here, second my congratulations to Mr. President, third today is a very important day, we are making history, there is an indigenous woman, which by her own merits has reached this position and she is an example for the rest of all women in the country of our circuit 8-8, to which I am grateful to all the women of the 8-8 the vote that they gave me to be able to be here and the vote of confidence. Thank you also to my wife, my mother by the sacrifice they made during this entire campaign and despite the appreciation I have to Mr. Baruco, my vote is for Crescencia Prado). Rogelio Paredes Robles (vote for the indigenous women,  For the political leader Crescencia Prado). Raul G. Pineda Vergara (for my mother, Crescencia Prado). Crescencia Prado Garcia, Yassir Purcait (for whom represents a clear demonstration of the revolutionary process and her momentum and her dedication to overcome and that, also, represents those communities that the outgoing government, the government of President Martin Torrijos, nor, forgetfulness, through the opportunities network, Crescencia Prado), Benicio E. Robinson G., Freidi Martin Torres Diaz, Francisco Eloy Vega.

**-PRESIDENT**

Result of the vote, Mr. Secretary

**-INTERIM SECRETARY GENERAL**

The vote is for Rogelio Baruco 45 votes; Crescencia Prado, 26 votes. Zero abstaining

**-PRESIDENT**

Review that vote, please. We ask the ushers to review the vote.

**-INTERIM SECRETARY GENERAL**

Forty-four (44) votes in favor of Baruco, 27 to Crescenzia Prado.

**-PRESIDENT**

It has been elected First Vice President of the Parliament, the Deputy Rogelio Baruco.

Ladies and gentlemen, let's go to the Payroll presentation for the Second Vice President of the National Assembly. I want to apologize to my colleagues, we have a delegation of foreigners president's waiting for the inauguration in ATLAPA and we would ask that the vote we vote, please to members we want to vote for them, without having to make any major references, we already have enough time for it. Open the nomination period for the Second Vice President of the National Assembly. I now give the floor to the Deputy Carrillo.

**-HD. FERNANDO CARRILLO**

Mr. President, first of all, congratulations again on your election, wishing you

successes for the Panamanian people in your Management this year. Good Morning, Honorable President of the Supreme Court, Honorable Judges of the Supreme Court, Madam Attorney General office and Mr. Prosecutor of the Administration, Mr. Defender of the People, special guests, honorable deputies, Panamanian people.


**-PRESIDENT**

We ask to our fellow deputies' listen the presentation of Deputy Carrillo, please.


**-HD. FERNANDO CARRILLO**


The first time he became a Deputy, obtained six thousand five hundred votes, the second time obtained seven thousand five hundred votes and in this period, after a needed vacation, out of twenty four thousand people, he got thirteen thousand four hundred votes, which means 58% being a record in the political history of his homeland.


Also, he is the only one reelected in the same district.  He is also the current Provincial President and district of the Patriotic Union Party, member of the Political Committee and the National Board. It is my pleasure to present his resume into consideration of this august chamber my colleague, friend and as you can see, multifaceted Panamanian, Dr. Noriel Salerno Estevez born in January 4, of 1951 in the "city of salt and sugar: Aguadulce", at home, when the bells were announcing noon, son of the marriage of Carmelo Salerno and Silvia Elcira Estevez, daughter of the Apostle of Medicine, Dr. Rafael Estevez, father of four children: Noriel, Blanca, Eric and Caty. Husband of Maria de Jesus Gomez, Mexico native, but

Panamanian with all her heart, with thirty-five years of marriage. He completed his elementary studies at the Alejandro Tapia Escobar School, where he obtained the elementary certificate of education, he continued his high school at the Rodolfo Chiari School, where he graduated with a bachelor degree in science, and where distinguished himself as a student leader and won many sports competitions, becoming national champion intercollegiate of long jump, triple jump, javelin sub-champion, and runner-up in bullet also runner-up in four by one hundred meters. That is, a gymnast for many years, and checked.

He represented Cocle in Volleyball, basketball, and baseball, being sub national team in 1971, an active member of sport in general in the province of Cocle, especially in his beloved Aguadulce, most valuable player and baseball player of the year of 77 in Mexico, belongs to several civic clubs and for forty years the Distinguished Fire Brigade, which today holds the Rank of captain. He is also defined as subject manner expert in national dances and student comedies.

Our restless Dr. Salerno traveled on August 9, of 1971 to the United Mexican States to pursue his studies in medicine at the Autonomous University of Guadalajara, where he earned the title of general practitioner, and then he is attached graduate to the chair of nosology, ie, medical propaedeutic. Upon returning to his beloved country, Panama, he did his years of internship at Metropolitan School at Aguadulce, later becoming Director before that he served as Director of the Health Center the Christ of Aguadulce, for four years.

In this time of general practitioner and director of the health center, he studied adolescent comprehensive health and sex education. The he specialized in general surgery at the Rafael Hernandez Hosptial and Jose Domingo de Obaldia Hospital

38

in the province of Chiriqui, in the years of 1985 to 1988. Subsequently, he prepared

in forensic medicine in the Public Ministry, where he becomes provincial director

for seven years, after doing this role for free for three years in Chiriqui and Cocle.

Between 1994 and 2004, where he served as President of the Party of Solidarity on

two occasions, also, he was president for two terms, being the first person from

Cocle in joining the board of the Assembly.

He chaired the Public Health Commission and Social Security for several years and

participated in others, was a member of PARLATINO in health, when the first

municipality in health began in Brazil. He represented in Panama, replacing the

President of the Assembly at the time, in the Forum of Central American and Belize

Presidents FROPEL in Honduras, was mediator in conflicts in Nicaragua between

the Parliament and Madam President Violeta Chamorro, moreover, was the

delegate of the Republic of Panama before the world Inter- parliamentary union for

several consecutive years.


And now, for these merits, by their experience and by his ability, what we postulate

to occupy, for the third time, the Second Vice President of the National Assembly.


**-JOSE LUIS VARELA, PRESIDENT**

It continues to open the nominations period. I now give the floor to the Honorable

Deputy Ruben de Leon.


**-HD. RUBEN DE LEON**

First, Mr. President, allow me to express my congratulations on the designation,

which in its most has determined the composition of the National Parliament.

I am here to present on behalf of the Democratic Revolutionary Party the bench that

we have integrated with the Popular Party our candidate for the second Vice Presidency of the General Omar Torrijos, said: "Who contemplates the successes of the past, neglect the present and fails in the future". Having said this in the attitude of a change that has been announced, in that attitude of participation and to give an opportunity to the new generations of political leaders in our country, I coincide to ask for the vote of the distinguished comrade deputy elected in the province of Chiriqui, to our distinguish friend Rony Arauz.

Rony Arauz, professional stressed that has made career in the private company, graduated in chemical engineering and currently plays an important post in the management of.......... of get into this Assembly in the Panama Canal Authority. Ladies and gentlemen, the Constitution of our country provides for the separation of powers, democracy requires the weights and balances for the normal functioning of the democratic institutions in a country.

This Assembly is call to emerge, precisely, in the Branch that set those balances to our democracy move forward and it will be strengthened with the passing of the years. This is why, dear friends and madam friends, deputies and Madam deputies, I would like to ask that forgetting or leaving aside our political flags, this morning, let's show that this Assembly will provide the right course, demonstrating that Panamanian democracy is strengthened when there is independence in the branches of the State, demonstrating with the favorable vote to Rony Arauz that this Assembly will continue by heading into the right direction. Therefore I ask the favorable vote for our colleague chiricano(from or living in Chiriqui) that represents this morning, the guarantee of  the Baton generational and the participation of the Panamanian youth.

**-PRESIDENT**

It continues to open the nomination period. Notice that is going to be closed. Is
Closed.

Mr. Secretary, to vote.


**-EDWIN ZUNIGA MENCOMO, INTERIM SECRETARY GENERAL**

**Voted in favor of the Honorable Deputy Rony Arauz, to occupy the Second
Vice President of the National Assembly, the Honorable Deputies:** Crispiano
Adames (Congratulations Mr. President for your designation. A greet to Engineer
Balbina Herrera. My vote goes to Rony Arauz), Miguel Ángel Alegría, Abelardo
E. Antonio Q., Rony Arauz (por mi familia, el distrito de Bugaba y el relevo
generacional torrijista, Rony Arauz), Denis Arce Morales (by the voters of the
circuit 4-1 that I have brought me here four consecutive times,  Rony Arauz the
chiricano (from or living in Chiriqui)), Juan Carlos Arosemena Valdes, Leandro
Avila, Iracema Ayarza Parra de Dale, Elias Ariel Castillo Gonzalez, Rubén de León
Sanchez, Renault A. Domínguez V., (My respect for my father, my family, my
leader and that coclesano( from or living in Cocle) people), Jose Luis Fábrega
Polleri, Rubén Frias (My greetings and respect to the Engineer Balbina Herrera
Arauz. My vote is for the colleague Rony Arauz), Irene Gallego C., Absalón
Herrera G., Nelson Jackson Palma, Jose M. Lozada Morales (greetings to our
President the engineer Balbina, to my substitute Franklin Camarena and his son,
who is heret. My vote is for the engineer and comrade Rony Arauz), Juan Antonio
Martinez Diaz, Abraham Martinez Montilla, Gabriel E. Méndez de la Guardia,
Rogelio Paredes Robles, Raúl G. Pineda Vergara (for my children and for the
people of San Miguelito, by the chemical Rony Aray), Crescencia Prado García,
Yassir Purcait, Benicio E. Robinson G., Freidi Martín Torres Diaz, Francisco Eloy

Vega.

