**B.1.25.** Minutes of Eye Witness Inspection Procedure on November 20, 2014.

PUBLIC MINISTRY. AUXILIARY PROSECUTION OFFICE OF THE REPUBLIC. Panama, November eighteen (18), two thousand fourteen (2014).

This Agency of the Public Ministry is pursuing the summary proceedings for the alleged commission of a crime AGAINST THE FREEDOM, based on the testimony under oath rendered by a protected declarant (he/she).

Mr. JUBILO ANTONIO GRAELL DE GRACIA, is rendering a testimony under oath, who stated, among other things, the following: "Well, after the May 4, 2014 elections, they, that is, RONNY and WILLIAM began moving out of that building, because ISMAEL had already been transferred to Chiriqui I think, they moved into the Little House (La Casita) of the Villa, I was involved in the moving, that was like after two weeks after the announcement that the Arnulfista Party (Partido Arnulfista) had won, all my coworkers from the operative area went to move out, we went to pick up furniture, the computers they used, chairs, printers, desks, refrigerator, among other stuff, and took them to the warehouse behind the intelligence little house (La Casita) . Other discardable things were taken to a warehouse next to the bunker in the Council. Well, after that, before the new Executive Secretary of the Council came in, one afternoon I was in the Porras Square (Parque Porras), when I got a telephone call from Commander RONNY RODRIGUEZ, who asked me if I knew how to drive a gear shift car, I told him yes, he told me to proceed to the Security Council facilities, leave the vehicle I was using and board in the car along with my other coworker JAVIER QUIROS, alias "PEDRO", a white Toyota Hilux, parked outside the building 150. Upon getting to said vehicle with my coworker, Commander

1

RONNY RODRIGUEZ was inside the same, and in the wagon of that vehicle there was a black-metal rack, like the size or a little smaller than the one I saw in the first photograph at folio 123, I did not see a door to that rack, but it had little holes as breather, I did not see keys to that rack, that rack did not have any cabling, did not have a front door, it had some divisions inside that rack, when I boarded the car, Commander RONNY told me to proceed to the Presidential Palace, that he will return that was borrowed to him, we proceeded to the Palace, when we got there, we were not allowed to get through the gate of the Presidential Office, Commander RONNY got off and called Commander JAIME TRUJILLO over the telephone, who came out the Palace and talked with RONNY, but I have no idea what they talked about because they were distant. From there, Commander RONNY got up the vehicle and told me to proceed toward Via España heading to Via Tocumen, he told me that he will tell me the route, then we headed to Via España with the rack in the rear, we entered Monte Oscuro and got to the premises that works all locked up, I did not see any name on those premises, but it was painted dark red, it had a black tailgate, there the Commander RONNY got off and talked to one of the security agents standing at the door of those premises, then he told me to drive the car inside backwards and then the securities with my co-worker JAVIER, put down the rack, left it there, the Commander got up the vehicle along with my co-worker and went back to the city...".

Upon analyzing the testimony rendered by Mr. JUBILO GRAELL DE GRACIA, in the foregoing paragraph, this Office deems necessary to conduct an eye witness inspection procedure with the participation of Mr. GRAELL

2

DE GRACIA, in order to make the same tour that he did with Mr. RONNY RODRIGUEZ and JAVIER QUIROS, on the day when they took the alleged blackmetal rack, to the Monte Oscuro area.  Said tour shall begin in the building known as 150 located in the National Security Council facilities, passing by the Presidential Office of the Republic area up to the Monte Oscuro area where they left the said rack, with the purpose of documenting by means of minutes and photographs the trajectory toured on the said day.

In view of the foregoing, the undersigned, Auxiliary Prosecutor of the Republic, HEREBY ORDERS:

FIRST: To conduct an eye witness inspection procedure with the participation of Mr. JUBILO GRAELL DE GRACIA, with personal identity card No.2-722-234, in order to make the same tour that he made with Mr. RONNY RODRIGUEZ and JAVIER QUIROS, on the day they took the alleged black metal rack, to the Monte Oscuro area, where it was left in locked up premises, that had a tailgate guarded by security agents.  Said tour shall begin in the building known as 150 located in the National Security Council facilities, passing by the Presidential Office of the Republic sector up to the Monte Oscuro area where they left the said rack, with the purpose of documenting by means of minutes and photographs the trajectory toured on the said day.

