# EXHIBIT 1

Wednesday July 26, 2017

**La Prensa** / Panorama

[KNOCKOUT]
# Harry Diaz: 'Moncada Luna is just the tip of the iceberg'

October 26, 2014 – 00:00h

SUBJECT: Alejandro Moncada Luna Csj (Supreme Court of Justice) Harry Diaz Knockout



Harry Diaz, Magistrate of the Supreme Court of Justice. LA PRENSA/File

Less discreet and more direct than his fellow magistrates, Harry Diaz talks about the fame of the Court, the scandals that surround it, about his loyalties and enemies, and the worrying and revealing realities.

**Describe your enemies. Martin Torrijos.**

Not an enemy; maybe he is upset because I saved my vote in the Cemis case...

**Gerardo Solis.**

He is. He attacks me because I accused him of the illegal sale of properties when he was an advisor to the Free Zone.

**You sent the Cabinet a summary of his actions, recommending that they do not appoint him as magistrate... is such the hate?**

I know that he has committed irregularities and I do not consider him suitable.

**Eric Arturo Delvalle.**

Years ago he was removed from the holding control of Azucarera Nacional and he hasn't been able to accept it. That is why he has filed 15 thousand appeals.

**Rogelio Cruz.**

Initiator of all the attacks against my appointment.

**Later on I will talk to you about your appointment. Have you settled with Anibal Salas?**

There is nothing to be settled. His performance in the Adelag case was out of context.

**Did you recommended the appointment of Hernan de Leon?**

Yes.

**How close are you with Ricardo Martinelli?**

I respect and appreciate him, but we are not friends. I am a little younger, don't you think?

**How about Luis R. Fabrega, who as a result of your vote was not able to chair the Court?**

I don't have any problems with him, but my vote commitment was with Jose Ayu.

**Are you still dying to chair the Court?**

No, but I would like to see the judicial career approved and that things were done right.

**How are they done now?**

Recovering the lost ground in the previous administration.

**Of which you were vice-president...**

And I know very well.

**In Court, how much are laws and how much politics?**

I have never been pressured to vote politically. I cannot answer for the others.

**Five magistrates appointed by CD, four by the PRD. Who believes the tale of independence?**

The problem is not who appoints, but those who are not respected. There is no functional independence without economic independence.

**You hear of so many fights between magistrates that the Court seems to be a group of nine gossipers...**

Yes, heated discussions sometimes. Not the other.

**Do you owe your position to Alberto Vallarino?**

Yes, he recommended me.

**Is it true that Martinelli wanted to buy some shares of the factory and you were going to help him?**

The family wanted to sell shares. They were offered to him and he wanted to participate.

**The most unpresentable individual that has sat in the chair from where I speak.**

I have a good list. I will tell you off the record.

**If Moncada used your name to say that you supported the construction of the parking lots for the Court, why didn't you deny it publicly?**

To not affect the Court.

**And why do you talk publicly about the Moncada case?**

I was asked.

**You knew about the Buenaventura house. Why wait until now to talk about it?**

I assumed that the purchase was legal. If now you add a multi-million dollar purchase, you have to ask how it was made.

**If you weren't at risk of discrediting your name, as you have said, would it have been right not to say anything?**

I am not afraid of that. Even with no glass roof they will attack me.

**How is your case for alleged sexual harassment?**

It is at the Meeting. They can process it if they want.

**Your colleagues handle the Moncada case as low profile, is this due to the institutional operations or because they are afraid to be linked to it?**

I cannot answer for them. It is a high profile subject.

**Do you think there are other cases like this in the Court?**

Moncada is only the tip of the iceberg.

**Is it true that he has a safe to keep records?**

Yes, and he has bragged about it.

**Is it true that he had an entourage of bodyguards and a bunch of cars?**

He self-assigned nine new cars and 40 bodyguards, he spent tens of thousands of dollars on buying them vests.

**Why did you fight? You were very close before...**

Never. It was his perverse administration, without following my advice. I do not agree with arrogance.

**But, by what you say, you do not make mistakes and everybody is bad but you...**

Not at all; but I am humble and correct.

**Why did he invite you to Buenaventura and New York if you were only colleagues?**

I imagine he wanted to encourage a friendship.

**After this, should magistrates publish their list of goods?**

It should be annually, as requested by the citizens.

**What is it about power that attracts you so much? You have been in almost all governments...**

Why can't you think that they want me because of my professionalism? It is responsibility, not power. For a corrupt individual it is a gold mine. For a correct person it is an ordeal.

