# EXHIBIT 2

2496

1

TESTIMONY UNDER OATH BY: JUAN CARLOS VARELA RODRÍGUEZ.

In the city of Panama, at four fifty five minutes in the afternoon (4:55p.m.) of today, Thursday, March twenty six (26), two thousand fifteen (2015), voluntarily personally appeared before the Prosecution Office Specialized in Organized Crime, Mr. JUAN CARLOS VARELA RODRÍGUEZ, who to identify himself produced his personal identity card No.8-235-606, in order to render a testimony under oath within these summary proceedings. For the records, the declarant is sworn in, pursuant to article 385 of the Criminal Code, which provides for Perjury, which is fully read, therefore, he is asked if he swears to tell the truth and nothing but the truth concerning everything he knows and is questioned about. REPLIED: Absolutely. QUESTION: Please state the declarant your full name, age, personal identity card number, date and place of birth, names of your parents, place of residence, profession, present occupation, working place and telephone number to be able to reach you. REPLIED: My name is JUAN CARLOS VARELA RODRÍGUEZ, my personal identity card is No.8-235-606, I am Panamanian, I was born on December 12, 1963, I am 51 years-old, my marital status is married, I am the son of Mr. LUIS JOSÉ VARELA ARJONA (RIP) and Mrs. BEXIE RODRÍGUEZ DE VARELA (RIP), I live in Miramar Building, Apartment 25B, Balboa Avenue, I have a degree of Georgia Tech University in Atlanta, United States and a high school diploma of Javier School (Colegio Javier), therefore, I am conversant with the Spanish language. Thereupon, the declarant is questioned as follows: QUESTION: Please state the declarant

2   9697

what is the reason of your visit to this Office this afternoon? REPLIED: Before strong indications of violations to my communications privacy, that I have seen in the proceedings pursued, and which I felt during the time that I felt I was affected by publications on the media. QUESTION: Please state if you presently hold any public office, if so, please state to this Office the said office and since when? REPLIED: Constitutional President of the Republic of Panama, from July 1, 2014 up to June 30, 2019 by popular voting on May 4, 2014. In view of the fact that the declarant has stated that he presently is the President of the Republic of Panama, we proceed to inform him that due to his status, he has the right to declare by means of a testimony under oath, pursuant to Article 2106 of the Judicial Code, which is fully read. Once the declarant is informed of the contents of the aforesaid article, he is asked if he will continue declaring by means of this deposition or by means of testimony under oath. REPLIED: I will continue declaring through this means, because even though I feel that when I was affected I was the Constitutional Vice-President of the Republic of Panama. Today, I would like to appear as a citizen, so that this would never happen again in the country, and that is why I appear voluntarily to be a declarant of a proceedings, by this via. QUESTION: Please state the declarant if you belong to any Political Party of the Republic of Panama, if so, to which one and since when? REPLIED: I belong to the Panameñista Party (Partido Panameñista) since its foundation in 1991 and, in 2003 again, I signed in. QUESTION: Please state the declarant, if you recognize the contents of email dated July 31, 2013, appearing at Folios 36-37 of the dossier containing the results of the eyewitness inspection procedure conducted on email brad.pty507@gmail.com and other judicial

RAMB002664

2698
3

procedures, if so, please state the subject matter thereof, and also please state if you know the people involved therein, (For the records, Folios 36-37 of the said dossier have been produced to the declarant, which he proceeds to read carefully and thoroughly). REPLIED: It is a conversation via whatsapp with one of my political advisers, JAIME BERMUDEZ. He is a Colombian citizen, former Chancellor of the Republic of Colombia, when I returned from Rio de Janeiro, along with Panamanian young men and women for the Youth World Conference with the Pope FRANCISCO. It is a private conversation. QUESTION: Please state the declarant, if you recognize the contents of email dated May 23, 2013, appearing at Folios 525 of the dossier containing the results of the eyewitness inspection procedure conducted on email brad.pty507@gmail.com and other judicial procedures, if so, please state the subject matter thereof, and also please state if you know the people involved therein, (For the records, Folios 525 of the said dossier has been produced to the declarant, which he proceeds to read carefully and thoroughly). REPLIED: Conversation via BBM, privately held between me and RICK DAVIS, American political adviser and friend for almost sixteen (16) years. That conversation was about a meeting to be held by RICK DAVIS with CHRISTIAN FERRY, another campaign adviser and other people in Washington. QUESTION: Please state the declarant, if you recognize the contents of email dated March 15, 2013, appearing at Folios 564-565 of the dossier containing the results of the eyewitness inspection procedure conducted on email brad.pty507@gmail.com and other judicial procedures, if so, please state the subject matter thereof, and also please state if you know the people involved therein, (For the records, Folios 564-565 of the said

