# EXHIBIT 22

12

REPUBLIC OF PANAMA

JUDICIAL BRANCH

SUPREME COURT OF THE JUSTICE PROSECUTOR

OFFICE OF THE JUSTICE PROSECUTOR

INTERVIEW

PROVINCE:     PANAMA

DISTRICT:     PANAMA

TOWNSHIP:     CALIDONIA

DATE:         AUGUST 27, 2015

TIME:         02:30 P.M

JUSTICE PROSECUTOR ORDERING THE PROCEDURE:

HARRY A. DIAZ

DOSSIER No.    138-15

GENERAL INFORMATION

FULL NAME       JULIO PALACIOS MARTINEZ

ALIAS OR NIKNAME:  NO

PERSONAL IDENTITY CARD NO: 3-101-566

GENDER:         MALE

BIRTH PLACE:    COLON

BIRTH DATE      MARCH 21, 1970

AGE:            45 YEARS-OLD

FATHER'S NAME:  JULIO PALACIOS

MOTHER'S NAME:  MIXTA MARTINEZ

| | |
|---|---|
| HOME ADDRESS: | SAN ANTONIO OF CHILIBRE HOUSE 8P |
| CIVIL STATUS: | UNITED |
| EDUCATION: | FULL UNIVERSITY |
| PROFESSION: | BACHELOR IN PUBLIC ADMINISTRATION |
| OCCUPATION: | ANALYST. INTELLIGENCE ANALYST |
| TELEPHONE: | 6675-3745 |
| EMAIL: | jpalacio@csn.gob.pa |
| WEAR GLASSES: | YES |
| WEAR EARPHONE: | NO |

INTERVIEWED BY: Elizabeth Carrion Ortega and Gustavo de Gracia M.

Prior to the interview, THE INTERVIEWEE is informed of the contents of the article 320 of the Criminal Procedural Code and Article 25 of the National Constitution "ANY PERSON REQUIRED BY THE PUBLIC MINISTRY DURING THE INVESTIGATION SHALL BE OBLIGED TO APPEAR AND TO TELL THE TRUTH IN EVERYTHING HE KNOWA AND IS QUESTIONED ABOUT. IF THE PERSON SUBPOENAED FAILS TO APPEAR WITHOUT A JUST CAUSE, IT MAY BE ORDERED HIS CONDUCTING. THE FREEDOM RESTRICTION MAY NOT GO BEYOND THE DURATION OF THE PRECEDURE. THE PREOSECUTOR SHALL BE REQUIRED TO INFORM THE PERSON ABOUT HIS RIGHT TO NOT TO DECLARE AGAINST HIMSELF, AGAINST HIS SPOUSE OR PARTNER OR RELATIVES WITHIN THE FOUTTH DEGREE OF CONSANGUINITY OR SECOND OF AFFINITY". Likewise, he is informed of the contents of

RAMB001961

199

article 385 of the Criminal Code; which upon read and explained, he said to understand and to tell the truth.

Prior to the interview, Mr. JULIO PALACIO MARTINEZ, THE INTERVIEWEE, states that he wishes to be interviewed voluntarily and without the assistance of Attorney because he just wants to tell the events and those he know about while working for the National Security Council, TO TELL THE TRUTH ABAUT WHAT HE KNOWS ANDS IS AWERE OF.

Upon the statements of the Interview proceeds as follows:

NARRATION

Interviewee. Please answer the interviewee where do you work, working time, functions carried out and immediate boss. REPLIED: I work for National Security Council since July 16, 2010 up to date and my immediate, boss is Deputy Commissioner Edgar Tión that is the Director of Intelligence in the Security Council and my pseudonym "JESUS MURILLO". The functions I carried are of Intelligence Analyst, specifically in the area of money laundering. I want to clarify that I belong to the Security Council but I have three months of giving support to the Financial Analysis Unit. INTERVIEWEE. Do you know the reasons why you are being subpoena by this office today REPLIED: Yes I do. INTERVIEWEE. Please explain the reasons mentioned of why you are here today. Explain. REPLIED: I was called to testify in a process that is being carried out by the Prosecution Office Specialized in Organized Crime, related to the subject of telephone wiretappings, since I was a member of the Intelligence Directorate of the

