# EXHIBIT 23

TESTIMONY UNDER OATH BY: VILDIA DEL CARMEN TORRES POTES

In the city of Panama, at eight forty in the forenoon (8:40 a.m.) of today, Monday, January five (5), two thousand fifteen (2015), personally appeared before the Prosecution Office Specialized in organized Crime, Mrs. VILDIA DEL CARMEN TORRES POTES in order to render a testimony under oath within these summary proceedings. For the record, the declarant is sworn in, pursuant to article 385 of the Criminal Code, that punishes the crime of PERJURY, promising to tell the truth and nothing but the truth, concerning the questions posed. In that sense, it is proceeded to indentify her, indicating to be named as written before, female, Panamanian, with personal identity card No.5-16-200, united, 47 years old, can be reached in the Judicial Investigation Directorate of Ancon, specifically in the Sex Crimes Division, telephone 512-2232, with complete college studies, therefore, she conversant with the Spanish language. Thereupon, it was proceeded to question the declarant as follows: QUESTION: Please state the declarant if you understood the contents of the article 385 of the Criminal Code. REPLIED. Yes I did. QUESTION: Please state the declarant, your working place, position, working time and name of your immediate boss. REPLIED: I work in the Judicial Investigation Directorate of Ancon, specifically in the Sex Crimes Division, I am an investigator, with the rank of Second Lieutenant, I have been working for the Judicial Investigation Directorate (Dirección de Investigación Judicial-DIJ) for five months, my immediate boss is Madame Captain Doris Geng. QUESTION: Please state the declarant if you have worked for the National Security Council for the years 2011 –

RAMB002040

2

2014, if yes, please indicate, where, which were your duties and name of your immediate boss. REPLIED: Yes, I was assigned to the National Security Council by the end of September 2010 in the Intelligence Department until July 2014 with duties of data capturer, secretary; I saw public order, among others. When I joined the Intelligence Directorate my immediate boss was Captain Miguel Santos (R.I.P.) afterwards in July 2011 I went on vacations and when I returned there was Lieutenant at that time Ronny Rodriguez as in charge of the Intelligence Directorate. QUESTION: Please state the declarant, where were the offices of the Intelligence Directorate for the years 2011-2014. REPLIED: We were located on the building 150 top floor that is found entering by Quarry High, first building on left hand. We worked there in that building I think I am not sure until beginning of the year 2012 under Gustavo Pérez administration and we moved to the village 22, remaining in that building only Messrs. Ronny Rodriguez, William Pitty and Ismael Pitty, the rest of us all moved to the village 22 that was the analysis section, we the operatives of the Intelligence Directorate and Canal matters. QUESTION: Please state the declarant what positions held Messrs Ronny Rodriguez and William Pitty within the Intelligence Directorate. REPLIED: Ronny Rodriguez was the Intelligence Director and Mr. William Pitty was the right hand of Mr. Ronny Rodriguez and his driver as well. QUESTION: Please state the declarant who was the custodian of the properties that were assigned to the Intelligence Directorate to the years 2011- 2014. REPLIED: I want to point out that I was the person making an inventory of the properties assigned to the Intelligence

RAMB002041

2077

Directorate on the said years but the custodian or responsible of those properties were Messrs. Ronny Rodriguez and Williams Pitty who were in charge of the Intelligence Directorate. QUESTION: Please state the declarant, if you know about the purchase of technological equipment made in the year 2010 by the National Aid Program (Programa de Ayuda Nacional-PAN) to the company M.L.M. PROTECTION LTD, if yes, please state everything you know in this respect. REPLIED: I do not know. QUESTION: Please state the declarant if you know why Messrs. Ronny Rodriguez and Williams Pitty remained in the building 150 even though the Directorate for which they worked had been moved to the village 22. REPLIED: No, I do not know, but I want to point out that on the moment of us leaving that building we had to deliver the access cards that we kept of building 150 (top floor) to Mr. William Pitty and only they were (Ronn Rodriguez and William Pitty) who authorized who could enter to the offices of that building and who could not. QUESTION: Please state the declarant, until what date Messrs. Ronny Rodriguez and William Pitty worked in the building and which were their functions. REPLIED: Ronny Rodriguez worked in that building until the year 2014 elections, right now I do not remember the exact date, since his retirement was approved. After a week more or less Mr. William Pitty informs me that he was going to move to the new offices into village 22 so I would proceed with the group to move all the belongings and inventory that was on the top floor of building150, because he starting on June was going to be on vacations. Afterwards I ordered to Messrs. Julio Palacio, Jubilo Grael, Rogelio Abrego, Andi Sanchez, to

RAMB002042

4

proceed to make the moving, I went to talk with Mrs. Jaqueline from general services to lend me a pick up car to move the furniture from the 150 to the back area of the village because I needed to check what was good to break it down. We went to the top floor of the building 150 all the persons I mentioned previously and myself and we started to take down all the equipment that were tables, chairs, desktops, keyboard, CPU, mouse, filing cabinets, a printer, refrigerator and various items and we moved them to the back area in the village 22. QUESTION: Please state the declarant if Messrs. Ronny Rodriguez and William Pitty kept their office on the top floor in the building 150, if yes please indicate who had access to the same and which computers equipment was kept in the same. REPLIED: Yes, they had their office up there and only they had access. I want to point out that when the Intelligence Directorate was kept in that building we the public officer only had access card to the main entrance but not Messrs. Ronny Rodriguez and William Pitty who had access card of the main entrance and their private office. I do not know what computer equipment they had there. QUESTION: Based on your previous reply please indicate why you do not know the computer equipment that kept in a private office of the building 150 Messrs. Ronny Rodriguez and William Pitty if you previously stated that you were responsible of the inventory of the properties assigned to the Intelligence Directorate. REPLIED: I want to clarify that even thought I belonged to the Intelligence Directorate I worked specifically in the operative group and I only was in charge of the inventory of the properties assigned to that section, because each section made its own inventory,

RAMB002043

5

therefore, Messrs. Ronny Rodriguez and William Pitty were in charge of making their own inventory to which they only had access, that is why I do not know what they kept in their office or which new equipment was assigned to them. Besides it is important to point out that I did have access to the inventory of the other sections of the Intelligence Directorate but not so, of the building 150 specifically the properties under the custody of Messrs. Ronny Rodriguez and William Pitty. Mr. Ronny Rodriguez never told me the reasons why I could not have access to his inventory as I did have it in the other sections of the Directorate. I want to add that before Mr. Ronny Rodriguez held the office of Director of the Intelligence Directorate I did have access to all the inventory of the properties assigned to the department, including the properties of the previous director, for which reason, I do not know the reasons why it changed with the arrival of ' Ronny Rodriguez. QUESTION: Please state the declarant who was the Executive Secretary of the National Security Council at the time when Messrs. Ronny Rodriguez and William Pitty leave or are transferred to the building 150. REPLIED: Mr. Alejandro Garuz. QUESTION: Please state the declarant if you want to add, amend or correct something in this procedure. REPLIED: Yes, I want to add that within my functions was the petty cash management in which I started to manage approximately since the year 2012 which was the Gustavo Perez Administration and I could see the monthly payment of an internet of approximately US$2,720.00 which was paid directly by Mr. William Pitty to the supplier company but I do not know which was it and these payments were made until approximately June

RAMB002044