# Junta Patriotica Cubana

08-15-2017

17-22197-CV-TORRES

Honorable Magistrate

Edwin Torres

United States District Court of Southern

District of Florida.

99 NE 4th St. Miami, Fla, 33132


Honorable Judge Edwin Torres

It is with the spirit to provide you with certain important elements you might not be aware of regarding the case of former Panamanian President Ricardo Martinelli. That In our opinion, it is unconceivable that US State Department officials (Panamanian Desk) have not taken into consideration and provided you, the evidence we state below, before recommending extradition.

The State Departament, Panama bureau, not being aware of the circumstances and intricacies that surround this case that we hereby explain and expand upon: Is inconceivable, to say the least.

That is why I take the opportunity to write you. Hopping to provide you additional facts and elements you most probably have not considered and that could be strong enough that can override previous concepts and the assist you in making a decision that results in fair justice for a proven true friend of our country, whom most probably will be sacrificed and as a result, of being extradited.

This case not being the best interest for our country. Since history will reflect that the US again sacrificed an ally, benefitting our enemies. This is the case of ex-President Ricardo Martinelli Berrocal.

The elements I am bringing to your attention, Honorable Judge, are of extreme importance for you know in order to make a just decision. The defense of Ex-President Martinelli "has not brought these issues to your attention", for lack of knowledge of all facts surrounding the genesis of the case.

I have to start by making a bit of history. Regarding events that occurred in 1959, a few months after Fidel Castro, took over Cuba's destiny. As the revolution became the official ruling

Government and the Justice Department of the revolutionary government implanted the new constitution that negates the individual Cuban all of his civil and human rights.

Since then, the Cuban Justice is politically manipulated by the Communist party "polit bureau," to control the daily life of its citizens, subordinating them to the rule of official terror and

Depravation of their individual rights. According to the Communist Constitution, that exists in Cuba.

Simultaneously, in 1995, Fidel Castro, launched an invasion to Panama, for the purpose of taking over a weak government, but that was strategically important for their agenda to take over as they have proven capable, the destiny of Latin American small and large Nations.

Cuba has Diplomatic relations with Panama since the Torrijo's Military Dictatorship. Using Panama geo strategic position to circumvent US embargo to Cuba, products from the US, to Cuba, through Panama

Cuba needs Panama, free zone and banking system to conduct their survival objectives, as well as being able to penetrate the country's Trade Unions, Labor Unions and the University and the Justice system as well, as the various political parties, specifically the PRD. Of which legislator Balbina Herrera, Juan Jovane, and the President of the party Pedro Miguel Gonzales, (the assassin of a American military Sgt Zack Hernandez, of Puerto Rican decent") are all militants.

The PRD with the alliance of the actual President of Panama, Juan Carlos Varela, have implanted a policy of using the influence in the Judicial system like in Cuba. To eliminate their Opposition, by fabricating cases in violation of the due process as the case against Moncada Luna, former Sec of Justice of Panama, Gustabo Peres, former head of the Police, As well as half a dozen other political figures.

Honorable Judge it is important you know, that both Legislators Balbina Herrera and Pedro Miguel Gonzales, (the assassin) and a few others, are members of the PRD, pro-Cuban activists. Simultaneously, are the principal accusers in the case against ex-President Martinelli. Their close association with the Cuban communist regime and its destabilizing agenda for Panamas, makes them a security risks. Worthwhile being kept under observation.

The principal responsibility of a President is to protect and preserve the guarantees and rights of its citizens to enjoy peace, liberty and the pursuit of happiness. Which is negated by the principles that is advocated by these revolutionary activists, I have mention. And that want to destroy physically and politically the ex-President Ricardo Martinelli. Who represents the antitheses of their beliefs.

Page 3

President MARTINELLI, does not coincide with the Cuban Castro Dictatorship agenda for Panama. He is an ally of the United States of America.

He is a friend of the Cuban exile community in Miami, which irritates the Castro Dynasty.

He issued visas to Cubans stranded in the Bahamas that were being imprisoned under inhuman conditions, subject to all kinds of cruel abuses. When no other country was humane enough to care for the cruel destiny these stranded Cubans were experiencing and living.

All of this against the official will of the Cuban Embassy in Bahamas.

