UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22197-MC-UNA

IN THE MATTER OF THE
EXTRADITION OF RICARDO
ALBERTO MARTINELLI BERROCAL
_____/

**OPPOSITION TO RICARDO ALBERTO MARTINELLI
BERROCAL'S MOTION TO STAY CERTIFICATION, OR,
IN THE ALTERNATIVE, STAY SURRENDER**

The United States of America, by and through its undersigned counsel, submits this opposition to the motion by Ricardo Alberto Martinelli Berrocal ("Martinelli Berrocal") for a thirty-day stay of this Court's Final Order on the Government's Motion for a Certificate to Extradite to Panama dated August 31, 2017 ("Certification Order," DE 70), to afford him time to prepare a petition for a writ of habeas corpus (DE 72). In the Certification Order, this Court certified Martinelli Berrocal as extraditable to Panama on illegal wiretapping and embezzlement charges. A certification order, such as that which has been entered in this case, is not directly appealable but rather is subject to limited review by way of a petition for a writ of habeas corpus to the district court pursuant to 18 U.S.C. § 2241. *See Afanasjev v. Hurlburt*, 418 F.3d 1159, 1163 (11th Cir. 2005).

A certification order is not an independently executable order. Once a certification order has been entered, the U.S. Secretary of State then proceeds to decide whether the fugitive should be surrendered to the requesting country. 18 U.S.C. §§ 3184, 3186; *Martin v. Warden, Atlanta Pen*, 993 F.2d 824, 828-29 (11th Cir. 1993). As the United States has informed counsel for Martinelli Berrocal, if a habeas petition challenging the certification order is filed at this juncture, the Secretary will suspend his review of the extradition matter during the pendency of that petition

1

in the district court, and will resume his review only if and when the district court denies the petition. *See* Letter dated September 5, 2017, attached hereto as Exhibit A.

The stay requested by Martinelli Berrocal in this case is unnecessary and, therefore, unwarranted. The Court's role in this extradition proceeding concluded with its issuance of the Certification Order pursuant to 18 U.S.C. § 3184. Now, pursuant to 18 U.S.C. §§ 3184 and 3186, the Secretary is empowered to exercise his discretion in determining whether to surrender Martinelli Berrocal to Panama, and the recourse available to Martinelli Berrocal is to seek habeas relief. Martinelli Berrocal may be returned to Panama only if and when the Secretary issues a warrant for Martinelli Berrocal's surrender.

The United States hereby represents that the Secretary has not yet made a decision whether to issue a surrender warrant and that, given the specific circumstances of this case, no such decision will be made within thirty days from the entry of the Certification Order. Therefore, Martinelli Berrocal cannot meet the standard for the issuance of stay. *Nken v. Holder*, 556 U.S. 418, 433-34 (2009). Most notably, he cannot demonstrate that he will be irreparably harmed during the proposed thirty-day period absent a stay.

For the foregoing reasons, the United States requests that the Court deny Martinelli Berrocal's motion for stay.[1]

---

[1] In his motion Martinelli Berrocal also requests, in the alternative, a stay of his surrender "[i]f the Clerk of the Court already issued the certificate of extraditability." DE 72, at 1. The Certification Order constitutes the certificate of extraditability, which has already been issued by the Court. As explained above, Martinelli Berrocal's surrender may not be effected before the Secretary of State issues a surrender warrant, which will not occur within thirty days from the entry of the Certification Order. Accordingly, the requested stay of surrender should also be denied.

Dated: September 11, 2017               Respectfully submitted,

                                        BENJAMIN G. GREENBERG
                                        ACTING UNITED STATES ATTORNEY

                                    By:  /s/*Adam S. Fels*
                                        ADAM S. FELS
                                        Assistant United States Attorney
                                        Court Identification No. A5501040
                                        99 Northeast 4th Street
                                        Miami, Florida 33132-2111
                                        Tel: (305) 961-9325, Fax: (305) 536-7213
                                        Email: adam.fels@usdoj.gov

                                        */s/ Christopher J. Smith*
                                        CHRISTOPHER J. SMITH
                                        Acting Associate Director
                                        Office of International Affairs
                                        Criminal Division
                                        U.S. Department of Justice
                                        Court ID No. A5502264
                                        1301 New York Avenue NW
                                        Washington, D.C. 20530
                                        Tel: (202) 532-4154
                                        Fax: (202) 514-0080

                                        */s/ Rebecca A. Haciski*
                                        REBECCA A. HACISKI
                                        Trial Attorney
                                        Office of International Affairs
                                        Criminal Division
                                        U.S. Department of Justice
                                        Court ID No. A5502265
                                        1301 New York Avenue NW
                                        Washington, D.C. 20530
                                        Tel: (202) 616-2534
                                        Fax: (202) 514-0080

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                                 s/ *Rebecca A. Haciski*
                                                      Office of International Affairs Trial Attorney