**They voted for the Honorable Deputy Noriel Salerno Estévez, to occupy the second Vicepresidency of the National Assembly, the following Honorables Deputies:** Yanibel Yineva Ábrego Smith, Carlos A. Afú Decerega, Francisco J. Alemán Mendoza, Héctor E. Aparicio Díaz, Leopoldo A. Archibold H., Jorge Iván Arrocha R., (por mi coterráneo, el doctor Salerno), Rogelio A. Baruco M., (for my friend, the distinguished physician Noriel Salerno), Dalia Mirna Bernal Yáñez, José Blandón Figueroa, Francisco Javier Brea Clavel, Fernando G. Carrillo S., Dana D. Castañeda Guardia, Manuel Cohén Salerno, Arístides H. De Icaza Hidalgo, Hernán Of thegado Quintero, Miguel Ángel Fanovich Tijerino, Guillermo A. Ferrufino B., Sergio Rafael Gálvez Evers, Vidal García Ureña, Osman Camilo Gómez (by the legendary, doctor Salerno), Marcos A. González G., Raúl A. Hernández L., (for the fighter partner, President of Patriotic Union Party (Partido Unión Patriótica) in Coclé, Noriel Salerno Estévez), José María Herrera O., (by the good friend Noriel Salerno), Víctor N. Juliao T., (I would like to take this opportunity to ask God to look after us and Guillermo Endara, his life who is in a very critical condition , I take this opportunity and my vote goes to my friend Noriel Salerno), Luis E. Lay Milanés (from Darién To Aguadulce, Dr. Noriel Salerno), Mario A. Lazarus N., Mario L. Miller B., Hugo A. Moreno González (because of his qualities, my colleague and friend Noriel Salero), José Muñoz Molina, Luis Eduardo Quirós B., Salvador Real Chen (by the fellow party colleague and friend Dr. Noriel Salerno), Juan Miguel Ríos González (distinguished physician, Noriel Salerno), Tito Rodríguez Mena, Jorge Alberto Rosas R., Miguel L. Salas O., Noriel Salerno Estévez, Carlos A. Santana R., Adolfo T. Valderrama R., Ricardo A. Valencia Arias, Marylín Elizabeth Vallarino de

Sellhorn, José Luis Valera Rodríguez, Pablo Vargas Caballero (for my friend and colleague Noriel Salerno), Alcibíades Vásquez Velásquez, Edwin Zúñiga Mencomo.

**-PRESIDENT**

Mr. Secretary, the result of the vote.

**-SECRETARY GENERAL**

Mr. President, the Honorable Deputy Noriel Salerno 44 votes and the Honorable Deputy Rony Araúz 27 votes.

**-PRESIDENT**

Mr. Secretary, the following item of the Agenda.

**-SECRETARY GENERAL**

Item 11 of the Agenda: Swearing in the First y Second Vice President of the National Assembly.

**-PRESIDENT**

We ask the Honorable Deputy Rogelio Baruco, First Vice-President elect of the National Assembly, and Deputy Noriel Salerno to be sworn in.

Please raise your right hand.

"¿Do you swear before God and the Country to respect the Constitution and the laws of the Republic, as well as to comply with the duties as may be imposed as Vice-President of the National Assembly?

"If so, may you be rewarded by God and the Country, and if not, you be demanded

  by them".

Mr. Secretary, please read the following item of the Agenda.


**-EDWIN ZUNIGA, INTERIM SECRETARY GENERAL**

Agenda Item 12: Nomination and Election of the Secretary General.

**-PRESIDENT**

It opens the nominations period for the post of Secretary General of the Assembly.

I now give the floor to the Honorable Deputy, La Chorrera, Aristides de Icaza.


**-HD. ARISTIDES DE ICAZA**

Thank you very much, Mr. President. As this historic Act, I hope the same way

leave my footprints in the stories of this Chamber, to speak toward the future

Secretary of this Chamber. But I, Friends of the PRD (Partido Revolucionario

Democrático) who listened with great vehemence, I would like to listen because,

also, is for the part of the background is my intervention today. Not without prior

to greet Mr. President, "Popi"

How many minutes do I have, Mr. President? To avoid making what happened

moments ago, tell me, because I want to take this free will to speak for the citizens

of my country and the citizens of the world. How many minutes do I have?


**-PRESIDENT**

Have all the time you want, Deputy Aris de Icaza, we ask your understanding

because we have an inauguration, in which there are presidents of other countries

waiting in Atlapa. Thanks, Deputy Aris de Icaza, because you have the time you

wish for the presentation.

44

**-HD. ARISTIDES DE ICAZA**

Very kind. His Excellency Harley James Mitchell, President of the Supreme Court

of Justice; their Excellencies Members of the Diplomatic Corps accredited in our

country, citizens of the world. Panama welcomes you. Your Excellency Jorge

Pizarro, President of the Latin American Parliament, institutions that are necessary

for the globalization development and understanding based on the rights of those

who, every day, we seek the integration of a single world, for all and for the benefit

of all. Honorable Mr. Humberto Pelaez, Executive Secretary of the Latin American

Parliament; honorable gentlemen judges, some have left footprints, including the

President of this Honorable Court other colleagues friends.


It is a pleasure for me to greet you today in this historic act. Honorable Substitutes

Deputies, Honorable Attorneys General of the nation and of the Administration,

Honorable members of political parties, because I am not going to be selfish, I will

mention all, because we are here today, are here and then will come to here. This

is a country of melting pot of races, also, a melting pot of thoughts and wills, at the

time of be for the great motherland.

Notice I said that to leave footprints here a moment ago, one of his colleagues, that

today someone who occupy one of the senior charges made me a question: 'Aris,

see How is  doing the new force, as I would say Jose Engineers, there are youth".

But I hope, as I would say Calderon de la Barca: "Youth not exhausted, but with

the hope of homeland, of working and doing".


Dr. Mitchell would like to listen, because I want to leave a message, if there are

youths, but there are also accumulated youth, is the experience that makes the

weather and the experience to be here and there. Therefore, it will be selfish if I do

not mention men who have left their marks: As Gerardo Gonzalez, the chiricano "Titi" Alvarado, many, many, that not only were companions, but evidently in teaching, and teachers without selfishness, because departed where must all the great who will be remembered, and I am not going to stop, also to an honorable woman, lady who was in this Parliament, Balbina, I have no fears, that is why I mention her, because I had no business with her, the big business was friendship.

But I would like to say something to the country, I want to say something to the change, because I am here, because few days ago, over there were people laughing and some people from here said: "Aris, you are crazy", and Mr. Muñoz said: 'Aris, we will find a man who is building roads, trails and is muddy  clay and smeared of desire to make a change for the country", and it turns out that these people, who had a love rooted, were not exactly, ladies and gentleman, colleagues, the people of PRD (Partido Revolucionario Democratico). It is a people of God, that God gives us to men and women to lead correctly, but sometimes when people do not respect the bases that feel hurt, they feel hurt and then you return a bill and the bill is sad.

So let's pickup experience, what happened to them, the people who claimed to be the PRD, and say it is the people of God, because here are a nation of men and women which is now Martinelli's people, is a people of changes, because it's what the workers dream of, changes and not just changing minimum salary for some and maximum salary for others, either we have equal salaries, equal health for all and better treatment or better quality of life for all, or simply, we are making a change that is then converted into the same nightmare, into the same face.

Then, Ricardo, with this team, with his people, with those who did not believe, they thought it was foolish what he was doing, were the Millers, was the teacher Dalia

and many more, some did and endured stoically and others marched but the people wanted a change, a change of new dignity. Where is the education? Where is the corruption? Where is the violence? That every day you eat it, devour us because promises that seemed small were not met, became distant and hope of those who believed it would end in the last government.

So it is said that past experiences serve us. There were six hundred thousand members multiplied by one, they take, as they said, we were ready for the photo, but you can't live in a pipe dream, but the feelings of the taxi driver, the worker, the peasant, the indigenous, the lady from there, with hunger, pain, misery and anguish he became and give thanks to Balbina and Mr. Torrijos.

What people wanted, what they wanted was to give them love, to give them food and the range they deserved, and not despise their dignity as people who is constantly deceived and is climbed and is mounted as stairs and were lied as what happened here.