SECOND:  To commission a Judicial Clerk of the Office, so that acting "as Special Agent", chair and conduct the procedure as ordered.

LEGAL GROUNDS:  Articles 401, 2046, 2077 and 2078 of the Judicial Code.

Be It Enforced,

The Auxiliary Prosecutor of the Republic,

(Sgd) (Illegible)

3

MARCELINO AGUILAR AIZPRÚA

The General Clerk,

(Sgd) (Illegible)

XIOMARA RODRÍGUEZ CASTILLO

(There appear seals reading: REPUBLIC OF PANAMA------------PUBLIC

MINISTRY---------------PROSECUTION   OFFICE   SPECIALIZED   IN

ORGANIZED CRIME)

========================
The foregoing is a translation into English of
the document written in Spanish.

Panama, April 20, 2016

Vilma Wong de Vergara, Esq.
Personal Identity Card No.5-8-297

```
VILMA WONG DE VERGARA
 Certified Public Interpreter
    Resolution No. 145
    of May 20, 1992
```

4

EYE WITNESS INSPECTION PROCEDURE

(TRANSCRIPTION)

In the City of Panama City, at two twenty three in the afternoon (2:23 pm), of today, November eighteen (18), two thousand fourteen (2014), the undersigned Judicial Clerk of the Auxiliary Prosecution Office of the Republic, Attorney JOSE GONZALEZ MEJIA, acting as "Special Agent", as provided for under Article 401 of the Judicial Code, goes to Via España, Monte Oscuro Sector and Ancon, Panama, with the purpose of conducting an "Eye Witness Inspection Procedure", according to the foregoing Resolution. LUIS PEREZ BECERRA, with personal identity card No.8-774-373, shall be acting as Secretary Ad-Hoc, who is duly sworn in and is informed of the contents of Article 385 of the Criminal Code, committing faithfully fulfill the office to him entrusted. For the record, JUBILO ANTONIO GRAELL DE GRACIA, with personal identity card No.2-722-234, is accompanying us, who shall be in charge of indicating from which place the equipment transported was moved. Initially, we arrived to the offices of the Security Council, located in Ancon, across the building 150, where the procedure is started. The declarant states that on the day of the evens, he got to the front area of the building 150, where there was a white-double cabin Toyota HiLux, wherein Mr. RONNY was when he arrived. From three, they proceeded to get off by the door facing Mi Pueblito Afroantillano, took the Fourth (4) Avenue, heading toward "A" Avenue; reaching up to 12th Street, they took that way, passed across the San Felipe headquarters, come out to "B" Avenue, arrived to La Bajada del Ñopo, arrived to Eloy Alfaro Avenue, turn right, passed the

5

first control gate of the Presidential Office, and indicates that RONNY got off in the second control post, he gets to where there is a white door, talked to a person for about three (3) minutes, then returned to the car, he told him to move forward toward Via España, they came back again toward the Eloy Alfaro Avenue, turn right heading toward The Coastline, arriving to the Paitilla elevated bridge, take Via Israel, continue on toward the Via Brasil roundabout, until arriving to the Terpel gas station, turn right arriving to the Via Porras street light, continue on up to the interception with Via España, upon arriving to the street light turn right and take Via España heading toward the suburbs of the city.  They pass the street light of the October 12 Avenue, correct, the declarant states that once they arrive to the street light of the Instituto Panamericano (IPA) they turn left, drive straight forward, exit the Hato Pintado street, arrive to the street light of the October 12 Avenue, take the La Pulida via and continue in that way, straight up to arriving to the street light of the Antigua Carlitos, turn right, arrive to a concrete-structure building, with perimetral wall, where a brick-color tower is seen, with tejalit roof, located right-hand, heading toward Via España.  In the said place there is an entrance toward some parking lots, at the entrance there are some security guards wearing dark brown uniforms with the Super 99 logo who control the entrance to said place. The declarant states that upon arrival to the place they came in by the gate with the vehicle, Mr. RONNY stepped off the car, talked with the security, the security opened the gate, they went in with the vehicle, parked backwards near some plants or ornamental saplings placed at the entrance.  After that they remained in that place for approximately five (5) minutes.  The declarant states that he could not see where they took the item