**So much responsibility when you could be living relaxed?**

I have the public servant vocation.

**You said that Martinelli never called you. Then you said that he called you to ask you not to compete against Moncada. Make up your mind.**

I did not say that he never called me, but that he didn't called me to ask me to vote in X or Y way.

**And he called you for...**

General topics. Judicial career, accusatory criminal system...

**What should be the profile of a magistrate?**

Correct, competent, and with character.

**Removing Moncada, do all the current ones fulfill that profile?**

I know why they fear you...

**If a lawyer is crooked as a lawyer, how will he be as magistrate?**

There lays the problem.

**The bad reputation of the Court is earned or... defamed?**

Earned.

**Ricky Calvo is the tenth magistrate?**

I cannot answer that.

**Have you seen him in Moncada' office, yes or no?**

Yes, multiple times.

**You started so-so... You were appointed in the Criminal Chamber without having experience in criminal law.**

It is true, I warned them.

**And why did you accept?**

It was presented as a challenge. The [former] president called me; I bowed my head and remained silent. I arrived shaken at my house... my boss – wife – asked me what happened and everything.

**Wasn't irresponsible to accept without knowing about the subject?**

Practice leads to specialization. There is a violent crash course here.

**But you also didn't have a suitability certification...**

I had 10 years, the paper only confirmed it.

**In general, what are the bad practices of magistrates?**

Shelve investigations and sell judgments.

**What is the purpose of the magistrate's trips?**

Supposedly for work.

**When is the Court going to collapse?**

Already. For some time it has...

**What's missing?**

That the citizens come and shut us down; it is the only thing.

PROFILE

Magistrate of the Criminal Chamber of the Court. Lawyer with a master's degree in Maritime Law. He has been tax prosecutor, legal coordinator of the deputy minister of finance; deputy minister of education; legal director of government and justice and the extinct Ari, Inde, and Ipat, and Secretary of the Free zone.

---

**MORE PANORAMA NEWS**

TE announces rules for elections in the 7-1

Regulations and the only route for parades are made official

Confrontation procedure is ordered in the Financial Pacific case

Panama takes the crown in national gymnastics

15 are condemned for dictatorship crimes in Argentina

Electoral court eradicates electoral jurisdiction of former mayor Roxana Mendez

Conversation regarding teen criminal justice

MOP evaluates the sewer system of the city

The public prosecutor's office dismantles human trafficking network

The public prosecutor's office accuses quarry manager

Former employees of the Micro, Small and Medium Company Authorities are linked with illegal activities

Residents of Ancon expose problems

A review can be requested

'I consider Juan Carlos Varela a friend': Francisco Pancho Aleman

$135 million less for the 2015 National Aid Program

The contrasts of Israel

State allocates scare resources for surveys

Little money for Icges sexuality study

| | |
|---|---|
| I, Saúl Villegas Sojo, hereby certify that the attached document is to the best of my knowledge and belief a true, accurate and complete translation from Spanish into English, *La Prensa de julio 2017*, consisting of 5 pages. I further certify that the translation was made by an experienced and qualified professional translator and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a correct and true translation of the original document. This is to certify the correctness of the translation only. We do not guarantee that the original is a genuine document or that the statements contained in the original document are true.<br><br>Signed: *[signature]*<br><br>Name: Saúl Villegas Sojo<br>Title: CEO<br>Translation Company: Grupo Directum S.C.<br>Av. Gomez Morin 900 Piso 6. Col. Carrizalejo, San Pedro Garza García, Nuevo León, México<br>Date: August 1, 2017 | Yo, Saúl Villegas Sojo, por medio de la presente certifico que el documento adjunto es, a mi mejor saber y entender, una traducción fiel, precisa y completa del idioma español al idioma inglés del documento *La Prensa de Julio 2017*, consistiendo de 5 páginas. Asimismo, certifico que la traducción fue hecha por un traductor profesional calificado y con experiencia, y que bajo mi buen criterio, el texto traducido refleja verdaderamente el contenido, significado y estilo del texto original y constituye en todo respecto una traducción fiel y correcta del documento original. La presente sirve únicamente para certificar la exactitud de la traducción. No garantizamos que el documento original es un documento auténtico o que las declaraciones contenidas en el mismo sean verdaderas.<br><br>Firmado por: *[signature]*<br><br>Nombre: Saúl Villegas Sojo<br>Cargo: Director General<br>Empresa de Traducción: Grupo Directum S.C.<br>Av. Gomez Morin 900 Piso 6. Col. Carrizalejo, San Pedro Garza García, Nuevo León, México<br>Fecha: 1 de agosto 2017 |

# SPANISH ORIGINAL

Miércoles, 26 de julio de 2017.