RAMB002665

2699
4

dossier have been produced to the declarant, which he proceeds to read carefully and thoroughly. REPLIED: I do recognize the contents of this document. It is a communication from the Campaign Administrative Director, MARIEN CALVIÑO, to the campaign team, for the primaries of the Panameñista Party (Partido Panameñista). There my assistants RAFAEL FLORES and RAÚL SANDOVAL and it was addressed to all the campaign team, this is a private email from the Campaign Executive Director MARIEN CALVIÑO. QUESTION: Please state the declarant, if you recognize the contents of email dated March 15, 2013, appearing at Folios 569-573 of the dossier containing the results of the eyewitness inspection procedure conducted on email brad.pty507@gmail.com and other judicial procedures, if so, please state the subject matter thereof, and also please state if you know the people involved therein, (For the records, Folios 569-573 of the said dossier have been produced to the declarant, which he proceeds to read carefully and thoroughly. REPLIED: It is an email from PRISCILLA MIRÓ addressed to me and my brother JOSÉ LUIS VARELA. It is about internal issues in the Elections Committee, in the primary elections of the Panameñista Party (Partido Panameñista) in 2013. Likewise, it is a private email. QUESTION: Please state the declarant, if you recognize the contents of email dated August 8, 2013, appearing at Folios 936-938 of the dossier containing the results of the eyewitness inspection procedure conducted on email brad.pty507@gmail.com and other judicial procedures, if so, please state the subject matter thereof, and also please state if you know the people involved therein, (For the records, Folios 936-938 of the said dossier have been produced to the declarant, which he proceeds to read carefully and thoroughly.

RAMB002666

2700

5

REPLIED: It is a private email from IRVING SANTOS, representative of the Party, before the Front of Democracy (Frente por la Democracia) about the outcome of a meeting of the Front. That email was addressed to me and I recognize its contents. QUESTION: Please state the declarant, if you recognize the contents of email dated May 28, 2013, appearing at Folios 962-963 of the dossier containing the results of the eyewitness inspection procedure conducted on email brad.pty507@gmail.com and other judicial procedures, if so, please state the subject matter thereof, and also please state if you know the people involved therein, (For the records, Folios 962-963 of the said dossier have been produced to the declarant, which he proceeds to read carefully and thoroughly. REPLIED: It is a private email to me from Mr. RUBÉN PARDO about his opinions for the Government plan of the 2014 campaign. QUESTION: Please state the declarant, if you have something else to add this procedure not asked herein and that you may deem relevant? REPLIED: The documents seen, confirm to me something that I have always felt that the privacy of my communications were violated, through different vias, email, BBM and Whatsapp, as Vice-President of the Republic and as 2014 Presidential candidate. My presence here in this Prosecution Office, is to contribute so that this would never happen again in the country. In this stage and there being no further business, this procedure is adjourned, which upon being read and found correct is signed by all the parties thereto, at eleven five twenty six minutes in the afternoon (5:26p.m.) of today.

The Adjunct Prosecutor of the Prosecution Office

Specialized in Organized Crime,

RAMB002667

6 2701

(Sgd) (Illegible)

RICARDO AUGUSTO MUÑOZ DOMÍNGUEZ

The Declarant,

(Sgd) (Illegible)-----8-235-606

JUAN CARLOS VARELA RODRÍGUEZ

The General Clerk,

(Sgd) (Illegible)

JUAN DOMINGO CANO

[(All folios have been initialed by (Sgd) (Illegible)-----8-235-606)].

(There appear seals reading: REPUBLIC OF PANAMA--------PUBLIC MINISTRY----PROSECUTION OFFICE SPECIALIZED IN ORGANIZED CRIME).

==========================

The foregoing is a translation into English of the document written in Spanish.

Panama, April 20, 2016

_Vilma Wong de Vergara_
Vilma Wong de Vergara, Esq.
Personal Identity Card No.5-8-297

VILMA WONG DE VERGARA
Certified Public Interpreter
Resolution No. 145
of May 20, 1992

RAMB002668