RAMB001962

National Security Council during the previous administration. When I stated working in the Council on July, 2010 the Intelligence Directorate was the main building at the right wing, I started working under the direction of OLMEDO ALFARO and the Deputy Director was Gustavo Chong Jo and the Intelligence Director was the Major Jose Santos Pitti (R.I.P). At that time the protests of Bocas del Toro happened, year 2010 and on Friday of the same date Didier handed over a CD for me to make a transcription where there it was a conversation between two people, where one of them was Mr. Michael Doens who was speaking to a Mr. of last name Bas, once I made the transcription I returned the CD to Didier with the transcription and like on Wednesday of the following week the transcription appeared on the newspaper in a complete way, as it was being transcript and on social networks. Regarding the accusations that he is carried in this interview, hi is warned one again, the provisions of article 25 on the National Constitution. He stated that understands and will continue with his story in this interview. In the same year, 2010, after the disturbance of Bocas del Toro leaves Mr. Alfaro and Mr. Santos of the Security Council and is appointed Mr. Julio Moltó as General Secretary and Continues being Mr. Chon Jo the Deputy Director and Didier stays as Intelligence Director, during that period we moved out to the 150 building, that is located entering by the Quarry Height gate, the first building on the left and is a two story building, the Intelligence Directorate is moved out to over there because the main building was under remodeling and the whole Directorate moves over there. We are located on the top of the floor, there it was approximately five offices, Didier, Guillermo and Brad had three offices that were interconnected between

2C

them, they had one entrance and only they had access. That area or office was restricted. To enter the building a magnetic card was used but their offices besides the card was lock and like I say only they had access. INTERVIEWEE. Please state he interviewee, besides the public officer that you have indicated were you immediate bosses, who other public officers worked with you in the National Security Council-NSC; if you know them specify who, functions of each one of them, the pseudonym of you know them, if that is the case. REPLIED: The Intelligence Director was Ronny Rodriguez, pseudonym Didier; The Captain pseudonym Antony; Gustavo Serrano pseudonym Parker; Harol Palacio pseudonym Kairo; Terry I do not remember the name; Carmen Salinas pseudonym Raquel; Raisa Saldaña pseudonym Esther; Jorge Canova pseudonym Romel; Vildia Torres pseudonym Alanis; Miguel Mendoza his pseudonym is Moises; Betz Quintero pseudonym Megan; Willian Pitti pseudonym Guillermo; Ismael Pitti pseudonym Brad; Leonardo, I do not remember the name and his last name is Gonzalez, Pedro is the pseudonym, I do not remember the name; Maria Montencer pseudonym Marla; Isis Valdez pseudonym Tamy, pseudonym Greta do not remember name; Jubilo Graell pseudonym Maikol; Relly Gonzalez pseudonym Sheik; Fulvio Morales pseudonym Jack and Hogan, I do not remember the name, the last name is Moreno, pseudonym Ernesto and the captain Mariana, are the ones I remember right now. Among the people I have mentioned there were analysts and were Carmen, Raisa, Romel, Tamy, Marla, Greta, Ernesto, myself and the others operational. Parker was the operational chief. INTERVIEWEE: You have stated that Messrs. Ronny Rodriguez alias Didier; William Pitti alias Guillermo and

Ismael Pitti alias Brad worked in the National Security Council, can you point out which were the specific functions that made each one of them and who were they immediate bosses. REPLIED. Like I said Rony Rodriguez was the chief of the Intelligence Directorate and in Intelligence was followed by Guillermo, because he arrived, and ordered and instructed and was a driver for Didier and Brad was like another analyst, another coworker but he was working with them in the same office. I want to point out that when I arrived in July 2010, Brad was the Chief of the Judicial Listening Chamber and after we moved over there he comes with us and stopped working in the Chamber and being at 150 he worked directly with Didier and Guillermo in the offices that I said that only they kept and had restricted entrance. In the Council it was rumored that Didier reported directly to Mr. Molto and kept frictions with Chong Jo because of it and Molto trusted Didier more. I want to point out that on the period that we were in the 150, there the Israelites arrived and there was also a training for the subject of Geo Localization and to that training went Guillermo, Didier, Brad, Antony (captain Ortiz) and Hogan (E. Moreno). All of this happens at the 150 and when the hacking of emails of Jimmy takes place, the investigation of that situation was made and the one who gave us the data of where the cellphone was being dialed was Guillermo. After this investigation we moved out to the little house (La Casita), that is to say the Intelligence Directorate and the only ones left on the 150 building are Guillermo, Brad and Didier, they took all the electronic cards since all the public officers had it to enter to the 150 offices and Alanis told us that we had to return it and it was by superior orders. And we moved to the little house (La Casita). To have access to the 150 would have to call