It was President MARTINELLI who authorized the US Navy to seized the North Korean vessel, arrest it and bring it to port. Confiscating arms missiles ammo and air planes in route to North Korea. That were loaded in a Cuban port with North Korea destiny.

Cuba and North Korea, have a mutual military cooperation agreement. Under that agreement Cuba as a renegade country, dispatched a ship loaded with missiles, air planes, ammunitions and explosives with a final destination in DPRK. The cargo manifest did not reflect the truth and nature of the cargo onboard the ship according to laws that are required to be complied with, when passing through the Panama Canal.

This with total disregard to the International laws and regulations to protect the security of the Canal and of life of Panamanians, working in the Canal.

Honorable Judge Torres, the case you have to judge upon, is not a typical case of similar extradition issues more or less.

As the mother of Sgt Zak Hernandez, AMERICAN OF PUERTO Rican origin, Arlene La Porte put it;

Assemblyman Pedro Miguel Gonzales, with premeditation and under the cover of night, staked, ambushed, and cold blooded assassinated Srg Zak Hernandez. This is the person that the FBI has a $100,000.00 (one hundred thousand) dollars reward on his head. That in the name of justice is claiming the extradition of ex-President Martinelli.

"I can not believe that the assassin of my son, is assign to act as a prosecutor by 'the National assembly" in a trial in room "third room", against Alejandro Moncada Luna, without even being an attorney. What kind of justice prevails in Panama?

Furthermore, due to political influences, The Administration of former PRD President Perez Balladares, sponsors the pardon of a cruel criminal Pedro Miguel Gonzales. (former President

Balladares visa to enter in the USA, was withdrawn, US State Dept. accused him of selling visas to Chinese, to enter Panama, via USA. )

P[age 4.

Judge, The principal accusers against ex-President MARTINELLI, are rabid anti American haters that are using legal shenanigan procedures they don t respect. To bring about political goals for

their gain and ultimately installing a pro Cuba Government in Panama, which has been the historical agenda of the Castro regime.

Honorable Judge Torres, I am accompanying copy of by-lateral official agreements between Panama and Cuba. These agreements are "**security** cooperation agreements', signed by President Varela, and Raul Castro. Said agreement grants the Cuban Government access to the most intimate areas of the Panamanian government including the acceptance of Cuban intelligence agents in the " Panama Consejo Nacional de Seguridad" or " National Security Council" which works side by side with current President JC Varela. Said agreement also includes a student exchange program with Cuba with a clear objective to indoctrinate them in Habana, and then plant them in Panama.

These agreements which were designed and conceived in Havana, and later approved by the majority of pro-Castro sympathizers like the " PRD" Legislator Pedro Miguel Gonzales with support from Legislator Balbina Herrera and all the other pro-Cuban "PRD" members in the assembly, undermines the sovereignty of Panama.

They are all in Spanish and we hereby make them available to you for your perusal. The enclosed information should alert you of the current state of affairs in the Republic of Panama and the rising level of political persecution originated by Cuban influence which is clearly the case of Martinelli and his political allies.

Due to the afore-mentioned reasons, Maretinelli will be denied all legitimate juris prudence and due process if extradited to Panama thereby giving the Cuban government and its allies a victory that will consolidate their political influence over the Panamanian Republic. Please note that the Cuban despots are well aware of Martinelli democratic political influence, and is considered a future candidate for re-election. Extraditing him is to eliminate all opposition to Havana. It is of grave concern to us that he could be assassinated thus eliminating any and all future opposition.

That person is Ricardo Martinelli Berrocal.

But Judge, just think who will you, and the US State Dept, will be making happy if you were to proceed to deport Mr. MARTINELLI.

Judge, I am considered by those who know me, (especially in the Dept. of State, and a few US Agencies.) of my historical activities in the Western Hemisphere, particularly, South and Central America. An expert in political affairs in the region. And it is with these credentials, that I address this letter to you respectfully.

Page 5.

Your decision to extradite or not, will be recorded in the history of US as an example of what can friends of democracy expect from processes manufactured by enemies of US, Vs friends of US.

With my highest respect to you Hon Magistrate, I remain yours

Joseph Raymond Molina

Director of Intergovernmental Affairs

Junta Patriótica Cubana. 130 Delegations Nation wide.

Tel 305 215 4552

jraymol@gmail.com