So today I point the way to this change of Ricardo Martinelli, but as Eva Peron used to say, not for some, but for the shirtless, workers of my country, the youth of my country, Panama citizens, Panamanian all, where we have a roof and our daily bread. And as in the Secretary we are not looking for just the perfect man, but the man with a desire to serve the country, intending to go and change, everyone is entitled to change.

I dare and I chose the opportunity that Miller gave me, I was hoarse to express to this Parliament, those from there, to the Avilas, to all my colleagues, Elias Castillo and colleagues, that I have one color and we have one goal and the President himself said today: we need the help of good men, as did Obama, if they want help

to save and take out the country of the mired sad and bitter situation that are panamanians feeling.

And I tell you to vote for Wigberto to the Secretary, is the opportunity he asked to the party and ask his friends and I ask you, I'm sure Wigberto will also have the consensus and the fellowship of friends of the PRD, because we are not doing a competition of internal morals elements that we all have, but of intrinsic values that are fundamental when there are aims, objectives and attitude to serve the country as I desire and for all you on this historic day.

They say that God Bless America, I say on this day that God bless all Panamanians, my children, girls, the streets one, men and women, so we have a Panama for all, not a Panama of a few millionaires and other every day giving pity, because they take the bone and the ham and the people have nothing left. Let God Bless Panama! Thank you very much, Mr. President, I postulate to Wigberto Quintero for that.

**-PRESIDENT**

It continues the period of application. Has the word, to apply, the Honorable Deputy Yassir Purcait.

**-HD YASSIR PURCAIT**

Many thanks, Mr. President. I wanted to take advantage of the opportunity to congratulate on your election, Vice-presidents too.

Mr. President, the PRD (Partido Revolucionario Democrático) Bench has decided to withdraw its nominations for both the Secretary as to the two Undersecretaries,

48

for the reason we believe that it has been made clear and that, for now, the alliance of the different benches, that make up the alliance of government, maintain the most indisputable of this Parliament, however, the PRD (Partido Revolucionario Democrático), together with the Member of the Popular Party, has shown its determination and firmness in its twenty-seven votes. I think it has been clear the message to the Panamanian people; we are going to be supervisors to fulfill the electoral promises.

So, Mr. President removed the nominations to the three positions that are going to give the elections now and we are going to maintain our position of abstention in the three polls.


**-PRESIDENT**

It closes the nominations period. We are going to vote. Mr. Secretary, please pass on list.


**Voted in favor of Mr. Wigberto Quintero:** Yanibel Yineva Abrego Smith, Carlos A. Afu Decerega (by the santeño (from or living in los Santos), the man of Sabana Grande Wigberto Quintero), Francisco J. German Mendoza, Hector E. Aparicio Diaz, Leopoldo A. ARchibold H., Jorge Ivan Arrocha R., Rogelio A. Baruco M., Dalia Mirna Bernal Yanez, Jose Blandón Figueroa, Francisco Javier Brea Clavel, Fernando G. Carrillo S., Dana D. Castañeda Guardia, Manuel Cohen Salerno, Aristides H. De Icaza Hidalgo (President, a second , which I overlooked by a deep feeling, but before giving the vote, this message was dedicated to my holy mother that has 92 years, that God Bless me, and as is only natural, my wife, my children, by this feeling of desire and of the permanent fight they plant in me. So for the

candidate that just apply in their large responsibility of homeland of all, Wigberto Quintero), Hernan Delgado Quintero, Miguel Angel Garcia Ureña (Mr. President, I would like to send a greeting to my wife, daughter, to my son who are present, to my substitute Ruben Medina. the truth is that the political campaign on May 3rd, it was not easy for me to be here today in the National Assembly, was very hard, because we left with claw, with nails, but here we are. We were made life impossible, and above all, the person today that it will be the Secretary-General here of the Assembly. I would like to ask you, Mr. President, I am going to give my vote, because we are embarking on an important period where our president Ricardo Martinelli, has a true commitment to this people, and it is to address this earth forgotten that has been in place for many years here in our country. I am going to vote in favor, in the affirmative, by Mr Wigberto Quintero, but from here I say that has to respect, because in these elections we present here the good and we won with votes. My vote is for Wigberto Quintero), Osman Camilo Gómez, Marcos A. Gonzalez G., Raul A. Hernandez L., Jose Maria Herrera O., Victor N. Juliao T., Luis E. Lay Milanés, Mario A. Lazarus N., Mario L. Miller B, Hugo A. Moreno Gonzalez, Jose Muñoz Molina, Luis Eduardo Quiros B., Salvador Real Chen, Juan Miguel Rios Gonzalez, Tito Rodriguez Mena, Jorge Alberto Roses R., Miguel L. Salas O., Noriel Salerno Estévez, Carlos A. Santana R., Adolfo T. Valderrama R., Ricardo A. Valencia Arias, Jose Luis Valera Rodriguez, Paul Vargas Caballero, Alcibíades Vásquez Velásquez, Edwin Zúñiga Mencomo.

50

**Abstained from voting the following Honorable Deputies:**

v' Crispiano Adames, Miguel Alemán Alegria, Abelardo E. Antonio 1Q., Rony Araúz, Denis^'Arce Morales, Juan Carlos Arosemena Valdés, Leandro Avila, Iracema Ayarza Parra Dale, Elias Ariel Castillo González (My respect for the former colleague and fellow countryman Wigberto, but my vote is in abstention), Ruben De Leon Sanchez, Renaúl A. Dominguez V., Jose Luis Fabrega Polleri, Rubén Cold, Absalom Herrera G., Nelson Jackson Palma, José M Lozada Morales, Juan Antonio Martinnez Diaz, Abraham Martinez Montilla, Gabriel E. Méndez de la Guardia, Rogelio Paredes Robles (with my greetings and appreciation to the colleague Wigberto Quintero, but by discipline in favor, I abstained), Raul G. Pineda Vergara, Crescencia Prado Garcia, Yassir Purcait, Benicio E. Robinson G., Freidi Martín Torres Diaz, Francisco Eloy Vega.


**Not voted:**

Marylin Elizabeth Vallarino de Sellhorn (Mr. President, with the respect that you deserve, distinguished vice-presidents, all the public present and those who listen us through the media, as a matter of principle, I cannot vote by the candidate for Secretary General, on this occasion. I apologize, but this is something of principle, taught by my parents. Thank you very much),


**-HD. JOSE LUIS VARELA, PRESIDENT**

The result, Mr. Secretary

**-EDWIN ZÚÑIGA, SECRETARY GENERAL**

Forty-four votes in favor of the electoral circuits Wigberto Quintero, 27 votes in abstention.

**-PRESIDENT**

Please rectify the voting, Mr. Secretary.


**-SECRETARY GENERAL**

Mr. President, the Honorable Deputy Irene Gallegos voted on behalf of Wigberto

Quintero.


**-PRESIDENT**

Fine. Apologies, Mr.  Secretary. Next item on the Agenda.

**-SECRETARY GENERAL**

Item 13 of the Agenda: Swearing in of Secretary General.

**-PRESIDENT**

**We ask protocol to send in the Secretary elected, Wilberto Quintero, to be**

**sworn in. Raise your right hand.** "¿Do you swear before God and the Country to

respect the Constitution and the laws of the Republic, as well as to comply with the

duties as may be imposed as members of the National Assembly? "If so, may you

be rewarded by God and the Country, and if not, you will be demanded by them".

We want to thank them and ask for applause to the Deputy Edwin Zúñiga, who has

done very well his work as Secretary ad-hoc, today.

The next item, Mr. Secretary.


**-WIGBERTO QUINTERO, SECRETARY GENERAL**

The next item of the Agenda: nomination and election of the sub-secretaries of the

Assembly.

**-PRESIDENT**

We are to open the nomination to the charge of Sub-Secretary of the Assembly. I now give the floor to the Honorable Deputy Luis Eduardo Quiros.


**-HD LUIS EDUARDO QUIROS**

Good morning, Mr. President, our compliments this morning , I am particularly honored, to a few minutes after juried the charge of deputy of the Republic, as my colleagues in the bench of the change, I have been requested to make the nomination of our candidate for the Assistant Secretary General of this honorable House. And that this postulation, has a lot to do with what is happening today in our country. Today, after the installation of the National Assembly and with the next inauguration of the President of the Republic, Ricardo Martinelli and his Vice President Juan Carlos Varela Rodriguez, starts the change that the Panamanian people elected on May 3rd in the polls. This change also starts here in this Assembly. More than 60 per cent of the deputies are new, and is an expression of this change, united, of course, those members with great experience, as you, Mr. President, have been re-elected by their circuits and we are confident that together we will make the transformation the country requires, and support the initiatives of the government of Mr. Ricardo Martinelli and Juan Carlos Varela sent to the Assembly for the benefit of all Panamanians. In this work, the Secretary General and his assistant secretaries are key factors to our work here in the Assembly. For this reason, when we assess the decision to submit to our candidate for the charge of Assistant Secretary-General we did thinking in a person with experience, but also with decision, which come to collaborate with this Branch of the State so that it can be every day much closer to the people who sent us here to serve them.