6

carried in the wagon of the vehicle.   Once everything was done, they proceeded to leave the place.   For the record, photographs of the trajectory were taken to be attached to the dossier.   That is all.   In this stage and there being no further business, this procedure is adjourned, which upon being read and found correct is signed by all the parties thereto.   JOSE GONZÁLEZ MEJÍA-Judicial Clerk "acting as Special Agent" (Sgd); JUBILO ANTONIO GRAELL   DE   GRACIA   (Declarant)   (Sgd);   LUIS   PEREA   BECERRA (Secretary Ad-Hoc) (Sgd).


Panama, November 18, 2014

The undersigned, Judicial Clerk of the Auxiliary Prosecution Office of the Republic, hereby certifies that this is a true full transcription of the foregoing original handwritten document, issued for further understanding and reading thereof.

(Sgd) (Illegible)
José González Mejía, Esq.
Judicial Clerk
Auxiliary Prosecution Office of the Republic

(There appear seals reading:   REPUBLIC OF PANAMA-----------PUBLIC MINISTRY---PROSECUTION OFFICE SPECIALIZED IN ORGANIZED CRIME)

======================================
The foregoing is a translation into English of the document written in Spanish.

Panama, April 20, 2016


Vilma Wong de Vergara, Esq.
Personal Identity Card No.5-8-297

VILMA WONG DE VERGARA
Certified Public Interpreter
Resolution No. 145
of May 20, 1992

7



This Photograph show the Building 150, where the witness states the White Hi Lux vehicle, was parked.



This Photograph shows the exit door where the witness states they left the premises.

8



This Photograph shows the "A" Avenue, where they continued towards for the Presidential Office of the Republic.



This Photograph shows the Bajada del Ñopo, where they went down to take the Eloy Alfaro Avenue, to then went up to the Presidential Office of the Republic.

9



This Photograph shows the first control post (gate) to enter the Presidential Office of the Republic.



This Photograph shows the second control post (gate) to enter the Presidential Office of the Republic.  The arrow indicates the place where the witness states that Mr. RONNY talked with a person.

10



This Photograph shows the Coast line (Cinta Costera), where the witness states that they went towards the Via España.



This Photograph shows the roundabout at the Via Israel and Via Brasil where the witness states that they took to reach the España.

11



This Photograph shows the Via Brasil. Where the witness states that they tool to reach the Via España.



This Photograph shows the street between the Via Israel and Via Porras, where the witness states that they tool to reach the Via España.

12



This Photograph shows the via España, where the witness states that they headed towards Monte Oscuro.



This Photograph show the place the witness states that they went inside with the vehicle. The arrow indicated the place they went in.

13



This Photograph shows the Monte Oscuro Street heading to Via España.



This Photograph shows the place where the witness states that the car was parked in reverse gear to unload the equipment they were carrying.

14

**B.1.26.** Minutes of Eye
Witness Inspection
Procedure on November 20,
2014.

1

PUBLIC MINISTRY. AUXILIARY PROSECUTION OFFICE OF THE REPUBLIC.  Panama, November nineteen (19), two thousand fourteen (2014).

This Agency of the Public Ministry is pursuing the summary proceedings for the alleged commission of the crimes AGAINST THE FREEDOM, based on the testimony under oath rendered by a protected witness (he/she).