**La Prensa** / Panorama

[KNOCKOUT]
# Harry Díaz: 'Moncada Luna solo es la punta del iceberg'

26 oct 2014 - 00:00h

TEMAS: Alejandro Moncada Luna   Csj (corte Suprema De Justicia)   Harry Díaz   Knockout



Harry Díaz, magistrado de la Corte Suprema de Justicia.   LA PRENSA/Archivo

Menos discreto y más directo que sus colegas magistrados, Harry Díaz habla de la fama de la Corte, de los escándalos que la envuelven, de sus lealtades y enemigos, y de realidades tan preocupantes como reveladoras.

**Describa a sus enemigos. Martín Torrijos.**

No es enemigo; a lo mejor está molesto porque salvé mi voto en el caso Cemis...

**Gerardo Solís.**

Ese sí es. Me ataca porque lo denuncié cuando fue asesor de la Zona Libre por venta ilegal de propiedades.

**Usted le mandó al Gabinete un resumen con sus actos para recomendar no nombrarlo magistrado... ¿Tal es el odio?**

Me consta que el tipo ha cometido irregularidades y no lo considero potable.

**Eric Arturo Delvalle.**

Hace años lo removieron del control del *holding* de Azucarera Nacional y no ha querido aceptarlo. Por eso ha metido 15 mil recursos.

**Rogelio Cruz.**

Iniciaré por todos los ataques desde mi nombramiento.

**Más abajo le hablaré de su nombramiento. ¿Ya se arregló con Aníbal Salas?**

Nada que arreglarme. Su actuación en el caso Adelag estuvo fuera de contexto.

**¿Usted recomendó designar a Hernán De León?**

Sí.

**¿Qué tan amigo es de Ricardo Martinelli?**

Lo respeto y aprecio, pero no somos amigos. Un poquito más joven soy, ¿no crees?

**¿Cómo va con Luis R. Fábrega, quien por su voto no llegó a presidir la Corte?**

No tengo problemas con él, pero mi compromiso de votación era con José Ayú.

**¿Sigue matando por presidir la Corte?**

No, pero quisiera que se aprobara la carrera judicial y las cosas se hicieran bien.

**¿Cómo se hacen hoy?**

Recuperando el terreno perdido en la gestión anterior.

**De la que usted fue vicepresidente...**

Y conozco muy bien.

**En la Corte, ¿cuánto es leyes y cuánto política?**

A mí jamás me han presionado para votar políticamente. No puedo responder por los demás.

**Cinco magistrados nombrados por CD, cuatro por el PRD. ¿Quién se cree el cuento de la independencia?**

El problema no es quién nombra, sino los que no se hacen respetar. No hay independencia funcional sin independencia económica.

**Se oye de tantas peleas entre los magistrados que la Corte parece ser un grupo de nueve chismosas...**

Discusiones caldeadas a veces sí. Lo otro no.

**¿Usted le debe el puesto a Alberto Vallarino?**

Sí, me recomendó.

**¿Es verdad que Martinelli quería comprar unas acciones del ingenio y usted lo iba a ayudar?**

La familia quería vender acciones. Se le ofreció y él quería participar.

**El ser más impresentable que se ha sentado en la silla desde donde le hablo.**

Tengo una buena lista. Te digo *off the record*.

**Si Moncada usó su nombre para decir que usted apoyaba la construcción de los estacionamientos de la Corte, ¿por qué no lo desmintió públicamente?**

Para no afectar a la Corte.

**¿Y por qué habla del caso Moncada en público?**

Me preguntaron.

**Usted sabía de la casa de Buenaventura. ¿Por qué hasta ahora lo dijo?**

Asumí que la compra era legal. Si ahora le sumas una compra multimillonaria hay que preguntar cómo fue.

**¿Si no hubiera tenido el riesgo de manchar su nombre, como ha dicho, hubiera estado bien no hablar?**

No le temo a eso. Igual, sin techo de vidrio me atacarán.

**¿Cómo va su caso por presunto acoso sexual?**

Está en la Asamblea. Por mí, que lo tramiten.

**¿Sus colegas manejan el caso Moncada en bajo perfil, por institucionalidad o por miedo a embarrarse?**

No puedo responder por ellos. El tema es de alto perfil.

**¿Cree que hay otros casos así en la Corte?**

**¿Es cierto que él tiene una caja fuerte para guardar expedientes?**

Sí, y se ha vanagloriado de tenerla.