RAMB001965

2(

18

Guillermo or Brad for them to open the doors to the people at the mo..._nt they were going to do cleaning, to take out the trash, that was the way to get in and if they were not there you could not get in. And my office in the little house (La Casita) was on the second floor in the area where the database systems are. INTERVIEWEE. Please state the interviewee since you have stated that you met Messrs. Ronny Rodriguez, William Pitti and Ismael Pitti working on the National Security Council if you are linked to them by friendship or family. REPLIED. I am not related to them, only my work relationship, because I met them there. I can say that Brad and Guillermo are cousins. INTERVIEWEE. Please explain in detail which were your functions in the National Security Council during the period July, 2010. REPLIED. I do analysis from a database that is sent to me from the airport, making profiles of the declared money by the travelers, I am also the li- · -f the Council office with the CIA and with the office of British Intellig_..e NCA. INTERVIEWEE. Please explain the interviewee if you know what the specific functions of the Intelligence Directorate are and how they are shared. REPLIED. Well, the Intelligence Directorate at that moment when we arrived had a section made up by analysts, operational and another that was about the Canal matters. There is a general rule, analysis of security are made, profiles are made, the operational do tracking, surveillance and inside the structure of the Intelligence Directorate there was no elements that could determine that from there we could do that work because the knowledge I have is that the listenings are made in the chamber and to be heard had to be judicialized. INTERVIEWEE. Please state the interviewee according to the functions that you have pointed out were exercised in the National Security

RAMB001966

17

Ismael Pitti alias Brad worked in the National Security Council, can you point out which were the specific functions that made each one of them and who were they immediate bosses. REPLIED. Like I said Rony Rodriguez was the chief of the Intelligence Directorate and in Intelligence was followed by Guillermo, because he arrived, and ordered and instructed and was a driver for Didier and Brad was like another analyst, another coworker but he was working with them in the same office. I want to point out that when I arrived in July 2010, Brad was the Chief of the Judicial Listening Chamber and after we moved over there he comes with us and stopped working in the Chamber and being at 150 he worked directly with Didier and Guillermo in the offices that I said that only they kept and had restricted entrance. In the Council it was rumored that Didier reported directly to Mr. Molto and kept frictions with Chong Jo because of it and Molto trusted Didier more. I want to point out that on the period that we were in the 150, there the Israelites arrived and there was also a training for the subject of Geo Localization and to that training went Guillermo, Didier, Brad, Antony (captain Ortiz) and Hogan (E. Moreno). All of this happens at the 150 and when the hacking of emails of Jimmy takes place, the investigation of that situation was made and the one who gave us the data of where the cellphone was being dialed was Guillermo. After this investigation we moved out to the little house (La Casita), that is to say the Intelligence Directorate and the only ones left on the 150 building are Guillermo, Brad and Didier, they took all the electronic cards since all the public officers had it to enter to the 150 offices and Alanis told us that we had to return it and it was by superior orders. And we moved to the little house (La Casita). To have access to the 150 would have to call

RAMB001967

18

Guillermo or Brad for them to open the doors to the people at the moment they were going to do cleaning, to take out the trash, that was the way to get in and if they were not there you could not get in. And my office in the little house (La Casita) was on the second floor in the area where the database systems are. INTERVIEWEE. Please state the interviewee since you have stated that you met Messrs. Ronny Rodriguez, William Pitti and Ismael Pitti working on the National Security Council if you are linked to them by friendship or family. REPLIED. I am not related to them, only my work relationship, because I met them there. I can say that Brad and Guillermo are cousins. INTERVIEWEE. Please explain in detail which were your functions in the National Security Council during the period July, 2010. REPLIED. I do analysis from a database that is sent to me from the airport, making profiles of the declared money by the travelers, I am also the link of the Council office with the CIA and with the office of British Intelligence NCA. INTERVIEWEE. Please explain the interviewee if you know what the specific functions of the Intelligence Directorate are and how they are shared. REPLIED. Well, the Intelligence Directorate at that moment when we arrived had a section made up by analysts, operational and another that was about the Canal matters. There is a general rule, analysis of security are made, profiles are made, the operational do tracking, surveillance and inside the structure of the Intelligence Directorate there was no elements that could determine that from there we could do that work because the knowledge I have is that the listenings are made in the chamber and to be heard had to be judicialized. INTERVIEWEE. Please state the interviewee according to the functions that you have pointed out were exercised in the National Security

RAMB001968

200.
19

Council, who gave the orders and how they were. REPLIED. Well according to the line of command those who gave orders were Didier; Guillermo and Raquel and even Raquel becomes at one point the chief of the operational. But the targets were set by Didier. INTERVIEWEE. Please state the interviewee what do you refer when you say, I quote "the targets were set by Didier", explain. REPLIED. I explain. If any kind of work had to be done, tracking, surveillance, he was the one that gave instructions and these instructions were issued by Guillermo or Raquel and if the profile was too high and he wanted one person to do the job, he called the person and told him. The result of this work goes straight to the boss, does not goes through anyone else. I want to point out that in the Council there is the compartmentalization of information, i.e. one public officer is given one sector to investigate but this public officer does not know all the intelligence work that is made, at the end who knows all the product is the Directorate chief, this is for sensitive cases, this allows that the bottom level of analysts do not have knowledge of the investigations that are being made. The work of the operational is to go to the street, take pictures, pick flyers that are given, tracking and surveillance to the targets already assigned by the bosses, listening to the conversations of what they are saying the targets assigned and for that we use photograph cameras, video cameras, cellphones, microphones, hidden cameras, all of what is required in teams according to the assigned work, once the work on the streets is done, the operational makes a report and must be delivered to Raquel, since she was in charge of the public order and she was in charge to deliver to the chief, this was the normal procedure of the Intelligence Directorate work, like I said in