Mr. President, Deputies, Madam Deputies, agrees to the provisions of article 20 of our Regulation; apply for the charge of Assistant Secretary General of the National Assembly to Luis Eduardo Camacho Castro. Your application goes beyond being combative and courageous. The nomination of Luis Eduardo Camacho is the postulation of a man committed to freedom and democracy in this country, has not only demonstrated in the streets, but also through the public and in private practice. As head of movement, of national newspapers, as "The Star of Panama", "The Universal", "Extra", "The Weekly Quibo", and the newspaper "La Prensa". He is a consultant on communication issues and radio commentator from 1990. Currently, produces and leads his television program entitled "Analyzing views". He was also elected by popular vote in 1989 as representative of District and Town Councilor. After serving as a representative from 1990 to 1994, in 1999 he was elected secretary of the Municipal Council of Panama and between 1999 and 2003 exercised this charge. It is without a doubt an expert in local governments.

There is also to say, because, perhaps, it is part of the recognition of this nomination to the friend Camacho, today, that his commitment to transparency and a free management of corruption have become the voice of the complaint. Therefore, today we postulate a citizen who meets all the requirements and, in addition, who is going to be committed to the work of this Assembly, Luis Eduardo Camacho Castro.

**-PRESIDENT**

It continues the nominations period. Notice that is going to be closed. Is Closed. Mr Secretary, to vote

**-WIGBERTO QUINTERO, SECRETARY GENERAL**

**Voted in favor of the bachelor Luis Eduardo Camacho, to occupy the Assistant Secretary of the National Assembly, the following Honorable Deputies:** Yanivel Yineva Abrego Smith, Carlos A. Afu Decerega, Francisco J. German Mendoza, Hector E. Aparicio Diaz, Leopold A. Archibold H., Jorge Ivan Arrocha R (for a man who speaks loud and clear, Luis Eduardo Camacho), Rogelio A. Baruco M., Dalia Mirna Bernal Yanez, Jose Blandón Figueroa (In Memory of Jorge Camacho, one of the victims of the dictatorship, Luis Eduardo Camacho), Francisco Javier Brea Clavel, Fernando G. Carrillo S., Dana D. Castañeda Guardia, Manuel Cohen Salerno, Aristides H. De Icaza Hidalgo, Hernan Delgado Quintero, Miguel Angel Fanovich Tijerino, Guillermo A. Ferrufino B., Sergio Rafael Galvez Evers

I couldn't be quite in the face of this great designation that is making this Parliamentary Chamber. The figure of that friend of ours, a man considered by me as one of my great friends, one of my big brothers, my brother in law also, a man of great struggles. Nobody in this country can fail to recognize the political career of Luis Eduardo Camacho. A political analyst, a man who within of the bowels of the people born with many needs and that thanks to his progress in the political life, today this Parliamentary Chamber does justice to this great man. For me it's with pride the gain that goes to acquire this Parliament with the figure of Luis Eduardo Camacho and where here I give my vote to this great politician), Vidal Garcia Ureña, Osman Camilo Gomez (by the voice that is not silent to defend democracy), Marcos A. González G., Raúl A. Hernández L., Jose Maria Herrera O., Victor N. Juliao T. (I am going to give the vote to the person who was secretary of the

Municipal Council when I touched the Presidency, my friend Luis Eduardo Camacho), Luis E. Lay Milanés, Mario A. Lazarus N., Mario L. Miller A. , Hugo A. Moreno González, José Muñoz Molina, Luis Eduardo Quiros B., Salvador Real Chen, Juan Miguel Ríos González, Tito Rodríguez Mena (for the democracy of our country and of our Panameñista Party, Luis Eduardo Camacho), Jorge Alberto Roses R., Miguel L. Salas O., Noriel Salerno Estévez, Carlos A. Santana R., Adolfo T. Valderrama R., Ricardo A. Valencia Arias, Marylín Elizabeth Vallarino de Sellhorn, Jose Luis Valera Rodriguez, Paul Vargas Caballero, Alcibíades Vásquez Velásquez (by the colleague who fight against of the military dictatorship Luis Eduardo Camacho), Edwin Zúñiga Mencomo (to a great friend, because it is going to make the real change Luis Eduardo Camacho).

**Abstained from the vote on the following Honorable Deputies:** Crispiano Adames, Miguel Aleman Alegria, Abelardo E. Antonio Q., Rony Arauz, Denis Arce Morales, Juan Carlos Arosemena Valdes, Leandro Avila, Iracema Ayarza Parra de Dale, Elias Ariel Castillo GonzAlez, RubEn De Leon Sanchez, Renaul A. Domínguez V., Jose Luis Fabrega Polleri, Ruben Frias, Irene Gallego C., Absalon Herrera G., Nelson Jackson Palma, Jose M. Lozada Morales, Juan Antonio Martinez Diaz, Abraham Martinez Montilla, Gabriel E. Mendez de la Guardia, Rogelio Paredes Robles, Raul G. Pineda Vergara, Crescencia Prado García, Yassir Purcait, Freidi Martin Torres Diaz, Eloy Vega Francisco.

**AGAINST:**

Benicio E. Robinson G. (I could not give the vote to this candidate who has disgraced this Parliament. My vote is not going to be abstention, is going to be against),

**-JOSE LUIS VARELA, PRESIDENT**

Result, Mr. Secretary

**-SECRETARY GENERAL**

Results: Forty-four (44) votes in favor of Eduardo Camacho, 26 abstentions and one
(1) vote against.

**-PRESIDENT**

Luis Eduardo Camacho has been elected as first Sub-Secretary of the National
Assembly.

We open the nomination period for the second Sub-Secretary.

The Honorable Deputy Raul Hernández has the floor.

**-HD. RAUL HERNANDEZ**

Mr. Vice-Presidents, Mr. President of the Supreme Court, Magistrates,
distinguished representatives of parliaments, Madam Attorney General, Mr.
Attorney General, and Ombudsman.

For me is a tremendous satisfaction that I have been distinguished with the honor to
submit to the office of second Sub-Secretary to a great professional ideal, a great
Panama, a tireless fighter for the most needy classes, a colleague member of my
party Patriotic Union and a member of his board, a political leader coclesano (from
or living in Cocle), doctor of Profession, specifically surgeon otolaryngologist,
which has exercised by twenty-five years, equally as the chief of attention of
otorhinolaryngology of the Hospital Metropolitano, hospital which was also their

director in the years of 1995 and 1996 and, in addition, assistant professor of the cathedral of otorhinolaryngology of the Faculty of Medicine, for nine years. I want to introduce you to our colleagues to vote in favor of our friend, Dr. Roberto Alfonso Proll Nunez, many thanks.

**-PRESIDENT**

It continues to open the nominations period. Notice that is going to be closed. Is Closed. Mr. Secretary, we come to a vote.

**-SECRETARY GENERAL**

**Voted in favor of the doctor Roberto Alfonso Proll Nunez**: Yanibel Yineva Abrego Smith, Carlos A. Afu Decerega, Francisco J. German Mendoza, Hector E. Aparicio Diaz, Leopold A. Archibold H., Jorge Ivan Arrocha R. (Good morning, Mr. President. before making my vote, I want to thank the ten municipalities of the district 2-1 of Penonomé, already that this vote is a vote that means a lot to us. The doctor Roberto Proll was a candidate for deputy in the circuit. On behalf of my family, of all my friends and my comrades, the electorate that joined me on last May 3rd , my vote is for the doctor Roberto Proll), Rogelio A. Baruco M, Dalia Mirna Bernal Yánez (before making my vote, I want to thank my substitute, Professor Marina Ardines, the support that I received throughout the campaign, was my previous substitute and my new substitute, to his family, to my family and my entire work team, thank you for the support that was given to me by the thirty-five thousand seven hundred votes that we took in the district of San Miguelito. We are going to support Roberto Proll), Jose Blandón Figueroa, Francisco Javier Brea Clavel, Fernando G. Carrillo S., Dana D. Castañeda Guardia, Manuel Cohen Salerno, Aristides H. De Icaza Hidalgo, Hernan Delgado Quintero, Miguel Angel

58

Fanovich, Guillermo Ferrufino, Sergio Gálvez, Vidal Garcia Ureña, Osman Camilo Gómez (Despite that I was convinced in the last minutes, by Proll), Marcos Gonzalez, Raul Hernandez, Jose Maria Herrera, Victor Juliao, Luis E. Milanés Lay, Mario Lazarus, Mario Miller, Hugo A. Moreno Gonzalez, Jose Muñoz Molina, Luis Eduardo Quiros, Salvador Real Chen, Juan Miguel Rios Gonzalez, Tito Rodriguez Mena, Jorge Alberto Roses R., Miguel L. Salas O., Noriel Salerno Estévez, Carlos A. Santana R., Valderrama Adolfo, Ricardo A. Valencia Arias, Marilyn Elizabeth Vallarino de Sellhorn, Jose Luis Varela Rodriguez, Paul Vargas Caballero, Alcibíades Vásquez Velásquez, Edwin Zúñiga Mencomo (Mr. President, in memory of who was my uncle, the doctor Carlos Ivan Zúñiga and colleague of all here).