JAVIER ANTONIO QUIROZ ANDREVE rendered a testimony under oath, who stated among other things the following: "… Some other time, being on duty on a surveillance near the Porras Square, my partner at that moment, the Corporal JUBILO GRAELL received a call, after that he informs me that to return to the base, because "DIDIER" had told him to go back with him to run an errand.  Upon arriving to the base, we left the vehicle that we had on the surveillance and proceeded to board a white Toyota Hi Lux vehicle, I do not remember the license plate that was parked next to the building 150.  On the wagon of that vehicle, a black metal rack was kept, which was hollow in the upper side, but had divisions and in one of those divisions it had a sort of connection ports of those that are used to connect computers or networks, to that rack I did not see equipment that I remember of, but it did have the connection ports.  "DIDIER" stayed inside the Hi Lux vehicle, my coworker JUBILO took the driver´s seat and I sat in the middle of the rear seat. From there were got out by the exit heading to Mi Pueblito (My Little Town) and went towards the Bridge of the Americas (Puente de las

Américas), entering by the roundabout that turns to return to the Capital City, taking the route that goes to the 5th of May (5 de Mayo) towards the Seafood Market, then to San Felipe and arrived up to the entrance of the Palacio de las Garzas (Palace of the Herons), there Mr. "DIDIER" got off, entered the Palacio de las Garzas (Palace of the Herons), he took about five or ten minutes inside there then returned to the vehicle and said to the driver "let us go".  From there we went out, took the Cinta Costera (Coast Line), after the Cinta Costera (Coast Line) we took to Brasil Street, taking Via España (España Street) heading to Rio Abajo, from there I was not paying attention for a while because I was texting, when I realized we had passed the Hospital of Pediatrics Specialties, the we continued and after the traffic lights we took a street that goes out to a crossroad that passes the 12 de Octubre (October 12th), heading to Monte Oscuro, then we arrived up to the traffic lights of Monte Oscuro, we headed like going to the Kelvin, but right there after the traffic lights, we entered a big place that has a wall and streamers on top, has security in the entrance, that place I know are the administrative offices of Super 99, then entering the place we parked backwards in one of the parking, "DIDIER" got off the vehicle and walked to one of the offices; I got off the vehicle but I stayed right there standing near the vehicle,  JUBILO did not get out of the car, then "DIDIER" returned with about three more people, they took and put down the rack, put in on the side of the car and from there we, that is, "DIDIER", JUBILO and I left the place, we did not know what they did with the rack …".

3

After analyzing the testimony by JAVIER ANTONIO QUIROZ ANDREVE, in the previous paragraph, this Prosecution Office deems it appropriate and necessary to conduct an eye witness inspection procedure with the participation of JAVIER ANTONIO QUIROZ ANDREVE in order to make the same tour made with RONY RODRIGUEZ alias "DIDIER" and JUBILO GRAELL on the day that they took the alleged rack to the administrative offices of Super 99, located in the Monte Oscuro area. The aforesaid tour will start in the building known as 150 located in the facilities of the National Security Council, passing by the sector of the Presidential Office of the Republic up to the Monte Oscuro area where the mentioned rack was dropped off, with the purpose of documenting by means of the Minutes and photographs the traveled path on the said date.

In view of the foregoing, the undersigned, Auxiliary Prosecutor of the Republic HEREBY RESOLVES:

FIRST:   To conduct an eye witness inspection procedure with the participation of JAVIER ANTONIO QUIROZ ANDREVE, in order to make the same tour made with RONY RODRIGUEZ alias "DIDIER" and JUBILO GRAELL the date that they took the alleged rack to the administrative offices of Super 99, located in the Monte Oscuro area. The aforesaid tour will start in the building known as 150 located in the facilities of the National Security Council, passing by the Presidential Office of the Republic up to the Monte Oscuro area where the mentioned

4

rack was dropped off, with the purpose of documenting by means of the

Minutes and photographs the traveled path on the said date.

SECOND:  To commission a Judicial Clerk of the Prosecution Office, so that

acting as "Special Agent" to chair and conduct the procedure herein ordered.

LEGAL GROUNDS:   Articles 401, 2046, 2077 and 2078 of the Judicial

Code.