**¿Es verdad que tenía un séquito de escoltas y un montón de carros?**

Se autoasignó nueve carros nuevos y 40 escoltas. Y se gastó decenas de miles de dólares en comprarles sacos.

**¿Por qué pelearon? Antes eran inchi pinchis...**

Nunca. Fue su perversa administración, sin seguir mis consejos. No compagino con la arrogancia.

**Pero, por lo que dice, usted no comete errores y todos son malos menos usted...**

Para nada. Pero soy sencillo y correcto.

**¿Por qué lo invitó a Buenaventura y a Nueva York si solo eran compañeros?**

Me imagino que quería fomentar la amistad.

**Después de esto, ¿los magistrados deberían hacer pública su lista de bienes?**

Tal vez debería ser anual, como lo pide la ciudadanía.

**¿Qué tiene el poder que le atrae tanto? Ha estado en casi todos los gobiernos...**

¿Por qué no piensas que me buscan por profesionalismo? Es responsabilidad, no poder. Para un corrupto es una mina de oro. Para una persona correcta, un calvario.

**¿Tanta responsabilidad pudiendo vivir relajado?**

Tengo vocación de servidor público.

**Usted dijo que Martinelli jamás lo había llamado. Luego dijo que lo llamó para pedirle no competir contra Moncada. Póngase de acuerdo con su mente.**

No dije que no me había llamado, sino que no me había llamado para pedir que fallara de X o Y manera.

**Y lo llamaba para...**

Temas generales. Carrera judicial, sistema penal acusatorio...

**¿Cuál debería ser el perfil de un magistrado?**

Correcto, competente y con carácter.

**Sacando a Moncada, ¿todos los actuales cumplen con ese perfil?**

Ya sé por qué te temen...

**Si un abogado es torcido siendo abogado, ¿cómo será siendo magistrado?**

He ahí el problema.

**¿La mala fama de la Corte es ganada o... pobres?**

Está ganada.

**¿El décimo magistrado es Ricky Calvo?**

No puedo responder eso.

**Lo ha visto por el despacho de Moncada, ¿sí o no?**

Sí. Múltiples veces.

**Usted empezó más o menos... Lo nombraron en la Sala Penal sin tener experiencia en derecho penal.**

Es verdad. Yo lo advertí.

**¿Y para qué aceptó?**

Me lo pusieron como un reto. Me llamó el [ex]presidente, agaché la cabeza y quedé en silencio. Llegué a la casa con una cara de desencajado... mi jefa – esposa– preguntó qué pasaba y todo.

**¿No fue irresponsable aceptar sin saber del tema?**

La especialización te ayuda a la práctica. Aquí hay cursos intensivos, pero además no tenía certificación de idoneidad...

Yo tenía los 10 años, el papel solo lo confirmaba.

**En general, ¿cuáles son las malas prácticas de los magistrados?**

Archivar expedientes y vender fallos.

**¿Para qué sirven esos viajes de los magistrados?**

Se supone que de trabajo.

**¿Cuándo va a colapsar la Corte?**

Ya. Desde hace rato está...

**¿Qué falta?**

Que la gente venga y nos cierre. Es lo único.

**PERFIL**

Magistrado de la Sala Penal de la Corte. Abogado con maestría en Derecho Marítimo. Ha sido fiscal de Cuentas, coordinador legal del viceministro de Finanzas; viceministro de Educación; director legal de Gobierno y Justicia y de los extintos Ari, Inde e Ipat, y secretario de la Zona Libre.

## MÁS NOTICIAS DE PANORAMA

TE anuncia reglas para elecciones en el 7-1

Oficializan regulaciones y ruta única de desfiles

Ordenan careo en caso Financial Pacific

Panamá se corona en gimnasia nacional

Condenan a 15 por crímenes de la dictadura en Argentina

Tribunal Electoral levanta fuero electoral a la exalcaldesa Roxana Méndez

Conversatorio sobre justicia penal adolescente

MOP evalúa sistema de alcantarillado de la ciudad

Fiscalía desmantela red dedicada a la trata de personas

Fiscalía acusa a responsable de cantera

Vinculan a exempleados de la Autoridad de la Micro, Pequeña y Mediana Empresa con ilícitos

Residentes de Ancón exponen problemas

Se puede pedir revisión

'A Juan Carlos Varela lo considero mi amigo': Francisco Pancho Alemán

$135 millones menos para el Programa de Ayuda Nacional en 2015

Los contrastes de Israel

Estado destina escasos recursos para encuestas

Poco dinero para estudio de sexualidad del Icges