RAMB001969

the sensitive cases it was not made like this, but as I explained ... INTERVIEWEE. Please state the interviewee if you know until what time Messrs. Ronny Rodriguez alias Didier; William Pitti alias Guillermo and Ismael Pitti alias Brad remained working inside the facilities of the building known as 150 top floor of the National Security Council. REPLIED. Messrs. Ronny Rodriguez alias Didier; William Pitti alias Guillermo and Ismael Pitti alias Brad remained in the 150 building until mid-June 2014 because the last one that remained there was Guillermo, he is the one that gives us instructions to do the moving of what is left in the 150 to the little house (La Casita), Didier and Brad were no longer there. Brad was transferred to Chiriquí and Didier was retired. Didier sent an email saying goodbye and thanking the help and that he was going on vacations as a retire. When we arrived at the 150 building, there was practically nothi- the whole area where they were was dismantled, the papers were shredded, the big printer was broken, the computers there were only the ones from the Security Council and there were three, of Guillermo, Brad and Didier all the cables were pulled out and the furniture, and part of the furniture were outside and when I entered to Didier's office there it was a rack skeleton, the same was dark like quickly assembled rack. INTERVIEWEE. Please state the interviewee that after Messrs. Ronny Rodriguez alias Didier; William Pitti alias Guillermo and Ismael Pitti alias Brad were moved out of the facilities of the building known as 150, top floor of the National Security Council-NSC, you kept or had communications with these gentlemen if so please illustrate to this Office the reason or motives of this communication. REPLIED. No. INTERVIEWEE. Please state the interviewee if during the

RAMB001970

2005

21

period you stated you worked for the National Security Council, you knew if listening or telephone espionage was being made, if true, state, how you knew this information, why was it made, to whom it were addressed, who made this work and where the orders came from to conduct the telephone listening. REPLIED. Oficially, I did not know that telephone listening was made outside the law, but in the Council there were strong rumors that these activities were happening in the 150 building, because a lot of material was being uploaded on the social networks, especially in the subject of the heat of politics and there in the 150 there was no access and these gentlemen were doing that. INTERVIEWEE. Please state the interviewee if during the time you say you worked in the 150 building you saw if renovations were made to the building. REPLIED. The building were made divisions to fit some offices and I remember a company Advance Technologies, I am not sure of the name, laid a pipe with wires by the edge of the hill that entered into the 150 building, also one morning I saw that at the area where Didier's offices were there were two small satellite antennas. INTERVIEWEE. Please state the INTERVIEWEE, is you wish to add something else to your interview. REPLIED: I want to clarify that Rony was who handled the entire intelligence subject. I got to drive for Rony in the mornings and sometimes Ronny would call me and I would pick him up and took him straight to 150 and many times I waited while he got to the 150 and came down with a yellow envelope and took him to the Presidential Office and some other times he called me to take him to the Presidential Office, that was around seven, seven thirty in the morning Maikol also got to drive for Rony and that was when Guillermo was getting a diplomate in Mexico and

RAMB001971

200

some others occasions also was doing it. I want to state that Didier on ...
period of Julio Moltó was appointed as Deputy Director of the Security
Council and remains in that position on the period of Gustavo Perez and
Alejandro Garuz, until he leaves the institution.

THE INTERVIEWEE,

(Sgd) (Illegible)
JULIO PALACIO MARTINEZ
Personal Identity Card No.3-101-566

Interviewed by:

(Sgd) (Illegible)
ELIZABETH CARRION ORTEGA

(Sgd) Gustavo A. de Gracia M.
GUSTAVO DE GRACIA M.

[(All folios appear initialed by (sgd) (Illegible)---3-101-566)]

========================
The foregoing is a translation into English of
the document written in Spanish.

Panama, April 20, 2016

*Vilma Wong de Vergara*
Vilma Wong de Vergara, Esq.
Personal Identity Card No.5-8-297

```
VILMA WONG DE VERGARA
Certified Public Interpreter
Resolution No. 145
of May 20, 1992
```