**Abstained from the vote the following Honorable Deputies:** Crispiano Adames, Miguel Alemán Joy, Abelardo E. Antonio Q., Rony Arauz, Denis Arce Morales, Juan Carlos Arosemena Valdes, Leandro Avila, Iracema Ayarza Parra Dale, Elias Ariel Castle Gonzalez, Ruben De Leon Sanchez, Renaul A. Dominguez V., Jose Luis Fabrega Polleri, Rubén Frias, Irene Martinez Diaz, Abraham Martinez Montilla, Gabriel E. Méndez de la Guardia, Rogelio Paredes Robles, Raul G. Pineda Vergara, Crescencia Prado Garcia, Yassir Purcait, Benicio E. Robinson G., Freidi Martin Torres Diaz and Francisco Eloy Vega....

**-JOSE LUIS VARELA, PRESIDENT**

Mr. Secretary, Result

**-WIGBERTO QUINTERO, SECRETARY GENERAL**

Mr. President, I have to call the doctor Hector Aparicio

**-PRESIDENT**

It's correct, let's follow with the votes then.

Mr. Secretary, result

**-SECRETARY GENERAL**

Mr. President, Roberto Proll obtained forty and four and twenty-seven abstentions

**-PRESIDENT**

IT has been elected Doctor Roberto Proll: we ask the protocol staff to move on to

the First Sub-secretary and Second Sub-secretary.

Mr. Secretary, next item of the Agenda.

**-SECRETARY GENERAL**

Item 15 of the Agenda: Swearing in of the Sub-secretaries of the National

Assembly.

**-PRESIDENT**

Raise your right hand.

"¿Do you swear before God and the Country to respect the Constitution and the laws

of the Republic, as well as to comply with the duties as may be imposed as members

of the National Assembly? "If so, may you be rewarded by God and the Country,

and if not, you will be demanded by them".

Mr. Secretary, please read the following item of the Agenda.

60

**-SECRETARY GENERAL**

Item 16 of the Agenda: Declaration of Installation of the Honorable National Assembly by the President.


**-PRESIDENT**

The Board of Directors of the National Assembly hereby declares that this National Assembly, for the Constitutional term 2009-2014, has been duly installed.

Mr. Secretary, please read the following item of the Agenda.


**-SECRETARY GENERAL**

Item 17 of the Agenda: Appointment of the cortege that has to communicate to the president-elect of the Republic, Mr. Ricardo Alberto Martinelli Berrocal, the National Assembly has concluded the installation process, and is invited to come into the premises.


**-PRESIDENT**

Before appointing the commission, I want to ask the honorable Deputies, that tomorrow the meeting will be at nine in the morning and it will be present his Excellency Mr. President of the Republic de China in Taiwan, Hu Jintao, in the meeting, for which reason we ask your punctual assistance.


The Commission shall be set up by the Honorable Deputies, Dalia Bernal, Marylin Vallarino, Miguel Salas, Ricardo Valencia and the Honorable Deputy Miguel Aleman. It shall be led by the Honorable Madam Deputy Dalia Bernal.


Mr. Secretary, the following item of the Agenda.

**-SECRETARY GENERAL**

Item 18 of the Agenda; Break and transfer of the honorable Deputies to the
Anayansi Theater of the ATLAPA Conventions Center

**-PRESIDENT**

We declare a break and resume this meeting at the ATLAPA Conventions Center.

Thank you very much to all of you.

**RECESS**

**-JOSE LUIS VARELA, PRESIDENTE OF THE ASSEMBLY**

Mr. Secretary, next item on the agenda

**-WIGBERTO QUINTERO, SECRETARIO GENERAL**

Religious invocation by his Excellency Archbishop José Dimas Cedeño,
Archbishop of Panama.

**-HIS   EXCELLENCE   ARCHBISHOP   JOSE   DIMAS   CEDENO,
ARCHBISHOP OF PANAMA.**

I ask to join me those who can, please, in this invocation of religion.

"Unless the Lord builds the house, the builders labor in vain. Unless the Lord
watches over the city, the guards stand watch in vain" Psalm 127

Our God and Father, we thank you for this island earth that were given to us,
beautiful land and kissed by two seas, broken in two for the benefit of the world.

Land full of natural wealth, but on all inhabited by men and women who cultivate and transform it into a worthy dwelling place for all your sons and daughters. Thanks for the ethnic groups and cultures which make up our nation and enrich their variety from its originality and its own contributions. Thank you, because not only you are our Creator, but above all you are our Father and so we can call you.

We know that in our lives and in our history are in your hands and you never abandon us. Make us feel your presence so that we can overcome the difficulties that we are distressed as a people and as a nation. Our country is injured by decisions of injustice. In our communities many people suffer, in body and soul, many brothers and sisters live without hope.

Heavenly Father, help us to all, the rulers and the ruled, we return the faith and confidence to so many people struck, sore by the lack of a decent work, by the lack of justice, and security and peace in the heart itself have lost the meaning of life. God, we been taught that the Authority comes from you, and you transmit it to some people through the democratic exercise of an election clean and transparent. This authority is not a blind force to beam up and oppress, but to serve and to provide the common good by ensuring the happiness of all.

Jesus Christ, you said that you are present in each brother who needs our help, in the poor, the homeless, in the countryman without hope of a better tomorrow, in the indigenous that cries out for their land and sounds to recover their cultural environment, in the afro descendant discriminated against, in the sick child, in the maltreated woman and the prisoner forgotten. Bless, therefore, Holy Father to the new rulers, President, Vice-President and his collaborators, chosen by our

Panamanian people. Fill them with faith and love, give them wisdom, prudence, serenity and strength to know how to lead the nation by the paths of harmony and justice, thereby fulfilling their electoral promises.

To protect the life and the family, which promote, in particular, opportunities for a dignified life for all, open their hearts, so that they will know how to listen to the cry of the people and work tirelessly to achieve the common good. That put the interests of the nation before their particular interests and partisan. That will do their utmost to create a just and equitable society. Make the simple people always find the doors open in their offices and a suitable response to their needs.

Our Father, your heart is transparent, good and fair,  there is no deception or lie in you, guide our leaders by the path of the truth, do not allow the corruption and the abuse of power reroute your good intentions and the course of your actions.

Lord Jesus, you have revealed that the glory of your father is that your people may have life, and abundant life, we ask that never lack daily bread on the family table, will never lack the Bread of the truth in the minds of the people, especially children, adolescents and young people. Put in our hearts the things that last forever and that the justice of your kingdom is the goal of our journey. The Holy Spirit enlightens the mind of our rulers to which in all its activities seek to fulfill the will of the Father and the goal of his government is always the life and welfare of the society, with a special attention for the poor, marginalized and excluded.

God spirit, with your presence everything is transformed, you embellish everything small and rebates what exalted, transforms our days of the face of our nation, our

64

dear Panama.

Let us see the commissioning, oh Heavenly Father and the eternal draft we can say that the poor will have a dignified life, that the excluded are taken into account, that breaks the hardness of the heart by the force of the compassion and the mercy and break the pride of the ones who exploits and oppresses. Make the implementation of the new government be always good news for all of the governed.

Santa Maria la Antigua, Patron Saint of Panama, take with your love of mother the island people that trusts your intervention before our Father God, I know you the bright star that guides the new rulers and intervenes for us with your son. That will be sanctified the name of the Father in our land of Panama and every citizen will contemplate his glory and we will be able to praise him, who lives and reigns forever of the centuries.

**-PRESIDENT**

Mr. Secretary, the following item of the Agenda.

**-SECRETARY GENERAL**

Swearing in and imposition of the presidential sash on to his Excellency Mr. Ricardo Alberto Martinelli Berrocal, Constitutional President of the Republic, by the Honorable President of the National Assembly.

**-MR. RICARDO MARTINELLI, PRESIDENT OF THE REPUBLIC**

I swear to God and the Country to faithfully fulfill the Constitution and the laws of the Republic.

**-PRESIDENT**

Mr. Secretary, the following item of the Agenda.

**-SECRETARY GENERAL**

Swearing in of his Excellency Juan Carlos Varela Rodríguez as Vice-President of
the Republic, by the Honorable President of the National Assembly.

**-JUAN CARLOS VARELA, VICE-PRESIDENT OF THE REPUBLIC**

I swear to God and the Country to faithfully fulfill the Constitution and the laws of
the Republic.

**-PRESIDENT**

Mr. Secretary, next item of the agenda

**-SECRETARY GENERAL**

The next item is the words by the President of the National Assembly.