Be it Enforced,

The Auxiliary Prosecutor of the Republic,

(Sgd) (Illegible)
MARCELINO AGUILAR AIZPRÚA

The General Clerk,

(Sgd) (Illegible)
XIOMARA RODRIGUEZ CASTILLO

(There appear seals reading:   REPUBLIC OF PANAMA-----------PUBLIC
MINISTRY---PROSECUTION SPECIALIZED IN ORGANIZED CRIME)

= = = = = = = = = = = = = = = = = = = = = = = = =
The foregoing is a translation into English of the
document written in Spanish.

Panama, April 22, 2016

Vilma Wong de Vergara, Esq.
Personal Identity Card No.5-8-297

VILMA WONG DE VERGARA
Certified Public Interpreter
Resolution No. 145
of May 20, 1992

**B.1.27.** Minutes of Eye Witness Inspection Procedure dated January 23, 2015.

EYE WITNESS INSPECTION PROCEDURE

In the City of Panama, at ten twenty three in the forenoon (10:23am), of today, January twenty three (23), two thousand fifteen (2015), the undersigned Delegate Agent of the Auxiliary Prosecution Office of the Republic, duly commissioned by the Auxiliarity Prosecutor of the Republic, travels in company of ELVIS CORONADO, with personal identity card No.8-439-220, who is appointed Secretary Ad-Hoc and is informed of the contents of Article 385 of the Criminal Code, that provides for perjury, offering to act well and faithfully fulfill the office to him entrusted. We went to the Meeting Room of the Auxiliarity Prosecution Office of the Republic in order to conduct an eye witness inspection procedure aforementioned. For the records is present herein Attorney ARMANDO ALONSO FUENTES RODRIGUEZ with personal identity card No. 2-163-371, attorney for Mr. GUSTAVO ADOLFO PÉREZ DE LA OSSA, Attorney PAULO AGUSTIN VEGA BATISTA with personal identity card No. 4-270-710 for the complainant attorney of the foregoing summaries. Likewise is present the Delegate Agent of instruction of the Auxiliary Prosecution Office of the Republic, JUAN DOMINGO AZAEL SAMANIEGO IVALDY who will accompany us in the foregoing procedure. Thereupon proceeds to tale photographs of the box that we will call in the foregoing procedure box No. 1, in which is described as cream cardboard box, sealed with cream adhesive tape and yellow envelope that goes as cover on the side that read "Desk Documents (Office)", on other side "Desk" and other side "Desk". We proceed to open the box by cutting the adhesive tape. It is observed several documents related to the National Police. It is located outside the desk pads, an information downloaded from the internet, which is read on the top side "PORTABLE CELLPHONE INHIBITOR, cellphones lockers in Mexico,

JAMMER P…" "CELLPHONE LOCKS FOR INMATES page 1 of 9", on the bottom side it reads http://www.espionaje.org/bloqueado-jammer-inhibidor-celular14.htm. And the next number "02/09/12 (FOR THE RECORD THE AFOREMENTIONED DOCUMENT HAS 7 PAGES)"; the next reads "INHIBITOR CELLPHONE, INIBID, CELLPHONE LOCKER, JAMMER CELLPHONE… Page 1 o 2" "Cellphone Inhibidor Cellphone Locked" on the bottom side it reads the next address "htt://www.lacasadelaespia.com/promos/inhibidor-bloqueador-anulador-celular-jammer-com…" and the next number "02/09/12". (FOR THE RECOEDS THE AFOREMENTIONED DOCUMENT HAS TWO USEFUL PAGES); the next documentation reads on the bottom page "STORM-Cellphone locker for communication, Bomb Jammer, Bomb locker" "STORM Communications Locker", on the bottom side reads the next address http://www.contraespionaje.com.mx/stormbloqueadordecomunicaciones.html. and the next number "02/09/12" (FOR THE RECORDS THE AFOREMENTIONED DOCUMENT HAS 2 USEFUL PAGES); the next documentation reads on its top side "INHIBIDOR CELLPHONE LOCKER, Cellphone locker in Mexico, JAMMER P.. PAGE 1 of 24", on its bottom side reads http://www.espionaje.org/bloqueador-jammer-inhibidor-celular 14.htm and the next number "02/09/12" (FOR THE RECORD THE DETAILED DOCUMENTS HAS 16 USEFUL PAGES); inside of a green desk pad in which contained various documentation, was retrieved a copy of an email that contains 2 useful pages that it reads on the English language "From: olmedoalfaro@cwpanama.net() to CSN Gustavi Ching Hin (Arturo); CSN Santos Pitti (Miguelito) Date: Tue December 29, 2009 12:43:35 PM Subject: RV: Fw interesting mail" (FOR THE RECORD THE AFOREMENTIONED