**-JOSE LUIS VARELA, PRESIDENT OF THE NATIONAL ASSEMBLY**

His Excellency Mr. Ricardo Alberto Martinelli Berrocal, Constitutional President
of the Republic of Panama, and Madam. Your Excellences, President of the
countries who have joined us, and ladies. Your Excellency Harley James Mitchell,
President of the Supreme Court of Justice and lady, His Royal Highness Don Felipe
de Borbón, Prince of Asturias. His Excellency Juan Carlos Varela Rodriguez,
Constitutional Vice-President of the Republic of Panama, and Madam. Their
Excellences Vice-Presidents of friendly countries. Your Excellences gentlemen

heads of delegations and processions. Your Most Reverend Excellency Archbishop Jose Dimas Cedeño, Archbishop of Panama. Honorable Members of the Diplomatic Corps, Consular and international agencies accredited in the Republic of Panama.

Honorable Members of the National Assembly and spouses. Honorable Judges of the Electoral Court and ladies. Honorable Madam Attorney General of the nation. Honorable Attorney of the Administration. Honorable Mr Ombudsman. Honorable rector of the University of Panama, gentlemen special guests, ladies and gentlemen.

The challenges are an opportunity that can be achieved only when we have the determination and the strength to accomplish it. Today is a special day for all of us, because it is the moment in which we commit ourselves to our people to face the challenge of working together for the welfare of those who elected us.
I wish to begin by asking God, who gives me the strength to face the challenge of directing, with honesty and by the road of the good, this important branch of the Panamanian State.

To achieve this, I wish first of all to maintain the humility that I been characterized in my political life, working with determination to make the changes that you expect our people and promoting reconciliation in search of the unity of all the parties represented today in this act, by overthrowing the personal and political interests before the interests of the people, so that in the end we can provide to our country which deserves: a greater development and prosperity for the benefit of all, but especially of the most humble.

I would like to thank my colleagues who with their vote of confidence have given me the opportunity to serve my country from this position, and the other colleagues. I want to invite you to continue together on this path of change, you intend to return to the National Assembly the prestige that it deserves and the popular support that it requires. It is in the diversity of ideas and opinions where it is achieving the major changes, taking as a principle a common interest.

Special thanks to all the people of my electoral circuit: Peze, Parita and Los Pozos that by four election periods have allowed me to represent them. Many of these herreranos (from or living in Herrera) today do not have medical care when needed, that at the time of summer lack water, that in the winter nor the horses used to be conveyed by the poor state of the roads, that in our times must use latrines by lack of sanitary sewers, and many other problems. Thank you for your continued trust in this humble servant of you, because I have been taught to see the adversity not as a problem but as an opportunity to find a way to make things different, because this is a teaching that help me to face this new national commitment.

An attitude of change in a world of change: that is what we need today. The Panamanian people we asked, and in May 3 they did show to the political class. They want that things be different that were done in the past.

Are already tired of hearing promises in Campaign and that the government would not comply, that the interests of the political parties taking precedence over the interests of the nation.

The needs are many, the very high expectation, therefore to create also big solutions. The real change is not based on an action, but in an attitude that causes the actions necessary to achieve make things different. An attitude of Change starts today with the desire of all can do things better. When you build

a skyscraper you can have many resources, many workers and a large project, but the beauty and strength of the work is only achieved when people do what they should and the things are done as it should be.

X*.              V-              V-

              V.

We need to begin by ourselves: The Branch that I represent, the President of the Republic, the ministers, directors of autonomous entities, we must all act with honesty and efficiency, as leaders, to give a clear example from the head toward subordinates and create a chain that will change the attitude of more than 165,000 civil servants. It is not enough to say what necessary to do so, if we want to achieve this, and this is a commitment for all.

Have the security that we will do our best to create this chain of change in the National Assembly, but, equally, starting today, more than 3.3 million of Panamanians we need to help the government to change things. The leader has followers; because they trust on him that will comply of what it says, through his actions and his attitude.

All deputies present here, were elected democratically by our followers to represent all areas of our country and shaping this Branch so important to the State. Today, that majority chose me for this first year as your President.

Our biggest commitment as leaders is to comply with the responsibility to be models of what we believe in and acknowledge. I have been part of this Branch for 15 years, I know the weaknesses and strengths and I am aware of change pathway that

we must follow, but you all know well that I need of your company and support to make the changes required.

To do right means: To commit to manage this Branch with honesty, transparency and efficiency, put first the interests of the people go before our interests, with the participation of the civil society as representative of the interests of the people at the time of taking our decisions.

I publicly commit to present fundamental changes to the Organic Regulations of the National Assembly, in order to take specific actions:

70

1. We must be austere.  Extra pays are exaggerated and exceed the emoluments earned by the President of the Republic.

The first resolution of the Board of Directors that we will determine, will be the reduction of the extra pays of the President, the Vice-Presidents and the Sub-Secretaries of the National Assembly, in order for the State make savings for more than one hundred fifty thousand dollars a year.  This amount may well be useful to build a health center in any low-economy community.

2. We must be responsible:  The absenteeism in the National Assembly retards the work.  We propose to rise the participation percentage.  When the National Assembly fail to begin to hold meetings for not having the quorum, the absent Deputy will be discounted a day of salary.

3. We must work with commitments.  Allowance must not be collected on account of extraordinary meetings.

Whenever the Executive Branch wished to use its constitutional right to convene extraordinary meeting to Deputies, it will not be required to pay to us US$80.00 per meeting, if we already have a month salary and we have four months without holding meetings.  It does not make any sense to collect an additional allowance

4. We must be honest: We cannot allow abuse of exemptions that stain the image of an entire Branch.

The exemption, to which we are entitled to, because the State does give us cars unlike the Ministers and Directors of autonomous entities, is exclusive of Deputy.


The improper use of exoneration for a third party buys a Maseratti or a Lamborgini, with the money of the Panamanian people, will go to jail.

1. We must be efficient: A high Budget and poor conditions. We will commit to reduce the budget of the National Assembly that this year will reached the record

amount of 84 million dollars. We will work with efficiency and honesty and evaluate each of the departments. We will work to give a better service to the facilities and infrastructure, as it deserves this Branch.

2. We must be productive: In the Assembly we have 22 commissions, of which some of them not even make a preliminary bill into a law for the Republic. We will propose the fusion of the commissions,   fit them to the current, simplifying them and turning them efficient to accomplish with the work that our people need.

The Legislative Branch, which I represent today, bases its work under the principles of the Constitution, the one who gives the merit to the independence and autonomy to validate their administration.

We are responsible for overseeing and ensuring that the independence, and the Collective Branch commits us, moreover, since our autonomy, achieving harmony with the Judiciary and Executive Branch, to maintain the welfare of our people with a democratic basis that  always will represent the people interest.

We are the representatives of this branch which we know the needs of our areas, and that is why it is necessary to come to an agreement with the Executive Branch, in order to include in the general budget of the state infrastructure works that are developed in the communities we represent.

After so many years in this Branch, sometimes I think that we should make a law of a single article that say: "We will not make another Law until the ones we have been met".

72

It is up to us to make the laws, but the Executive and Judicial Branch enforce them to comply, that is why it is important that we all take our roles with responsibility and efficiency since, if one of these is not doing so, the result will not be the one expected.

We know that there are laws to punish these reckless drivers of buses that jeopardize the lives of so many Panamanians. There are laws for that taxis to be the same color, there are laws to prevent corruption and violence, there are laws to pay social security to workers in companies and many of these fail to comply, but what will be the end result, if we always do the same thing and everything remains the same.

This is not the time to think that we are doing it wrong and how can we do it better? I am willing to promote this attitude of change in conjunction with civil society and with the media. Panama needs that this Branch to be reborn, to renew and strength, because we do not want to put in danger, in any way, the institutions of the country, our children and grandchildren is what they are going to thank.

Success is not to reach to a goal, is to keep fighting to achieve it. With my effort and work, with the strength of God, the support of my colleagues, the commitment of the State and of all Panamanians, we will keep achieving to reach the challenge of the change.

Before political, I am person. The life has taught me to discover the value that has the family, because is in there where I find the strength to move forward.

Many times, the politics requires sacrifices for the family that nobody can imagine,

sacrifices that have a very high price for those who want us; not to be present in special moments that can never be recovered and which many times we often regret.

In a very special day, I remember my absent mother, to whom I am sure she would like to see my brother and me in this place today. This day I would like to be a tribute to her, the person that we inherited the values that led us to place ourselves at the service of our country.

«>.                    V.                    x.'.                    V.

                       V                     •

I would like to thank my dad, very especially, to each one of my brothers and sisters, my family in general, and to my sons José Luis, Javier Eduardo and Daniel, and especially to my wife Anita, who, unconditionally, has accompanied me on this political career, sacrificing always so that I could reach the goal that today reached, and where we are all protagonists.

God bless you all!

Many thanks.

Next item, Mr. Secretary


**-WIGBERTO QUINTERO, SECRETARY GENERAL**

Message to the Nation by his Excellency Ricardo Alberto Martinelli Berrocal, President of the Republic of Panama.