DOCUMENT HAS 2 USEFUL PAGES WITH THE AFOREMENTIONED). For the records that is proceeded to take photographs of the verified desk pads and it was found inside the box identified as No. 1, afterwards it is proceeded to incorporate to the box and to sealed with brown adhesive tape. We proceeded to verify a grey plastic box with the inscription Rubermaid, in which was sealed with transparent adhesive tape, proceeds to open it and take photographs to its content, inside of a cream desk pad, with no label was located an email that reads the following "From: Gustavo Perez" gperez@policia.gob.pa To: "Directorate" direccionsecre2@policia.gob.pa Sent: Sunday February 13, 2011 11:39pm Attachment: ACCEPTANCE LETTER MLM (PAN).Doc Subject: ACCEPTANCE LETTER MLM (PAN) (FOR THE RECORD THE DOCUMENT HAS 4 PAGES WITH THE AFOREMENTIONED INFORMATION). Likewise, was located in the file a document identified as "FINAL ACCEPTANCE LETTER" (FOR THE RECORDS THE AFOREMENTIONED DOCUMENTATION HAS 2 USEFUL PAGES). On the other hand was located an english document inside a green pendaflex which reads the following: "Coms Trac Coms Trac CTS GSMHA A5/1 Intercept System" (FOR THE RECORD THE DOCUMENT HAS 11 PAGES WITH THE AFOREMENTIONED). Inside a cream deskpad were located the following documents: 8 pages that are in english and on the top side is found the following: "NextLink Advanced Technology Products USA" "GUIDE TO OPERATIONS AND USER SETUP"; the next document that reads on its top side "NUNVAV TELECOMMUNICATIONS AND TECHNOLOGY" "OFFER INFORMATION NATIONAL POLICE" (FOR THE RECORDS THE DOCUMENT HAS 11 PAGES WITH THE AFOREMENTIONED INFORMATION). Likewise is located with three (3) pages in english that reads the top side the following: "USER GUIDE NEXTLINK

MODEL NLSP2100 SURVEILLANCE GSM CELL PHONES". Inside a yellow envelope addressed to GUSTAVO PEREZ GENERAL DIRECTOR N.P. with number 5/23/2011 was located a folder with 4 pages that reads on its top side "ISPAN CT PANAMA S.A. Security Management & Consulting COURSE FOR OFFICIALS OF HIGH RANGE IN ISRAEL" (FOR THE RECORDS THE DOCUMENT HAS 4 PAGES WITH THE AFOREMENTIONED INFORMATION). It is located inside a cream desk pad that on its tab is labeled MLM Protection (Proposal)", the document is in english (FOR THE RECORDS THE AFOREMENTIONED DOCUMENT HAS 36 USEFUL PAGES WITH INFORMATION), a MAXELL cd CD-R, 80 min, 700 MB, a silver compact disc recordable, inside a yellow envelope that maintains on its manuscript cover that reads 716, Mr. Perez and the label reads National Police. The following act we proceed to establish that the aforementioned will be attached to the present procedure. Consecutive we proceed to incorporate the inspected files inside the grey plastic box and sealed with adhesive tape and put on an institutional stamp. Finally it is establish that the two (2) boxes will be sealed and signed by the participants. It was asked to the attorneys if they have any objection on the conduction of the present procedure: THE ANSWERED: On mutual agreement NO. In this stage and there being no further business, this procedure is adjourned, which upon being read and found correct is signed by all the parties thereto.