**-YOUR      EXCELLENCY      RICARDO      ALBERTO      MARTINELLI BERROCAL, PRESIDENT OF THE REPUBLIC**

Excellences visitor Presidents who have honored us with your presence and His

Royal Highness, the Prince of Asturias; Your Excellences former Presidents of the Republic of Panama and madams. Your Excellence Juan Carlos Varela Vice President of the Republic and madam; Your Excellences the honorable Madam Marta Linares de Martinelli, first lady of the Republic; Your Excellence Chiefs of delegations of countries friends who have attended this ceremonial and retinues; His Most Reverend Excellency Monsignor José Dimas Cedeño, Archbishop of the Archdiocese of Panama; Honorable members of the Diplomatic, Consular Corps and of International branches credited in the Republic of Panama, Honorable Deputies and Madam deputies of the National Assembly and Spouses, Honorable Magistrates of the Supreme Court of Justice and electoral circuits, Honorable Magistrates of the Electoral Tribunal, Honorable Attorney General of the Nation, Honorable Attorney General of the Administration, Honorable Ombudsman, Honorable Magnificent Rector of the University of Panama, Special Guests. Here I would like to applause the fellow students of Juan Carlos Varela who have come from the Georgia Tech University, to my classmates from high school who have come from far away, from Staunton Military Academy, to my "Roommate", from the University, who have come from the City of Moscow, his wife, ladies and gentlemen.

Today, before God sheltering us, and my country, I am standing here, honored by trusted people. I am excited by the work that awaits us. This control transmission is something which we all cherish. What we celebrate today is proof that in Panama, the voice of each citizen is received, and then the democratic principles that unite us, are more powerful than any difference.

Even though they are not here, I would like to thank President Torrijos and the

former First Lady, Vivian de Torrijos, for their service to our country. I thank them for their cooperation and such generous support in this transition. Together we have proven that his people respect the political dignity of every human being.

Also I want to take this opportunity to send President Endara our wishes to get well soon. Here in Panama we have a democratic tradition, which is as solid as a rock.

I am honored that the international community are here to celebrate with us this great moment. We have never had so many visitors from many parts of the world. All are welcome and we thank them for participating today in our first steps toward the new Panama that we see on the horizon.

Our country is unique in many things: has the largest uninhabited island of the Pacific coast. Panama is the only place in the Caribbean that has indigenous peoples. This city was the first built by the Spaniards in the Pacific. Here Vasco Nunez de Balboa discovered the South Sea, but we do have something more that distinguishes us: we have grown to be the key step for the world economy.

If Marco Polo had lived in our times, he had used Panama as his route for modern species. Since always, we Panamanians have played an important role for our neighbors and the world, and now we need to do it again. In these five years, we need prove that our economic model and of government can be an example to all who aspire prosperity and progress.

Juan Carlos Varela and I are two entrepreneurs that we have made dabbles in politics to change the way of doing things. We are going to take our experiences in the private sector and put them to work where it had never been seen before - in

76

the government.

We are going to reduce bureaucracy from the state. "De-bureaucratization" is a word that is a little difficult to say, but the one that is going to work with me in this government, should learn it. In the business world, I walk in the corridors; I ask questions, I open drawers. And I learned that the problems we need to give our face, as noted my friend Samuel Lewis Galindo, in the government of Ricardo Martinelli, will act with firmness and education, but without finesse.

Believe that time is gold and very short; nor did Juan Carlos or I accept this job to sit behind a desk. I am a simple man, basic and direct, if I fail in something of protocol, forgive me, but we were not chosen to add more pages to the protocol book. This people gave us a clear mandate to bring a change to this government, from top to bottom, and that is what we are going to do.

The tradition that politicians put their personal interests over the people is completed. The game to have a fat government and a skinny people came to an end. The era of politicians start clean and leave millionaires ended.

In my Government, "you can screw over but you can´t mess it up". That is why today we inaugurated a government will put the people interest, first.

We know hard times come and now are when the government needs to be more agile, more transparent and more efficient. It is no secret that we are at the beginning of a global economic crisis. It is a crisis we did not cause, but we are going to suffer all. It is the worst crisis since the Great Depression of the 1930s.

In this storm, we are all in the same boat, and in the same boat we will defy. The truth is that our government is not going to have the resources that had previous government, but that gives us more reason to act with urgency.

The Panamanian worker is seeing that the storm comes out, comes above, and that is why the changes that we have proposed cannot wait any longer. The promises we made in campaign are good ideas, are a mandate that this people requires, but more than that, are an integral part of the stimulus plan that we need to get our economy afloat.

Tomorrow we are going to have our first Cabinet Council, it will be where we have always walked, will be where change needs to happen, it will be in The Herons of Pacora (Las Garzas de Pacora), not in the Palace of the Herons (Palacio de Las Garzas). There is where they need jobs, there is where we need a subway, and there is where security is needed. The Herons of Pacora (Las Garzas de Pacora) is the starting point of what we will achieve in the next 5 years. I ask you to be ready with me, to roll up one´s and get to work.

Let´s begin with this: to raise the salary to all public enforcement officials, because they are under paid. Bring to life Juan Carlos's proposal, and will give 100 dollars monthly to our elders without retirement. And for the students watching us by TV and listening by radio, you will get scholarships, free books and school material. What we will do for the poorest family in Panama.

We will begin the massive lands titling, so everyone listening, who have possessory

rights, set those rights, because you will have your pieces of land titled.

Also we are going to start the largest employment program in the history of Panama, after the expansion of the Canal. We are going to start the tender for the construction of the new metro that will give the Panamanian people a better quality of life, but it's only the beginning, we have many things to do; nothing is more important than to lower the food cost, that is why we will increase the sales points of the Compita Program and there will be no more married products.

We will give more credit to our agricultural and cattle sectors and support the sustainable farms. Thus we will increase the national production and help our farmers to grow more food and cheaper.

Two years ago, we built a home to a forgotten Panamanian, named Newton Rodney. Newton taught me a lesson that just like him, there are more than one hundred sixty five thousand families of forgotten Panamanians, suffering the tragedy of not having a safe homestead. That is why; we will begin a massive plan to build popular homes. This program will not only give to these families a decent home, but it will create a large amount of jobs for the construction workers and will reactivate our economy.

All the people living in Panama and those visiting us, deserve a safer country. We will make our penitentiaries become rehabilitation centers and not crime universities. Minors committing crimes as adults will be treated as adults.

And we will give more resources and intelligence support to our police, protect the right of the citizens to walk through safe streets is one of the first duties of any

government. We will meet this responsibility.

And for the people willing to invest in Panama, our doors are open. I want to make clear that our mission is: To turn Panama into the best place in Latin America to do business. This is the best way to create jobs and have a better life quality for all in Panama, and we are going to complete with Free Trade Agreements with the United States of America and other countries of the world including Europe and the Latin American brothers.

We are proud of our history and our heritage, our freedom of speech, our freedom of thought and our freedom to decide the course of the Homeland. Panama has to be maintained as a leader of freedom and justice, not only here in our house, but throughout the region and in our continent.

As President, I will do everything within my reach to advance the ideals of a free economy, defying the different ideological pendulum that exists in Latin America.

We are going to be an active partner of Mexico and Colombia in the battle against the narco-terrorists that have invaded our country, bringing crime, grief and despair to all our innocent population.

We started this government with a mandate without precedent, a mandate for a change, but this mandate does not come alone, it comes with a great responsibility, the responsibility to work together, shoulder to shoulder, leaving behind all selfishness politicians that have divided us. That is why we were elected, not only by our proposals, but also to change the way of doing government.

We are going to change the system where a political party only seeks what can gain from the other, where the people seeks what can gain of the government, where the government seeks what they can take away from the people. It is a vicious circle where we all think we win, and believe me it is not so. The truth is that in this game, we divided ourselves against each other we all ended up losing.

The Government does not have to be partisan; we are going to rule with the best, no matter where you come or the political affiliation. We are united by something more important that a political party, we are united by our country, and thus, putting the interests of the people first, we are going to rule. Some of them say that the challenges that wait us are too much for a single person, but there are not as many as for a united people.

This government is going to accomplish all the promises made, that is my commitment. The only promise that perhaps I'm not going to achieve is to lose

weight, but believe me I will do my best; I will try, believe me. Until now we have accepted that the destiny of our country is in the hands, only of the government, but I believe that our hopes depend on something more powerful than any government, depends on the sweat and determination of three million of Panamanians; that is the true formula of our success.

In five years, another president will be here, celebrating the transmission of command, but what we started here today will not change nor in five, nor in a hundred years. From now on, this government and those who follow us are going to walk "in the people's shoes". From now on our governments will not get rich from the people, but in which they will serve the people. This is a time of great challenges and opportunities; the world economy is to test and the Panama economy too.

I would like to say that I am not perfect, perfection is something that God reserve for human beings in another life, and I know that we are going to find many obstacles in the way, but the difficulties are not going to stop us. On the contrary, they will show our determination, we are going to overcome this economic storm and we will go out prepared to compete, prepared to win.

This is the moment to be citizens of this country, because the opportunities that lie ahead of us are enormous, a Panama with more men and women working, a middle class growing and gaining more money, new technologies producing an unprecedented economic growth. I see a Panama with a better health, better education, united families and more happy. We can do anything we dream, then, why we don't do with our future what we want?