The Delegate Agent of the Public Ministry,

(Sgd) (Illegible)

SONIA Y. ALMENGOR QUEZADA


Attorney for Gustavo Adolfo Perez de la Ossa

(Sgd) (Illegible)

ATTORNEY ARMANDO ALONSO FUENTES RODRIGUEZ


(There   appear   seals   reading:   REPUBLIC   OF   PANAMA--------PUBLIC

MINISTRY-----PROSECUTION   OFFICE   SPECIALIZED   IN   ORGANIZED

CRIMES

========================
The foregoing is a translation into English of the
document written in Spanish.

Panama, April 20, 2016


*Vilma Wong de Vergara*

Vilma Wong de Vergara, Esq.
Personal Identity Card No.5-8-297


VILMA WONG DE VERGARA
Certified Public Interpreter
Resolution No. 145
of May 20, 1992

DIRECTORATE

| | |
|---|---|
| From: | "Gustavo Perez" gperez@policia.gob.pa |
| To: | "Directorate" direccionsecre2@policia.gob.pa |
| Sent: | Sunday, February 13, 2011 11:39 PM |
| Attachmet: | ACCEPTANCE LETTER MLM (PAN).doc |
| Subject: | Fwd: ACCEPTANCE LETTER MLM (PAN) |

Sent from my Ipad

Begin Forwarded message:


From: Sharon Botzer Sharon@mlm-protection.com

Date:  February 11, 2011 11:16:54 EST

To: gperez@policia.gob.pa gperez@policia.gob.pa

Subject: FW: ACCEPTANCE LETTER MLM (PAN)


My Friend, can you please sign it today and sent it to Carlos?

This is the last letter I need.

Thanks

Sharon


From: carlos orillac (corillac@presidencia.gob.pa)

Sent: Friday, February 11, 2011 5:52 PM

To: Sharon Botzer

Subject: FW: ACCEPTANCE LETTER MLM (PAN)


The Letter I sent


From: carlos orillac (corillac@presidencia.gob.pa)

Sent: Friday, February 11, 2011 5:29 PM

To: 'Gustavo Perez'

Subject: FW: ACCEPTANCE LETTER MLM (PAN)


Final Acceptance letter of equipment and services


Carlos A. Orillac Arias

Administrative Director Ministry of Presidency

02/14/2011

Tel. (507) 527-9793
Cell.(507) 6550-4917

XLogo.JPG

------------------------------------------------------------------------------------------
This footnote confirms that this email message has been scanned by PineApp
Mall-secure for the presence of malicious code, vandals & computer viruses.
------------------------------------------------------------------------------------------

Sent from my Ipad
Begin Forwarded message:

From: Sharon Botzer Sharon@mlm-protection.com
Date:  February 11, 2011 11:16:54 EST
To: gperez@policia.gob.pa gperez@policia.gob.pa
Subject: FW: ACCEPTANCE LETTER MLM (PAN)

My Friend, can you please sign it today and sent it to Carlos?
This is the last letter I need.
Thanks
Sharon

From: carlos orillac (corillac@presidencia.gob.pa)
Sent: Friday, February 11, 2011 5:52 PM
To: Sharon Botzer
Subject: FW: ACCEPTANCE LETTER MLM (PAN)

02/14/11

The letter I sent

From: carlos orillac (corillac@presidencia.gob.pa)
Sent: Friday, February 11, 2011 5:29 PM
To: 'Gustavo Perez'

Subject: FW: ACCEPTANCE LETTER MLM (PAN)

Final Acceptance Letter of equipment and services
The letter I sent.

Carlos A. Orillac Arias
Administrative Director Ministry of Presidency

02/14/2011

This footnote confirms that this email message has been scanned by PineApp
Mall-secure for the presence of malicious code, vandals & computer viruses.

(there appear seals reading: REPUBLIC OF PANAMA--------PUBLIC
MINISTRY---PROSECUTION OFFICE SPECIALIZED IN ORGANIZED
CRIME)

============================
The foregoing is a translation into English of the
document written in Spanish.