82

Let's dream big, our best days are ahead of us, we are Panamanians united by a change and united nothing is impossible, united nothing can beat us.

I thank you all, may God bless you and ¡long live Panama!

?•

**-PRESIDENT**

Mr. Secretary, next item of the Agenda.

**-SECRETARY GENERAL**

National Anthem by the Republican Band.

**-PRESIDENT**

We formally adjourned the installation meeting, at 1:45 in the afternoon.

(Sgd) (Illegible)                    (Sgd) (Illegible)

José Luis Varela R.                  Wigberto Quintero

President                            Secretary General

NATIONAL ASSEMBLY

THIS IS A TRUE COPY OF THE ORIGINAL THEREOF

(Sgd) (Illegible)

Magter. Franz Wever

Secretary General


(There appear seals reading:  NATIONAL ASSEMBLY-----PANAMA)

===========================
The foregoing is a translation into English of the document written in Spanish.

Panama, April 20, 2016

*Vilma Wong de Vergara*

Vilma Wong de Vergara, Esq.
Personal Identity Card No.5-8-297

VILMA WONG DE VERGARA
Certified Public Interpreter
Resolution No. 145
of May 20, 1992

**B.1.30.** Note N° SE-A.L. 1547-2015 of September 7, 2015 signed by Jacinto Gómez Cisneros, attaching thereto documentation of Mr. William Pitti.

MINISTRY OF PRESIDENCY

EXECUTIVE SECRETARIAT

NATIONAL SECURITY COUNCIL

Post Office Box 0816-06764.  Republic of Panama- Telephone (507) 514-0000

Telefax: 514-0037

Panama, September 7, 2015

Note No. S.E.-A.L.1547-2015

Honorable

HARRY A. DIAZ

Magistrate Prosecutor

Respected Magistrate Prosecutor:

Regarding your written communication No. 17DMF-OJ of August 27, 2015, we are sending duly authenticated copies related to the general information, decree of appointment, minutes of taking office and decree of dismissal of the former worker WILLIAM PITTI NAVARRO.  The aforementioned worked in this institution as a deputy chief of intelligence, afterwards was assigned functions of chief of Special Projects of that directorate; on march 2013 his salary was raised from $1,200.00 to $2,000.00.

Through the computer science directorate is certified that WILLIAM PITTI NAVARRO was assigned the alias of "Guillermo" and the email account that used was wpitti@csn.gob.pa.

The foregoing account is required in the investigation acts that your office is pursuing in the dossier No. 138-15 by the allegedly commission of crime Against the Inviolability of Secrecy and Right to Privacy, among others, liking therein to the evidences the former President of the Republic and Deputy of the Central American Parliament, RICARDO ALBERTO MARTINELLY BERROCAL.

We are enclosing three (3) folios.

I remain,

(Sgd) (Illegible)

JACINTO GOMEZ CISNERO

Executive Secretary Commissioned

(There appears a seal reading: NATIONAL SECURITY COUNCIL --- PRESIDENCY---EXECUTIVE SECRETARIAT--- SUPREME COURT OF JUSTICE ---MAGISTRATE PROSECUTOR RECEIVED)

2015 SEP 9 8:18

The foregoing is a translation into English of the document written in Spanish.

Panama, April 20, 2016

Vilma Wong de Vergara, Esq.
Personal Identity Card No.5-8-297

VILMA WONG DE VERGARA
Certified Public Interpreter
Resolution No. 145
of May 20, 1992

THE PRESIDENT OF THE REPUBLIC

By constitutional and legal powers vested in him

DECREES:

| SOLE ARTICLE: | Dismissal to the following person as detailed: |
|---|---|
| WILLIAM PITTI: | with personal identity card 4-721-1330, Social Security No. 4-721-1330, Position No. 1567, Role Organization an Administrative System Analyst II, Role Code 0035032. Salary $2000.00 |
| | Budgetary Entry No.0.03.0.4.001.00.00.001 |
| PARAGRAPH: | This dismissal shall be effective as of the notification thereof. |
| LEGAL GROUNDS: | Article 54 of the Resolution No. 5 of January 25, 2008 of the Internal Regulations of the Ministry of Presidency. |

The affected party may file the appeal of reconsideration before the office that issued the Act, within five (5) working days from the personal service or the detachment of the edict if appropriate.

BE IT INFORMED AND INFORCED,

Executed in the City of Panama, on September 3, two thousand fourteen (2014).

(Sgd) (Illegible)

JUAN CARLOS VARELA RODRIGUEZ

President of the Republic

(Sgd) (Illegible)

ALVARO ALEMAN H.

Minister of the Presidency

This is a true copy of the original thereof

(Sgd) (Illegible)

Institutional Office of Human Resources

MINISTRY OF PRESIDENCY

(There appears a seal reading: PRESIDENCY OF THE REPUBLIC OF PANAMA---REGISTERED---MINISTRY OF THE PRESIDENCY)

========================================

The foregoing is a translation into English of the document written in Spanish.

Panama, April 20, 2016

*Vilma Wong de Vergara*

Vilma Wong de Vergara, Esq.
Personal Identity Card No.5-8-297

VILMA WONG DE VERGARA
Certified Public Interpreter
Resolution No. 145
of May 20, 1992

(Of January 21, 2010)

"Whereby the appointment on the Executive Secretariat of the National Security
Council of the Ministry of the Republic is issued"

THE PRESIDENT OF THE REPUBLIC

By the constitutional and legal powers vested in him

DECREES

SOLE ARTICLE          To appoint the following person as detailed:

WILLIAM PITTI:        with personal identity card 4-721-1330, Social Security
                      No. 999-9999, Posititon No. 1567, Role Organization
                      and Administrative System Analist II, Role Code
                      0035032.  Salary $1,200.00

                      Budget No. 0.03.0.4.001.00.00.001

PARAGRAPH             For the tax purpose this Decree will star from January
                      2, 2011.

BE IT INFORMED AND INFORCED,

Executed in the City of Panama, on January 21, two thousand eleven (2011)

(Sgd) (Illegible)

RICARDO MARTINELLI B.

President of the Republic

(Sgd) (Illegible)

DEMETRIO PAPADIMITRIU

Minister of the Presidency

True copy of the original thereof

(Sgd) (Illegible)

Institutional Office of Human Resources

MINISTRY OF THE PRESIDENCY

(There appears a seal reading: PRESIDENCY OF THE REPUBLIC OF PANAMA---REGISTERED---MINISTRY OF THE PRESIDENCY)

The foregoing is a translation into English of the document written in Spanish.

Panama, April 20, 2016

Vilma Wong de Vergara, Esq.
Personal Identity Card No.5-8-297

MINISTRY OF THE PRESIDENCY

MINUTES OF APPOINTMENT

In the city of Panama, at 8:30 in the forenoon of January, 3, 2011, appeared to the office of the Manager of the Institutional Office of Human Resources, WILLIAM PITTI N. with personal identity card 4-721-1330 and with social security No. 4-721-1330, born in the Province of CHIRIQUI, on November 11, 1980 in order to appoint as ORGANIZATION AN ADMINISTRATIVE SYSTEM ANALYST II, with a monthly salary of $1,200.00 plus Representation Expenses of $--- appointed by Decree No. 43 of January 25, 2011, thereupon YAMILETH DE RUILOBA who works as the Manager of the Institutional Office of Human Resources with personal identity card No. 8-710-1257, swore in the appointee pursuant to Article 771 of the Administrative Code and the appointee accepted the office and promised to fulfill with the Constitution, the Laws and the function of his job.

In witness thereof, these minutes is issued and signed by all of parties thereto.

THE APPOINTEE                          APPOINTED BY

(Sgd) (Illegible)                      (Sgd) (Illegible)

WILLIAM PITTI N.                       YAMILETH DE RUILOBA

NOTE:     The following provisions of the Criminal Code are applicable to the public employees or particular that to the records provide false information on the Minutes of Appointment.

ARTICLE 358.  Whoever falsifies or alters, in whole or partially, a public deed, a public or authentic document or a third party's computer digital signature, in such a way that may cause damage, shall be punished with imprisonment from four to eight years.

The same punishment shall be applied to whomever insert or makes it inserted in a public or authentic document false statements concerning a fact to be proven by the document, provided that it causes a damage to a third party.

P.S.

STATUS:            PERMANENT APPOINTMENT

POSITION:          1567

PASSWORD:

DEPARTMENT:     SECURITY COUNCIL

True copy of the original thereof

(Sgd) (Illegible)

Institutional Office of Human Resources

MINISTRY OF THE PRESIDENCY

The foregoing is a translation into English of the document written in Spanish.

Panama, April 20, 2016

_Vilma Wong de Vergara_

Vilma Wong de Vergara, Esq.

Personal Identity Card No.5-8-297

VILMA WONG DE VERGARA
Certified Public Interpreter
Resolution No. 145
of May 20, 1992