Panama, April 20, 2016

*Vilma Wong de Vergara*
Vilma Wong de Vergara, Esq.
Personal Identity Card No.5-8-297

VILMA WONG DE VERGARA
Certified Public Interpreter
Resolution No. 145
of May 20, 1992

## FINAL ACCEPTANCE LETTER

I hereby that virtue of the contract No. 045/2010, Project 46429, signed between the company M.L.M. PROTECTION LTD and the Social Investment Fund (Fondo de Inversión Social FIS), now Program of National Help (Programa de Ayuda Nacional PAN) of the Ministry of the Presidency, we have received the correspondent services to the Supply of Technologic Equipment, Installation and training Service. According to the foregoing contract, we can certified that the equipment and training have been received to a 100% satisfaction so I proceed to pay the remaining 20% corresponding to the total of the contracting object of the contract No. 45/2010.

Gustavo Perez

Director of the National Police

AUXILIARY PROSECUTION OFFICE OF THE REPUBLIC It is a true copy of its original the copu sas (illegible) in the file Signed (Illegible)

The Clerk

Panama, January 23, 2015

(There appear seals reading: REPUBLIC OF PANAMA-----------PUBLIC MINISTRY---PROSECUTION OFFICE SPECIALIZED IN ORGANIZED CRIME).

===========================

The foregoing is a translation into English of the document written in Spanish.

Panama, April 20, 2016

*Vilma Wong de Vergara*

Vilma Wong de Vergara, Esq.

Personal Identity Card No.5-8-297

VILMA WONG DE VERGARA
Certified Public Interpreter
Resolution No. 145
of May 20, 1992

FINAL ACCEPTANCE LETTER

I hereby that virtue of the contract No. 045/2010, Project 46429, signed between the company M.L.M. PROTECTION LTD and the Social Investment Fund (Fondo de Inversión Social FIS), now Program of National Help (Programa de Ayuda Nacional PAN) of the Ministry of the Presidency, we have received the correspondent services to the Supply of Technologic Equipment, Installation and training Service. According to the foregoing contract, we can certified that the equipment and training have been received to a 100% satisfaction so I proceed to pay the remaining 20% corresponding to the total of the contracting object of the contract No. 45/2010.

Gustavo Perez

Director of the National Police


AUXILIARY PROSECUTION OFFICE OF THE REPUBLIC It is a true copy of its original the copu sas (illegible) in the file Signed (Illegible)

The Clerk

Panama, January 23, 2015

(There appear seals reading: REPUBLIC OF PANAMA-----------PUBLIC MINISTRY---PROSECUTION OFFICE SPECIALIZED IN ORGANIZED CRIME).

========================

The foregoing is a translation into English of the document written in Spanish.

Panama, April 20, 2016


Vilma Wong de Vergara, Esq.
Personal Identity Card No.5-8-297


VILMA WONG DE VERGARA
Certified Public Interpreter
Resolution No. 145
of May 20, 1992

**B.1.28.** Note dated June 22, 2010, signed by Gustavo Pérez de la Ossa.

Republic of Panama
Ministry of Public Security
General Directorate of National Police

Panama. June 22, 2010

Mr.
Ricardo Echandi
SICTRANSCORE

Dear Mr. Echandi:

I hereby send you my regard and wish you success in sensitive endeavors.
According to the phone conversations that you kept with the prosecutor Mr. Faisal
Asvat, I allow myself to request you to send us the proposal referring to the
technological solutions that you can offer.
I appreciate your prompt attention for the evaluation thereof and begin with the
needed arrangements to provide a better service to our country.
No further subject at the moment, I remain,

(Sgd)(Illegible)
Gustavo Perez De La Ossa
National Director of the National Police

GAPO/michell

(There appears a seal reading: REPUBLIC OF PANAMA---PUBLIC MINISTRY-

--Legal Medicine)

(There appears a seal reading: REPUBLIC OF PANAMA---MINISTRY
GOVERNMENT AND JUSTICE--- NATIONAL POLICE —NATIONAL
DIRECTORATE)

=======================
The foregoing is a translation into English of the
document written in Spanish.

Panama, April 20, 2016

Vilma Wong de Vergara, Esq.
Personal Identity Card No.5-8-297

VILMA WONG DE VERGARA
Certified Public Interpreter
Resolution No. 145
of May 20, 1992