```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2
                     CASE NO. 17-22197-MC-TORRES
3
   UNITED STATES OF AMERICA,
4                                        Miami, Florida
                     Plaintiff(s),
5                                        August 23, 2017

6           vs.

7  RICARDO ALBERTO MARTINELLI BERROCAL,

                     Defendant(s).
8  ------------------------------------------------------------

9                    FINAL EXTRADITION HEARING
                 BEFORE THE HONORABLE EDWIN G. TORRES
10                  UNITED STATES MAGISTRATE JUDGE

11  APPEARANCES:

12  FOR THE PLAINTIFF(S):  Adam S. Fels, Esquire
                           United States Attorney's Office
13                         99 North East Fourth Street
                           Miami, Florida 33132
14
                           Christopher J. Smith, Esquire
15                         Rebecca A. Haciski, Esquire
                           United States Department of Justice
16                         1301 New York Avenue, NW
                           Washington, D.C. 20001
17

18

19

20

21

22

23

24

25
```

```
 1   APPEARANCES (Cont.):

 2   FOR THE DEFENDANT(S):   Marcos Jimenez, Esquire
                             Marcos D. Jimenez, P.A.
 3                           255 Alhambra Circle
                             Suite 800
 4                           Coral Gables, Florida 33134

 5
                             John R. Byrne, Esquire
 6                           Jordi Martinez-Cid, Esquire
                             Leon Cosgrove, LLC
 7                           255 Alhambra Circle
                             Suite 800
 8                           Coral Gables, Florida 33134

 9

10
     REPORTED BY:            Tammy Nestor, RMR, CRR
11                           Official Court Reporter
                             299 East Broward Boulevard
12                           Fort Lauderdale, Florida 33433
                             tammy_nestor@flsd.uscourts.gov
13

14

15

16

17

18

19

20

21

22

23

24

25
```

 1   Thereupon,

 2   the following proceedings began at 9:45 a.m.:

 3           THE COURT:  Good morning.  Have a seat.

 4           THE COURTROOM DEPUTY:  Calling case In Re: The Matter

 5   of the Extradition of Ricardo Alberto Martinelli Berrocal, case

 6   No. 17-22197-Civil-Judge Torres.  Counsel, please state your

 7   appearances for the record.

 8           MR. FELS:  Good morning, Your Honor.  This is

 9   Assistant United States Attorney Adam Fels on behalf of the

10   United States.

11           With me here at counsel table is Associate Director

12   Christopher Smith of the Office of International Affairs,

13   Department of Justice.  And seated to his right is Rebecca

14   Haciski, who is a trial attorney also with the Office of

15   International Affairs.

16           THE COURT:  Thank you.  Good morning.

17           MR. JIMINEZ:  Good morning, Your Honor.  Marcos

18   Jimenez on behalf of Ricardo Martinelli who's, of course, to my

19   left.  If we could have him uncuffed, Your Honor, so he can

20   write, that would be helpful.

21           THE COURT:  I will ask the marshals to do that.

22           MR. JIMINEZ:  John Byrne, Jordi Martinez-Cid, Marc

23   Hernandez also on behalf of Mr. Martinelli.

24           THE COURT:  This is a continuation of the extradition

25   hearing that we began about three weeks ago.  I wanted to pick

1   up where we kind of left off because we covered a fair amount

2   of topics, but I wanted to at least start with where we left

3   off.  And if there is anything else you wanted to add on

4   anything else, obviously we can do that.

5        Did you want to start, Mr. Jimenez, in terms of --

6   partially you were going to be responding to the submission

7   from the government as to the State Department's opinion as to

8   the application of that language in the Budapest Convention.

9        MR. JIMINEZ:  Yes, Your Honor.  Thank you.

10       We, of course, filed our brief on the 11th, as the

11  Court requested or ordered.  And we've also prepared today a

12  PowerPoint.  We don't really have a handy screen to do it, but

13  I figured we could use the hard copy which I believe one has

14  been provided to Your Honor just as a demonstrative aid for the

15  argument today.

16       As far as the language, Your Honor, our position is

17  simple which is that the treaty language is clear.  And the

18  treaty says it's not to be applied retroactively, and that's

19  what it means.

20       The State Department does what it usually does which

21  is says we are right and, you know, you are always wrong.  But

22  the views of the State Department and of Panama cannot

23  supersede the plain language of the treaty.  And that's clear

24  that it's not to be applied retroactively.

25       The State Department doesn't offer anything in terms

1    of the drafting history.  It doesn't offer any real evidence

2    regarding intent which obviously would be hard to do.  What it

3    does is it offers a few examples of what it says are conditions

4    where there was a retroactive application, so to speak.  And

5    those really don't make a difference either, Your Honor.  In

6    the two cases involving Panama, one of them, which is the

7    Altuve case, A-L-T-U-V-E, Mr. Altuve voluntarily agreed to be

8    extradited.  In fact, his attorney Carlos Carrillo is in the

9    audience and can attest to that.

10        In the other case involving Amadeus, and I can't

11   remember his last name, Richards, we don't have the actual

12   file, but our understanding is that there was no challenge in

13   Panama as to the fact that the treaty was being applied

14   retroactively.  In fact, I think Mr. Richards would say he was

15   sequestered and actually taken out of an international airport

16   as opposed to being extradited.  He's a Brazilian.  Those cases

17   don't help because there was no challenge.

18        Here we have squarely challenged the retroactive

19   application.  It is clear that the convention, cybercrime

20   convention states that the restrictions and the prohibitions in

21   the original treaty apply, and that retroactive prohibition

22   applies here.  So he cannot be extradited for those

23   surveillance crimes because it would be a retroactive

24   application.

25        In terms of -- I think I have covered, Your Honor, the

```
 1    points.  Like I said before, we have not found a case like this
 2    in terms of our court systems.  There have been cases, of
 3    course, where there are general principles espoused, but we
 4    have not found a case where there was actually a retroactive
 5    application like this decided by a court where that was
 6    challenged.
 7            I think the government mentions two other cases
 8    involving other countries, and our view of those documents
 9    indicates that there was not a challenge based on retroactivity
10    in those cases.
11            So I think this is a case of first impression on this
12    point, especially a case of first impression when it comes to
13    Panama.  And the plain language is very controlling and very
14    clear.  The government's trying to read two different phrases
15    together.  I think we made, you know, we made our points about
16    that as far as the Court should not come to an interpretation
17    that would render the two phrases surplusage or any words in
18    those two phrases surplusage.
19            And because the sentence says it shall take a affect
20    on such and such a date and second independent phrase it shall
21    not be applied retroactively, that's clear.
22            So when Panama and the United States decided in 1905
23    that certain offenses would be deemed extraditable, it said
24    those offenses won't be deemed -- won't be applied
25    retroactively.  So when it later added offenses, there should
```

1    be no different result because that was the original language

2    in the treaty, that when offenses are added or first

3    established, they are not to be applied retroactively.

4            And that's as simple as I can put it, Your Honor, for

5    you.

6            THE COURT:  Now, do you agree with the premise of the

7    government's position as to the distinction between a condition

8    and a restriction for purposes of interpreting the treaty

9    language?

10           MR. JIMINEZ:  Well, I don't understand that

11   distinction.  I think -- I don't agree with -- well, the

12   government obviously says everything is retroactive, we're

13   right, you're wrong.  And it says that you should follow

14   whatever the State Department says because that's what you are

15   supposed to do.

16           But like we have said, Your Honor, I think you have to

17   look at the plain language of the statute -- excuse me, of the

18   treaty.  And the treaty is clear that it's not to be applied

19   retroactively.  It's a prohibition.  And in this case, it would

20   be a violation of that prohibition.  It says it shall not be

21   applied retroactively.

22           THE COURT:  But what's the answer to my question?  My

23   question is, do you agree on a distinction between interpreting

24   a condition versus restriction, or do you think they are one

25   and the same?

1          MR. JIMINEZ:  I think that -- I don't think that that

2    makes a difference, Your Honor.  I think that whether you view

3    it as a condition or as a restriction, it cannot be applied

4    retroactively.  In other words, you cannot send someone back or

5    can't issue a -- you don't do it, Your Honor, of course.  The

6    State Department ultimately would.  But the Court should not

7    issue a certificate when the treaty plainly states on its face

8    that there shall be no retroactive application of the treaty.

9    And that would be clearly a retroactive application because it

10   didn't -- offenses were not added until July of 2014, and the

11   conduct clearly preceded it.

12         THE COURT:  Obviously your position would be much

13   stronger if that text that you are reading was actually in the

14   2014 document.

15         MR. JIMINEZ:  Yes, Your Honor.  And their position

16   would be much stronger if they amended their treaty and said we

17   are going to take out the prohibition against retroactivity.

18   Like we said in our papers, there are plenty of other treaties,

19   in fact, the majority of treaties say they can be applied

20   retroactively.

21         Panama and the U.S. are free at any given time to

22   amend the treaty, to change the treaty, enter into a new

23   treaty.  That treaty when it was signed said very clearly that

24   it's not to be applied retroactively.  They have not tried to

25   change that.

1          In 2014 the convention was ratified or took effect as

2    to Panama.  You look to the language of the convention.  And

3    the convention is very clear that the restrictions, the

4    prohibitions, the conditions, whatever you want to call them,

5    that are in the original treaty apply.  So the prohibition

6    against retroactivity shall not be applied retroactively

7    governs.

8          THE COURT:  What about the issue about the dependent

9    clause or independent clause?

10         MR. JIMINEZ:  I think there are two independent

11   clauses, Your Honor.  Obviously it says shall take effect,

12   comma, and it shall be not applied retroactively.  So those are

13   two independent phrases.  You can put them in two different

14   sentences.  There is no difference.

15         I don't know if the Court has any other questions on

16   that particular language, but I'm also happy to cover the other

17   areas unless the Court wants me to go in a different direction.

18         THE COURT:  Well, the problem is that what you just

19   said is not what the language of the treaty says.  It says the

20   treaty states that it shall take effect on the 30th day after

21   the date of the exchange of ratifications and shall not operate

22   retroactively.

23         MR. JIMINEZ:  Correct.

24         THE COURT:  You inserted an it.

25         MR. JIMINEZ:  I'm sorry, Your Honor.  I'll withdraw

1    the it.

2          THE COURT:  But you see why it matters.  In other

3    words, it's not just a grammatical problem.  The question that

4    they are arguing is that the way you interpret that sentence is

5    it's not two separate independent clauses because there is no

6    subject in the second clause.  And so, therefore, you read the

7    thing together and so, therefore, the retroactivity language is

8    tied to the date of the treaty.

9          MR. JIMINEZ:  I understand that argument, Your Honor.

10   But I think our response to that is that you don't have to

11   repeat the present treaty twice.  It says very clearly the

12   present treaty shall take effect and shall not operate

13   retroactively.  It puts a date when it first takes effect, and

14   then it says it shall not operate retroactively.

15         That doesn't mean that there was no sunset provision

16   in this treaty that said, well, you know, after a certain

17   period of time, you can retroactively apply the treaty.  They

18   don't have that in the treaty.  They didn't make any subsequent

19   agreements.

20         It said, from now on it shall not separate

21   retroactively.  That's what the treaty says -- I mean, that's

22   what this phrase says.

23         To artificially impose some sort of time frame based

24   on when the treaty first took effect, I think, is reading it

25   outside the plain language of the statute.

```
 1          THE COURT:  The problem with that argument is that
 2   it's in the same sentence as the effective date of the statute.
 3   That's the problem with that argument.
 4          MR. JIMINEZ:  Well, Your Honor, just because it's in
 5   the same sentence, doesn't mean that it no longer -- it cannot
 6   apply retroactively at some future date.
 7          THE COURT:  Well, if you wanted to do that, though,
 8   you could have a section on retroactivity, and you could say
 9   any amendment shall be subject -- you could write it in a way
10   that would make it clear so that we don't have to argue about
11   it.
12          MR. JIMINEZ:  Sure.
13          THE COURT:  But that's not what they did.
14          MR. JIMINEZ:  Well, what they did, Your Honor, I
15   think, is make it clear that the treaty -- the treaty was
16   signed in 1905 -- or '4.  It provided that it should take
17   effect on a certain date which ended up being sometime in 1905.
18   And then they said, it shall not operate retroactively.
19          I don't think that those -- putting those in the same
20   sentence means that you can have a retroactive application
21   later which is what's happening now.  There is nothing in here
22   that says that.  There is nothing in the treaty that provides
23   that.
24          They are reading into -- the government's
25   interpretation is reading in an artificial deadline.  In other
```

1    words, once all the people who are alive in 1905 pass away,

2    then fire away, operate it retroactively.  That to me seems a

3    completely artificial condition, or modification rather, of

4    what the plain language clearly says which is it takes effect

5    and shall not operate retroactively.  I think reading it

6    together to put a date that isn't clear is reading it outside

7    the plain language of the statute.

8           THE COURT:  Do you concede, though, that -- do you

9    concede that it's ambiguous, or your position is it's not

10   ambiguous at all?

11          MR. JIMINEZ:  Correct, Your Honor, we don't think it's

12   ambiguous one bit.  We think it's very clear that the

13   sentence -- yes, it is in the same sentence.  It says here's

14   when it takes effect, and it's not to operate retroactively.

15          In fact, you could look at it this way.  The

16   cybercrime convention, I believe countries started signing it

17   in 2001, but it didn't become effective as to Panama until July

18   of 2014.  So there's a gap there.  That's the same gap, even if

19   you read some sort of date, that's the same gap that would

20   apply when something new is added in 2014.  You don't go back

21   to the original time that the treaty is signed.

22          But again, that's adding, I think, supposition.  It's

23   adding things.  It's adding words and date limitations that are

24   not in this sentence.  The sentence is clear.  It says, it

25   shall not operate retroactively.

 1          THE COURT:  Well, I guess to the extent that anything

 2   is clear, the one thing that we all agree on is that there is

 3   no non-retroactivity treaty in the Budapest Convention.  That

 4   we know, right?

 5          MR. JIMINEZ:  Yes, Your Honor.

 6          THE COURT:  Why isn't that -- to the extent that I

 7   need to find anything is clear, why isn't that clear?

 8          MR. JIMINEZ:  Because, well, there isn't, but here's

 9   why.  The convention was signed by many different countries

10   with many different types of treaties, some that have

11   retroactive provisions and some that don't.  So the convention

12   was meant to merely supplement existing treaties.  It wasn't

13   meant to change anything in an original treaty.

14          So that's why you have to respect the, in this case,

15   the prohibition against retroactivity because the convention

16   merely added a crime as an extraditable offense and said you

17   must respect the treaty that is being added to, conditions

18   restrictions, obligations.  We cited that language, Your Honor,

19   to the Court and we underlined what we thought were the

20   relevant provisions in the convention.  It doesn't have a

21   retroactivity provision because it was meant to supplement many

22   other treaties with many different conventions, some with

23   retroactivity and some without.

24          So I think the intent of the convention, and I think

25   we also talked about the Vienna Convention that Panama has

1      signed which says you have to respect the other conventions,

2      and we can't think that has an anti-retroactivity provision.

3           But the important point is that the convention just

4      added an offense and the parties, when they signed this treaty,

5      said when offenses are first established, they are not to be

6      retroactive.  This treaty shall not operate retroactively.

7           I know there's no it, but it says the treaty shall not

8      operate retroactively.  That's what that sentence says.  And so

9      because the convention obligates us to follow that prohibition,

10     it cannot be applied retroactively to these two surveillance

11     crimes.

12          THE COURT:  Now, the government takes the position

13     that even assuming -- even though your position is a reasonable

14     construction of the language, absent some definitive guidance

15     from the treaty itself which we don't have, right, from the

16     Budapest treaty, the government argues that the tie goes to the

17     government because you interpret a treaty in a manner that

18     fosters extradition, not detracts from it.  What is your

19     response to that?

20          MR. JIMINEZ:  The premise to that is false.  The

21     convention obligates us to follow what the treaty says.  And

22     the treaty is clear.  It's not ambiguous.  It says it shall not

23     operate retroactively.

24          So the premise that, absent a retroactivity provision

25     in the convention, you apply it retroactively, makes no sense

1    because that's not what the -- the convention says just the

2    opposite.  The convention says you respect and you apply the

3    prohibitions in the original treaty.

4            THE COURT:  Did you want to add anything else on this

5    point?

6            MR. JIMINEZ:  I don't think so, Your Honor.  I think

7    our position on that I have explained as best I can at this

8    point.

9            THE COURT:  Okay.  Let me turn to Mr. Fels on this

10   point, and we will talk about other stuff after that.

11           MR. FELS:  Yes, Your Honor.  Plain language in this

12   treaty is really the only way that the defense wins because the

13   only way he can prevail is if he can show that the plain

14   language of the retroactivity subclause of article 12

15   unambiguously means that subsequent additions to the list of

16   extraditable crimes must not be applied unless both countries

17   agree to the multilateral convention adding the crime.  It's

18   ambiguous and Factor v. Laubenheimer canon that requires very

19   liberal construction in favor of the extradition.  That

20   prevails, and the government's position wins.

21           What is the plain language in this particular

22   subclause?  It says that the -- it says shall not operate

23   retroactively.  It has no independent subject, as Your Honor

24   pointed out.  It's set off from the main clause with either a

25   common in English or without a comma in Spanish, and it is

1    clearly subordinate to the main clause, the present treaty

2    shall take effect on the 30th day after the date of the

3    exchange of ratifications.

4            Now, despite their best efforts, Mr. Martinelli

5    Berrocal, he can't make that second shall surplusage any more

6    than he can graft a subject onto that dependent subclause as he

7    tried to do earlier.

8            I want to give Your Honor an example.  Johnny shall go

9    home right after school today and shall do his homework.  Under

10   Mr. Martinelli Berrocal's twisted interpretation, Johnny is

11   going to have to do his homework 24 hours a day, 7 days a week

12   until he's walking around as an 80-year-old man with a cane

13   because he says, well, look, it's pretty clear, he shall do his

14   homework.  But it's obvious under very similar construction

15   that we have here that the phrase and the time that Johnny

16   shall do his homework is modified by that main clause when he

17   goes home to school after today -- when he goes home after

18   school today just as the time of the treaty can't be

19   retroactive is only the date that the treaty took -- initially

20   took effect in 1905.  There is nothing in here that assumes,

21   just like with Johnny and his homework, that this treaty will

22   be retroactive until the end of time.

23           If the countries had wanted to unmoor that

24   retroactivity subclause from the main clause describing the

25   date the treaty went into effect, they could have made the

```
1    subclause a complete sentence at least at the very start, could
2    have given it a subject, or it could have made it an
3    independent article in the treaty.  There aren't that many
4    articles.  They were relatively cheap back then to develop
5    articles.  So they could have made it its own independent
6    article.  So now this clear --
7              THE COURT:  What would your position be if they had
8    done it as an independent article?
9              MR. FELS:  I think it would be a lot closer call.  I
10   think our position would still be as the State Department
11   expressed because the date that are you are looking at is the
12   date that the extradition is submitted, there is no
13   retroactivity at all.  In other words, you don't look at the
14   date that the crime is committed.  You look at the date that
15   the extradition request is made.
16             At that point, which is here in 2017, the convention
17   is in effect.  Both parties have signed it.  And there's no
18   issue.
19             So that would be our position even if --
20             THE COURT:  Is there authority for that, for that
21   position --
22             MR. FELS:  I think the --
23             THE COURT:  -- that the retroactivity is not about
24   when the crime occurs, but when the request is made.  I don't
25   remember seeing that.
```

 1          MR. FELS:  That is in the affidavit by the State

 2    Department official Thomas Hyman.

 3          THE COURT:  Okay.  Yes.  Okay.

 4          MR. FELS:  He did mention that.

 5          THE COURT:  Okay.  Do we have any authority that

 6    actually supports that other than the opinion?

 7          MR. FELS:  I think it's implicit actually in one of

 8    the cases that they specifically cited to.  Obviously it's

 9    dicta.  It doesn't hold that proposition, but I think it is

10    implicit.

11          One of the cases that they cite, let's see if I can

12    pull it up, is the Galanis case versus Pallanck.  And

13    essentially there the crimes were committed prior to this

14    modification of the treaty that essentially said you can't

15    extradite if there's double jeopardy.  And there, actually what

16    the second circuit winds up doing is saying, you know what,

17    your request is made, yes, he committed these crimes before the

18    modification, but you know what, we are going to read the --

19    this is really essentially the parties' intent is to narrow the

20    crimes, so we are going to give that effect.

21          So I think it is implicit in this case, but of course,

22    it does not stand for that proposition.

23          THE COURT:  Because the reason it's dicta is because

24    they ultimately didn't rely on that issue.

25          MR. FELS:  Correct.  And they don't specifically state

1   it in that fashion.

2        But again, this is really kind of the opposite case.

3   The crime occurs well prior to this limitation on extradition,

4   and yet the Second Circuit says, it doesn't matter, you made

5   your application for extradition, he is entitled to this new

6   protection even though the protection postdated his crimes.

7        And essentially what the Court is doing is doing what

8   this Court should do which is give effect to the parties'

9   intention.

10       Now, the clear and logical interpretation that this

11  subclause of retroactivity really only modifies the original

12  1905 treaty is supported by the only two parties to this

13  contract, United States and Panama, both of which interpret

14  that retroactivity subclause as only preventing retroactive

15  effect prior to 1905 and not preventing retroactivity for the

16  rest of time every time Panama enters into a new multilateral

17  agreement.

18       That interpretation is entitled to significant

19  deference, not only under Factor v. Laubenheimer, but as well

20  as Kolovrat versus Oregon.  You've got now, not just one part,

21  you've got both parties.  That supreme court case stands for

22  the proposition you give great weight to both government's

23  interpretation of the treaty.

24       On his last brief on page 7, Mr. Martinelli Berrocal

25  acknowledges that the supreme court in United States v. Stewart

1  holds that these non-textual sources such as a treaty

2  subsequent operation, they assist the Court in giving effect to

3  the intent to the treaty parties.  Then they essentially said,

4  well, you've got no cases.

5       Now we do have cases.  We have two cases.  The

6  Richards case, the Altuve case, both with Panama.  We also have

7  another case involving former Yugoslavia.  But what you have is

8  you have essentially the same situation in both of these cases.

9  Both of these individuals were ultimately extradited from

10  Panama, the United States, even though the countries became

11  parties to the convention which expanded the list of the

12  extraditable crimes in the treaty after the charged conduct,

13  same thing.

14       They try to distinguish the case and say, well, one of

15  them the issue wasn't raised, didn't challenge it.  The other

16  one, he agreed to.  That's not relevant.  It's not relevant

17  what the Court did.  What's relevant is what did the countries

18  do, what did Panama and the United States do.  And both

19  proceeded on this extradition because it essentially validated

20  their understanding of the intent of the original United

21  States, Panama treaty which is the retroactivity provision

22  simply doesn't apply in these cases.

23       Now, even if this Court is not convinced and still

24  believes, as you stated in the last hearing, that you could

25  equally understand both sides' arguments, then because of

 1   Factor versus Laubenheimer, the government's interpretation

 2   which broadly interprets the provision in favor of extradition

 3   wins out.

 4          I want to also point out two other issues.  You

 5   mentioned, you know, is this clause a restriction or a

 6   condition.  Our position it's neither.  What this clause does,

 7   it only describes how the treaty is to operate, meaning it

 8   doesn't restrict -- there's nothing in this clause that says,

 9   well, the crimes that we list in article 2, they don't -- they

10   can't be applied retroactively.  It's the whole thing.

11          If United States and Panama had wanted to specifically

12   say we don't want these crimes to be applied retroactively,

13   they could have said it.  And then he might have had a slightly

14   stronger argument that the plain meaning of the countries is

15   that whenever you add new crimes, they also have to be

16   retroactive.  But the language does not say that at all.  It

17   talks about the entire treaty.  It doesn't limit it just to the

18   crimes.  It talks about the date that the treaty itself will be

19   operational.  And that's the only possible interpretation.

20          Now, there was an argument about the Vienna

21   Convention.  There's a pretty important clause in the Vienna

22   Convention, article 28 that Mr. Martinelli Berrocal leaves out.

23          It expressly conditions this rule of retroactivity.

24   First of all, it only applies to treaties in general.  This is

25   not specifically extradition treaties.  The Vienna Convention

```
 1    applies to treaties in general.  And it conditions the rule by
 2    prefacing, hey, the default rule might be this, but unless a
 3    different -- it operates except if a different intention
 4    appears from the treaty itself or is otherwise established.
 5    That's a key clause, the otherwise established because they
 6    have already conceded that in the realm of extradition
 7    treaties, the default rule is different than the general rule
 8    as stated in the Vienna Convention and it has been for a
 9    hundred years.  And it continues to exist even though the
10    Vienna Convention has gone into effect for decades.  And that
11    rule is with extradition treaties, separate and apart from
12    treaties broadly, with extradition treaties, they operate the
13    default rule, which is they operate retroactively unless
14    otherwise stated.
15         I don't have any additional issues on this point.  If
16    Your Honor has any additional questions, I would be more than
17    happy to raise them on this issue or any other issue.
18         THE COURT:  Let me let Mr. Jimenez reply.
19         MR. JIMINEZ:  Your Honor, I think what I would say is
20    this.  The sentence that we are discussing contains two
21    mandatory clauses that says it shall take effect and the treaty
22    shall not operate retroactively.  Those are two separate
23    mandatory clauses.  The case that the government cites, the Row
24    case, had only one mandatory clause.  It used the word shall
25    only once.  So you have to respect the shall not operate
```

1    retroactively as an independent clause that governs until it is

2    changed or modified.  And it has not been changed or modified.

3         Secondly, the argument about you had the date of the

4    extradition request is the date that counts, I think, as the

5    Court, I think, asked correctly, is without authority.  There's

6    no authority for that proposition.  That's the State

7    Department's opinion.

8         THE COURT:  What's wrong with that, though?  In other

9    words, as between agreements between two parties, why isn't --

10   why doesn't that make the most sense, that basically the

11   retroactivity question isn't about the date of the crime unless

12   you say that expressly but about the date of the request.

13        MR. JIMINEZ:  Because it is -- because if you are --

14   if you are applying an offense, if you are extraditing someone

15   based on conduct that predates the establishment of the offense

16   under the treaty, that is a nonextraditable offense.

17        In other words, one of the things, one of the things

18   you have to decide, Your Honor, is if this is an extraditable

19   offense.  And until July 2014, wiretapping was not an

20   extraditable offense.  No one has argued that.  No one has

21   said, oh, yes, it fits in those original 13 categories.

22        What they did in this convention is they added a 14th

23   category.  That did not take place until July 14.  By

24   definition, you are applying retroactively an offense that was

25   added later to conduct that preceded it.  That's a retroactive

```
 1   application.  That's the date that counts.

 2           It's not an extraditable offense until then.  That's

 3   why the offense doesn't count.

 4           THE COURT:  What is your authority for that?

 5           MR. JIMINEZ:  The authority is that the cases that

 6   say -- and I can certainly -- there are legions of them where

 7   individuals -- I shouldn't say legions.  I withdraw that.

 8   There are some cases where courts have said you cannot

 9   extradite someone because it's not an extraditable offense.

10   And it's not an extraditable offense until it's added to or

11   established in a treaty.

12           There is no -- I don't have a case, Your Honor,

13   because there is no case.  They can't cite to you a case where

14   the Court retroactively applied in a case -- in a situation

15   like ours where there was a treaty prohibiting retroactive

16   application where the court extradited someone because the

17   offense had been -- you know, in a situation like ours where

18   the offense was committed before the offense was deemed or

19   established as extraditable.  There is no such case.

20           THE COURT:  Why doesn't the -- why isn't Judge

21   Friendly's analysis in Galanis, close enough?

22           MR. JIMINEZ:  Well, Your Honor, because it's not a

23   matter of being close enough.  I think it's a matter of what

24   the treaty language plainly states.  It's a separate, second

25   mandatory clause that says it shall not be -- it shall not
```

```
 1    operate retroactively.  The offense was not added -- no one

 2    disputes this -- the offense was not added until July 2014,

 3    before the alleged conduct.

 4         So you would be certifying extradition in a

 5    retroactive manner to offense conduct that precedes the date

 6    that the offense was deemed extraditable.  That's a retroactive

 7    application that's permitted by the treaty.

 8         I don't think the Judge Friendly case involved this

 9    situation at all.

10         THE COURT:  But it certainly does talk about -- he is

11    criticizing the focus on the date of the crime versus the date

12    of the request.  That is true.  That is part of his discussion.

13    It ultimately was dicta, though.  That wasn't the holding in

14    the case.

15         MR. JIMINEZ:  Right.

16         THE COURT:  But why isn't his analysis, to the extent

17    that we, for lack of a better word, poo-poo the State

18    Department's analysis, why isn't his analysis more persuasive?

19         MR. JIMINEZ:  Because I think, Your Honor, to really

20    give effect to the retroactive prohibition, you have to

21    consider the date of the offense.

22         THE COURT:  The problem with that is this.  If a

23    treaty partner wanted to do that, they would make that clear by

24    putting in the retroactivity portion in the articles defining

25    the extraditable offenses.  You wouldn't put it, right, you
```

1    wouldn't put it in the effective date of the treaty as a whole.

2    You would actually make that clear as part of the definition of

3    what's an extraditable offense, wouldn't you?  If you were

4    drafting that and you wanted to make that clear, that you

5    wanted to focus on the date of the offense, wouldn't you then

6    put in the retroactivity provision in that section?

7              MR. JIMINEZ:  I don't think it matters where it is,

8    Your Honor.  You know, I don't think you have to have put

9    anything in any particular place.  I think if you have a

10   provision that says this treaty as a whole shall not operate

11   retroactively, which is what this says, you don't put that in a

12   particular subsection.  You put that the in the treaty at the

13   beginning or wherever you want.  You could put it at the end.

14   I don't think the placement matters.  I think that's confusing

15   somewhat the issue which is what does retroactivity means.  And

16   retroactivity is very clear.  Retroactivity means in our case

17   that if an offense is not at added until July 2014, which is

18   our case, you cannot operate it -- if you extradite someone

19   based on an offense committed before that was deemed an

20   extraditable offense or established as extraditable offense

21   under the treaty, that that would be a retroactive application.

22   That just makes common sense.

23              So that's what's prohibited.  And that's why there's

24   no cases on it, because I don't think that these requests are

25   submitted very often for situations where there is a clear

 1  retroactive application which is what we have.  And it further

 2  supports our point that this is a political hack job which I'm

 3  happy to discuss further.  I don't want to get into that too

 4  much other than to say there is a reason why there is not a

 5  case like this, because this is a clear case where there is a

 6  retroactive application on a treaty that plainly says it's

 7  retroactive.  The parties have never changed it.  And it's just

 8  clear as could be, Your Honor.  It's a separate mandatory

 9  clause.

10         THE COURT:  Okay.  What did you want to address next?

11         MR. FELS:  Your Honor, would you mind if I just read

12  one quick cite from the Galanis case?

13         THE COURT:  I read the Galanis case.

14         MR. FELS:  Okay.

15         MR. JIMINEZ:  Your Honor, I think because of the

16  recent Diaz affidavits, before the last hearing, Mr. Diaz --

17  the prosecutor had filed his third affidavit in this case, and

18  then last Friday, he filed his fourth affidavit in this case.

19         And Mr. Diaz continues to misrepresent to the Court an

20  incredibly important fact in this case which is that the only

21  equipment for which there is any proof that it was purchased

22  with public funds, the MLM equipment, was used as part of this

23  case or is involved in this case, was stolen in this case,

24  there is no evidence whatsoever that that equipment, the MLM

25  equipment, was used.

1          In fact, that's not even what Mr. Diaz's case is

2   about.  If you look at the indictment, the indictment makes it

3   very clear that this is a case about intercepting telephones.

4   That's what he said in his third affidavit.  In fact, Mr. Diaz

5   himself said it.  Let me not focus on the indictment right now.

6   Let me focus first on the affidavit.  He said in the affidavit,

7   and we've -- I'm sorry, we didn't number these pages, Your

8   Honor.  We should have.  But he says in his third affidavit, in

9   paragraph 41, the office of the prosecutor in this case

10   properly investigated whether the criminal chamber of the

11   supreme court of justice had judicially authorized

12   interceptions of the telephone communications of the victims of

13   the crimes for which Ricardo Martinelli is accused.

14          And he talks later on about the numbers of mobile

15   phones found in emails and those being searched and the

16   interventional recording of telephone communications through

17   them.

18          The government's bought and paid for star witness

19   Mr. Pitti, if you look at his affidavit, all it does is talk

20   about the interception of telephone communications.  That's all

21   he talks about.  He says it in various different paragraphs.

22   It could not be any clearer that that equipment that Mr. Pitti

23   is describing was not the MLM equipment.  It was this second

24   set of equipment brought in by this other fellow and this other

25   group, the NSO group.

1          And, you know, I think -- I don't want to go through

2    that because I think we have made that very clear in our

3    papers.  I think what's important is that, despite that very

4    clear evidence that there was no use of the MLM equipment, that

5    there is no proof that it was used at all.  And if you look at

6    our demonstrative exhibit, Your Honor, the prior page that we

7    were -- the one that we were just on, the MLM proposal and the

8    contract clearly says that it cannot tap phones.

9          The only two individuals in this case who have said

10   that they operated the MLM equipment Elvin Ortiz and Elvis

11   Moreno.  If you read their testimony, and we cited it in our

12   papers, it could not be any clearer that they said it could not

13   intercept phone calls -- could not intercept telephones.  The

14   rep who trained them in MLM said you couldn't do it.  The

15   license had expired.  You could only geo-locate cell phones.

16   And I have already covered the Pitti affidavit.

17         You have Harry Diaz standing alone on an island

18   saying, oh, it can tap phones.  That's a flatout

19   misrepresentation to the Court about what the evidence in this

20   case is.  And the fact that they support -- they provided it to

21   you makes no difference.  They provided 3,000 pages.  It took

22   us a long time to go through it.  But it couldn't be any

23   clearer.

24         So there can be no embezzlement of the MLM equipment

25   because it was not even used.  It's not even mentioned during

 1   the charged period at all.  The charged period is 2012 to 2014.

 2   And the only proof that it was -- that any equipment was used

 3   is that it was the Pegasus equipment, not the MLM equipment.

 4   That's very, very important because -- and now I will go back

 5   to the indictment.  If you turn, Your Honor, to the -- I think

 6   it's the fourth or fifth page of our PowerPoint, Mr. Diaz has

 7   locked himself in to the indictment.

 8          I think the government said, if I remember their brief

 9   correctly, in their last brief, that this isn't some

10   extradition request.  It's not.  The actual indictment in this

11   case was in October of 2015 before there was any extradition in

12   place.  And it clearly says that the indictment for

13   embezzlement, the indictment as a whole, involves equipment,

14   personal resources, derived from state or public funds.

15          The complaint by the government in this case said

16   using equipment purchased with public funds and using members

17   of the Nation Security Council, Martinelli Berrocal created.

18   The extradition request signed by the magistrate says that the

19   accusation is a formal document that constitutes the official

20   charging instrument and that if the magistrate wants to

21   initiate a trial, he must state the facts and the accusation --

22   I'm summarizing a little bit -- and list the evidence that he

23   wants to introduce at trial.

24          The magistrate -- this is the last sentence -- must

25   submit the evidence that he wants to introduce at trial and all

1    the evidence that has been gathered during the investigation

2    states that he will not present a trial.

3         So the indictment is a cutoff point.  That's when the

4    evidence is in.  The indictment cannot be varied.  Our expert,

5    Dr. Moreno, made that very clear, that there's no response to

6    that at all by Mr. Diaz or by the government, that you can vary

7    the indictment after the indictment has been presented because

8    you can't.

9         So he's locked in.  He says that the embezzlement in

10   this case --

11        THE COURT:  He can't issue a new indictment?

12        MR. JIMINEZ:  I don't think so, Your Honor.  I

13   think -- well, let me rephrase that.  I think if you wanted to

14   dismiss the indictment, he could and he could start again.  But

15   he cannot -- once you indict someone, you can't then vary the

16   evidence or vary the charges between the indictment and trial.

17   That's what our expert says.

18        So they are locked in to the public funds.  So why is

19   that important?  Because it explains why Harry Diaz has to

20   misrepresent to this Court that the MLM equipment was used,

21   because it is the only equipment for which they have any proof

22   that public funds were used.

23        If you go to -- again, I apologize for the lack of

24   numbering, Your Honor.  There is a page a few slides down that

25   says, MLM versus Pegasus purchase evidence.  If you look at the

1    3,000 pages that they submitted, Your Honor, it is chock-full

2    of evidence that there was public funds to purchase MLM.  There

3    is a contract.  There is an audit conducted by the comptroller

4    of the republic which is very important and I will talk about

5    in a minute.  There are wire transfers.  I'm not going to go

6    through the whole list, but there is a stack this big.

7           What do they have on Pegasus?  They have a contract.

8    That's it.  That's why Harry Diaz has to misrepresent to you

9    that the MLM equipment was used, because that's the only

10   equipment that could be the subject of an embezzlement case.

11          We filed last night, also which we obtained in

12   addition to -- we could not meet with him until yesterday

13   because he was out of town, but we met with Dr. Moreno.  We

14   presented another affidavit, but before that, there is a

15   certification by the clerk which explains that in the

16   embezzlement case for Pegasus in Panama, no one has been

17   charged to date.  And as we explained at the last hearing, in

18   the MLM embezzlement case, there's two different cases in

19   Panama involving those two pieces of equipment.  Not even the

20   two supposed underlings who stole the equipment and used the

21   MLM equipment, William Pitti and Ronny Rodriguez, have been

22   charged.  In fact, the prosecutor said there's insufficient

23   evidence.  Why did the prosecutor say that?  Because in Panama,

24   to charge someone with embezzlement, you have to show, and this

25   is what Dr. Moreno has explained previously and he amplified it

 1   last night in his affidavit which we are going to translate for

 2   the Court, he cited precedent that makes this very clear, you

 3   have to show that the asset in question is in the custody of

 4   the public servant by virtue of his role or function.  And when

 5   they did that audit report as to the MLM equipment, they

 6   identified various individuals who were deemed to have been

 7   involved in the purchase or custody or having had custody of

 8   that MLM equipment.

 9          The only two individuals that have been charged in

10   Panama with respect to the embezzlement of the MLM equipment

11   are two of those individuals identified in that report as

12   having custody of the asset, the former head of the National

13   Security Council, the executive secretary Gustavo Perez --

14          (Thereupon, there was an interruption by the court

15   reporter.)

16          THE COURT:  You have to slow down.

17          MR. JIMINEZ:  I'm sorry.  Gustavo Perez, the former

18   head of the executive secretary of the National Security

19   Council, and Jacamo Tamborelli who was the head of that fund

20   that provided and signed the contract, by the way, to provide

21   the public funds that were used to purchase the MLM equipment.

22   That audit report --

23          THE COURT:  Who was the one who signed the Pegasus

24   contract?

25          MR. JIMINEZ:  It was also Gustavo Perez, Your Honor.

 1           THE COURT:  Perez, right.

 2           MR. JIMINEZ:  Right.  And that's important.  It's all

 3  consistent -- Your Honor, this is a very important point.  It's

 4  all consistent because only those folks who have the -- under

 5  Panamanian law who have custody by virtue of their official

 6  role, it's almost as if it's a fiduciary duty, they have

 7  custody of this asset.  They are the ones that are entrusted

 8  with this asset.  They are the ones who embezzle it for that

 9  particular crime which is embezzlement against the public

10  administration.  That's what the meculado crime is.

11           Only those people can be charged.  And the reason why

12  this prosecutor charged President Martinelli improperly with a

13  crime and why there's no probable cause for his embezzlement of

14  the crime is because this is a political prosecution and Diaz

15  didn't care.  This is the same guy who has said he sells

16  judgments and he has stained his name serving as a magistrate

17  and the court he sits on is corrupt.  So it makes sense that

18  this is the kind of person who would misrepresent something to

19  the Court, who would say to the Court, oh, yeah, the MLM

20  equipment, the only equipment for which there is proof of

21  public funds, was used.  It just was not.  There is no evidence

22  of that.  The government says there's a couple of emails that

23  predate, you know, June of 2012, but they don't say where that

24  interception came from.  They don't establish that it was MLM.

25  In fact, there is testimony, and I wanted to point this out to

```
 1     the Court, Your Honor, there is testimony from an individual
 2     named Julio Molto, M-O-L-T-O, who was the head of the National
 3     Security Council before Gustavo Perez.  And he gave several
 4     declarations which are included or testimonies that are
 5     included in the evidence.  And he said that the National
 6     Security Council had equipment that they shared with other
 7     countries where they were authorized interceptions of
 8     telephones.  So there is no indication that it was that other
 9     equipment.  Who is to say it wasn't that other equipment.  That
10     is not probable cause to say, oh, it has to be this MLM
11     equipment because that's the only other equipment that was
12     there.  That's not true.  There was other equipment.  There's
13     plenty of evidence in this record that the Nation Security
14     Council worked with other countries with their equipment and
15     conducted judicially authorized interceptions of telephone
16     communications.
17          And so to just put in something that comes from a
18     PT -- bradpty email address which is all they have done now and
19     say, oh, because it predates June 2012, it must indicate that
20     the MLM equipment was used is just guessing.  It's not probable
21     cause.
22          THE COURT:  And why isn't the -- I know we may have
23     covered some of this before, but just focus on it.  Why are you
24     taking at face value the distinction and the juxtaposition you
25     are drawing as between the MLM equipment and the Pegasus
```

1    equipment?  Why doesn't the execution of the contract by the

2    nation security director coupled with the evidence that they

3    have submitted which indicates it was not used during relevant

4    time period for anything court related, why isn't that

5    sufficient circumstantial evidence of misuse of funds?

6              MR. JIMINEZ:  Because, Your Honor, in a case where --

7    in Panama in a case where a public official is charged with

8    embezzling public funds, there has to be proof of the use of

9    public funds.  There is no such proof in this case.  The

10   contract doesn't say -- they haven't submitted the same

11   evidence they submitted for MLM.  In fact, we have said this

12   before, the criminal complaint that was filed by the current

13   head of the National Security Council said that there was a

14   newspaper report indicating that private funds had been used.

15             The government --

16             THE COURT:  But for probable cause purposes, of

17   course, if the evidence turns out to be that private funds were

18   used even though the national security director signed the

19   contract, that the moneys actually came from a private fund

20   account and actually didn't come from the government.  That's a

21   defense to the charge, right?  At that point, then, where is

22   the embezzlement.

23             MR. JIMINEZ:  Well --

24             THE COURT:  But the issue is not whether that is the

25   defense to the charge.  The issue is whether or not there is

1    sufficient probable cause to make the charge.  And then to then

2    get to the next stage which is, all right, you know, what's the

3    defense.

4         MR. JIMINEZ:  Well, that's where -- Your Honor, I

5    would point to two things, number one, the indictment, which

6    says very clearly that it is not -- this is not a case where

7    there were private funds used and then -- or that assets were

8    donated to the government.  It's very clear that it says state

9    or public funds.  So they are locked in.  And the Pegasus

10   equipment, there is no evidence that it was purposed with state

11   or public funds, none.

12        The second point is, Your Honor, Ismael Pitti himself,

13   when you look at his affidavit, he says -- and it's interesting

14   because he was in a different providence when he says this, but

15   he says that the equipment that was taken out after the

16   elections, the Pegasus equipment, was taken out, but they left

17   behind a printer because it had been paid for by the NSC and

18   was in the NSC budget or inventory.

19        We have submitted to the Court a certification from

20   the NSC that they had no contractual dealings with NSO.  The

21   current head has certified that the Nation Security Council had

22   no dealings with the NSO.  So there is no evidence whatsoever

23   that this equipment was considered an asset of the National

24   Security Council, it was purchased with public funds.  And the

25   asset doesn't -- here's what's important, Your Honor.

1          THE COURT:  In other words -- I don't understand the

2    answer to the question.  In other words, if our court of clerk

3    executes a contract with an Israeli supplier of courtroom

4    materials, courtroom display materials, and he executes the

5    contract under his authority as the court of clerk, isn't that

6    circumstantial evidence that court funds are being used to

7    purchase that equipment in and of itself?

8          MR. JIMINEZ:  Your Honor, if the case charges the use

9    of public funds like it charges in this case, and the defendant

10   is someone -- if the court of clerk is actually someone who has

11   official custody of that asset who -- by virtue of his role and

12   his function, then in that situation, yes.

13         But that's not what we have here.  We have an

14   indictment that very clearly says that this equipment was

15   purchased with public funds.  The complaint -- that's just the

16   indictment.  The complaint that was filed by the current head

17   of the National Security Council involving this very same

18   equipment doesn't say that it was purchased with public funds.

19   It doesn't say that it was signed by -- it does say it was

20   signed by Ismael Perez.  Even the current head's own criminal

21   complaint doesn't allege the use of public funds.

22         In addition to that, President Martinelli, as the

23   president and as the head of the National Security Council even

24   under that 2010 decree that the government cites, did not have

25   official custody of this equipment.  That decree makes it very

```
 1    clear that the assets of the National Security Council are
 2    maintained by the head of the -- by the executive secretary,
 3    the head in his office.  That same decree also says that the
 4    comptroller general of the republic is in charge of financial
 5    or fiscal assets of the National Security Council.
 6            So that's why when this case was -- when the MLM case
 7    was filed or when the criminal MLM was filed, there was an
 8    audit report done by the comptroller general and that
 9    identified the individuals who had custody and it did not name
10    President Martinelli.  It named Mr. Gustavo Perez and it named
11    the other fellow Mr. Tamborelli that I've already mentioned.
12            There's insufficient proof of use of public funds.  He
13    was not in the position to be charged with that crime because
14    of his role.  The person who can be charged with that crime in
15    Panama properly is the person who signed the contract for MLM
16    because that's the only equipment for which there is proof
17    according to the law in Panama that public funds were used.
18            That's the only equipment where there is an audit
19    report by the comptroller general which Dr. Moreno explains is
20    the evidence that you use in these cases to establish
21    embezzlement.  You have an official audit report which
22    establishes the link between the official and the asset, and
23    you have an audit report that establishes the damage.  That's
24    why there is a very specific dollar number.  In the audit
25    report it says $10 million.
```

1          That's why the government's complaint said that, that

2     $13.4 million are still -- because that's the only equipment

3     that was purchased with public funds.  And Panama's problem

4     when it comes to probable cause is that that equipment was not

5     used for these charged crimes.  That's made very clear by

6     Mr. Pitti and by the other witnesses as I have explained and

7     has not been rebutted.

8          So that's the point, Your Honor, that I wanted to make

9     on embezzlement, the lack of -- again, the misrepresentation of

10    MLM because it is the only equipment that could properly be the

11    subject of an embezzlement charge against anyone for these

12    illegal surveillance activities and for embezzlement because

13    it's the only equipment that was purchased with public funds.

14         And that's what Diaz charged.  So now he's stuck with

15    his indictment and he's trying to get around it or he's trying

16    to fit this case into that indictment which says very clearly

17    purchased with public funds, and that's not what we have here.

18         We don't have either the use of the MLM equipment or

19    any theft of the MLM equipment.  There's been some discussions

20    that there was this rack that was taken was MLM.  That's just,

21    again, guessing.  The only thing that the witnesses say is a

22    rack was taken.  And if the rack is linked to anything, it was

23    linked to the equipment that Pitti talks about in his

24    affidavit, the Pegasus equipment, the not the MLM equipment.

25         So they are grasping at straws in order to establish

 1    and add embezzlement crimes because, as I explained at the last

 2    hearing, they were concerned that he could not be extradited

 3    solely on the surveillance charges with good reason.

 4              THE COURT:  Let me have Mr. Fels respond to that.

 5              MR. JIMINEZ:  Okay.  Sure.

 6              MR. FELS:  Let me say at the outset, Your Honor, again

 7    regardless of whether the NSO equipment was paid for with

 8    public funds, it was used.  That's embezzlement of use.

 9    Regardless of whether the MLM equipment was ever used during

10    the time frame, it was bought through public funds.  It's

11    disappearance which is well documented shows embezzlement by

12    theft.

13              By trying to engraft a requirement that we prove that

14    both systems were both purchased with public funds and used

15    during the relevant time frame, they are stretching the statute

16    and the charging document beyond where it needs to go.  That's

17    the initial point that I want to make.  And I don't see any

18    argument to the contrary by them.

19              But we do want to point out that there is evidence

20    that the MLM equipment was used during the 2012 time frame.

21    First of all, as we pointed out, there was a four-year contract

22    that the MLM equipment had.  And as the defense points out,

23    this was a significant -- the actual license was a significant

24    issue.  It was a significant chunk of that multimillion dollar

25    contract.  They pointed out that, Your Honor.

1          There is no evidence that that contract, that

2    four-year contract, was ever terminated, Your Honor.  It's not

3    logical and the Court can certainly infer from circumstantial

4    evidence that the license, they wouldn't have just given up on

5    it and stopped using it when they were paying for this license.

6          In addition to that, there is some evidence that

7    suggests that Justice Diaz cites both in his last and ultimate

8    affidavit that the system, the MLM system, was operational

9    prior to the NSO system being operational and it was being used

10   in 2012.

11         For example, Azule Rodriguez Lou acknowledged that an

12   April 24, 2012 internal email contained one of her blackberry

13   PINs.  Why is that significant?  In their response, they

14   speculate, well, you know, it's possible that she may have had

15   this PIN or other people may have had these PINs or emails on

16   their phones.  They didn't delete them, so once the NSO system

17   becomes operational in July of 2012, hey, they could have

18   intercepted back then, and it would -- they still might have

19   gotten the content from 2011, early 2012.

20       But what we have here is proof that the internal email

21   from the Nation Security Council employees to one another was

22   April 24, 2012, not that the interception -- I mean not that

23   the content was from 2012, but the actual -- the actual email

24   forwarding the intercepted content was in April of 2012.

25       There is another example, Francisco Sanchez, a/k/a Ponchy,

1    acknowledged that a March 28, 2012 internal email from Ismael

2    Pitti's government email address to Ronny Rodriguez's

3    government email address which is attached to the most recent

4    Diaz affidavit contained a transcription of Sanchez's

5    intercepted audio.  That alone is probable cause to believe

6    that these interceptions were done prior to the installation of

7    the NSO system.

8         Now, is it possible that the NSO's equipment even though

9    the contract date was July 3, 2012, and I'll get back to that

10   point in a moment, is it possible that the NSO system is

11   operational prior to that date?  Yes, it is possible.

12        But Ismael Pitti explained that they needed this 15

13   megabyte internet service before that NSO system -- he doesn't

14   say NSO, but they keep saying the only thing he referred to is

15   the Pegasus system.  He says he needed that 15 megabyte

16   internet service to be installed first.  We know from the

17   documentary evidence, it's in the record, that that system,

18   Liberty Communications, was done June 1, 2012.  That's still

19   considerably after the two examples I just gave.

20        Now, he mentioned that the document, MLM document,

21   specifically says that it could intercept phones.  I don't

22   think that's accurate.  I don't think it says either way.  It

23   does talk about the fact that it can geo-locate phones.  And I

24   understand their point.  Well, if they really thought it could

25   do this material, then certainly wouldn't they have stated it.

```
 1   But I think there is evidence to support probable cause to show

 2   that the MLM system was used.

 3       Now, they talk about the fact well, why did the -- let me

 4   turn to the NSO issue as well, the public funds.  Panama does

 5   not need to establish that public funds were used to purchase

 6   the NSO equipment in order to establish embezzlement by use or

 7   embezzlement by fact.

 8       That's in the supreme -- the Magistrate Justice Diaz's

 9   affidavit.  And you know what?  That is the same as in United

10   States law.  We provided a number of cases to show that as long

11   as there is some sort of evidence that the property was in the

12   control or the ownership of the government, that's sufficient.

13       There is a case that we cited about treaties.  Certainly

14   nobody could prove, the government can't prove that the

15   government at some point bought the sappling in order to plant

16   the tree on public property.  There's no requirement that we

17   have to prove that there was a government purchase of the

18   equipment that is embezzled.

19       It's also not necessary, as Justice Diaz points out in

20   paragraph 35 of his most recent affidavit, that there be some

21   sort of audit of a comptroller general to be performed in order

22   to prove evidence of theft or use of government entrusted

23   goods.

24       I think in their most recent submission last night,

25   Mr. Moreno says, well, there are some cases in which courts
```

1    have found.  Well, the government -- they were able to prove

2    this because they have this audit.

3         The defense keeps doing this over and over and over again

4    on multiple points, confusing what is a necessary condition

5    between what's a sufficient condition.  They do it with respect

6    to the warrant case, the Eleventh Circuit warrant case which

7    they improperly mischaracterize as binding authority.  They do

8    it in this instance.  They do it with respect to the charging

9    document itself.

10        The fact that Mr. -- that Magistrate Judge Diaz says that

11   this equipment was purchased with public funds, it doesn't bind

12   him and that doesn't -- it's, first of all, a factually true

13   statement, and that doesn't bind him from being able to prove

14   that there is some other source of the funds or that there is

15   still embezzlement regardless of the use of public funds.

16        The Court has to defer to Magistrate Justice Diaz's

17   interpretation of Panama law and what he must prove at trial.

18   And he has explained in his most recent affidavit that he does

19   not need to have any sort of audit, and he doesn't have to

20   prove that the funds, government funds, were used.

21        Now, there is probable cause, however, based on the record

22   to believe that both the MLM and the NSO equipment was

23   purchased with public funds, as we assert in our reply brief.

24   First of all, obviously the MLM, I don't think there's any

25   contention.

 1          The NSO, as we said in our last argument, we said in our

 2     reply brief, you have the end use agreement which says that

 3     this is the NSO, the Nation Security Council's, property, the

 4     government of Panama.  The contract says it cannot be assigned

 5     to anyone else.  It's got to be -- we have to get formal

 6     approval from the government of Israel before we would allow

 7     you even to hand this off to anybody.  Certainly from the

 8     context of the contract and from the perspective of NSO, they

 9     were selling this to the government.

10          I should also point out that in another document, you have

11     the NSO agreement that is RAMB000616.  It says that the

12     8 million for the Pegasus equipment had to be paid by the end

13     user which if you look at the end user agreement, that's the

14     government of Panama, that's the National Security Council.  So

15     again, the NSO perspective, this is being paid for by

16     government funds.  So that alone, there's probable cause to

17     believe public funds were used for the NSO.  Now, their

18     argument --

19          THE COURT:  In other words, what you are saying is

20     that the agreement itself between the NSC and the Israel

21     company require the government to pay for the funds?

22          MR. FELS:  That's what it says.  Absolutely.  It says

23     that the 8 million for the Pegasus equipment was to be paid by

24     the end user which if you reference the July 3, 2012 document

25     that end users to the Panamanian government, it's the National

```
 1   Security Council.  So that alone provides evidence.

 2           Now, the defense argues that there is some contrary

 3   evidence.  I don't think this contrary evidence really helps.

 4   You remember at the last hearing I said, well, it's entirely

 5   possible that after the paper trail by the MLM, Mr. Martinelli

 6   Berrocal would realize maybe we not do that anymore, maybe we

 7   find another way to get me this equipment where I don't have

 8   this long paper trail.  Apparently, according to their own

 9   documentary evidence that they rely on, it's exactly what they

10   did.

11           To the extent that the Court can consider this

12   evidence because we would argue that it is contrary evidence

13   that he is introducing, but to the extent that he does, and the

14   Court does consider this private funds, it's a company called

15   Caribbean Holding Services.  And in their own documentation,

16   they cite a newspaper article that says that this company was

17   run by Mr. Martinelli Berrocal's brother-in-law.  That was the

18   source of the funds for the NSO equipment.

19           Now, first of all, again, as I said, that's not

20   inconsistent with the position that Mr. Martinelli used a

21   private company to hide the paper trial for the acquisition of

22   the surveillance equipment that he illegally used, but it's

23   also additional proof, again to the extent the Court could even

24   consider it, that Mr. Martinelli committed the crimes alleged

25   is circumstantial evidence of his involvement in the very
```

1    acquisition of this equipment.

2         They argue that Mr. Martinelli wasn't charged along

3    with Tamborelli and the other NSC principals.  He couldn't have

4    been.  We have already established this.  The only way he could

5    have been charged -- he couldn't have been charged along with

6    him.  Because of his Parlacen status, he had to be charged in

7    another special setting, which is exactly what has happened in

8    this case.

9         As to the theft of the equipment, the ultimate

10   disposition of the equipment, we rely on our briefs on that

11   point.  But I should point out we obviously have the audit

12   saying that the government of Panama is out over $10 million on

13   the MLM equipment.

14        As for the NSC equipment, where is it?  We know that

15   the last time it was used, as we cite in our brief, was shortly

16   before the election.  It's not been used since.  If it's stored

17   in some sort of government warehouse, guess what?  That is

18   still embezzlement by theft because it deprives the government

19   of Panama from the use of this equipment.

20        Your Honor, what we know is that there is

21   circumstantial evidence that Mr. Martinelli Berrocal ordered

22   the removal of this equipment because, number one, he

23   understood the illegality of his conduct.  That's again

24   additional evidence of his knowledge of the illegality of this

25   intercept.

```
 1              But number two, we know that at least one piece of
 2      this equipment, the server rack, wound up going to one of his
 3      companies.  And that's not coming from Ismael Pitti, by the
 4      way.  That's coming from all the other witnesses that they cite
 5      in order to try to contradict Ismael Pitti.  Ismael Pitti
 6      acknowledges he doesn't know where the rack was taken.  It was
 7      the other witnesses that they cite, Graell who says we took it
 8      to the super 99.
 9              So if you look at this in totality, first of all,
10      again, our point is we don't have to demonstrate probable cause
11      that each set of equipment was used during the relevant time
12      frame and that each set of equipment was stolen.  We just need
13      to prove that at least probable cause, prove by a preponderance
14      of the evidence, more likely than not, that there is evidence
15      to suggest that some equipment was used during the relevant
16      time frame and that some equipment was stolen.
17              If Your Honor has no additional questions, I can move
18      on to a different point.
19              THE COURT:  Let me go back to Mr. Jimenez.
20              MR. JIMINEZ:  Your Honor, a couple of quick points.
21      With respect to the pre-July 2012 emails, there's been no
22      indication whatsoever, there's no proof.  They just pulled
23      something out of an email.  It doesn't say what equipment was
24      used, none at all.  Their whole case, the entire case, is
25      Ismael Pitti saying that we intercepted telephones.
```

 1            And to the extent that those pre-July 2012

 2   communications indicate the interception of telephones before

 3   June of 2012 or whenever the NSO equipment was acquired, the

 4   MLM equipment simply could not do that.  That's undisputed.  No

 5   one has testified that it could do that.  The only one is Harry

 6   Diaz.  That eliminates and eviscerates the use of MLM.

 7            As far as the theft of MLM, all they've got is an

 8   audit report saying it's missing.  There is no evidence that

 9   President Martinelli ordered anyone to do anything to remove

10   that equipment or take it anywhere.

11            There is a lot of evidence in the record about

12   computers that were found and servers that were found and racks

13   that were found.  The government doesn't talk about that, but

14   it's all over these B1.1, so forth, all these inspections, that

15   there is no evidence that the MLM equipment, that this

16   defendant, this putative defendant in Panama, had anything to

17   do with the removal or theft of the MLM equipment.

18            As far as the Pegasus equipment -- let me add one more

19   thing on MLM, Your Honor.  The cite I wanted to give the Court

20   is Julio Molto who was the head of the National Security

21   Council until, I believe, February or March of 2012.  At page

22   RAMB2160, it says the NSC had systems in a joint program with

23   friendly countries or governments that allows telephone

24   interceptions for use of judicial -- for use of -- I think it

25   says judicially authorized interceptions.

1          So there is that testimony, Your Honor, that there was

2     other equipment around, that the National Security Council had

3     programs with other countries, intercepted phones calls, just

4     part and parcel of their functions.

5          So MLM -- I think the bottom line is, Your Honor, MLM

6     simply, no one disputes, simply could not intercept telephones.

7     And for anyone to say that it was is a lie and that's just --

8     that's what Harry Diaz is trying to do.  It's false.  It's a

9     misrepresentation made directly to this Court.

10         As far as Pegasus equipment, Your Honor, I don't think

11    I talked -- and Mr. Fels talked about Mr. Diaz's affidavit.  I

12    would like to talk a little bit about Mr. Moreno's affidavit

13    which we didn't have a chance to prepare and finish until

14    yesterday when we first conversed and met with him.

15         That affidavit makes very clear that in order to

16    charge someone in Panama with embezzlement, you have to have a

17    public servant who has custody by virtue of his position, and

18    there must be a loss caused to the state.

19         What Dr. Moreno says is that with respect to assets

20    that are used by public agencies in the normal course of their

21    business, that evidence or those cases are developed, the

22    evidence that is used in those cases is an audit report by the

23    comptroller general in the republic like there is in the MLM

24    case.

25         The government cited this 2010 decree that

1   Mr. Martinelli signed.  And if the Court will recall, they

2   stressed that heavily to you in their papers because they

3   believe it provides probable cause that he committed the

4   surveillance crimes, that he ordered people -- that he reduced

5   the National Security Council, that he ordered people to do

6   these things and, therefore, there is probable cause for

7   surveillance crimes.

8        That same decree says in article 31 that it is the

9   comptroller general of the republic who shall execute the

10  fiscal control corresponding to the office of the secretary of

11  the National Security Council.

12       So if that law states that it's this same entity that

13  did the audit report for MLM that has fiscal control, that is

14  the one that certifies whether or not there is a loss to the

15  state and whether -- and identifies the individuals who had

16  custody over the assets that are involved in any such loss.

17       That's why Harry Diaz focuses so much on MLM, because

18  that audit report is the evidence that establishes probable

19  cause, or in Panama, they call it the ideal proof or, you know,

20  I think the word is Spanish is idonea, I-D-O-N-E-A.  That's not

21  here.  That's not present in Pegasus because President

22  Martinelli did not have custody over those assets.

23       It was the secretary of the National Security Council

24  that did.  And it's the comptroller general under the law that

25  they themselves rely on that certifies who has custody.  That's

1    why Perez and Tamborelli were the only individuals charged with

2    embezzlement and not William Pitti and Ronny Rodriguez even

3    after William Pitti and Ronny Rodriguez were investigated.

4           That's why no one has been charged in the Pegasus

5    case, as we submitted to the Court last night, because there is

6    no audit report for Pegasus.  There can be no audit report for

7    Pegasus because there is no proof that it was purchased with

8    public funds.  And as much as the government wanted to have it

9    otherwise, that's what the indictment in this case charges.

10   It's very clear Diaz charged embezzlement of equipment

11   purchased with public funds.  And that's why he focuses on MLM.

12   That's why he wants the Court -- misrepresents to the Court

13   that MLM was used.

14          One more point, Your Honor, about Dr. Moreno's

15   affidavit.  He cited cases, some of which Mr. Diaz cited.  And

16   those cases say that this audit report which I have been

17   talking about which is necessary to establish probable cause or

18   to convict someone in the -- he cites three different cases.

19          One is called the Moreno Morillo case where it's not

20   enough just to be a public servant.  The second one is a case

21   involving Mireya Moscoso, a former president of the republic,

22   who in that case there was an audit report, but the audit

23   report did not establish her as an individual who had custody

24   over the assets.  So in that case, not only was she not

25   charged, the prosecutor refused to even start a criminal case

1    against her, refused to accept the criminal complaint that was

2    filed to start the process.

3           And in the Pimintel case, that case held that it's

4    improper to charge an individual without an audit report.  So,

5    you know, certainly Diaz talks about exceptions to that where

6    these are not assets in the normal course of business.  For

7    example, if a police officer in Panama arrests a drug dealer

8    and seizes narcotics and then by virtue of his public function

9    has control over the narcotics, then, yeah, he could be charged

10   with embezzlement for that because it's been acquired in a

11   sense by the government and it's in his official position, in

12   his official custody.

13          But in cases where the assets of an agency are used in

14   the normal course or as part of the operation of the agency

15   like computer equipment, cars, things like that that are

16   assigned, you need this audit report.  And that's what

17   Dr. Moreno makes clear.

18          As far as the fact that you can prove theft because

19   the desktops or the computer equipment is in another government

20   warehouse, that's preposterous.  Nothing has been stolen.  The

21   equipment is there.  We cited the evidence, Your Honor.  The

22   three desktops that were supposedly used were moved to a

23   government warehouse.  And I have covered the rack, Your Honor.

24   I think the rack is just a distraction.  It's a piece of

25   furniture.  It's not the MLM equipment.  And it's not even the

1   Pegasus equipment because it's just a rack that held computers

2   or held something at some point that the witnesses can't

3   identify.  They just say it's a piece of furniture.

4          So whether you look at it from a factual standpoint or

5   the legal requirements, the elements that have to be

6   established under Panamanian law, embezzlement is wholly

7   lacking as it to MLM which is not even used and as to Pegasus

8   which was not purchased with public funds as alleged by

9   Mr. Diaz in his indictment which he cannot vary and cannot get

10  away from.

11         THE COURT:  Let me ask you, I believe you said you

12  filed another -- the Moreno affidavit from last night.

13         MR. JIMINEZ:  Yes.

14         THE COURT:  But that's not yet translated, correct?

15         MR. JIMINEZ:  Yes, Your Honor, it's not yet

16  translated.  We will do that as quickly as we can.

17         THE COURT:  How soon do you think you will be able to

18  get that realistically, three to four days?

19         MR. JIMINEZ:  Yes, Your Honor.  I think we can do

20  it -- today is Wednesday.  We will -- is Monday okay?

21         THE COURT:  Yes.  I'm not ordering it.  I just want it

22  for my own purposes.

23         MR. JIMINEZ:  We can get it done for sure by Monday,

24  Your Honor.  It's just that because of the legal terminology,

25  it takes a little longer to translate some of these documents.

```
 1              THE COURT:  Right.  Because I want to make sure I
 2    consider it.  We have been looking at a lot of material, and so
 3    I want to make sure I consider everything that you wish me to
 4    consider.
 5              MR. JIMINEZ:  Yes, Your Honor.
 6              THE COURT:  And that it's admissible, so I want to
 7    make sure it's admissible before everything is done.
 8              All right.  So you will have it ready Monday or
 9    Tuesday.
10              Have we covered, I guess at this point between last
11    hearing and this hearing, I think, is there any loose end at
12    this point that we should talk about?
13              MR. JIMINEZ:  Well, Your Honor, we did -- yes, there
14    is one thing I would like to talk about, which is our argument
15    regarding the invalidity of the document and the lack of
16    jurisdiction by the Court.
17              THE COURT:  Okay.
18              MR. JIMINEZ:  Before the last hearing, a couple of
19    days before the last hearing, Mr. Diaz filed his third
20    affidavit, right?  The one he filed Friday was his fourth
21    affidavit.  In his third affidavit, he said for the first time
22    ever, oh, we don't need imputacion because this is a special
23    proceeding.
24              We then submitted to the Court in our brief on 11 and
25    also in Mr. Moreno's affidavit that we filed with that brief
```

1    the fact that he's just flatout wrong that the criminal

2    proceedings that are so-called special proceedings before they

3    go to -- because they involve a deputy or someone who is to be

4    tried by the supreme court only, those incorporate the rules of

5    the general proceedings which include imputacion.

6            And we also explained to the Court that in two other

7    special proceedings cases where Mr. Diaz himself was involved

8    as the magistrate --

9            (Thereupon, there was an interruption by the court

10   reporter.)

11           MR. JIMINEZ:  Sorry.

12           Contrary to his prior practice and contrary to the

13   black letter law in Panama, he completely misrepresented in his

14   affidavit to you that imputacion hearings are not required,

15   special proceedings, another lie to the Court.

16           In his last affidavit that he filed that we got last

17   Friday, the 18th, zero from Mr. Diaz on that.  Why is that

18   important?  Because he can't rebut it.  But on top of that,

19   this is the only case that we are aware of in the entire

20   history of Panama where a defendant was charged without an

21   imputacion hearing.  We haven't found another one.

22           THE COURT:  What is the remedy in Panama for that?

23           MR. JIMINEZ:  The remedy in Panama, Your Honor, is

24   that the Court cannot proceed, as our experts have explained,

25   Dr. Moreno has explained repeatedly, it renders the criminal

1   proceeding a nullity, and the Court does not have jurisdiction

2   because that imputacion hearing is what starts a key phase in

3   the case.  It starts an intermediate investigatory phase during

4   which the defense can present evidence.

5        So what the Panamanian government did in this case for

6   political reasons with a corrupt prosecutor is indict someone

7   without an imputacion whatsoever first time ever in their

8   history because he's a foreign president and they wanted him

9   back no matter what requirements there are.

10       So we have made the legal argument under Sasserby that

11  that deprives the Court of jurisdiction.  But I wanted to point

12  out that fact to the Court.  And it's really important because,

13  not only is it the only case in the history of Panama that we

14  are aware of, but if he is extradited, he's going to be tried

15  by the supreme court that Mr. Diaz has said is corrupt.  He's

16  admitted it several times.  And there is no right of appeal.

17       You know, this is not a situation where he's going to

18  be sent back and he's tried by a lower court judge and then

19  there is an appeal and then there's an intermediate appeal and

20  then an appeal to the supreme court.  He's going to be tried by

21  the Court without any appeal that the prosecutor in this case

22  has said is corrupt.  That's unprecedented.  You know, to send

23  someone back to that, it shocks the conscience.

24       And that gets to our due process argument which I have

25  interspersed throughout our discussion here today.  It's a

```
 1   violation of President Martinelli's due process rights to, not

 2   only have him extradited on the basis of lies by Mr. Diaz which

 3   include the imputacion lie and include the lie about the MLM

 4   equipment, it's also a violation to send him back.  It's

 5   shocking to the conscience to send him back to be tried by a

 6   prosecutor who has admitted repeatedly in interviews with

 7   newspapers, in a long interview on the internet, that the court

 8   he sits on is corrupt, a court that would prosecute --

 9           THE COURT:  Why is that true and everything else is

10   false?  Why is the one thing that is true is that accusation,

11   but everything else that Mr. Diaz has said in four affidavits,

12   I shouldn't rely upon, but this part of the affidavit which

13   goes to some statement he made to some reporter, that is

14   somehow the God's honest truth?

15           MR. JIMINEZ:  That hasn't been challenged.  No one

16   has --

17           THE COURT:  You certainly have challenged Mr. Diaz's

18   credibility.

19           MR. JIMINEZ:  I agree.

20           THE COURT:  Therefore, why should that have any

21   bearing at all given the fact that he has very little

22   credibility according to you?

23           MR. JIMINEZ:  That's a good question, Your Honor.

24           THE COURT:  I try to ask good ones, right, try to.

25           MR. JIMINEZ:  But I would say this.  When it comes to
```

 1   a prosecutor talking about his own job in the court on which he
 2   sits and not in the context of this political proceeding where
 3   they are trying to extradite him back, but he's talking to a
 4   newspaper reporter and he's talking repeatedly, not just
 5   once -- he said it in 2015.  He said it in 2017.  He gave a
 6   long interview on television or on the internet live in 2016.
 7   He has said it repeatedly over three or four years.
 8         So on that you take him at his word because it has
 9   nothing to do with this case in the sense that it doesn't
10   have -- it's not a representation he's making to the court
11   about the evidence in this case.  It's about his own job and
12   the court on which he sits.
13         And they haven't said, oh, that's not true, that
14   Mr. Diaz didn't say that.  They haven't said, oh, no, the court
15   is not corrupt.  What they said is you should look at it
16   because of the rule of non-inquiry.  Well, I think that that is
17   a misplaced focus.  I think the focus is on what the due
18   process rights under our law are for this defendant.  And those
19   rights include not to be extradited as in the Valenzuela case
20   on the basis of lies by Mr. Diaz or about the evidence in this
21   case and about the law in this case and not to be extradited
22   when the very same prosecutor in the very same court are
23   admittedly corrupt, not generally, not as I said at the very
24   first hearing, not -- the rule on non-inquiry case is talking
25   generally about general things.  You know, this is not a

1    general thing.  This is the actual prosecutor in this case

2    saying these things about the court that is going to try him

3    with no right of appeal.  That's why it's a due process

4    violation.

5                THE COURT:  Okay.

6                MR. JIMINEZ:  I think that point, Your Honor, that was

7    made in the government's briefs or in Mr. Diaz's affidavit, I

8    think that covers, unless I'm missing something, I think that

9    covers the areas that I wanted to stress at this hearing.

10                THE COURT:  All right.

11                Do you want to add anything, Mr. Fels?

12                MR. FELS:  A few short responses, Your Honor.

13                Judge, we are not responding to his allegation of

14    Mr. Diaz -- Magistrate Justice Diaz's allegation of corruption

15    simply because the rule of law indicates that this Court is not

16    to make any decisions about this.  This is squarely within the

17    rule of non-inquiry.  So we don't want to respond to invite the

18    Court to make some sort of a finding on this point.

19                I want to talk also about the due process violation.

20    Mr. Martinelli Berrocal focuses on this intentional lie by

21    Justice Diaz by conflating the MLM and NSO systems.  It has to

22    be an intentional lie, they say, because it benefits his

23    overall position.  By the same token, Mr. Martinelli Berrocal

24    and his lawyers must be intentionally lying because in their

25    August 11, 2007 filing, they falsely claim that Diaz said that

1    the operational date for the Pegasus system was June 3, 2012.

2    They said it multiple time, June 3, not July 3.  Diaz actually

3    said that the date was July, not June which is also

4    corroborated by the evidence, the end user agreement.

5          That earlier date, the June date, really benefits him

6    because the earlier they can push the NSO system, the more it

7    benefits their argument which we don't think is meritorious

8    anyway that the MLM system couldn't have been used in 2012.

9    So, therefore, by their own reasoning, Mr. Martinelli Berrocal

10   did not make an honest mistake by substituting June for July,

11   and it must be an intentional lie to this Court.

12          Now, obviously that's not the case, Your Honor.  As we

13   said in our reply brief, any issue created by the conflation of

14   the MLM or NSO system has been cured by Justice Diaz's

15   correction of the record explaining the difference and there is

16   no sort of due process violation.

17          I want to talk a little bit about the imputacion.  You

18   have a supreme court justice equivalent providing this Court

19   with its interpretation of Panamanian supreme court --

20   Panamanian law.  They have a lawyer, a defense attorney, who is

21   on the other side.  Imagine a court in a foreign country trying

22   to make a decision on some arcane Panamanian law when you have

23   Justice Thomas expressing what the law is on one side and some

24   sort of defense attorney on the other.  It's absurd.  It's the

25   very reason why these issues about the obscurities of procedure

1     in Panamanian law have to be handled in Panama.

2            This Court respectfully is not the arbiter about the

3     arcane issues of procedure.  If the imputation was required,

4     well, Mr. Martinelli can and can only raise that issue then.

5            But Justice Diaz says in his July 31, 2017 affidavit

6     that under the special procedures, given his position at

7     Parlacen, as the congressperson in that body, the imputacion

8     hearing under article 280 is not required.  What is required

9     under article 488 is that you have this complaint charge

10    provided in writing which must, among other things, identify

11    the defendant state the proof of the punishable act.

12           By the way, these are the same procedures.  You don't

13    have to only rely on Magistrate Justice Diaz.  Magistrate

14    Justice Mejia in request for extradition, that's RAMB00001012

15    describes the same procedures of -- the special procedures and

16    that they were followed in this case.

17           So common sense, by the way, as we've argued before,

18    dictates and demonstrates why Panama's interpretation is

19    accurate and Mr. Martinelli Berrocal's position is nonsensical.

20           According to Dr. Moreno in his interpretation that

21    without imputacion, a case could never proceed and, therefore,

22    an extradition request could never issue, that would

23    essentially mean that a member of Parlacen could always avoid

24    prosecution or extradition simply by fleeing the country when

25    invited to appear and, therefore, permanently deprive the

1    prosecuting agency from ever obtaining jurisdiction.  It's

2    nonsensical, Your Honor, and it's not consistent with the law

3    explained to this Court by Justice Diaz as well as Justice

4    Mejia.

5         He mentioned a couple of cases that Justice Diaz was

6    involved in.  We did do some research.  I think there was one

7    case of the Samuel Bennett case.  Yes, he did have imputacion.

8    He was also charged the special procedures, but he actually was

9    physically present.  He didn't run, and he was actually

10   present.  They were having a hearing on other issues, and he

11   requested that as long as, essentially, he was in front of the

12   court, that he receive an imputacion.

13        It's Panama's position that an imputacion is not

14   required under those circumstances.  There is another example I

15   think they use of Karen Bonitez.  She is not believed to be

16   prosecuted under special procedures.  She wasn't a

17   congressperson.

18        They point to article 481.  That was one of the most

19   recent developments.  They said, well, 481 says that you still

20   have to have an imputacion in special procedures.  It's not so.

21   It states as a general rule that oral procedures in common,

22   ordinary processes do apply in special cases.  But section 488,

23   that's the special rule that applies to the providing of notice

24   to the accused Parlacen member.

25        And it's important to note, I think they meant to

1  submit an English translation.  They wound up submitting two

2  Spanish translations.  At least that's what I saw from the

3  record.

4          But if you take a look at that article 481, there is a

5  long list of related articles that -- you know, basically a

6  cross-referencing.  Guess what is not in that list of related

7  articles to 481.  280, that's your imputacion, 488.  They are

8  not there.  They are not referenced by the very article that he

9  claims were -- or that I should say Dr. Moreno claims applies.

10         In short, the Court is entitled to rely on the

11  interpretations of Panama law and this is not within

12  respectfully the canon of this Court to determine the

13  complexities of the law in Panama.

14         If and when he is sent back, if Your Honor certified

15  and if the State Department actually extradites him, he will be

16  well within his rights to make any sort of procedural arguments

17  that he wants to make about the invalidity.

18         Your Honor, if there are any other questions that Your

19  Honor might have?

20         THE COURT:  No, I think we have probably covered

21  everything.  Thank you.

22         MR. FELS:  Thank you, Your Honor.

23         THE COURT:  What I am going to do is I am going to

24  wait to make sure that if I am missing any translations, you

25  will double-check.

```
 1            MR. JIMINEZ:  Yes, Your Honor.

 2            THE COURT:  I thought I had.

 3            MR. JIMINEZ:  I don't think you are except for this

 4    last one.

 5            THE COURT:  I don't think I am.  So you will file that

 6    by Monday or Tuesday.  An order denying or granting the

 7    extradition will be entered on August 31, so that way that

 8    gives me a few more days to work on it after I get the

 9    translation.  Even I can translate it, but you know what I

10    mean.  I have to work on the official document.  And then an

11    order will be entered August 31.

12            Okay.  Thank you all very much for your sufficiency.

13            (Thereupon, the hearing concluded at 11:26 a.m.)

14                              - - -

15                      C E R T I F I C A T E

16

17            I hereby certify that the foregoing is an

18    accurate transcription of the proceedings in the

19    above-entitled matter.

20

21

22    9//6/17              s/ Tammy Nestor
                           Tammy Nestor, RMR, CRR
23                         Official Court Reporter
                           299 East Broward Boulevard
24                         Fort Lauderdale, Florida 33301
                           tammy_nestor@flsd.uscourts.gov
25
```

MR. FELS: [14] 3/7 15/10
17/8 17/21 17/25 18/3 18/6
18/24 27/10 27/13 41/5
46/21 61/11 65/21
MR. JIMINEZ: [52] 3/16
3/21 4/8 7/9 7/25 8/14 9/9
9/22 9/24 10/8 11/3 11/11
11/13 12/10 13/4 13/7 14/19
15/5 22/18 23/12 24/4 24/21
25/14 25/18 26/6 27/14
31/11 33/16 33/24 34/1 36/5
36/22 37/3 38/7 41/4 49/19
55/12 55/14 55/18 55/22
56/4 56/12 56/17 57/10
57/22 59/14 59/18 59/22
59/24 61/5 65/25 66/2
THE COURT: [64] 3/2 3/15
3/20 3/23 7/5 7/21 8/11 9/7
9/17 9/23 10/1 10/25 11/6
11/12 12/7 12/25 13/5 14/11
15/3 15/8 17/6 17/19 17/22
18/2 18/14 22/10 22/17 23/7
24/3 24/19 25/9 25/15 25/21
27/9 27/12 31/10 33/15
33/22 33/25 35/21 36/15
36/23 37/25 41/3 46/18
49/18 55/10 55/13 55/16
55/20 55/25 56/5 56/16
57/21 59/8 59/16 59/19
59/23 61/4 61/9 65/19 65/22
66/1 66/4
THE COURTROOM
DEPUTY: [1] 3/3

## $
$10 [2] 39/25 48/12
$10 million [2] 39/25 48/12
$13.4 [1] 40/2
$13.4 million [1] 40/2

## '
'4 [1] 11/16

## 1
11 [2] 56/24 61/25
11:26 [1] 66/13
11th [1] 4/10
12 [1] 15/14
13 [1] 23/21
1301 [1] 1/16
14 [1] 23/23
14th [1] 23/22
15 [2] 43/12 43/15
17 [1] 66/22
17-22197-MC-TORRES [1]
1/2
18th [1] 57/17
1905 [7] 6/22 11/16 11/17
12/1 16/20 19/12 19/15

## 2
20001 [1] 1/16
2001 [1] 12/17
2007 [1] 61/25
2010 [2] 38/24 51/25
2011 [1] 42/19
2012 [21] 30/1 34/23 35/19
41/20 42/10 42/12 42/17

43/19 43/22 43/23 43/24
43/1 43/9 43/18 46/24 49/21
50/1 50/3 50/21 62/1 62/8
2014 [9] 8/10 8/14 9/1 12/18
12/20 23/19 25/2 26/17 30/1
2015 [2] 30/1 60/5
2016 [1] 60/6
2017 [4] 1/5 17/16 60/5 63/5
23 [1] 1/5
24 [3] 16/11 42/12 42/22
255 [2] 2/3 2/7
28 [2] 21/22 43/1
280 [2] 63/8 65/7
299 [2] 2/11 66/23

## 3
3,000 [2] 29/21 32/1
30th [1] 9/20 16/2
31 [4] 52/8 63/5 66/7 66/11
33132 [1] 1/13
33134 [2] 2/4 2/8
33301 [1] 66/24
33433 [1] 2/12
35 [1] 44/20

## 4
41 [1] 28/9
481 [4] 64/18 64/19 65/4
65/7
488 [3] 63/9 64/22 65/7

## 8
8 million [2] 46/12 46/23
80-year-old [1] 16/12
800 [2] 2/3 2/7

## 9
9//6/17 [1] 66/22
99 [2] 1/13 49/8
9:45 [1] 3/2

## A
A-L-T-U-V-E [1] 5/7
a.m [2] 3/2 66/13
a/k/a [1] 42/25
able [3] 45/1 45/13 55/17
about [49] 3/25 6/15 9/8 9/8
11/10 13/25 15/10 17/23
21/17 21/18 21/20 23/3
23/11 23/12 25/10 28/2 28/3
28/14 28/20 28/21 29/19
32/4 40/23 43/23 44/3 44/13
50/11 50/13 51/11 51/12
53/14 53/17 54/5 56/12
56/14 59/3 60/1 60/11 60/11
60/20 60/21 60/25 61/2
61/16 61/19 62/17 62/25
63/2 65/17
above [1] 66/19
above-entitled [1] 66/19
absent [2] 14/14 14/24
Absolutely [1] 46/22
absurd [1] 62/24
accept [1] 54/1
according [4] 39/17 47/8
59/22 63/20
account [1] 36/20
accurate [3] 43/22 63/19
66/18
accusation [3] 30/19 30/21

59/1
accused [2] 28/13 64/24
acknowledged [2] 42/11 43/1
acknowledges [1] 19/25 49/6
acquired [2] 50/3 54/10
acquisition [2] 47/21 48/1
act [1] 63/11
activities [1] 40/12
actual [5] 5/11 30/10 41/23
42/23 42/23 61/1
actually [14] 5/15 6/4 8/13
18/6 18/7 18/15 26/2 36/19
36/20 38/10 62/2 64/9 64/9
65/15
Adam [1] 1/12 3/9
add [6] 4/3 15/4 21/15 41/1
50/18 61/11
added [13] 6/25 7/2 8/10
12/20 13/16 13/17 14/4
23/22 23/25 24/10 25/1 25/2
26/17
adding [4] 12/22 12/23 12/23
15/17
addition [8] 32/12 38/22 42/6
47/23 48/24 49/17
additions [1] 15/15
address [4] 27/10 35/18 43/2
43/3
administration [1] 34/10
admissible [2] 56/6 56/7
admitted [2] 58/16 59/6
admittedly [1] 60/23
Affairs [2] 3/12 3/15
affect [1] 6/19
affidavit [32] 18/1 27/17
27/18 28/4 28/6 28/6 28/8
28/19 29/16 32/14 33/1
37/13 40/24 42/8 43/4 44/9
44/20 45/18 51/11 51/12
51/15 53/15 55/12 56/20
56/21 56/21 56/25 57/14
57/16 59/12 61/7 63/5
affidavits [2] 27/16 59/11
after [14] 9/20 10/16 15/10
16/2 16/9 16/17 16/17 20/12
31/7 37/15 43/19 47/5 53/3
66/8
again [13] 12/22 19/2 31/14
31/23 40/9 40/21 41/6 45/3
46/15 47/19 47/23 48/23
49/10
against [6] 8/17 9/6 13/15
34/9 40/11 54/1
agencies [1] 51/20
agency [3] 54/13 54/14 64/1
ago [1] 3/25
agree [6] 7/6 7/11 7/23 13/2
15/17 59/19
agreed [2] 5/7 20/16
agreement [6] 19/17 46/2
46/11 46/13 46/20 62/4
agreements [2] 10/19 23/9
aid [1] 4/14
airport [1] 5/15
ALBERTO [2] 1/6 3/5
Alhambra [2] 2/3 2/7
alive [1] 7/12
all [31] 12/1 12/10 13/2 17/13

28/20 29/5 30/1 30/25 31/6
34/2 34/4 35/18 37/2 41/21
45/12 45/24 47/19 49/4 49/9
49/24 50/7 50/14 50/14 56/8
59/21 61/10 66/12
allegation [2] 61/13 61/14
allege [1] 38/21
alleged [3] 25/3 47/24 55/8
allow [1] 46/6
allows [1] 50/23
almost [1] 34/6
alone [4] 29/17 43/5 46/16
47/1
along [2] 48/2 48/5
already [4] 22/6 29/16 39/11
48/4
also [20] 3/14 3/23 4/11 9/16
13/25 20/6 21/4 21/15 32/11
33/25 39/3 44/19 46/10
47/23 56/25 57/6 59/4 61/19
62/3 64/8
Altuve [3] 5/7 5/7 20/6
always [2] 4/21 63/23
am [4] 65/23 65/23 65/24
66/5
Amadeus [1] 5/10
ambiguous [5] 12/9 12/10
12/12 14/22 15/18
amend [1] 8/22
amended [1] 8/16
amendment [1] 11/9
AMERICA [1] 1/3
among [1] 63/10
amount [1] 4/1
amplified [1] 32/25
analysis [4] 24/21 25/16
25/18 25/18
another [12] 20/7 32/14
42/21 42/25 46/10 47/7 48/7
54/19 55/12 57/15 57/21
64/14
answer [2] 7/22 38/2
anti [1] 14/2
anti-retroactivity [1] 14/2
any [32] 5/1 6/17 8/20 9/15
10/18 11/9 16/5 18/5 22/15
22/16 22/17 26/9 27/21
28/22 29/12 29/22 30/2
30/11 31/21 40/19 41/17
45/19 45/24 52/16 56/11
58/21 59/20 61/16 62/13
65/16 65/18 65/24
anybody [1] 46/7
anymore [1] 47/6
anyone [4] 40/11 46/5 50/9
51/7
anything [13] 4/3 4/4 4/25
13/1 13/7 13/13 15/4 26/9
36/4 40/22 50/9 50/16 61/11
anyway [1] 62/8
anywhere [1] 50/10
apart [1] 22/11
apologize [1] 31/23
Apparently [1] 47/8
appeal [6] 58/16 58/19 58/19
58/20 58/21 61/3
appear [1] 63/25
appearances [1] 1/11 2/1 3/7

appears [1]  22/4
application [15]  4/8 5/4 5/19
5/24 6/5 8/8 8/9 11/20 19/5
24/1 24/16 25/7 26/21 27/1
27/6
applied [18]  4/18 4/24 5/13
6/21 6/24 7/3 7/18 7/21 8/3
8/19 8/24 9/6 9/12 14/10
15/16 21/10 21/12 24/14
applies [5]  5/22 21/24 22/1
64/23 65/9
apply [9]  5/21 9/5 10/17 11/6
12/20 14/25 15/2 20/22
64/22
applying [2]  23/14 23/24
approval [1]  46/6
April [3]  42/12 42/22 42/24
April 24 [2]  42/12 42/22
arbiter [1]  63/2
arcane [2]  62/22 63/3
are [73]  4/21 4/21 5/3 6/3 7/2
7/3 7/14 7/24 8/13 8/17 8/18
8/21 9/5 9/10 9/12 10/4
11/24 12/1 12/23 14/5 14/5
17/11 17/11 18/18 18/20
22/20 22/22 23/13 23/14
23/14 23/24 24/6 24/8 26/24
31/18 32/5 33/1 33/11 34/7
34/7 34/8 35/4 35/4 35/23
35/25 37/9 38/6 39/1 40/2
40/25 41/15 44/25 46/19
51/20 51/21 52/16 54/6
54/13 54/15 57/2 57/14
57/19 58/9 58/14 60/3 60/18
60/22 61/13 63/12 65/7 65/8
65/18 66/3
areas [2]  9/17 61/9
aren't [1]  17/3
argue [3]  11/10 47/12 48/2
argued [2]  23/20 63/17
argues [2]  14/16 47/2
arguing [1]  10/4
argument [14]  4/15 10/9 11/1
11/3 21/14 21/20 23/3 41/18
46/1 46/18 56/14 58/10
58/24 62/7
arguments [2]  20/25 65/16
around [3]  16/12 40/15 51/2
arrests [1]  54/7
article [13]  15/14 17/3 17/6
17/8 21/9 21/22 47/16 52/8
63/8 63/9 64/18 65/4 65/8
articles [5]  17/4 17/5 25/24
65/5 65/7
artificial [2]  11/25 12/3
artificially [1]  10/23
as [98]  4/7 4/7 4/10 4/14
4/16 4/16 5/13 5/16 6/16
6/16 7/4 7/4 7/7 8/3 8/3 9/1
11/2 12/17 13/16 15/7 15/23
16/6 16/12 16/18 17/8 17/10
19/14 19/19 19/20 20/1
20/24 22/8 23/1 23/4 23/9
24/19 26/1 26/2 26/10 26/20
27/8 27/22 30/13 32/17 33/5
33/11 34/6 34/16 35/25 38/5
38/22 38/23 40/6 41/1 41/21
41/22 44/4 44/9 44/10 44/11

44/19 45/1 45/3 46/11 47/18
48/9 48/14 48/15 50/7 50/7
50/18 50/18 51/10 51/10
53/5 53/8 53/8 53/23 54/14
54/14 55/5 55/7 55/7 55/8
55/16 55/16 57/8 57/24
60/19 60/23 62/12 63/7
63/17 64/3 64/3 64/11 64/11
64/21
ask [3]  3/21 55/11 59/24
asked [1]  23/5
assert [1]  45/23
asset [8]  33/3 33/12 34/7
34/8 37/23 37/25 38/11
39/22
assets [9]  37/7 39/1 39/5
51/19 52/16 52/22 53/24
54/6 54/13
assigned [2]  46/4 54/16
assist [1]  20/2
Assistant [1]  3/9
Associate [1]  3/11
assumes [1]  16/20
assuming [1]  14/13
attached [1]  43/3
attest [1]  5/9
attorney [5]  3/9 3/14 5/8
62/20 62/24
Attorney's [1]  1/12
audience [1]  5/9
audio [1]  43/5
audit [23]  32/3 33/5 33/22
39/8 39/18 39/21 39/23
39/24 44/21 45/2 45/19
48/11 50/8 51/22 52/13
52/18 53/6 53/6 53/16 53/22
53/22 54/4 54/16
August [4]  1/5 61/25 66/7
66/11
August 11 [1]  61/25
August 31 [2]  66/7 66/11
authority [8]  17/20 18/5 23/5
23/6 24/4 24/5 38/5 45/7
authorized [4]  28/11 35/7
35/15 50/25
Avenue [1]  1/16
avoid [1]  63/23
aware [2]  57/19 58/14
away [3]  12/1 12/2 55/10
Azule [1]  42/11

B

B.1 [1]  50/14
back [14]  8/4 12/20 17/4
30/4 42/18 43/9 49/19 58/9
58/18 58/23 59/4 59/5 60/3
65/14
based [5]  6/9 10/23 23/15
26/19 45/21
basically [2]  23/10 65/5
basis [2]  59/2 60/20
be [89]  3/20 4/6 4/18 4/24
5/2 5/7 5/22 5/23 6/21 6/23
6/24 6/24 7/1 7/3 7/18 7/20
7/20 8/3 8/8 8/9 8/12 8/16
8/19 8/24 9/6 9/12 11/9 14/5
14/10 15/16 16/18 16/22
17/7 17/9 17/10 17/19 21/10
21/12 21/15 21/18 22/2
22/16 24/25 25/4 26/21 27/8

31/4 31/20 34/11 35/10 36/8
36/17 39/13 39/14 40/10
41/2 43/16 44/20 44/21 46/4
46/5 46/12 46/23 48/6 51/18
53/6 53/20 54/9 55/5 55/17
57/3 58/14 58/18 58/20 59/5
60/19 60/21 61/22 61/24
62/11 63/1 64/15 65/15 66/7
66/11
bearing [1]  59/21
became [1]  20/10
because [82]  4/1 5/17 5/23
6/19 7/1 7/14 8/9 10/5 11/4
13/8 13/15 13/21 14/9 14/17
15/1 15/12 16/13 17/11
18/23 18/23 20/19 20/25
22/5 23/13 23/13 24/9 24/13
24/16 24/22 25/19 26/24
27/5 27/15 29/22 29/25 30/4
31/7 31/19 31/21 32/9 32/13
32/23 34/4 34/14 35/11
35/19 36/6 37/14 37/17
39/13 39/16 40/2 40/10
40/12 41/1 45/2 47/12 48/6
48/18 48/22 52/2 52/17
52/21 53/5 53/7 54/10 54/18
55/1 55/24 56/1 56/22 57/3
57/18 58/22 58/8 58/12 60/8
60/16 61/15 61/22 61/24
62/6
become [1]  12/17
becomes [1]  42/17
been [28]  4/14 6/2 22/8 23/2
24/17 31/1 31/7 32/16 32/21
33/6 33/9 36/14 37/17 40/7
39/4 40/18 48/5 48/5 48/16
49/21 53/4 53/16 54/10
54/20 56/2 59/15 62/8 62/14
before [21]  1/9 6/1 18/17
24/18 25/3 26/19 27/16
30/11 32/14 35/3 35/23
36/12 43/13 46/6 48/16 50/2
56/7 56/18 56/19 57/2 63/17
began [2]  3/2 3/25
beginning [1]  26/13
behalf [3]  3/9 3/18 3/23
behind [1]  37/17
being [11]  5/13 5/16 11/17
13/17 24/23 28/15 38/6 42/9
42/9 45/13 46/15
believe [8]  4/13 12/16 43/5
45/22 46/17 50/21 52/3
55/11
believed [1]  64/15
believes [1]  20/24
benefits [3]  61/22 62/5 62/7
Bennett [1]  64/7
BERROCAL [11]  1/6 3/5
16/5 19/24 21/22 30/17 47/6
48/21 61/20 61/23 62/9
Berrocal's [3]  16/10 47/17
63/19
best [2]  15/7 16/4
better [1]  25/17
between [10]  7/7 7/23 23/9
23/9 31/16 35/25 39/22 45/5
46/20 56/10
beyond [1]  41/16

bind [2]  45/11 45/13
binding [1]  45/7
bit [4]  12/12 30/22 51/12
62/17
black [1]  57/13
blackberry [1]  42/12
body [1]  63/7
Bonitez [1]  64/15
both [14]  15/16 17/17 19/13
19/21 19/22 20/6 20/8 20/9
20/25 20/25 41/14 41/14
42/7 45/22
bottom [1]  51/5
bought [3]  28/18 41/10 44/15
Boulevard [2]  2/11 66/23
bradpty [1]  35/18
Brazilian [1]  5/16
brief [10]  4/10 19/24 30/8
30/9 45/23 46/2 48/15 56/24
56/25 62/13
briefs [2]  48/10 61/7
broadly [2]  21/2 22/12
brother [1]  47/17
brother-in-law [1]  47/17
brought [1]  28/24
Broward [2]  2/11 66/23
Budapest [3]  4/8 13/3 14/16
budget [1]  37/18
business [2]  51/21 54/6
Byrne [2]  2/5 3/22

C

call [3]  9/4 17/9 52/19
called [2]  47/14 53/19 57/2
Calling [1]  3/4
calls [2]  29/13 51/3
came [2]  34/24 36/19
can [33]  3/19 4/4 5/9 7/4
8/19 9/13 10/17 11/20 15/7
15/13 15/15 16/6 18/11 24/6
29/18 29/24 31/6 34/11
39/14 42/3 43/23 47/11
49/17 53/6 54/18 55/16
55/19 55/23 58/4 62/6 63/4
63/4 66/9
can't [14]  5/10 8/5 14/2 16/5
16/18 18/14 21/10 24/13
31/8 31/11 31/15 44/14 55/2
57/18
cane [1]  16/12
cannot [15]  4/22 5/22 8/3 8/4
11/5 14/10 24/8 26/18 29/8
31/4 31/15 46/4 55/9 55/9
57/24
canon [2]  15/18 65/12
care [1]  34/15
Caribbean [1]  47/15
Carlos [1]  5/8
Carrillo [1]  5/8
cars [1]  54/15
case [93]  1/2 3/4 3/5 5/7
5/10 6/1 6/4 6/11 6/12 7/19
13/14 18/12 18/21 19/2
19/21 20/6 20/6 20/7 20/14
22/23 22/24 24/12 24/13
24/13 24/14 24/18 25/22
25/14 26/16 26/18 27/5 27/5
27/12 27/13 27/17 27/18
27/20 27/23 27/23 27/23

case... [53] 28/1 28/3 28/9 29/9 29/20 30/11 30/15 31/10 32/10 32/16 32/18 36/6 36/7 36/9 37/6 38/8 38/9 39/6 39/6 40/16 44/13 45/6 45/6 48/8 49/24 49/24 51/24 53/5 53/9 53/19 53/20 53/22 53/24 53/25 54/3 54/3 57/19 58/3 58/5 58/13 58/21 60/9 60/11 60/19 60/21 60/21 60/24 61/1 62/12 63/16 63/21 64/7 64/7
cases [28] 5/6 5/16 6/2 6/7 6/10 18/8 18/11 20/4 20/5 20/5 20/8 20/22 24/5 24/8 26/24 32/18 39/20 44/10 44/25 51/21 51/22 53/15 53/16 53/18 54/13 57/7 64/5 64/22
categories [1] 23/21
category [1] 23/23
cause [16] 34/13 35/10 35/21 36/16 37/1 40/4 43/5 44/1 45/21 46/16 49/10 49/13 52/3 52/6 52/19 53/17
caused [1] 51/18
cell [1] 29/15
certain [3] 6/23 10/16 11/17
certainly [8] 24/6 25/10 42/3 43/25 44/13 46/7 54/5 59/17
certificate [1] 8/7
certification [2] 32/15 37/19
certified [2] 37/21 65/14
certifies [2] 52/14 52/25
certify [1] 66/17
certifying [1] 25/4
challenge [4] 5/12 5/17 6/9 20/15
challenged [4] 5/18 6/6 59/15 59/17
chamber [1] 28/10
chance [1] 51/13
change [3] 8/22 8/25 13/13
changed [3] 23/2 23/2 27/7
charge [9] 32/24 36/21 36/25 37/1 39/4 40/11 51/16 54/4 63/9
charged [24] 20/12 30/1 30/1 32/17 32/22 33/9 34/11 34/12 36/7 39/13 39/14 40/5 40/14 48/2 48/5 48/5 48/6 53/1 53/4 53/10 53/25 54/9 57/20 64/8
charges [5] 31/16 38/8 38/9 41/3 53/9
charging [3] 30/20 41/16 45/8
cheap [1] 17/4
check [1] 65/25
chock [1] 32/1
chock-full [1] 32/1
Christopher [1] 1/14 3/12
chunk [1] 41/24
Cid [2] 2/6 3/22
Circle [2] 2/3 2/7
circuit [3] 18/16 19/4 45/6
circumstances [1] 64/14
circumstantial [5] 36/5 38/6

cite [8] 18/11 24/13 27/12 47/16 48/15 49/4 49/7 50/19
cited [9] 13/18 18/8 29/11 33/2 44/13 51/25 53/15 53/15 54/21
cites [4] 22/23 38/24 42/7 53/18
Civil [1] 3/6
claim [1] 61/25
claims [2] 65/9 65/9
clause [16] 9/9 9/9 10/6 15/24 16/1 16/16 16/24 21/5 21/6 21/8 21/21 22/5 22/24 23/1 24/25 27/9
clauses [4] 9/11 10/5 22/21 22/23
clear [37] 4/17 4/23 5/19 6/14 6/21 7/18 9/3 11/10 11/15 12/6 12/12 12/24 13/2 13/7 13/7 14/22 16/13 17/6 19/10 25/23 26/2 26/4 26/16 26/25 27/5 27/8 28/3 29/2 29/4 31/5 33/2 37/8 39/1 40/5 51/15 53/10 54/17
clearer [3] 28/22 29/12 29/23
clearly [11] 8/9 8/11 8/23 10/11 12/4 16/1 29/8 30/12 37/6 38/14 40/16
clerk [4] 32/15 38/2 38/5 38/10
close [2] 24/21 24/23
closer [1] 17/9
come [2] 6/16 36/20
comes [4] 6/12 35/17 40/4 59/25
coming [2] 49/3 49/4
comma [2] 9/12 15/25
committed [7] 17/14 18/13 18/17 24/18 26/19 47/24 52/3
common [4] 15/25 26/22 63/17 64/21
communications [6] 28/12 28/16 28/20 35/16 43/18 50/2
companies [1] 49/3
company [4] 46/21 47/14 47/16 47/21
complaint [8] 30/15 36/12 38/15 38/16 38/21 40/1 54/1 63/9
complete [1] 17/1
completely [2] 12/3 57/13
complexities [1] 65/13
comptroller [8] 32/3 39/4 39/8 39/19 44/21 51/23 52/9 52/24
computer [2] 54/15 54/19
computers [2] 50/12 55/1
concede [2] 12/8 12/9
conceded [1] 22/6
concerned [1] 41/2
concluded [1] 66/13
condition [7] 7/7 7/24 8/3 12/3 21/6 45/4 45/5
conditions [5] 5/3 9/4 13/17 21/23 22/1
conduct [3] 8/11 20/12 23/15

conducted [2] 32/3 35/15
conflating [1] 61/21
conflation [1] 62/13
confusing [2] 26/14 45/4
congressperson [2] 63/7 64/17
conscience [2] 58/23 59/5
consider [7] 25/21 47/11 47/14 47/24 56/2 56/3 56/4
considerably [1] 43/19
considered [1] 37/23
consistent [3] 34/3 34/4 64/2
constitutes [1] 30/19
construction [3] 14/14 15/19 16/14
Cont [1] 2/1
contained [2] 42/12 43/4
contains [1] 22/20
content [3] 42/19 42/23 42/24
contention [1] 45/25
context [2] 46/8 60/2
continuation [1] 3/24
continues [2] 22/9 27/19
contract [19] 19/13 29/8 32/3 32/7 33/20 33/24 36/1 36/10 36/19 38/3 38/5 39/15 41/21 41/25 42/1 42/2 43/9 46/4 46/8
contractual [1] 37/20
contradict [1] 49/5
contrary [6] 41/18 47/2 47/3 47/12 57/12 57/12
control [4] 44/12 52/10 52/13 54/9
controlling [1] 6/13
convention [29] 4/8 5/19 5/20 9/1 9/2 9/3 12/16 13/3 13/9 13/11 13/15 13/20 13/24 13/25 14/3 14/9 14/21 14/25 15/1 15/2 15/17 17/16 20/11 21/21 21/22 21/25 22/8 22/10 23/22
conventions [2] 13/22 14/1
conversed [1] 51/14
convict [1] 53/18
convinced [1] 20/23
copy [1] 4/13
Coral [2] 2/4 2/8
correct [4] 9/23 12/11 18/25 55/14
correction [1] 62/15
correctly [2] 23/5 30/9
corresponding [1] 52/10
corroborated [1] 62/4
corrupt [7] 34/17 58/6 58/15 58/22 59/8 60/15 60/23
corruption [1] 61/14
Cosgrove [1] 2/6
could [38] 3/19 4/13 11/8 11/8 11/9 12/15 16/25 17/1 17/2 17/5 20/24 21/13 26/13 27/8 28/22 29/12 29/12 29/13 29/15 31/14 31/14 32/10 32/12 40/10 41/2 42/17 43/21 43/24 44/14 47/23 48/4 50/4 50/5 51/6 54/9 63/21 63/22 63/23

Council [2] 30/17 33/13 33/19 35/3 35/6 35/14 36/13 37/21 37/24 38/17 38/23 39/1 39/5 42/21 46/14 47/1 50/21 51/2 52/5 52/11 52/23
Council's [1] 46/3
counsel [2] 3/6 3/11
count [1] 24/3
countries [12] 6/8 12/16 13/9 15/16 16/23 20/10 20/17 21/14 35/7 35/14 50/23 51/3
country [2] 62/21 63/24
counts [2] 23/4 24/1
couple [4] 34/22 49/20 56/18 64/5
coupled [1] 36/2
course [9] 3/18 4/10 6/3 8/5 18/21 36/17 51/20 54/6 54/14
court [82] 1/1 2/11 4/11 6/2 6/5 6/16 8/6 9/15 9/17 13/19 19/7 19/8 19/21 19/25 20/2 20/17 20/23 23/5 24/14 24/16 27/19 28/11 29/19 31/20 33/23 34/14 34/17 34/19 34/19 35/1 36/4 37/19 38/2 38/5 38/6 38/10 42/3 45/16 47/11 47/14 47/23 50/19 51/9 52/1 53/5 53/12 53/12 56/16 56/24 57/4 57/6 57/9 57/15 57/24 58/1 58/11 58/12 58/15 58/18 58/20 58/21 59/7 59/8 60/1 60/10 60/12 60/14 60/22 61/2 61/15 61/18 62/11 62/18 62/18 62/19 62/21 63/2 64/3 64/12 65/10 65/12 66/23
courtroom [2] 38/3 38/4
courts [2] 24/8 44/25
cover [1] 9/16
covered [7] 4/1 5/25 29/16 35/23 54/23 56/10 65/20
covers [2] 61/8 61/9
created [2] 30/17 62/13
credibility [2] 59/18 59/22
crime [13] 13/16 15/17 17/14 17/24 19/3 23/11 25/11 34/9 34/10 34/13 34/14 39/13 39/14
crimes [18] 5/23 14/11 15/16 18/13 18/17 18/20 19/6 20/12 21/9 21/12 21/15 21/18 28/13 40/5 41/1 47/24 52/4 52/7
criminal [8] 28/10 36/12 38/20 39/7 53/25 54/1 57/1 57/25
criticizing [1] 25/11
cross [1] 65/6
cross-referencing [1] 65/6
CRR [2] 2/10 66/22
cured [2] 62/14
current [4] 36/12 37/21 38/16 38/20
custody [15] 33/3 33/7 33/7 33/12 34/5 34/7 38/11 38/25 39/9 51/17 52/16 52/22

custody... [3]  52/25 53/23
54/12
cutoff [1]  31/3
cybercrime [2]  5/19 12/16

**D**

D.C [1]  1/16
damage [1]  39/23
date [36]  6/20 9/21 10/8
10/13 11/2 11/6 11/17 12/6
12/19 12/23 16/2 16/19
16/25 17/11 17/12 17/14
17/14 21/18 23/3 23/4 23/11
23/12 24/1 25/5 25/11 25/11
25/21 26/1 26/5 32/17 43/9
43/11 62/1 62/3 62/5 62/5
day [3]  9/20 16/2 16/11
days [4]  16/11 55/18 56/19
66/8
deadline [1]  11/25
dealer [1]  54/7
dealings [2]  37/20 37/22
decades [1]  22/10
decide [1]  23/18
decided [2]  6/5 6/22
decision [1]  62/22
decisions [1]  61/16
declarations [1]  35/4
decree [5]  38/24 38/25 39/3
51/25 52/8
deemed [6]  6/23 6/24 24/18
25/6 26/19 33/6
default [3]  22/2 22/7 22/13
defendant [8]  1/7 2/2 38/9
50/16 50/16 57/20 60/18
63/11
defense [10]  15/12 36/21
36/25 37/3 41/22 45/3 47/2
58/4 62/20 62/24
defer [1]  45/16
deference [1]  19/19
defining [1]  25/24
definition [2]  23/24 26/2
definitive [1]  14/14
delete [1]  42/16
demonstrate [1]  49/10
demonstrates [1]  63/18
demonstrative [2]  4/14 29/6
denying [1]  66/6
Department [10]  1/15 3/13
4/20 4/22 4/25 7/14 8/6
17/10 18/2 65/15
Department's [3]  4/7 23/7
25/18
dependent [2]  9/8 16/6
deprive [1]  63/25
deprives [2]  48/18 58/11
deputy [1]  57/3
derived [1]  30/14
describes [2]  17/7 63/15
describing [2]  16/24 28/23
desktops [2]  54/19 54/22
despite [2]  16/4 29/3
determine [1]  65/12
detracts [1]  14/18
develop [1]  17/4
developed [1]  51/21
developments [1]  64/19

28/4 29/17 30/6 31/6 31/19
32/8 34/14 40/14 42/7 43/4
44/19 45/10 50/6 51/8 52/17
53/10 53/15 54/5 55/9 56/19
57/7 57/17 58/15 59/2 59/11
60/14 60/20 61/14 61/21
61/25 62/3 63/5 63/13 64/3
64/5
Diaz's [8]  28/1 44/8 45/16
51/11 59/17 61/7 61/14
62/14
dicta [3]  18/9 18/23 25/13
dictates [1]  63/18
did [26]  4/5 11/13 11/14 15/4
18/4 20/17 20/17 20/18
23/22 23/23 27/10 32/23
33/5 38/24 39/9 44/3 47/10
52/13 52/22 52/24 53/23
56/13 58/5 62/10 64/6 64/7
didn't [12]  8/10 10/18 12/17
18/24 20/15 28/7 34/15
36/20 42/16 51/13 60/14
64/9
difference [5]  5/5 8/2 9/14
29/21 62/15
different [15]  6/14 7/1 9/13
9/17 13/9 13/10 13/22 22/3
22/3 22/7 28/21 32/18 37/14
49/18 53/18
direction [1]  9/17
directly [1]  51/9
director [3]  3/11 36/2 36/18
disappearance [1]  41/11
discuss [1]  27/3
discussing [1]  22/20
discussion [2]  25/12 58/25
discussions [1]  40/19
dismiss [1]  31/14
display [1]  38/4
disposition [1]  48/10
disputes [2]  25/2 51/6
distinction [4]  7/7 7/11 7/23
35/24
distinguish [1]  20/14
distraction [1]  54/24
DISTRICT [2]  1/1 1/1
do [45]  3/21 4/4 4/12 5/2 7/6
7/15 7/23 7/24 8/5 11/7 12/8
12/8 16/7 16/9 16/11 16/13
16/16 18/5 19/8 20/5 20/18
20/18 25/23 29/14 32/7
41/19 43/25 45/5 45/7 45/8
47/6 50/4 50/5 50/9 50/17
51/8 52/5 55/16 55/17 55/19
60/9 61/11 64/6 64/22 65/23
document [10]  8/14 30/19
41/16 43/20 43/20 45/9
46/10 46/24 56/15 66/10
documentary [2]  43/17 47/9
documentation [1]  47/15
documented [1]  41/11
documents [2]  6/8 55/25
does [16]  4/20 4/20 5/3
18/22 21/6 21/16 25/10
26/15 28/19 38/19 43/23
44/4 45/18 47/13 47/14 58/1
doesn't [28]  4/25 5/1 10/15
11/5 13/20 18/9 19/4 20/22

36/1 36/10 37/25 38/18
38/19 38/21 43/13 45/11
45/12 45/13 45/19 49/6
49/23 50/13 60/9
doing [4]  18/16 19/7 19/7
45/3
dollar [2]  39/24 41/24
don't [52]  4/12 5/5 5/11 5/17
7/10 7/11 8/1 8/5 9/15 10/10
10/18 11/10 11/19 12/11
12/20 13/11 14/15 15/6
17/13 17/24 18/25 21/9
21/12 22/15 24/12 25/8 26/7
26/8 26/11 26/14 26/24 27/3
29/1 31/12 34/23 34/24 38/1
40/18 41/17 43/21 43/22
45/24 47/3 47/7 49/10 51/10
56/22 61/17 62/7 63/12 66/3
66/5
donated [1]  37/8
done [7]  17/8 35/18 39/8
43/6 43/18 55/23 56/7
double [2]  18/15 65/25
double-check [1]  65/25
down [2]  31/24 33/16
Dr. [10]  31/5 32/13 32/25
39/19 51/19 53/14 54/17
57/25 63/20 65/9
Dr. Moreno [9]  31/5 32/13
32/25 39/19 51/19 54/17
57/25 63/20 65/9
Dr. Moreno's [1]  53/14
drafting [2]  5/1 26/4
drawing [1]  35/25
drug [1]  54/7
due [6]  58/24 59/1 60/17
61/3 61/19 62/16
during [9]  29/25 31/1 36/3
41/9 41/15 41/20 49/11
49/15 58/3
duty [1]  34/6

**E**

each [2]  49/11 49/12
earlier [3]  16/7 62/5 62/6
early [1]  42/19
East [3]  1/13 2/11 66/23
EDWIN [1]  1/9
effect [20]  9/1 9/11 9/20
10/12 10/13 10/24 11/17
12/4 12/14 16/2 16/20 16/25
17/17 18/20 19/8 19/15 20/2
22/10 22/21 25/20
effective [3]  11/2 12/17 26/1
efforts [1]  16/4
either [4]  5/5 15/24 40/18
43/22
election [1]  48/16
elections [1]  37/16
elements [1]  55/5
Eleventh [1]  45/6
eliminates [1]  50/6
else [6]  4/3 4/14 15/4 46/5
59/9 59/11
Elvin [1]  29/10
Elvis [1]  29/10
email [8]  35/18 42/12 42/20
42/23 43/1 43/2 43/3 49/23
emails [4]  28/15 34/22 42/15

embezzle [1]  34/8
embezzled [1]  44/18
embezzlement [27]  29/24
30/13 31/10 32/10 32/16
32/18 32/24 33/10 34/9
34/13 36/22 39/21 40/9
40/11 40/12 41/1 41/8 41/11
44/6 44/7 45/15 48/18 51/16
53/2 53/10 54/10 55/6
embezzling [1]  36/8
employees [1]  42/21
end [9]  16/22 26/13 46/2
46/12 46/13 46/24 46/25
56/11 62/4
ended [1]  11/17
English [2]  15/25 65/1
engraft [1]  41/13
enough [3]  24/21 24/23
53/20
enter [1]  8/22
entered [2]  66/7 66/11
enters [1]  19/16
entire [3]  21/17 49/24 57/19
entirely [1]  47/4
entitled [4]  19/5 19/18 65/10
66/19
entity [1]  52/12
entrusted [2]  34/7 44/22
equally [1]  20/25
equipment [99]  27/21 27/22
27/24 27/25 28/22 28/23
28/24 29/4 29/10 29/24 30/2
30/3 30/3 30/13 30/16 31/20
31/21 32/9 32/10 32/19
32/20 32/21 33/5 33/8 33/10
33/21 34/20 34/20 35/6 35/9
35/9 35/11 35/11 35/12
35/14 35/20 35/25 36/1
37/10 37/15 37/16 37/23
38/7 38/14 38/18 38/25
39/16 39/18 40/2 40/4 40/10
40/13 40/18 40/19 40/23
40/24 40/24 41/7 41/9 41/20
41/22 43/8 44/6 44/18 45/11
45/22 46/12 46/23 47/7
47/18 47/22 48/1 48/9 48/10
48/13 48/14 48/19 48/22
49/2 49/11 49/12 49/15
49/16 49/23 50/3 50/4 50/10
50/15 50/17 50/18 54/19
54/21 54/25 55/1 59/4
equivalent [1]  62/18
especially [1]  6/12
espoused [1]  6/3
Esquire [6]  1/12 1/14 1/15
2/2 2/5 2/6
essentially [9]  18/13 18/14
18/19 19/7 20/3 20/8 20/19
63/23 64/11
establish [7]  34/24 39/20
40/25 44/5 44/6 53/17 53/23
established [9]  7/3 14/5 22/4
22/5 24/11 24/19 26/20 48/4
55/6
establishes [3]  39/22 39/23
52/18
establishment [1]  23/15

even [23]  12/18 14/13 14/13
  17/19 19/6 20/10 20/23 22/9
  28/1 29/25 29/25 32/19
  36/18 38/20 38/23 43/8 46/7
  47/23 53/2 53/25 54/25 55/7
  66/9
ever [5]  41/9 42/2 56/22 58/7
  64/1
every [1]  19/16
everything [6]  7/12 56/3 56/7
  59/9 59/11 65/21
evidence [53]  5/1 27/24 29/4
  29/19 30/22 30/25 31/1 31/4
  31/16 31/25 32/2 32/23
  34/21 35/5 35/13 36/2 36/5
  36/11 36/17 37/10 37/22
  38/6 39/20 41/19 42/1 42/4
  42/6 43/17 44/1 44/11 44/22
  47/1 47/3 47/3 47/9 47/12
  47/12 47/25 48/21 48/24
  49/14 49/14 50/8 50/11
  50/15 51/21 51/22 52/18
  54/21 58/4 60/11 60/20 62/4
  eviscerates [1]  50/6
exactly [2]  47/9 48/7
example [5]  16/8 42/11 42/25
  54/7 64/14
examples [2]  5/3 43/19
except [2]  22/3 66/3
exceptions [1]  54/5
exchange [2]  9/21 16/3
excuse [1]  7/17
execute [1]  52/9
executes [2]  38/3 38/4
execution [1]  36/1
executive [3]  33/13 33/18
  39/2
exhibit [1]  29/6
exist [1]  22/9
existing [1]  13/12
expanded [1]  20/11
expert [2]  31/4 31/17
experts [1]  57/24
expired [1]  29/15
explained [11]  15/7 32/17
  32/25 40/6 41/1 43/12 45/18
  57/6 57/24 57/25 64/3
explaining [1]  62/15
explains [3]  31/19 32/15
  39/19
expressed [1]  17/11
expressing [1]  62/23
expressly [2]  21/23 23/12
extent [7]  13/1 13/6 25/16
  47/11 47/13 47/23 50/1
extraditable [15]  6/23 13/16
  15/16 20/12 23/18 23/20
  24/2 24/9 24/10 24/19 25/6
  25/25 26/3 26/20 26/20
extradite [4]  18/15 24/9
  26/18 60/3
extradited [10]  5/8 5/16 5/22
  20/9 24/16 41/2 58/14 59/2
  60/19 60/21
extradites [1]  65/15
extraditing [1]  23/14
extradition [24]  1/9 3/5 3/24
  14/18 15/19 17/12 17/15

Document 79   Entered on FLSD Docket
26/6 22/11 22/12 23/4 25/4
30/10 30/11 30/18 63/14
63/22 63/24 66/7

F

face [2]  8/7 35/24
fact [20]  5/8 5/13 5/14 8/19
  12/15 27/20 28/1 28/4 29/20
  32/22 34/25 36/11 43/23
  44/3 44/7 45/10 54/18 57/1
  58/12 59/21
facts [1]  30/21
factual [1]  55/4
factually [1]  45/12
fair [1]  4/1
false [3]  14/20 51/8 59/10
falsely [1]  61/25
far [6]  4/16 6/16 50/7 50/18
  51/10 54/18
fashion [1]  19/1
favor [2]  15/19 21/2
February [1]  50/21
fellow [2]  28/24 39/11
Fels [6]  1/12 3/9 15/9 41/4
  51/11 61/11
few [4]  5/3 31/24 61/12 66/8
fiduciary [1]  34/6
fifth [1]  30/6
figured [1]  4/13
file [2]  5/12 66/5
filed [14]  4/10 27/17 27/18
  32/11 36/12 38/16 39/7 39/7
  54/2 55/12 56/19 56/20
  56/25 57/16
filing [1]  61/25
FINAL [1]  1/9
financial [1]  39/4
find [2]  13/7 47/7
finding [1]  61/18
finish [1]  51/13
fire [1]  12/2
first [18]  6/11 6/12 7/2 10/13
  10/24 14/5 21/24 28/6 41/21
  43/16 45/12 45/24 47/19
  49/9 51/14 56/21 58/7 60/24
fiscal [3]  39/5 52/10 52/13
fit [1]  40/16
fits [1]  23/21
flatout [2]  29/18 57/1
fleeing [1]  63/24
FLORIDA [7]  1/1 1/4 1/13
  2/4 2/8 2/12 66/24
flsd.uscourts.gov [2]  2/12
  66/24
focus [7]  25/11 26/5 28/5
  28/6 35/23 60/17 60/17
focuses [2]  52/17 53/11
  61/20
folks [1]  34/4
follow [3]  7/13 14/9 14/21
followed [1]  63/16
following [1]  3/2
foregoing [1]  66/17
foreign [2]  58/8 62/21
formal [2]  30/19 46/5
former [4]  23/7 30/12 33/17
  53/21
Fort [2]  2/12 66/24

forwarding [1]  42/24
fosters [1]  14/1
found [8]  6/1 6/4 28/15 45/1
  50/12 50/12 50/13 57/21
four [5]  41/21 42/2 55/18
  59/11 60/7
four-year [2]  41/21 42/2
fourth [1]  1/13 27/18 30/6
  56/20
frame [6]  10/23 41/10 41/15
  41/20 49/12 49/16
Francisco [1]  42/25
free [1]  8/21
Friday [3]  27/18 56/20 57/17
friendly [2]  25/8 50/23
Friendly's [1]  24/21
front [1]  64/11
full [1]  32/1
function [3]  33/4 38/12 54/8
functions [1]  51/4
fund [2]  33/19 36/19
funds [46]  27/22 30/14 30/16
  31/18 31/22 32/2 33/21
  34/21 36/5 36/8 36/9 36/14
  36/17 37/7 37/9 37/11 37/24
  38/6 38/9 38/15 38/18 38/21
  39/12 39/17 40/3 40/13
  40/17 41/8 41/10 41/14 44/4
  44/5 45/11 45/14 45/15
  45/20 45/20 45/23 46/16
  46/17 46/21 47/14 47/18
  53/8 53/11 55/8
furniture [2]  54/25 55/3
further [2]  27/1 27/3
future [1]  11/6

G

Gables [2]  2/4 2/8
Galanis [4]  18/12 24/21
  27/12 27/13
gap [3]  12/18 12/18 12/19
gathered [1]  31/1
gave [3]  35/3 43/19 60/5
general [15]  6/3 21/24 22/1
  22/7 39/4 39/8 39/19 44/21
  51/23 52/9 52/24 57/5 60/25
  61/1 64/21
generally [2]  60/23 60/25
geo [2]  29/15 43/23
geo-locate [2]  29/15 43/23
get [10]  27/3 37/2 40/15 43/9
  46/5 47/7 55/9 55/18 55/23
  66/8
gets [1]  58/24
give [6]  16/8 18/20 19/8
  19/22 25/20 50/19
given [5]  8/21 17/2 42/4
  59/21 63/6
gives [1]  66/8
giving [1]  20/2
go [11]  9/17 12/20 16/8 29/1
  29/22 30/4 31/23 32/5 41/16
  49/19 57/3
God's [1]  59/14
goes [4]  14/16 16/17 16/17
  59/13
going [14]  4/6 8/17 16/11
  18/18 18/20 32/5 33/1 49/2
  58/14 58/17 58/20 61/2

gone [1]  22/10
good [7]  3/3 3/8 3/16 3/17
  41/3 59/23 59/24
goods [1]  44/23
got [6]  19/20 19/21 20/4 46/5
  50/7 57/16
gotten [1]  42/19
government [41]  4/7 6/7 7/12
  14/12 14/16 14/17 22/23
  30/8 30/15 31/6 34/22 36/15
  36/20 37/8 38/24 43/2 43/3
  44/12 44/14 44/15 44/17
  44/22 45/1 45/20 46/4 46/6
  46/9 46/14 46/16 46/21
  46/25 48/12 48/17 48/18
  50/13 51/25 53/8 54/11
  54/19 54/23 58/5
government's [9]  6/14 7/7
  11/24 15/20 19/22 21/1
  28/18 40/1 61/7
governments [1]  50/23
governs [2]  9/7 23/1
Graell [1]  49/7
graft [1]  16/6
grammatical [1]  10/3
granting [1]  66/6
grasping [1]  40/25
great [1]  19/22
group [2]  28/25 28/25
guess [4]  13/1 48/17 56/10
  65/6
guessing [2]  35/20 40/21
guidance [1]  14/14
Gustavo [5]  33/13 33/17
  33/25 35/3 39/10
guy [1]  34/15

H

Haciski [2]  1/15 3/14
hack [1]  27/2
had [28]  16/23 17/7 21/11
  21/13 22/24 23/3 24/17
  27/17 28/11 29/15 33/7 35/6
  36/14 37/17 37/20 37/21
  39/9 41/22 42/14 42/15
  46/12 48/6 50/16 50/22 51/2
  52/15 53/23 66/2
hand [1]  46/7
handled [1]  63/1
handy [1]  4/12
happened [1]  48/7
happening [1]  11/21
happy [3]  9/16 22/17 27/3
hard [2]  4/13 5/2
Harry [9]  29/17 31/19 32/8
  50/5 51/8 52/17
has [47]  4/13 9/15 13/25
  14/2 15/23 22/8 22/10 22/16
  23/2 23/20 23/20 30/6 31/1
  31/7 31/19 32/8 32/16 32/25
  34/15 34/16 35/10 36/8
  37/21 38/10 40/7 45/16
  45/18 48/7 49/17 50/5 51/17
  52/13 52/25 53/4 54/9 54/20
  57/25 58/15 58/22 59/6
  59/11 59/16 59/21 60/7 60/8
  61/21 62/14
hasn't [1]  59/15
have [136]  3/3 3/19 4/12

have... [133]  5/11 5/18 5/25
6/1 6/2 6/4 7/16 7/16 8/24
10/10 10/18 11/8 11/10
11/20 13/10 13/14 13/20
14/1 14/15 15/7 16/11 16/15
16/25 17/2 17/2 17/5 17/17
18/5 20/5 20/5 20/6 20/7
20/8 21/13 21/13 21/15 22/6
22/15 22/25 23/18 24/8
24/12 25/20 26/8 26/8 26/9
27/1 27/7 28/8 29/2 29/9
29/16 29/17 31/21 32/7 32/7
32/21 32/24 33/3 33/6 33/9
33/16 34/4 34/5 34/6 35/18
35/22 36/3 36/11 37/19
38/13 38/13 38/24 39/21
39/23 40/6 40/17 40/18 41/4
42/4 42/14 42/15 42/17
42/18 42/20 43/25 44/17
45/1 45/2 45/19 45/19 46/2
46/5 46/10 47/7 48/3 48/4
48/5 48/5 48/11 49/10 51/13
51/16 51/16 52/22 53/8
53/16 54/23 55/5 56/2 56/8
56/10 57/24 58/1 58/10
58/24 59/2 59/17 59/20
60/10 62/8 62/18 62/20
62/22 63/1 63/9 63/13 64/7
64/20 64/20 65/19 65/20
66/10
haven't [4]  36/10 57/21 60/13
60/14
having [3]  33/7 33/12 64/10
he [105]  3/19 5/14 5/22
15/13 15/13 16/5 16/6 16/6
16/13 16/13 16/16 16/17
18/4 18/17 19/5 20/16 21/13
25/10 27/18 28/4 28/6 28/8
28/14 28/21 28/21 30/21
30/22 30/25 31/2 31/9 31/11
31/14 31/14 31/15 32/13
32/25 33/2 34/15 34/16
34/17 35/3 35/5 37/13 37/14
37/14 37/15 38/4 39/12 41/2
43/13 43/14 43/15 43/15
43/20 45/17 45/18 45/18
45/19 47/13 47/13 47/22
48/3 48/4 48/5 48/6 48/22
49/6 52/3 52/4 52/4 52/5
53/11 53/12 53/15 53/18
54/9 55/9 56/20 56/21 57/13
57/16 57/18 58/14 59/8
59/13 59/21 60/1 60/5 60/5
60/5 60/7 60/12 64/5 64/7
64/8 64/8 64/9 64/9 64/10
64/11 64/12 65/8 65/14
65/15 65/17
he's [16]  5/16 16/12 31/9
40/14 40/15 40/15 57/1 58/8
58/14 58/15 58/17 58/18
58/20 60/3 60/4 60/10
head [11]  33/12 33/18 33/19
35/2 36/13 37/21 38/16
38/23 39/2 39/3 50/20
head's [1]  38/20
hearing [18]  1/9 3/25 20/24
27/16 32/17 41/2 47/4 56/11
56/11 56/18 56/19 57/21

50/2 60/24 61/8 63/4 64/10
66/13
hearings [1]  57/14
heavily [1]  52/2
held [3]  54/3 55/1 55/2
help [1]  5/17
helpful [1]  3/20
her [3]  42/12 53/23 54/1
here [12]  3/11 5/18 5/22
11/21 16/15 16/20 17/16
38/13 40/17 42/20 52/21
58/25
here's [3]  12/13 13/8 37/25
hereby [1]  66/17
Hernandez [1]  3/23
hey [2]  22/2 42/17
hide [1]  47/21
him [15]  3/19 32/12 45/12
45/13 48/6 51/14 58/8 59/2
59/4 59/5 60/3 60/8 61/2
62/5 65/15
himself [4]  28/5 30/7 37/12
57/7
his [59]  3/13 5/8 5/11 16/9
16/11 16/13 16/16 16/21
19/6 19/24 25/12 25/16
25/18 27/17 27/18 28/4 28/8
28/19 33/1 33/4 34/13 34/16
37/13 38/5 38/11 38/12 39/3
39/14 40/15 40/23 42/7
44/20 45/18 47/25 48/6
48/23 48/24 49/2 51/17 54/8
54/11 54/12 55/9 56/19
56/20 56/21 57/12 57/13
57/16 60/1 60/8 60/11 61/13
61/22 61/24 63/5 63/6 63/20
65/16
history [4]  5/1 57/20 58/8
58/13
hold [1]  18/9
holding [2]  25/13 47/15
holds [1]  20/1
home [3]  16/9 16/17 16/17
16/14 16/16 16/21
homework [5]  16/9 16/11
16/14 16/16 16/21
honest [2]  59/14 62/10
Honor [79]  3/8 3/17 3/19 4/9
4/14 4/16 5/5 5/25 7/4 7/16
8/2 8/5 8/15 9/11 9/25 10/9
11/4 11/14 12/11 13/5 13/18
15/6 15/11 15/23 16/8 22/16
22/19 23/18 24/12 24/22
25/19 26/8 27/8 27/11 27/15
28/8 29/6 30/5 31/12 31/24
32/1 33/25 34/3 35/1 36/6
37/4 37/12 37/25 38/8 40/8
41/6 41/25 42/2 48/20 49/17
49/20 50/19 51/1 51/5 51/10
53/14 54/21 54/23 55/13
55/19 55/24 56/5 56/13
57/23 59/23 61/6 61/12
62/12 64/2 65/14 65/18
65/19 65/22 66/1
HONORABLE [1]  1/9
hours [1]  16/11
how [2]  21/7 55/17
however [1]  44/9
hundred [1]  22/9

I
I'll [2]  9/25 43/9
I'm [9]  9/16 9/25 27/2 28/7
30/22 32/5 33/17 55/21 61/8
I've [1]  39/11
I-D-O-N-E-A [1]  52/20
ideal [1]  52/19
identified [3]  33/6 33/11 39/9
identifies [1]  52/15
identify [2]  55/3 63/10
idonea [1]  52/20
illegal [1]  40/12
illegality [2]  48/23 48/24
illegally [1]  47/22
Imagine [1]  47/20
implicit [3]  18/7 18/10 18/21
important [13]  14/3 21/21
27/20 29/3 30/14 31/19 32/4
34/2 34/3 37/25 57/18 58/12
64/25
impose [1]  10/23
impression [2]  6/11 6/12
improper [1]  54/4
improperly [2]  34/12 45/7
imputacion [15]  56/22 57/5
57/14 57/21 58/2 58/7 59/3
62/17 63/7 63/21 64/7 64/12
64/13 64/20 65/7
imputation [1]  63/3
include [4]  57/5 59/3 59/3
60/19
included [2]  35/4 35/5
inconsistent [1]  47/20
incorporate [1]  57/4
incredibly [1]  27/20
independent [10]  6/20 9/9
9/10 9/13 10/5 15/23 17/3
17/5 17/8 23/1
indicate [2]  35/19 50/2
indicates [3]  6/9 36/3 61/15
indicating [1]  36/14
indication [2]  35/8 49/22
indict [2]  31/15 58/6
indictment [22]  28/2 28/2
28/5 30/5 30/7 30/10 30/12
30/13 31/3 31/4 31/7 31/7
31/11 31/14 31/16 37/5
38/14 38/16 40/15 40/16
53/9 55/9
individual [3]  35/1 53/23 54/4
individuals [9]  20/9 24/7 29/9
33/6 33/9 33/11 39/9 52/15
53/1
infer [1]  42/3
initial [1]  41/17
initially [1]  16/19
initiate [1]  30/21
inquiry [3]  60/16 60/24 61/17
inserted [1]  9/24
inspections [1]  50/14
installation [1]  43/6
installed [1]  43/16
instance [1]  45/8
instrument [1]  30/20
insufficient [2]  32/22 39/12
intent [5]  5/2 13/24 18/19
20/3 20/20
intention [2]  19/9 22/3

62/11
intentionally [1]  61/24
intercept [5]  29/13 29/13
43/21 48/25 51/6
intercepted [2]  42/18 42/24
43/5 49/25 51/3
intercepting [1]  28/3
interception [4]  28/20 34/24
42/22 50/2
interceptions [6]  28/12 35/7
35/15 43/6 50/24 50/25
interesting [1]  37/13
intermediate [2]  58/3 58/19
internal [3]  42/12 42/20 43/1
international [3]  3/12 3/15
5/15
internet [4]  43/13 43/16 59/7
60/6
interpret [3]  10/4 14/17 19/13
interpretation [12]  6/16 11/25
16/10 19/10 19/18 19/23
21/1 21/19 45/17 62/19
63/18 63/20
interpretations [1]  65/11
interpreting [2]  7/8 7/23
interprets [1]  21/2
interruption [2]  33/14 57/9
interspersed [1]  58/25
interventional [1]  28/16
interview [2]  59/7 60/6
interviews [1]  59/6
introduce [2]  30/23 30/25
introducing [1]  47/13
invalidity [2]  56/15 65/17
inventory [1]  37/18
investigated [2]  28/10 53/3
investigation [1]  31/1
investigatory [1]  58/3
invite [1]  61/17
invited [1]  63/25
involve [1]  57/3
involved [6]  25/8 27/23 33/7
52/16 57/7 64/6
involvement [1]  47/25
involves [1]  30/13
involving [7]  5/6 5/10 6/8
20/7 32/19 38/17 53/21
is [331]  3/8 3/11 3/13 3/14
3/24 4/3 4/16 4/17 4/17 4/21
5/3 5/6 5/8 5/12 5/19 6/11
6/13 7/12 7/18 7/23 9/3 9/14
9/18 9/19 10/4 10/4 10/5
10/7 10/10 10/24 11/1 11/15
11/21 11/21 11/22 11/25
12/4 12/6 12/9 12/13 12/20
12/21 12/24 13/2 13/2 13/2
13/7 13/17 14/3 14/13 14/18
14/20 14/22 15/12 15/13
15/16 15/25 16/10 16/16
16/19 16/20 17/11 17/12
17/12 17/14 17/15 17/16
17/17 17/20 17/23 17/24
18/1 18/9 18/12 18/16 18/17
18/19 18/19 18/21 18/23
19/2 19/5 19/7 19/7 19/8
19/12 19/19 20/7 20/17
20/21 20/23 21/5 21/7 21/14
21/24 22/4 22/7 22/11 22/13

is... [232] 22/19 23/1 23/4
23/5 23/13 23/16 23/18
23/18 23/22 24/4 24/5 24/12
24/13 24/19 25/10 25/12
25/12 25/22 26/7 26/11
26/15 26/16 26/17 26/17
26/25 27/1 27/2 27/4 27/4
27/5 27/5 27/20 27/21 27/23
27/24 28/1 28/3 28/13 28/19
28/23 29/3 29/5 29/20 30/1
30/3 30/19 30/24 31/3 31/4
31/18 31/21 31/24 32/1 32/3
32/3 32/4 32/6 32/14 32/25
33/3 34/3 34/9 34/10 34/14
34/14 34/15 34/17 34/18
34/20 34/21 34/25 35/1 35/8
35/9 35/10 35/18 35/20 36/7
36/9 36/21 36/24 36/24
36/25 36/25 37/2 37/6 37/6
37/10 37/12 37/22 38/10
38/10 39/4 39/15 39/16
39/18 39/19 39/24 40/4
40/10 40/21 40/22 41/11
41/19 42/1 42/6 42/13 42/20
42/25 43/3 43/5 43/8 43/10
43/10 43/11 43/14 44/1 44/9
44/11 44/13 44/18 45/4
45/14 45/14 45/21 46/3
46/11 46/15 46/19 47/2
47/12 47/13 47/25 48/7
48/12 48/14 48/17 48/20
48/20 49/10 49/14 49/24
50/5 50/7 50/8 50/11 50/15
50/20 51/1 51/5 51/7 51/8
51/19 51/22 51/22 51/23
52/6 52/8 52/13 52/14 52/18
52/20 52/20 53/5 53/7 53/17
53/19 53/20 54/19 54/21
54/24 55/6 55/7 55/20 55/20
56/7 56/11 56/14 56/14
56/22 57/3 57/17 57/19
57/22 57/23 58/2 58/6 58/13
58/14 58/15 58/16 58/17
58/19 58/22 59/8 59/9 59/9
59/10 59/10 59/10 59/13
60/15 60/15 60/16 60/17
60/24 60/25 61/1 61/2 61/15
61/16 62/3 62/7 62/15 62/20
62/23 63/2 63/8 63/8 63/9
63/18 63/19 64/13 64/14
64/15 65/4 65/6 65/10 65/11
65/14 65/23 66/17
island [1] 29/17
Ismael [8] 37/12 38/20 43/1
43/12 49/3 49/5 49/5 49/25
isn't [13] 12/6 13/6 13/7 13/8
23/9 23/11 24/20 25/16
25/18 30/9 35/22 36/4 38/5
Israel [2] 46/6 46/20
Israeli [1] 38/3
issue [17] 8/5 8/7 9/8 17/18
18/24 20/15 22/17 22/17
26/15 31/11 36/24 36/25
41/24 44/4 62/13 63/4 63/22
issues [5] 21/4 22/15 62/25
63/3 64/10
it [257] 4/12 4/19 4/20 5/1
5/2 5/3 5/3 5/19 5/23 6/12

6/19 6/28 6/23 6/25 6/6 7/18
7/19 7/20 7/20 8/3 8/3 8/5
8/9 8/11 8/23 9/11 9/12 9/19
9/20 9/24 10/1 10/2 10/11
10/13 10/13 10/14 10/14
10/20 10/20 10/24 11/5 11/5
11/9 11/10 11/11 11/15
11/16 11/16 11/18 12/2 12/4
12/5 12/6 12/13 12/13 12/14
12/15 12/16 12/17 12/24
12/24 13/12 13/20 13/21
14/7 14/7 14/10 14/18 14/22
14/22 14/25 15/12 15/22
15/23 15/25 17/2 17/2 17/2
17/5 17/8 17/9 17/17 18/9
18/9 18/12 18/21 18/22 19/1
19/4 20/15 20/19 21/7 21/7
21/13 21/16 21/17 21/17
21/18 21/23 21/24 22/1 22/3
22/8 22/9 22/21 22/24 23/1
23/2 23/13 23/21 23/25
24/25 24/25 25/10 25/13
25/25 26/1 26/7 26/7 26/13
26/18 26/24 27/1 27/7 27/21
28/2 28/5 28/19 28/21 28/22
28/23 28/9 29/8 29/11 29/12
29/12 29/14 29/18 29/20
29/21 29/22 29/22 29/25
30/2 30/3 30/12 31/19 31/21
32/1 32/8 32/25 33/25 34/8
34/17 34/21 34/24 35/8 35/9
35/10 35/19 35/19 35/23
36/3 37/6 37/8 37/10 37/17
37/24 38/9 38/18 38/19
38/19 38/19 38/19 38/25
39/9 39/10 39/10 39/25 40/4
40/10 40/15 40/22 41/8
41/10 41/16 41/24 42/5 42/5
42/9 42/18 43/8 43/10 43/11
43/21 43/22 43/22 43/23
43/24 43/25 45/5 45/8 45/8
45/11 46/4 46/11 46/22
46/22 47/12 47/24 48/14
48/15 48/18 49/6 49/7 49/23
50/5 50/10 50/22 50/24 51/7
52/3 52/8 52/19 52/23 53/7
53/8 55/4 55/7 55/20 55/21
55/21 55/23 55/25 56/2 56/8
57/18 57/25 58/3 58/13
58/16 58/23 59/25 60/5 60/5
60/7 60/8 60/9 60/15 61/21
61/22 62/2 62/6 62/11 64/21
66/8 66/9
it's [96] 4/18 4/24 7/18 7/19
8/24 10/3 10/5 11/2 11/4
12/9 12/9 12/11 12/12 12/14
12/22 12/23 14/22 15/17
15/24 16/13 16/14 18/7 18/8
18/23 20/16 21/6 21/10 24/2
24/9 24/10 24/10 24/22
24/23 24/24 27/6 27/7 27/8
29/25 30/6 30/10 34/2 34/3
34/6 34/6 35/20 37/8 37/13
40/13 41/10 42/2 42/14
43/17 44/19 45/12 46/5
46/25 47/4 47/9 47/14 47/22
48/16 48/16 50/8 50/14 51/8
51/8 52/12 52/24 53/10
53/19 54/3 54/10 54/11

54/24 54/25 54/25 55/19/19
55/15 55/24 56/6 56/7 58/17
58/25 59/4 59/4 60/10 60/11
61/3 62/24 62/24 64/1 64/2
64/13 64/20 64/25
its [3] 8/7 17/5 62/19
itself [6] 14/15 21/18 22/4
38/7 45/9 46/20

J
Jacamo [1] 33/19
jeopardy [1] 18/15
Jimenez [6] 2/2 2/2 3/18 4/5
22/18 49/19
job [3] 27/2 60/1 60/11
John [2] 2/5 3/22
Johnny [4] 16/8 16/10 16/15
16/21
joint [1] 50/22
Jordi [2] 2/6 3/22
judge [7] 1/10 3/6 24/20 25/8
45/10 58/18 61/13
judgments [1] 34/16
judicial [1] 50/24
judicially [3] 28/11 35/15
50/25
Julio [2] 35/2 50/20
July [15] 8/10 12/17 23/19
23/23 25/2 26/17 42/17 43/9
46/24 49/21 50/1 62/2 62/3
62/10 63/5
July 14 [1] 23/23
July 2014 [2] 23/19 25/2
July 3 [3] 43/9 46/24 62/2
July 31 [1] 63/5
June [9] 34/23 35/19 43/18
50/3 62/1 62/2 62/3 62/5
62/10
June 1 [1] 43/18
June 2012 [1] 35/19
June 3 [2] 62/1 62/2
jurisdiction [4] 56/16 58/1
58/11 64/1
just [34] 4/14 9/18 10/3 11/4
14/3 15/1 16/18 16/21 19/20
21/17 26/22 27/7 27/11 29/7
34/21 35/17 35/20 35/23
38/15 40/20 42/4 43/19
49/12 49/22 51/3 51/7 53/20
54/24 55/1 55/3 55/21 55/24
57/1 60/4
justice [18] 1/15 3/13 28/11
42/7 44/8 44/19 45/16 61/14
61/21 62/14 62/18 62/23
63/5 63/13 63/14 64/3 64/3
64/5
juxtaposition [1] 35/24

K
Karen [1] 64/15
keep [1] 43/14
keeps [1] 45/3
key [2] 22/5 58/2
kind [3] 4/1 19/2 34/18
know [29] 4/21 6/15 9/15
10/16 13/4 14/7 18/16 18/18
21/5 24/17 26/8 29/1 34/23
35/22 37/2 42/14 43/16 44/9
48/14 48/20 49/1 49/6 52/19
54/5 58/17 58/22 60/25 65/5

knowledge [1] 48/24
Kolovrat [1] 19/20

L
lack [4] 25/17 31/23 40/9
56/15
lacking [1] 55/7
language [22] 4/8 4/16 4/17
4/23 6/13 7/7 7/17 9/2
9/16 9/19 10/7 10/25 12/4
12/7 13/18 14/14 15/11
15/14 15/21 21/16 24/24
last [24] 5/11 19/24 20/24
27/16 27/18 30/9 30/24
32/11 32/17 33/1 41/1 42/7
44/24 46/1 47/4 48/15 53/5
55/12 56/10 56/18 56/19
57/16 57/16 66/4
later [4] 6/25 11/21 23/25
28/14
Laubenheimer [3] 15/18
19/19 21/1
Lauderdale [2] 2/12 66/24
law [19] 34/5 39/17 44/10
45/17 47/17 52/12 52/24
55/6 57/13 60/8 60/21
61/15 62/20 62/22 62/23
63/1 64/2 65/11 65/13
lawyer [1] 62/20
lawyers [1] 61/24
least [5] 4/2 17/1 49/1 49/13
65/2
leaves [1] 21/22
left [4] 3/19 4/1 4/2 37/16
legal [3] 55/5 55/24 58/10
legions [2] 24/6 24/7
Leon [1] 2/6
let [12] 15/9 22/18 22/18
28/5 28/6 31/13 41/4 41/6
44/3 49/19 50/18 55/11
let's [1] 18/11
letter [1] 57/13
liberal [1] 15/19
Liberty [1] 43/18
license [2] 29/15 41/23 42/4
42/5
lie [7] 51/7 57/15 59/3 59/3
61/20 61/22 62/11
lies [2] 59/2 60/20
like [15] 6/1 6/1 6/5 7/16 8/18
16/21 24/15 24/17 27/5 38/9
51/12 51/23 54/15 54/15
56/14
likely [1] 49/14
limit [1] 21/17
limitation [1] 19/3
limitations [1] 12/23
line [1] 51/5
link [1] 39/22
linked [2] 40/22 40/23
list [7] 15/15 20/11 21/9
30/22 32/6 65/5 65/6
little [5] 30/22 51/12 55/25
59/21 62/17
live [1] 60/6
LLC [1] 2/6
locate [2] 29/15 43/23
locked [4] 30/7 31/9 31/18
37/9

logical [2]  19/10 42/3
long [7]  29/22 44/10 47/8
  59/7 60/6 64/11 65/5
longer [2]  11/5 55/25
look [16]  7/17 9/2 12/15
  16/13 17/13 17/14 28/2
  28/19 29/5 31/25 37/13
  46/13 49/9 55/4 60/15 65/4
looking [2]  17/11 56/2
loose [1]  56/11
loss [3]  51/18 52/14 52/16
lot [3]  17/9 50/11 56/2
Lou [1]  42/11
lower [1]  58/18
lying [1]  61/24

**M**

M-O-L-T-O [1]  35/2
made [16]  6/15 6/15 16/25
  17/2 17/5 17/15 17/24 18/17
  19/4 29/2 31/5 40/5 51/9
  58/10 59/13 61/7
magistrate [12]  1/10 30/18
  30/20 30/24 34/16 44/8
  45/10 45/16 57/8 61/14
  63/13 63/13
main [4]  15/24 16/1 16/16
  16/24
maintained [1]  39/2
majority [1]  8/19
make [22]  5/5 10/18 11/10
  11/15 16/5 23/10 25/23 26/2
  26/4 37/1 40/8 41/17 56/1
  56/3 56/7 61/16 61/18 62/10
  62/22 65/16 65/17 65/24
makes [10]  8/2 14/25 26/22
  28/2 29/21 33/2 34/17 38/25
  51/15 54/17
making [1]  60/10
man [1]  16/12
mandatory [5]  22/21 22/23
  22/24 24/25 27/8
manner [2]  14/17 25/5
many [5]  13/9 13/10 13/21
  13/22 17/3
Marc [1]  3/22
March [2]  43/1 50/21
March 28 [1]  43/1
Marcos [3]  2/2 2/2 3/17
marshals [1]  3/21
MARTINELLI [27]  1/6 3/5
  3/18 3/23 16/4 16/10 19/24
  21/22 28/13 30/17 34/12
  38/22 39/10 47/5 47/17
  47/20 47/24 48/2 48/21 50/9
  52/1 52/22 61/20 61/23 62/9
  63/4 63/19
Martinelli's [1]  59/1
Martinez [2]  2/6 3/22
Martinez-Cid [2]  2/6 3/22
material [2]  43/25 56/2
materials [2]  38/4 38/4
matter [6]  3/4 19/4 24/23
  24/23 58/9 66/19
matters [3]  10/2 26/7 26/14
may [3]  35/22 42/14 42/15
maybe [2]  47/6 47/6
MC [1]  1/2

Dad [8]  3/11 7/17 7/17 12/21
  15/9 22/18 28/5 28/6 31/13
  41/4 41/6 44/3 47/7 49/19
  50/18 55/11 56/3 66/8
mean [6]  10/15 10/21 11/5
  42/22 63/23 66/10
meaning [2]  21/7 21/14
means [5]  4/19 11/20 15/15
  26/15 26/16
meant [4]  13/12 13/13 13/21
  64/25
meculado [1]  34/10
meet [1]  32/12
megabyte [2]  43/13 43/15
Mejia [2]  63/14 64/4
member [2]  63/23 64/24
members [1]  30/16
mention [1]  18/4
mentioned [5]  21/5 29/25
  39/11 43/20 64/5
mentions [1]  6/7
merely [2]  13/12 13/16
meritorious [1]  62/7
met [2]  32/13 51/14
Miami [2]  1/4 1/13
might [4]  21/13 22/2 42/18
  65/19
million [5]  39/25 40/2 46/12
  46/23 48/12
mind [1]  27/11
minute [1]  32/5
Mireya [1]  53/21
mischaracterize [1]  45/7
misplaced [1]  60/17
misrepresent [4]  27/19 31/20
  32/8 34/18
misrepresentation [3]  29/19
  40/9 51/9
misrepresented [1]  57/13
misrepresents [1]  53/12
missing [3]  50/8 61/8 65/24
mistake [1]  62/10
misuse [1]  36/5
MLM [62]  27/22 27/24 28/23
  29/4 29/7 29/10 29/14 29/24
  30/3 31/20 31/25 32/2 32/9
  32/18 32/21 33/5 33/8 33/10
  33/21 34/19 34/24 35/10
  35/20 35/25 36/11 39/6 39/7
  39/15 40/10 40/18 40/19
  40/20 40/24 41/9 41/20
  41/22 42/8 43/20 44/2 45/22
  45/24 47/5 48/13 50/4 50/6
  50/7 50/15 50/17 50/19 51/5
  51/5 51/23 52/13 52/17
  53/11 53/13 54/25 55/7 59/3
  61/21 62/8 62/14
mobile [1]  28/14
modification [3]  12/3 18/14
  18/18
modified [3]  16/16 23/2 23/2
modifies [1]  19/11
Molto [2]  35/2 50/20
moment [1]  43/10
Monday [4]  55/20 55/23 56/8
  66/6
moneys [1]  36/19
more [8]  16/5 22/16 25/18
  49/14 50/18 53/14 62/16 66/8

Moreno [3]  3/11 4/18 4/21
  32/13 32/25 35/19 44/25
  51/19 53/19 54/17 55/12
  57/25 63/20 65/9
Moreno's [3]  51/12 53/14
  56/25
Morillo [1]  53/19
morning [4]  3/3 3/8 3/16 3/17
Moscoso [1]  53/21
most [6]  23/10 43/3 44/20
  44/24 45/18 64/18
move [1]  49/17
moved [1]  54/22
Mr [2]  45/10 57/7
Mr. [53]  3/23 4/5 5/7 5/14
  15/9 16/4 16/10 19/24 21/22
  22/18 27/16 27/19 28/1 28/4
  28/19 28/22 30/6 31/6 39/10
  39/11 40/6 41/4 44/25 47/5
  47/17 47/20 47/24 48/2
  48/21 49/19 51/11 51/11
  51/12 52/1 53/15 55/9 56/19
  56/25 57/17 58/15 59/2
  59/11 59/17 60/14 60/20
  61/7 61/11 61/14 61/20
  61/23 62/9 63/4 63/19
Mr. Altuve [1]  5/7
Mr. Diaz [15]  27/16 27/19
  28/4 30/6 31/6 53/15 55/9
  56/19 57/17 58/15 59/2
  59/11 60/14 60/20 61/14
Mr. Diaz's [4]  28/1 51/11
  59/17 61/7
Mr. Fels [4]  15/9 41/4 51/11
  61/11
Mr. Gustavo [1]  39/10
Mr. Jimenez [2]  4/5 22/18
  49/19
Mr. Martinelli [17]  3/23 16/4
  16/10 19/24 21/22 47/5
  47/17 47/20 47/24 48/2
  48/21 52/1 61/20 61/23 62/9
  63/4 63/19
Mr. Moreno [1]  44/25
Mr. Moreno's [2]  51/12 56/25
Mr. Pitti [3]  28/19 28/22 40/6
Mr. Richards [1]  5/14
Mr. Tamborelli [1]  39/11
much [6]  8/12 8/16 27/4
  52/17 53/8 66/12
multilateral [1]  31/12
multimillion [1]  41/24
multiple [2]  45/4 62/2
must [10]  13/17 15/16 30/21
  30/24 35/19 45/17 51/18
  61/24 62/11 63/10
my [4]  3/18 7/22 7/22 55/22

**N**

name [3]  5/11 34/16 39/9
named [3]  35/2 39/10 39/10
narcotics [2]  54/8 54/9
narrow [1]  18/19
nation [6]  30/17 35/13 36/2
  37/21 42/21 46/3
national [18]  33/12 33/18
  35/2 35/5 36/13 36/18 37/23
  38/17 38/23 39/1 39/5 46/14
  46/25 50/20 51/2 52/5 52/11
  52/23

Passaneck [2]  47/9 47/11
  53/17
need [6]  13/7 44/5 45/19
  49/12 54/16 56/22
needed [2]  43/12 43/15
needs [1]  41/16
neither [1]  21/6
nestor [5]  2/10 2/12 66/22
  66/22 66/24
never [7]  23/7 63/21 63/22
newspaper [3]  36/14 47/16
  60/4
newspapers [1]  59/7
next [2]  27/10 37/2
night [5]  32/11 33/1 44/24
  53/5 55/12
no [59]  1/2 5/12 5/17 7/1 8/8
  9/14 10/5 10/15 11/5 13/3
  14/7 14/25 15/23 17/12
  17/17 20/4 23/6 23/20 23/20
  24/12 24/13 24/19 25/1
  26/24 27/24 29/4 29/5 29/21
  29/24 31/5 32/16 34/13
  34/21 35/8 36/9 37/10 37/20
  37/22 37/22 42/1 44/16
  49/17 49/21 49/22 50/4 50/8
  50/15 51/6 53/4 53/6 53/6
  53/7 58/9 58/16 59/16 60/14
  61/3 62/16 65/20
No. [1]  3/6
No. 17-22197-Civil-Judge [1]
  3/6
nobody [1]  44/14
non [5]  13/3 20/1 60/16
  60/24 61/17
non-inquiry [3]  60/16 60/24
  61/17
non-retroactivity [1]  13/3
non-textual [1]  20/1
none [2]  37/11 49/24
nonextraditable [1]  23/16
nonsensical [2]  63/19 64/2
normal [3]  51/20 54/6 54/14
North [1]  1/13
not [160]  4/18 4/24 6/1 6/4
  6/9 6/16 6/21 7/3 7/18 7/20
  8/6 8/10 8/24 8/24 9/6 9/12
  9/19 9/21 10/3 10/5 10/12
  10/14 10/20 11/13 11/18
  12/5 12/9 12/14 12/24 12/25
  14/5 14/6 14/7 14/18 14/22
  14/22 15/1 15/16 15/22
  17/23 18/22 19/15 19/19
  19/20 20/16 20/16 20/23
  21/16 21/25 22/22 22/25
  23/2 23/19 23/23 24/2 24/9
  24/10 24/22 24/25 24/25
  25/1 25/2 26/10 26/17 27/4
  28/1 28/5 28/22 28/23 29/12
  29/12 29/13 29/25 29/25
  30/3 30/10 31/2 32/5 32/12
  32/19 34/21 35/10 35/12
  35/20 36/3 36/24 36/25 37/6
  37/6 38/13 38/24 39/9 39/13
  40/4 40/7 40/17 40/24 41/2
  42/2 42/22 42/22 44/5 44/19
  45/19 47/6 47/19 48/16 49/3

not... [52] 49/14 50/4 51/6
52/14 52/20 52/21 52/22
53/2 53/19 53/23 53/24
53/24 54/6 54/25 54/25 55/7
55/8 55/14 55/15 55/21
57/14 58/1 58/13 58/17 59/1
60/2 60/4 60/10 60/13 60/15
60/19 60/21 60/23 60/23
60/24 60/25 61/13 61/15
62/2 62/3 62/10 62/12 63/2
63/8 64/2 64/13 64/15 64/20
65/6 65/8 65/8 65/11
note [1] 64/25
nothing [6] 11/21 11/22
16/20 21/8 54/20 60/9
notice [1] 64/23
now [23] 7/6 10/20 11/21
14/12 16/4 17/6 19/10 19/20
20/5 20/23 21/20 28/5 30/4
35/18 40/14 43/8 43/20 44/3
45/21 46/17 47/2 47/19
62/12
NSC [7] 37/17 37/18 37/20
46/20 48/3 48/14 50/22
NSO [24] 28/25 37/20 37/22
41/7 42/9 42/16 43/7 43/10
43/13 43/14 44/4 44/6 45/22
46/1 46/3 46/8 46/11 46/15
46/17 47/18 50/3 61/21 62/6
62/14
NSO's [1] 43/8
nullity [1] 58/1
number [6] 28/7 37/5 39/24
44/10 48/22 49/1
numbering [1] 31/24
numbers [1] 28/14
NW [1] 1/16

**O**

obligates [2] 14/9 14/21
obligations [1] 13/18
obscurities [1] 62/25
obtained [1] 32/11
obtaining [1] 64/1
obvious [1] 16/14
obviously [9] 4/4 5/2 7/12
8/12 9/11 18/8 45/24 48/11
62/12
occurs [2] 17/24 19/3
October [1] 30/11
off [4] 4/1 4/3 15/24 46/7
offense [26] 13/16 14/4
23/14 23/15 23/16 23/19
23/20 23/24 24/2 24/3 24/9
24/10 24/17 24/18 24/18
25/1 25/2 25/5 25/6 25/21
26/3 26/5 26/17 26/19 26/20
26/20
offenses [7] 6/23 6/24 6/25
7/2 8/10 14/5 25/25
offer [2] 4/25 5/1
offers [1] 5/3
office [6] 1/12 3/12 3/14 28/9
39/3 52/10
officer [1] 54/7
official [13] 2/11 18/2 30/19
34/5 36/7 38/11 38/25 39/21
39/22 54/11 54/12 66/10

66/23
often [1] 26/25
oh [8] 23/21 29/18 34/19
35/10 35/19 56/22 60/13
60/14
okay [11] 15/9 18/3 18/3 18/5
27/10 27/14 41/5 55/20
56/17 61/5 66/12
old [1] 16/12
once [5] 12/1 22/25 31/15
42/16 60/5
one [44] 4/13 5/6 7/24 12/12
13/2 18/7 18/11 19/20 20/14
20/16 22/24 23/17 23/17
23/20 23/20 25/1 27/12 29/7
32/16 33/23 37/5 42/12
42/21 48/22 49/1 49/2 50/5
50/5 50/18 51/6 52/14 53/4
53/14 53/19 53/20 56/14
56/20 57/21 59/10 59/15
62/23 64/6 64/18 66/4
ones [3] 34/7 34/8 59/24
only [41] 15/12 15/13 16/19
19/11 19/12 19/14 19/19
21/7 21/19 21/24 22/24
22/25 27/20 29/9 29/15 30/2
31/21 32/9 33/9 34/4 34/11
34/20 35/11 39/16 39/18
40/2 40/10 40/13 40/21
43/14 48/4 50/5 53/1 53/24
57/4 57/19 58/13 58/13 59/2
63/4 63/13
operate [20] 9/21 10/12
10/14 11/18 12/12 12/5 12/14
12/25 14/6 14/8 14/23 15/22
21/7 22/12 22/13 22/22
22/25 25/1 26/10 26/18
operated [1] 29/10
operates [1] 22/3
operation [2] 20/2 54/14
operational [6] 21/19 42/8
42/9 42/17 43/11 62/1
opinion [3] 4/7 18/6 23/7
opposed [1] 5/16
opposite [2] 15/2 19/2
oral [1] 64/21
order [8] 40/25 44/6 44/15
44/21 49/5 51/15 66/6 66/11
ordered [5] 4/11 48/21 50/9
52/4 52/5
ordering [1] 55/21
ordinary [1] 64/22
Oregon [1] 19/20
original [9] 5/21 7/1 9/5 12/21
13/13 15/3 19/11 20/20
23/21
Ortiz [1] 29/10
other [46] 5/10 6/7 6/8 8/4
8/18 9/15 9/16 10/2 11/25
13/22 14/1 15/10 17/13 18/6
20/15 21/4 22/17 23/8 23/17
27/4 28/24 28/24 35/6 35/8
35/9 35/11 35/12 35/14 38/1
38/2 39/11 40/6 42/15 45/14
46/19 48/3 49/4 49/7 51/2
51/3 57/6 62/21 62/24 63/10
64/10 65/18
otherwise [4] 22/4 22/5 22/14
53/9

our [35] 5/1 6/5 6/5 6/8 6/17
6/8 6/15 8/18 10/10 15/7
17/10 17/19 21/6 26/16
26/18 27/2 29/2 29/6 29/11
30/6 31/4 31/17 38/2 45/23
46/1 46/1 48/10 48/15 49/10
56/14 56/24 57/24 58/24
58/25 60/18 62/13
ours [2] 24/15 24/17
out [21] 5/15 8/17 15/24 21/3
21/4 21/22 32/13 34/25
36/17 37/15 37/16 41/19
41/21 41/22 41/25 44/19
46/10 48/11 48/12 49/23
58/12
outset [1] 41/6
outside [2] 10/25 12/6
over [10] 45/3 45/3 45/3
48/12 50/14 52/16 52/22
53/24 54/9 60/7
overall [1] 61/23
own [8] 17/5 38/20 47/8
47/15 55/22 60/1 60/11 62/9
ownership [1] 44/12

**P**

P.A [1] 2/2
page [5] 19/24 29/6 30/6
31/24 50/21
pages [3] 28/7 29/21 32/1
paid [6] 28/18 37/17 41/7
46/12 46/15 46/23
Pallanck [1] 18/12
Panama [41] 4/22 5/6 5/13
6/13 6/22 8/21 9/2 12/17
13/25 19/13 19/16 20/6
20/10 20/18 20/21 21/11
32/16 32/19 32/23 33/10
36/7 39/15 39/17 44/4 45/17
46/4 46/14 48/12 48/19
50/16 51/16 52/19 54/7
57/13 57/20 57/22 57/23
58/13 63/1 65/11 65/13
Panama's [3] 40/3 63/18
64/13
Panamanian [8] 34/5 46/25
55/6 58/5 62/19 62/20 62/22
63/1
paper [3] 47/5 47/8 47/21
papers [4] 8/18 29/3 29/12
52/2
paragraph [2] 28/9 44/20
paragraphs [1] 28/21
parcel [1] 51/4
Parlacen [4] 48/6 63/7 63/23
64/24
part [7] 19/20 25/12 26/2
27/22 51/4 54/14 59/12
partially [1] 4/6
particular [5] 9/16 15/21 26/9
26/12 34/9
parties [8] 14/4 17/17 19/12
19/21 20/3 20/11 23/9 27/7
parties' [1] 18/19 19/8
partner [1] 25/23
pass [1] 12/1
pay [1] 46/21
paying [1] 42/5
Pegasus [21] 30/3 31/25
32/7 32/16 33/23 35/25 37/9

46/23 50/18 51/10 52/21
53/4 53/6 53/7 55/1 55/7
62/1
people [5] 12/1 34/11 42/15
52/4 52/5
Perez [8] 33/13 33/17 33/25
34/1 35/3 38/20 39/10 53/1
performed [1] 44/21
period [4] 10/17 30/1 30/1
36/4
permanently [1] 63/25
permitted [1] 25/7
person [3] 34/18 39/14 39/15
personal [1] 30/14
perspective [2] 46/8 46/15
persuasive [1] 25/18
phase [2] 58/2 58/3
phone [1] 29/13
phones [8] 28/15 29/8 29/15
29/18 42/16 43/21 43/23
51/3
phrase [3] 6/20 10/22 16/15
phrases [4] 6/14 6/17 6/18
9/13
physically [1] 64/9
pick [1] 3/25
piece [3] 49/1 54/24 55/3
pieces [1] 32/19
Pimintel [1] 54/3
PIN [1] 42/15
PINs [2] 42/13 42/15
Pitti [14] 28/19 28/22 29/16
32/21 37/12 40/6 40/23
43/12 49/3 49/5 49/5 49/25
53/2 53/3
Pitti's [1] 43/2
place [3] 23/23 26/9 30/12
placement [1] 26/14
plain [10] 4/23 6/13 7/17
10/25 12/4 12/7 15/11 15/13
15/21 21/14
plainly [3] 8/7 24/24 27/6
Plaintiff [2] 1/4 1/12
plant [1] 44/15
please [1] 3/6
plenty [2] 8/18 35/13
point [34] 6/12 14/3 15/5
15/8 15/10 17/16 21/4 22/15
27/2 31/3 34/3 34/25 36/21
37/5 37/12 40/8 41/17 41/19
43/10 43/24 44/15 46/10
48/11 48/11 49/10 49/18
53/14 55/2 56/10 56/12
58/11 61/6 61/18 64/18
pointed [3] 15/24 41/21
41/25
points [6] 6/1 6/15 41/22
44/19 45/4 49/20
police [1] 54/7
political [4] 27/2 34/14 58/6
60/2
Ponchy [1] 42/25
poo [2] 25/17 25/17
poo-poo [1] 25/17
portion [1] 25/24
position [22] 4/16 7/7 8/12
8/15 12/9 14/23 15/3 15/7
15/20 17/7 17/10 17/19

position... [10] 17/21 21/6 39/13 47/20 51/17 54/11 61/23 63/6 63/19 64/13
possible [6] 21/19 42/14 43/8 43/10 43/11 47/5
postdated [1] 19/6
PowerPoint [2] 4/12 30/6
practice [1] 57/12
pre [2] 49/21 50/1
pre-July [1] 49/21
pre-July 2012 [1] 50/1
preceded [2] 8/11 23/25
precedent [1] 33/2
precedes [1] 25/5
predate [1] 34/23
predates [2] 23/15 35/19
prefacing [1] 22/2
premise [3] 7/6 14/20 14/24
prepare [1] 51/13
prepared [1] 4/11
preponderance [1] 49/13
preposterous [1] 54/20
present [8] 10/11 10/12 16/1 31/2 52/21 58/4 64/9 64/10
presented [2] 31/7 32/14
president [9] 34/12 38/22 38/23 39/10 50/9 52/21 53/21 58/8 59/1
pretty [2] 16/13 21/21
prevail [1] 15/13
prevails [1] 15/20
preventing [2] 19/14 19/15
previously [1] 32/25
principals [1] 48/3
principles [1] 6/3
printer [1] 37/17
prior [8] 18/13 19/3 19/15 29/6 42/9 43/6 43/11 57/12
private [6] 36/14 36/17 36/19 37/7 47/14 47/21
probable [16] 34/13 35/10 35/20 36/16 37/1 40/4 43/5 44/1 45/21 46/16 49/10 49/13 52/3 52/6 52/18 53/17
probably [1] 65/20
problem [6] 9/18 10/3 11/1 11/3 25/22 40/3
procedural [1] 65/16
procedure [2] 62/25 63/3
procedures [8] 63/6 63/12 63/15 63/15 64/8 64/16 64/20 64/21
proceed [2] 57/24 63/21
proceeded [1] 20/19
proceeding [3] 56/23 58/1 60/2
proceedings [5] 3/2 57/2 57/2 57/5 57/7 57/15 66/18
process [7] 54/2 58/24 59/1 60/18 61/3 61/19 62/16
processes [1] 64/22
program [1] 50/22
programs [1] 51/3
prohibited [1] 26/23
prohibiting [1] 24/15
prohibition [8] 5/21 7/19 7/20 8/17 9/5 13/15 14/9 25/20
prohibitions [1] 5/20 9/4 15/3

producing... [3] 27/25 29/2 31/31 34/20 36/8 36/9 39/12 39/16 42/20 47/23 49/22 52/19 53/7 63/11
properly [3] 28/10 39/15 40/10
property [3] 44/11 44/16 46/3
proposal [1] 29/7
proposition [4] 18/9 18/22 19/22 23/6
prosecute [1] 59/8
prosecuted [1] 64/16
prosecuting [1] 64/1
prosecution [2] 34/14 63/24
prosecutor [12] 27/17 28/9 32/22 32/23 34/12 53/25 58/6 58/21 59/6 60/1 60/22 61/1
protection [2] 19/6 19/6
prove [12] 41/13 44/14 44/14 44/17 44/22 45/1 45/13 45/17 45/20 49/13 49/13 54/18
provide [1] 33/20
provided [7] 4/14 11/16 29/20 29/21 33/20 44/10 63/10
providence [1] 37/14
provides [3] 11/22 47/1 52/3
providing [2] 62/18 64/23
provision [8] 10/15 13/21 14/2 14/24 20/21 21/2 26/6 26/10
provisions [2] 13/11 13/20
PT [1] 35/18
public [42] 27/22 30/14 30/16 31/18 31/22 32/2 33/4 33/21 34/9 34/21 36/7 36/8 36/9 37/9 37/11 37/24 38/9 38/15 38/18 38/21 39/12 39/17 40/3 40/13 40/17 41/8 41/10 41/14 44/4 44/5 44/16 45/11 45/15 45/23 46/17 51/17 51/20 53/8 53/11 53/20 54/8 55/8
pull [1] 18/12
pulled [1] 49/22
punishable [1] 63/11
purchase [7] 31/25 32/2 33/7 33/21 38/7 44/5 44/17
purchased [14] 27/21 30/16 37/24 38/15 38/18 40/3 40/13 40/17 41/14 45/11 45/23 53/7 53/11 55/8
purposed [1] 37/10
purposes [3] 7/8 36/16 55/22
push [1] 62/6
put [11] 7/4 9/13 12/6 25/25 26/1 26/6 26/8 26/11 26/12 26/13 35/17
putative [1] 50/16
puts [1] 10/13
putting [2] 11/19 25/24

Q

question [7] 7/22 7/23 10/3 23/11 33/3 38/2 59/23
questions [4] 9/15 22/16 49/17 65/18
quick [2] 27/12 49/20

R

rack [8] 40/20 40/22 40/22 49/2 49/6 54/23 54/24 55/1
racks [1] 50/12
raise [2] 22/17 63/4
raised [1] 20/15
RAMB00001012 [1] 63/14
RAMB000616 [1] 46/11
RAMB2160 [1] 50/22
rather [1] 12/3
ratifications [2] 9/21 16/3
ratified [1] 9/1
Re [1] 3/4
read [7] 6/14 10/6 12/19 18/18 27/11 27/13 29/11
reading [6] 8/13 10/24 11/24 11/25 12/5 12/6
ready [1] 56/8
real [1] 5/1
realistically [1] 55/18
realize [1] 47/6
really [11] 4/12 5/5 15/12 18/19 19/2 19/11 25/19 43/24 47/3 58/12 62/5
realm [1] 22/6
reason [5] 18/23 27/4 34/11 41/3 62/25
reasonable [1] 14/13
reasoning [1] 62/9
reasons [1] 58/6
Rebecca [2] 1/15 3/13
rebut [1] 57/18
rebutted [1] 40/7
recall [1] 52/1
receive [1] 64/12
recent [6] 27/16 43/3 44/20 44/24 45/18 64/19
record [7] 3/7 35/13 43/17 45/21 50/11 62/15 65/3
recording [1] 28/16
reduced [1] 52/4
reference [1] 46/24
referenced [1] 65/8
referencing [1] 65/6
referred [1] 43/14
refused [2] 53/25 54/1
regarding [2] 5/2 56/15
regardless [3] 41/7 41/9 45/15
related [3] 36/4 65/5 65/6
relatively [1] 17/4
relevant [8] 13/20 20/16 20/16 20/17 36/3 41/15 49/11 49/15
rely [7] 18/24 47/9 48/10 52/25 59/12 63/13 65/10
remedy [2] 57/22 57/23
remember [4] 5/11 17/25 30/8 47/4
removal [2] 48/22 50/17
remove [1] 50/9
render [1] 6/17
renders [1] 57/25
rep [1] 29/14
repeat [1] 10/11
repeatedly [4] 57/25 59/6 60/4 60/7
rephrase [1] 31/13

62/13
report [20] 33/5 33/11 33/22 36/14 39/8 39/19 39/21 39/23 39/25 50/8 51/22 52/13 52/18 53/6 53/6 53/16 53/22 53/23 54/4 54/16
REPORTED [1] 2/10
reporter [6] 2/11 33/15 57/10 59/13 60/4 66/23
representation [1] 60/10
republic [5] 32/4 39/4 51/23 52/9 53/21
request [10] 17/15 17/24 18/17 23/14 12/12 25/12 30/10 30/18 63/14 63/22
requested [2] 4/11 64/11
requests [1] 26/24
require [1] 46/21
required [5] 57/14 63/3 63/8 63/8 64/14
requirement [2] 41/13 44/16
requirements [2] 55/5 58/9
requires [1] 15/18
research [1] 64/6
resources [1] 30/14
respect [10] 13/14 13/17 14/1 15/2 22/25 33/10 45/5 45/8 49/21 51/19
respectfully [1] 63/2 65/12
respond [2] 41/4 61/17
responding [2] 4/6 61/13
response [4] 10/10 14/19 31/5 42/13
responses [1] 61/12
rest [1] 19/16
restrict [1] 21/8
restriction [4] 7/8 7/24 8/3 21/5
restrictions [3] 5/20 9/3 13/18
result [1] 7/1
retroactive [24] 5/4 5/18 5/21 5/23 6/4 7/12 8/8 8/9 11/20 13/11 14/6 16/19 16/22 19/14 21/16 23/25 24/15 25/5 25/6 25/20 26/21 27/1 27/6 27/7
retroactively [39] 4/18 4/24 5/14 6/21 6/25 7/3 7/19 7/21 8/4 8/20 8/24 9/6 9/12 9/22 10/13 10/14 10/17 10/21 11/6 11/18 12/2 12/5 12/14 12/25 14/6 14/8 14/10 14/23 14/25 15/23 21/10 21/12 22/13 22/22 23/1 23/24 24/14 25/1 26/11
retroactivity [26] 6/9 8/17 9/6 10/7 11/8 13/3 13/15 13/21 13/23 14/2 14/24 15/14 16/24 17/13 17/23 19/11 19/14 19/15 20/21 21/23 23/11 25/24 26/6 26/15 26/16 26/16
RICARDO [4] 1/6 3/5 3/18 28/13
Richards [3] 5/11 5/14 20/6
right [20] 15/3 4/21 7/13 13/4 14/15 16/9 25/15 25/25 28/5 34/1 34/2 36/21 37/2 56/1

right... [6] 56/8 56/20 58/16
59/24 61/3 61/10
rights [4] 59/1 60/18 60/19
65/16
RMR [2] 2/10 66/22
Rodriguez [4] 32/21 42/11
53/2 53/3
Rodriguez's [1] 43/2
role [4] 33/4 34/6 38/11
39/14
Ronny [4] 32/21 43/2 53/2
53/3
Row [1] 22/23
rule [13] 21/23 22/1 22/2
22/7 22/7 22/11 22/13 60/16
60/24 61/15 61/17 64/21
64/23
rules [1] 57/4
run [2] 47/17 64/9

**S**

said [52] 6/1 6/23 7/16 8/16
8/18 8/23 9/19 10/16 10/20
11/18 13/16 14/5 18/14 20/3
21/13 23/21 24/8 28/4 28/5
28/6 29/9 29/12 29/14 30/8
30/15 32/22 34/15 35/5
36/11 36/13 40/1 46/1 46/1
47/4 47/19 55/11 56/21
58/15 58/22 59/11 60/5 60/5
60/7 60/13 60/14 60/15
60/23 61/25 62/2 62/3 62/13
64/19
same [21] 7/25 11/2 11/5
11/19 12/13 12/18 12/19
20/8 20/13 34/15 36/10
38/17 39/3 44/9 52/8 52/12
60/22 60/22 61/23 63/12
63/15
Samuel [1] 64/7
Sanchez [1] 42/25
Sanchez's [1] 43/4
sappling [1] 44/15
Sasserby [1] 58/10
saw [1] 65/2
say [32] 5/14 8/19 11/8 20/14
21/12 21/16 22/19 23/12
24/6 24/7 27/4 32/23 34/19
34/23 35/9 35/10 35/19
36/10 38/18 38/19 38/19
40/21 41/6 43/14 49/23 51/7
53/16 55/3 59/25 60/14
61/22 65/9
saying [8] 18/16 29/18 43/14
46/19 48/12 49/25 50/8 61/2
says [72] 4/18 4/21 5/3 6/19
7/12 7/13 7/14 7/20 9/11
9/19 9/19 10/11 10/14 10/21
10/22 11/22 12/4 12/13
12/24 14/1 14/7 14/8 14/21
14/22 15/1 15/2 15/22 15/22
16/13 19/4 21/8 22/21 24/25
26/10 26/11 27/6 28/8 28/21
29/8 30/12 30/18 31/9 31/17
31/25 34/22 37/6 37/8 37/13
37/14 37/15 38/14 39/3
39/25 40/16 43/15 43/21
43/22 44/25 45/10 46/2 46/4

46/11 46/23 48/22 47/17
49/7 50/22 50/25 51/19 52/8
63/5 64/19
school [3] 16/9 16/17 16/18
screen [1] 4/12
searched [1] 28/15
seat [1] 3/3
seated [1] 3/13
second [9] 6/20 10/6 16/5
18/16 19/4 24/24 28/23
37/12 53/20
Secondly [1] 23/3
secretary [5] 33/13 33/18
39/2 52/10 52/23
section [3] 11/8 26/6 64/22
security [24] 30/17 33/13
33/18 35/3 35/6 35/13 36/2
36/13 36/18 37/21 37/24
38/17 38/23 39/1 39/5 42/21
46/3 46/14 47/1 50/20 51/2
52/5 52/11 52/23
see [3] 10/2 18/11 41/17
seeing [1] 17/25
seems [1] 12/2
seizes [1] 54/8
selling [1] 46/9
sells [1] 34/5
send [4] 8/4 58/22 59/4 59/5
sense [7] 14/25 23/10 26/22
34/17 54/11 60/9 63/17
sent [2] 58/18 65/14
sentence [13] 6/19 10/4 11/2
11/5 11/20 12/13 12/13
12/24 12/24 14/8 17/1 22/20
30/24
sentences [1] 9/14
separate [6] 10/5 10/20
22/11 22/22 24/24 27/8
sequestered [1] 5/15
servant [3] 33/4 51/17 53/20
server [1] 49/2
servers [1] 50/12
service [2] 43/13 43/16
Services [1] 47/15
serving [1] 34/16
set [4] 15/24 28/24 49/11
49/12
setting [1] 48/7
several [2] 35/3 58/16
shall [35] 6/19 6/20 7/20 8/8
9/6 9/11 9/12 9/20 9/21
10/12 10/12 10/14 10/20
11/9 11/18 12/5 12/25 14/6
14/7 14/22 15/22 16/2 16/5
16/8 16/9 16/13 16/16 22/21
22/22 22/24 22/25 24/25
24/25 26/10 52/9
shared [1] 35/6
she [4] 42/14 53/24 64/15
64/16
shocking [1] 59/5
shocks [1] 58/23
short [2] 61/12 65/10
shortly [1] 48/15
should [13] 6/16 6/25 7/13
8/6 11/16 19/8 28/8 46/10
48/11 56/12 59/20 60/15
65/9
shouldn't [2] 24/7 59/12

shows [1] 41/11
side [2] 62/21 62/23
sides' [1] 20/25
signed [15] 8/23 11/16 12/21
13/9 14/1 14/4 17/17 30/18
33/20 33/23 36/18 38/19
38/20 39/15 52/1
significant [5] 19/18 41/23
41/23 41/24 42/13
signing [1] 12/16
similar [1] 16/14
simple [2] 4/17 7/4
simply [6] 20/22 50/4 51/6
51/6 61/15 63/24
since [1] 48/16
sits [4] 34/17 59/8 60/2 60/12
situation [6] 20/8 24/14 24/17
25/9 38/12 58/17
situations [1] 26/25
slides [1] 31/24
slightly [1] 21/13
slow [1] 33/16
Smith [2] 1/14 3/12
so [67] 3/19 5/4 5/22 6/11
6/22 6/25 9/5 9/12 10/6 10/7
11/10 12/18 13/11 13/14
13/24 14/8 14/24 15/6 17/5
17/6 17/19 18/20 18/21
22/25 25/4 26/23 29/24 31/3
31/9 31/12 31/18 31/18
34/17 35/8 35/17 37/9 37/22
39/6 40/8 40/14 40/25 42/16
46/14 46/16 47/1 49/9 50/14
51/1 51/5 52/12 52/17 53/24
54/4 55/4 56/2 56/6 56/8
57/2 58/5 58/10 60/8 61/17
62/9 63/17 64/20 66/5 66/7
so-called [1] 57/2
solely [1] 41/3
some [31] 10/23 11/6 12/19
13/10 13/11 13/22 13/23
14/14 24/8 30/9 35/23 40/19
42/6 44/11 44/15 44/20
44/25 45/14 47/2 48/17
49/15 49/16 53/15 55/2
55/25 59/13 59/13 61/18
62/22 62/23 64/6
somehow [1] 59/14
someone [14] 8/4 23/14 24/9
24/16 26/18 31/15 32/24
38/10 38/10 51/16 53/18
57/3 58/6 58/23
something [6] 12/20 34/18
35/17 49/23 55/2 61/8
sometime [1] 11/17
somewhat [1] 26/15
soon [1] 55/17
sorry [4] 9/25 28/7 33/17
57/11
sort [10] 10/23 12/19 44/11
44/21 45/19 48/17 61/18
62/16 62/24 65/16
source [2] 45/14 47/18
sources [1] 20/1
SOUTHERN [1] 1/1
Spanish [3] 15/25 52/20 65/2
spell [1] 5/4

57/7 57/15 63/6 63/15 64/8
64/16 64/20 64/22 64/23
specific [1] 39/24
specifically [5] 18/8 18/25
21/11 21/25 43/21
speculate [1] 42/14
squarely [2] 5/18 61/16
stack [1] 32/6
stage [1] 37/2
stained [1] 34/16
stand [1] 18/22
standing [1] 29/17
standpoint [1] 55/4
stands [1] 19/21
star [1] 28/18
start [6] 4/2 4/5 17/1 31/14
53/25 54/2
started [1] 12/16
starts [2] 58/2 58/3
state [20] 3/6 4/7 4/20 4/22
4/25 7/14 8/6 17/10 18/1
18/25 23/6 25/17 30/14
30/21 37/8 37/10 51/18
52/15 63/11 65/15
stated [4] 20/24 22/8 22/14
43/25
statement [2] 45/13 59/13
states [22] 1/1 1/3 1/10 1/12
1/15 3/9 3/10 5/20 6/22 8/7
9/20 19/13 19/25 20/10
20/18 20/21 21/11 24/24
31/2 44/10 52/12 64/21
status [1] 48/6
statute [5] 7/17 10/25 11/2
12/7 41/15
Stewart [1] 19/25
still [8] 17/10 20/23 40/2
42/18 43/18 45/15 48/18
64/19
stole [1] 32/20
stolen [4] 27/23 49/12 49/16
54/20
stopped [1] 42/5
stored [1] 48/16
straws [1] 40/25
Street [1] 1/13
stress [1] 61/9
stressed [1] 52/2
stretching [1] 41/15
stronger [3] 41/3 8/16 21/14
stuck [1] 40/14
stuff [1] 15/10
subclause [7] 15/14 15/22
16/6 16/24 17/1 19/11 19/14
subject [7] 10/6 11/9 15/23
16/6 17/2 32/10 40/11
submission [2] 4/6 44/24
submit [2] 30/25 65/1
submitted [9] 17/12 26/25
32/1 36/3 36/10 36/11 37/19
53/5 56/24
submitting [1] 65/1
subordinate [1] 16/1
subsection [1] 26/12
subsequent [3] 10/18 15/15
20/2
substituting [1] 62/10
such [6] 6/20 6/20 20/1

such... [3] 24/19 36/9 52/16
sufficiency [1] 66/12
sufficient [4] 36/5 37/1 44/12
45/5
suggest [1] 49/15
suggests [1] 42/7
Suite [2] 2/3 2/7
summarizing [1] 30/22
sunset [1] 10/15
super [1] 49/8
supersede [1] 4/23
supplement [2] 13/12 13/21
supplier [1] 38/3
support [2] 29/20 44/1
supported [1] 19/12
supports [2] 18/6 27/2
supposed [2] 7/15 32/20
supposedly [1] 54/22
supposition [1] 12/22
supreme [9] 19/21 19/25
28/11 44/8 57/4 58/15 58/20
62/18 62/19
sure [7] 11/12 41/5 55/23
56/1 56/3 56/7 65/24
surplusage [3] 6/17 6/18 16/5
surveillance [7] 5/23 14/10
40/12 41/3 47/22 52/4 52/7
system [14] 42/8 42/8 42/9
42/16 43/7 43/10 43/13
43/15 43/17 44/2 62/1 62/6
62/8 62/14
systems [4] 6/2 41/14 50/22
61/21

**T**

table [1] 3/11
take [12] 6/19 8/17 9/11 9/20
10/12 11/16 16/2 22/21
23/23 50/10 60/8 65/4
taken [6] 5/15 37/15 37/16
40/20 40/22 49/6
takes [5] 10/13 12/4 12/14
14/12 55/25
taking [1] 35/24
talk [12] 15/10 25/10 28/19
32/4 43/23 44/3 50/13 51/12
56/12 56/14 61/19 62/17
talked [3] 13/25 51/11 51/11
talking [5] 53/17 60/1 60/3
60/4 60/24
talks [6] 21/17 21/18 28/14
28/21 40/23 54/5
Tamborelli [4] 33/19 39/11
48/3 53/1
tammy [5] 2/10 2/12 66/22
66/22 66/24
tap [2] 29/8 29/18
telephone [5] 28/12 28/16
28/20 35/15 50/23
telephones [6] 28/19 28/13
35/8 49/25 50/2 51/6
television [1] 60/6
terminated [1] 42/2
terminology [1] 55/24
terms [4] 4/5 4/25 5/25 6/2
testified [1] 50/5
testimonies [1] 35/4
testimony [4] 29/11 34/25

text [1] 8/13
textual [1] 20/1
than [6] 16/6 18/6 22/7 22/16
27/4 49/14
Thank [5] 3/16 4/9 65/21
65/22 66/12
that [581] 3/20 3/21 3/25 4/4
4/8 4/17 4/24 5/9 5/12 5/13
5/19 5/20 5/21 6/5 6/9 6/16
6/17 6/23 7/1 7/2 7/10 7/13
7/18 7/20 8/1 8/1 8/1 8/2 8/8
8/9 8/13 8/13 8/23 8/23 8/25
9/3 9/5 9/16 9/18 9/20 10/3
10/4 10/4 10/9 10/10 10/10
10/15 10/15 10/16 10/18
11/1 11/1 11/3 11/5 11/7
11/10 11/10 11/15 11/16
11/19 11/20 11/22 11/22
11/22 11/23 12/12 12/6 12/8
12/9 12/12 12/19 12/21
12/23 13/1 13/2 13/2 13/3
13/6 13/6 13/7 13/10 13/11
13/17 13/18 13/25 14/2 14/3
14/8 14/9 14/13 14/16 14/17
14/19 14/20 14/24 15/7
15/10 15/12 15/13 15/15
15/18 15/19 15/22 16/5 16/6
16/15 16/15 16/15 16/16
16/19 16/20 16/21 16/23
17/3 17/11 17/12 17/14
17/14 17/16 17/19 17/20
17/20 17/23 17/25 18/1 18/4
18/5 18/6 18/8 18/9 18/11
18/14 18/20 18/22 18/24
19/1 19/10 19/14 19/18
19/21 19/25 20/1 20/24 21/8
21/9 21/14 21/15 21/16
21/18 21/22 22/6 22/10
22/20 22/21 22/23 23/1 23/4
23/6 23/8 23/10 23/10 23/12
23/15 23/16 23/20 23/23
23/24 23/25 24/1 24/4 24/5
24/5 24/7 24/25 25/5 25/6
25/12 25/12 25/13 25/17
25/22 25/23 25/23 26/2 26/4
26/4 26/4 26/6 26/10 26/11
26/12 26/17 26/19 26/21
26/21 26/22 26/24 27/2 27/3
27/6 27/20 27/21 27/24
27/24 28/3 28/22 28/22
28/22 29/2 29/2 29/3 29/3
29/4 29/4 29/5 29/6 29/7
29/8 29/10 29/12 29/20 30/2
30/2 30/3 30/9 30/12 30/18
30/19 30/20 30/22 30/25
31/1 31/2 31/5 31/5 31/6
31/6 31/9 31/13 31/19 31/20
31/22 31/24 32/1 32/2 32/9
32/10 32/14 32/15 32/23
33/2 33/3 33/5 33/8 33/9
33/11 33/19 33/20 33/21
33/22 34/7 34/8 34/17 34/22
34/22 34/23 34/24 35/4 35/5
35/6 35/8 35/8 35/9 35/9
35/11 35/13 35/17 35/19
36/2 36/4 36/12 36/13 36/14
36/17 36/19 36/21 36/24
37/6 37/7 37/8 37/10 37/15

38/5 38/6 38/7 38/11 38/12
38/14 38/14 38/16 38/18
38/19 38/22 38/24 38/24
38/25 39/1 39/3 39/3 39/8
39/11 39/13 39/14 39/17
39/20 39/23 40/1 40/1 40/3
40/4 40/4 40/8 40/10 40/13
40/16 40/20 40/20 40/21
40/23 41/2 41/4 41/13 41/13
41/17 41/19 41/20 41/22
41/24 41/25 42/1 42/1 42/1
42/4 42/6 42/6 42/7 42/8
42/11 42/13 42/14 42/20
42/22 42/22 43/1 43/5 43/6
43/8 43/9 43/10 43/11 43/12
43/13 43/15 43/17 43/17
43/20 43/21 43/23 44/2 44/5
44/9 44/10 44/11 44/13
44/14 44/16 44/17 44/18
44/20 45/10 45/10 45/10
45/12 45/13 45/14 45/14
45/18 45/20 45/22 46/2
46/10 46/11 46/11 46/16
46/20 46/23 46/25 47/1 47/2
47/5 47/6 47/9 47/11 47/12
47/13 47/13 47/16 47/16
47/17 47/20 47/22 47/24
48/2 48/10 48/12 48/14
48/17 48/20 48/21 49/1 49/4
49/7 49/11 49/12 49/13
49/14 49/15 49/16 49/25
50/1 50/4 50/5 50/5 50/6
50/8 50/10 50/12 50/12
50/13 50/13 50/14 50/15
50/15 50/23 51/1 51/1 51/2
51/7 51/15 51/15 51/19
51/20 51/21 51/22 51/25
52/2 52/3 52/4 52/4 52/5
52/8 52/8 52/12 52/12 52/12
52/13 52/13 52/14 52/16
52/18 52/18 52/24 52/24
52/25 53/7 53/13 53/16
53/22 53/24 54/1 54/3 54/3
54/5 54/10 54/15 54/15
54/18 54/22 55/1 55/2 55/5
55/16 55/18 55/24 56/3 56/6
56/12 56/25 56/25 57/1 57/1
57/2 57/6 57/14 57/16 57/16
57/17 57/17 57/18 57/19
57/22 57/24 58/2 58/10
58/11 58/12 58/13 58/15
58/21 58/23 58/24 59/7 59/8
59/9 59/10 59/10 59/11
59/13 59/15 59/20 59/21
60/8 60/9 60/13 60/14 60/16
60/16 61/2 61/6 61/6 61/8
61/8 61/9 61/15 61/25 61/25
62/3 62/5 62/8 63/4 63/6
63/7 63/9 63/16 63/20 63/22
63/23 64/5 64/11 64/12
64/13 64/18 64/19 64/21
64/23 65/4 65/5 65/6 65/8
65/9 65/17 65/18 65/24 66/5
66/7 66/7 66/17
that's [92] 4/18 4/23 6/21 7/4
7/14 10/21 10/21 11/3 11/13
12/18 12/19 12/22 13/14
14/8 15/11 20/16 21/19 22/5

25/7 26/14 26/23 26/23 28/1
28/4 28/20 29/18 30/4 31/3
31/17 32/8 32/8 32/9 34/2
34/10 35/11 35/12 36/20
37/4 38/13 38/15 39/6 39/16
39/18 39/23 40/1 40/2 40/5
40/8 40/14 40/17 40/20 41/8
41/16 43/18 43/22 44/8
44/12 46/13 46/14 46/22
47/19 48/23 49/3 49/4 50/4
51/7 51/8 52/17 52/20 52/21
52/25 53/4 53/9 53/11 53/12
54/16 54/20 55/14 58/22
59/23 60/13 61/3 62/12
63/14 64/23 65/2 65/7
theft [8] 40/19 41/12 44/22
48/9 48/18 50/7 50/17 54/18
their [24] 8/15 8/16 16/4
20/20 29/11 30/8 30/9 34/5
35/14 42/13 42/16 43/24
44/24 46/17 47/8 47/15
49/24 51/4 51/20 52/2 58/7
61/24 62/7 62/9
them [10] 5/6 9/4 9/13 20/15
22/17 24/6 28/17 29/14
41/18 42/16
themselves [1] 52/25
then [26] 10/14 11/18 12/2
17/4 20/3 20/25 21/13 24/2
26/5 27/18 31/15 36/21 37/1
37/1 37/7 38/12 42/18 43/25
54/8 54/9 56/24 58/18 58/19
58/20 63/4 66/10
there [113] 4/3 5/4 5/12 5/17
6/2 6/3 6/4 6/9 6/25 8/8 8/18
9/10 9/14 10/5 10/15 11/21
11/22 12/18 13/2 13/8 16/20
17/3 17/12 17/20 18/13
18/15 21/20 24/6 24/8 24/12
24/13 24/15 24/19 26/25
27/4 27/4 27/5 27/21 27/24
29/4 29/5 29/24 30/11 31/24
32/2 32/2 32/3 32/5 32/6
32/14 33/14 34/20 34/21
34/25 35/1 35/8 35/12 35/12
36/8 36/9 36/13 36/25 37/7
37/10 37/22 39/7 39/16
39/18 39/24 40/20 41/19
41/21 42/1 42/6 42/25 44/1
44/11 44/13 44/17 44/20
44/25 45/14 45/14 45/21
47/2 48/20 49/14 50/8 50/11
50/15 51/1 51/1 51/18 51/23
52/6 52/14 53/5 53/6 53/7
53/22 54/21 56/11 56/13
57/9 58/9 58/16 58/19 62/15
64/6 64/14 65/4 65/8 65/18
there's [22] 12/18 14/7 17/17
18/15 21/8 21/21 23/5 26/23
31/5 32/18 32/22 34/13
34/22 35/12 39/12 40/19
44/16 45/24 46/16 49/21
49/22 58/19
therefore [7] 10/6 10/7 52/6
59/20 62/9 63/21 63/25
Thereupon [4] 3/1 33/14 57/9
66/13
these [22] 14/10 18/17 20/1

these... [19]  20/8 20/9 20/22
21/12 26/24 28/7 39/20 40/5
40/11 42/15 43/6 50/14
50/14 52/6 54/6 55/25 61/2
62/25 63/12
they [117]  7/3 7/24 8/16 8/19
8/24 10/4 10/17 10/18 11/13
11/14 11/18 11/24 14/4 14/5
16/25 17/4 17/5 17/7 18/8
18/11 18/24 18/25 20/2 20/3
20/14 21/9 21/9 21/13 21/15
22/5 22/12 22/13 23/22
23/22 24/13 25/23 29/10
29/12 29/20 29/20 29/21
31/18 31/21 32/1 32/7 32/7
33/5 33/5 34/6 34/7 34/8
34/23 34/24 35/6 35/7 35/18
36/2 36/10 36/11 37/9 37/16
37/20 40/25 41/2 41/15
41/25 42/4 42/5 42/13 42/16
42/17 42/18 43/12 43/14
43/24 43/25 44/3 45/1 45/2
45/5 45/7 45/7 45/8 46/8
47/9 47/9 47/16 48/2 49/4
49/7 49/22 52/1 52/2 52/19
52/25 55/3 57/2 57/3 58/8
60/3 60/13 60/14 60/15
61/22 61/25 62/2 62/6 62/20
63/16 64/10 64/15 64/18
64/19 64/25 65/1 65/7 65/8
they've [1]  50/7
thing [10]  10/7 13/2 20/13
21/10 40/21 43/14 50/19
56/14 59/10 61/1
things [9]  12/3 23/17 23/17
37/5 52/6 54/15 60/25 61/2
63/10
think [78]  5/14 5/25 6/7 6/11
6/15 7/11 7/16 7/24 8/1 8/1
8/2 9/10 10/10 10/24 11/5
11/19 12/5 12/11 12/12
12/22 13/24 13/24 14/2 15/6
15/6 17/9 17/10 17/22 18/7
18/9 18/21 22/19 23/4 23/5
24/23 25/8 25/19 26/7 26/8
26/9 26/14 26/14 26/24
27/15 29/1 29/2 29/3 30/5
30/8 31/12 31/13 31/13
43/22 43/22 44/1 44/24
45/24 47/3 50/24 51/5 51/10
52/20 54/24 55/17 55/19
56/11 60/16 60/17 61/6 61/8
61/8 62/7 64/6 64/15 64/25
65/20 66/3 66/5
third [5]  27/17 28/4 28/8
56/19 56/21
this [166]  3/8 3/24 6/1 6/5
6/11 6/11 7/19 10/16 10/22
12/15 12/24 13/14 14/4 14/6
15/4 15/7 15/9 15/11 15/21
16/21 17/6 18/13 18/19
18/21 19/2 19/3 19/5 19/8
19/10 19/12 20/19 20/23
21/5 21/6 21/8 21/23 21/24
22/2 22/15 22/17 22/20
23/18 23/22 25/2 25/8 25/22
26/10 26/11 27/2 27/5 27/5
27/17 27/18 27/20 27/22

28/24 28/24 29/9 29/19 30/9
30/10 30/15 30/24 31/10
31/20 32/6 32/24 33/2 34/3
34/7 34/8 34/12 34/14 34/15
34/18 34/25 35/10 35/13
35/23 36/9 36/11 37/6 37/14
37/23 38/9 38/14 38/17
38/25 39/6 40/16 40/20
41/23 42/5 42/15 43/1 43/2
43/25 45/2 45/2 45/3 45/8
45/11 46/3 46/7 46/9 46/15
47/3 47/7 47/8 47/11 47/14
47/16 48/1 48/4 48/8 48/19
48/22 48/24 49/2 49/9 50/15
50/16 51/9 51/25 52/12 53/9
53/16 54/16 56/10 56/11
56/12 56/22 57/19 58/5
58/17 58/21 59/12 59/25
60/2 60/9 60/11 60/18 60/20
60/21 60/25 61/1 61/1 61/9
61/15 61/16 61/16 61/18
61/20 62/11 62/18 63/2 63/9
63/16 64/3 65/11 65/12 66/3
Thomas [2]  18/2 62/23
those [25]  5/5 5/16 5/22 6/8
6/10 6/18 6/24 9/12 11/19
11/19 22/22 23/21 28/15
32/19 33/11 34/4 34/11 50/1
51/21 51/22 52/22 53/16
57/4 60/18 64/14
though [10]  11/7 12/8 14/13
19/6 20/10 22/9 23/8 25/13
36/18 43/8
thought [3]  13/19 43/24 66/2
three [5]  3/25 53/18 54/22
55/18 60/7
through [5]  28/16 29/1 29/22
32/6 41/10
throughout [1]  58/25
tie [1]  14/16
tied [1]  10/8
time [20]  8/21 10/17 10/23
12/21 16/15 16/18 16/22
19/16 19/16 29/22 36/4
41/10 41/15 41/20 48/15
49/11 49/16 56/21 58/7 62/2
times [1]  58/16
today [7]  4/11 4/15 16/9
16/17 16/18 55/20 58/25
together [3]  6/15 10/7 12/6
token [1]  61/23
too [1]  27/3
took [6]  9/1 10/24 16/19
16/20 29/21 49/7
top [1]  57/18
topics [1]  4/2
TORRES [3]  1/2 1/9 3/6
totality [1]  49/9
town [1]  12/1
trail [2]  47/5 47/8
trained [1]  29/14
transcription [2]  43/4 66/18
transfers [1]  32/5
translate [3]  33/1 55/25 66/9
translated [2]  55/14 55/16
translation [2]  65/1 66/9
translations [2]  65/2 65/24
treaties [13]  8/18 8/19 13/10

22/1 22/7 22/11 22/12 22/12
44/13
treaty [73]  4/17 4/18 4/23
5/13 5/21 7/2 7/8 7/17 7/18
8/7 8/8 8/16 8/22 8/22 8/23
8/23 9/5 9/19 9/20 10/8
10/11 10/12 10/16 10/17
10/18 10/21 10/24 11/15
11/15 11/22 12/21 13/3
13/13 13/17 14/4 14/6 14/7
14/15 14/16 14/17 14/21
14/22 15/3 15/12 16/1 16/18
16/19 16/21 16/25 17/3
18/14 19/12 19/23 20/1 20/3
20/12 20/21 21/7 21/17
21/18 22/4 22/21 23/16
24/11 24/15 24/24 25/7
25/23 26/1 26/10 26/12
26/21 27/6
tree [1]  44/16
trial [8]  3/14 30/21 30/23
30/25 31/2 31/16 45/17
47/21
tried [7]  8/24 16/7 57/4 58/14
58/18 58/20 59/5
true [6]  25/12 35/12 45/12
59/9 59/10 60/13
truth [1]  59/14
try [5]  20/14 49/5 59/24
59/24 61/2
trying [7]  6/14 40/15 40/15
41/13 51/8 60/3 62/21
Tuesday [2]  56/9 66/6
turn [3]  15/9 30/5 44/4
turns [1]  36/17
twice [1]  10/11
twisted [1]  16/10
two [27]  5/6 6/7 6/14 6/17
6/18 9/10 9/13 9/13 10/5
14/10 19/12 20/5 21/4 22/20
22/22 23/9 29/9 32/18 32/19
32/20 33/9 33/11 37/5 43/19
49/1 57/6 65/1
types [1]  13/10

## U

U.S [1]  8/21
ultimate [2]  42/7 48/9
ultimately [4]  8/6 18/24 20/9
25/13
unambiguously [1]  15/15
uncuffed [1]  3/19
under [17]  16/9 16/14 19/19
23/16 26/21 34/4 38/5 38/24
52/24 55/6 58/10 60/18 63/6
63/8 63/9 64/14 64/16
underlined [1]  13/19
underlings [1]  32/20
understand [5]  7/10 10/9
20/25 38/1 43/24
understanding [2]  5/12 20/20
understood [1]  48/23
undisputed [1]  50/4
UNITED [15]  1/1 1/3 1/10
19/13 19/25 20/10 20/18
20/20 21/11 44/9
unless [6]  9/17 15/16 22/2
22/13 23/11 61/8

unprecedented [1]  58/22
until [14]  8/10 12/17 16/12
16/22 23/1 23/19 23/23 24/2
24/10 25/2 26/17 32/12
50/21 51/13
up [7]  4/1 11/17 18/12 18/16
42/4 49/2 65/1
upon [1]  59/12
us [3]  14/9 14/21 29/22
use [18]  4/13 29/4 36/8 38/8
38/21 39/12 39/20 40/18
41/8 44/6 44/22 45/15 46/2
48/19 50/6 50/24 50/24
64/15
used [43]  22/24 27/22 27/25
29/5 29/25 30/2 31/20 31/22
32/9 32/20 33/21 34/21
35/20 36/3 36/14 36/18 37/7
38/6 39/17 40/5 41/8 41/9
41/14 41/20 42/9 44/2 44/5
45/20 46/17 47/20 47/22
48/15 48/16 49/11 49/15
49/24 51/20 51/22 53/13
54/13 54/22 55/7 62/8
user [4]  46/13 46/13 46/24
62/4
users [1]  46/25
using [3]  30/16 30/16 42/5
usually [1]  4/20

## V

Valenzuela [1]  60/19
validated [1]  20/19
value [1]  35/24
varied [1]  31/4
various [2]  28/21 33/6
vary [4]  31/6 31/15 31/16
55/9
versus [6]  7/24 18/12 19/20
21/1 25/11 31/25
very [38]  6/13 6/13 8/23 9/3
10/11 12/12 15/18 16/14
17/1 26/16 26/25 28/3 29/2
29/3 30/4 30/4 31/5 32/4
33/2 34/3 37/6 37/8 38/14
38/17 38/25 39/24 40/5
40/16 47/25 51/15 53/10
59/21 60/22 60/22 60/23
62/25 65/8 66/12
victims [1]  37/2
Vienna [6]  13/25 21/20 21/21
21/25 22/8 22/10
view [2]  6/8 8/2
views [1]  4/2
violation [6]  7/20 59/1 59/4
61/4 61/19 62/16
virtue [5]  33/4 34/5 38/11
51/17 54/8
voluntarily [1]  5/7

## W

wait [1]  65/24
walking [1]  16/12
want [20]  4/5 9/4 15/4 16/8
21/4 21/12 26/13 27/3 27/10
29/1 41/17 41/19 55/21 56/1
56/3 56/6 61/11 61/17 61/19
62/17
wanted [17]  3/25 4/2 4/3

**W**

wanted... [14]  11/7 16/23
21/11 25/23 26/4 26/5 31/13
34/25 40/8 50/19 53/8 58/8
58/11 61/9
wants [6]  9/17 30/20 30/23
30/25 53/12 65/17
warehouse [3]  48/17 54/20
54/23
warrant [2]  45/6 45/6
was [146]  5/4 5/12 5/13 5/14
5/17 6/4 6/5 6/9 7/1 8/13
8/23 9/1 10/15 11/15 13/9
13/12 13/21 21/20 23/19
23/24 24/15 24/18 24/18
25/1 25/2 25/6 25/13 26/19
27/21 27/22 27/23 27/25
28/23 28/23 29/4 29/5 29/25
30/2 30/2 30/3 30/11 30/11
31/20 32/2 32/9 32/13 33/14
33/19 33/23 33/25 34/21
34/21 34/24 35/2 35/8 35/11
35/12 35/20 36/3 36/12
36/13 37/10 37/14 37/15
37/16 37/18 37/23 37/24
38/14 38/16 38/18 38/19
38/19 39/6 39/7 39/7 39/7
39/13 40/3 40/4 40/13 40/20
40/20 40/20 40/22 40/22
41/7 41/8 41/9 41/10 41/20
41/21 41/23 41/23 41/24
42/2 42/8 42/9 42/21 42/23
42/24 43/9 43/18 44/2 44/11
44/17 45/11 45/22 46/23
47/16 47/17 48/15 48/15
49/6 49/6 49/11 49/12 49/15
49/16 49/23 50/3 50/20 51/1
51/7 52/23 53/7 53/13 53/22
53/24 54/1 55/8 56/20 57/7
57/9 57/20 61/6 62/1 62/3
63/3 64/5 64/6 64/8 64/8
64/9 64/11 64/18
Washington [1]  1/16
wasn't [6]  13/12 20/15 25/13
35/9 48/2 64/16
way [13]  10/4 11/9 12/15
15/12 15/13 33/20 43/22
47/7 48/4 49/4 63/12 63/17
66/7
we [118]  3/19 3/25 4/1 4/1
4/2 4/4 4/10 4/12 4/13 4/21
5/11 5/18 6/1 6/3 6/15 6/15
7/16 8/16 8/18 11/10 12/11
12/12 13/2 13/4 13/18 13/19
13/19 13/25 14/2 14/15
15/10 16/15 18/5 18/18
18/20 20/5 20/5 20/6 21/9
21/12 22/20 25/17 27/1 28/7
28/8 29/2 29/6 29/7 29/11
32/11 32/11 32/12 32/13
32/13 32/17 33/1 35/22
36/11 37/19 38/13 38/13
40/17 40/18 41/13 41/19
41/21 42/20 43/16 44/10
44/13 44/16 45/23 46/1 46/1
46/5 46/6 47/6 47/6 47/12
48/4 48/10 48/11 48/14
48/15 48/20 49/1 49/7 49/10
49/12 49/25 51/13 51/14

we'll [14]  11/7 16/23
55/19 55/20 55/23 56/2
56/10 56/12 56/13 56/22
56/24 56/25 57/6 57/16
57/19 57/21 58/10 58/13
61/13 61/17 62/7 62/12 64/6
65/20
we're [1]  7/12
we've [3]  4/11 28/7 63/17
Wednesday [1]  55/20
week [1]  16/11
weeks [1]  3/25
weight [1]  19/22
well [33]  7/10 7/11 9/18
10/16 11/4 11/7 11/14 13/1
13/8 16/13 19/3 19/19 20/4
20/14 21/9 24/22 31/13
36/23 37/4 41/11 42/14
43/24 44/3 44/4 44/25 45/1
47/4 56/13 60/16 63/4 64/3
64/19 65/16
went [1]  16/25
were [36]  4/6 8/10 13/19
17/4 18/13 20/9 26/3 29/7
29/7 31/22 33/6 33/21 35/7
36/17 37/7 37/7 39/17 41/2
41/14 42/5 43/6 44/5 45/1
45/20 46/9 46/17 50/12
50/12 50/13 53/1 53/3 54/22
54/22 63/16 64/10 65/9
what [75]  4/19 4/20 5/2 5/3
7/14 9/8 9/18 9/19 10/21
10/22 11/3 11/14 12/4
13/19 14/8 14/18 14/21 15/1
15/21 17/7 18/15 18/16
18/18 19/7 19/7 20/7 20/17
20/17 20/18 21/6 22/19
23/22 24/4 24/23 26/11
26/15 27/1 27/10 28/1 28/4
29/19 31/17 32/7 32/25
34/10 38/13 40/14 40/17
42/20 44/9 45/4 45/17 46/19
46/22 47/9 48/7 48/17 48/20
49/23 51/8 51/19 53/9 54/16
57/22 58/2 58/5 58/9 60/15
60/17 62/23 63/8 65/2 65/6
65/23 66/9
what's [10]  7/22 11/21 20/17
23/8 26/3 26/23 29/3 37/2
37/25 45/5
whatever [2]  7/14 9/4
whatsoever [4]  27/24 37/22
49/22 58/7
when [31]  6/12 6/22 6/25 7/2
8/7 8/23 10/13 10/24 12/14
12/20 14/4 14/5 16/16 16/17
17/24 17/24 31/3 33/4 37/13
37/14 39/6 39/6 39/7 40/4
42/5 51/14 59/25 60/22
62/22 63/24 65/14
whenever [2]  21/15 50/3
where [34]  4/1 4/2 5/4 6/3
6/4 6/5 24/6 24/8 24/13
24/15 24/16 24/17 26/7
26/25 27/5 34/23 35/7 36/6
36/7 36/21 37/4 37/6 39/18
41/16 47/7 48/14 49/6 53/19
54/5 54/13 57/7 57/20 58/17
60/2

whether [9]  8/2 28/10 36/24
36/25 41/7 41/9 52/14 52/15
55/4
which [67]  4/13 4/17 4/20 5/2
5/6 11/17 11/21 12/4 14/1
14/15 17/16 19/8 19/13
20/11 20/21 21/2 22/13
26/11 26/15 26/17 27/1 27/2
27/20 27/21 28/13 31/21
32/4 32/11 32/15 33/1 34/9
34/20 35/4 35/18 36/3 37/2
37/5 39/16 39/19 39/21
40/16 41/11 43/3 44/25 45/6
46/2 46/13 46/24 48/7 51/13
53/15 53/16 53/17 55/7 55/8
55/9 56/14 57/5 58/4 58/24
59/2 59/12 60/1 60/12 62/3
62/7 63/10
who [33]  3/14 12/1 29/9
29/14 32/20 33/6 33/19
33/23 33/23 34/4 34/5 34/8
34/15 34/18 34/19 35/2 35/9
38/10 38/11 39/9 39/14
39/15 49/7 50/20 51/17 52/9
52/15 52/25 53/22 53/23
57/3 59/6 62/20
who's [1]  3/18
whole [6]  21/10 26/1 26/10
30/13 32/6 49/24
wholly [1]  55/6
why [41]  10/2 13/6 13/7 13/9
13/14 23/9 23/10 24/3 24/20
24/20 25/16 25/18 26/23
27/4 31/18 31/19 32/8 32/23
34/11 34/13 35/22 35/23
36/1 36/4 39/6 39/24 40/1
42/13 44/3 52/17 53/1 53/4
53/11 53/12 57/17 59/9
59/10 59/20 61/3 62/25
63/18
will [17]  3/21 15/10 16/21
21/18 30/4 31/2 32/4 52/1
55/16 55/17 55/20 56/8
65/15 65/25 66/5 66/7 66/11
William [3]  32/21 53/2 53/3
winds [1]  18/16
wins [3]  15/12 15/20 21/3
wire [1]  32/5
wiretapping [1]  23/19
wish [1]  56/3
withdraw [2]  9/25 24/7
within [3]  61/16 65/11 65/16
without [8]  13/23 15/25 23/5
54/4 57/20 58/7 58/21 63/21
witness [1]  28/18
witnesses [5]  40/6 40/21
49/4 49/7 55/2
won't [2]  6/24 6/24
word [42]  22/24 25/17 52/20
60/8
words [11]  6/17 8/4 10/3
12/1 12/23 17/13 23/9 23/17
38/1 38/2 46/19
work [2]  66/8 66/10
worked [1]  35/14
would [36]  3/20 5/2 5/14 5/23
6/17 6/23 7/19 8/6 8/9 8/12
8/16 11/10 12/19 17/7 17/8

80

where [9]... (continued in col)
25/4 25/23 26/2 26/21 27/11
34/18 34/19 37/5 42/18 46/6
47/6 47/12 51/12 56/14 59/8
59/25 63/22
wouldn't [6]  25/25 26/1 26/3
26/5 42/4 43/25
wound [2]  49/2 65/1
write [2]  3/20 11/9
writing [1]  63/10
wrong [4]  4/21 7/13 23/8
57/1

_____

**Y**

yeah [2]  34/19 54/9
year [3]  16/12 41/21 42/2
years [2]  22/9 60/7
yes [18]  4/9 8/15 12/13 13/5
15/11 18/3 18/17 23/21
38/12 43/11 53/13 55/15
55/19 55/21 56/5 56/13 64/7
66/1
yesterday [2]  32/12 51/14
yet [3]  19/4 55/14 55/15
York [1]  1/16
you [171]  3/16 4/3 4/5 4/6
4/9 4/21 4/21 6/15 7/5 7/6
7/13 7/14 7/16 7/23 7/24 8/2
8/4 8/5 8/13 9/2 9/4 9/13
9/18 9/24 10/2 10/4 10/6
10/10 10/16 10/17 11/7 11/8
11/8 11/9 11/20 12/8 12/8
12/15 12/19 12/20 13/14
14/2 14/11 14/17 14/25 15/2
15/2 15/4 17/11 17/13 17/14
18/14 18/16 18/18 19/4
19/22 20/7 20/8 20/24 20/24
21/4 21/5 21/15 22/25 23/3
23/12 23/13 23/14 23/14
23/18 23/24 24/8 24/13
24/17 25/4 25/20 25/25
25/25 26/2 26/3 26/3 26/4
26/4 26/5 26/8 26/8 26/9
26/11 26/12 26/13 26/13
26/18 26/18 27/10 27/11
28/2 28/19 29/1 29/5 29/11
29/14 29/15 29/17 29/21
30/5 31/6 31/8 31/13 31/15
31/15 31/23 31/25 32/8
32/24 33/2 33/16 34/23
35/23 35/24 37/2 37/13
39/20 39/21 39/23 42/14
44/9 46/2 46/7 46/10 46/13
46/19 46/24 47/4 49/9 51/16
52/2 52/19 54/5 54/16 54/18
55/4 55/11 55/11 55/11
55/17 55/17 56/3 56/8 57/14
58/17 58/22 59/17 59/22
60/8 60/15 60/25 61/11
62/17 62/22 63/9 63/12
64/19 65/4 65/5 65/21 65/22
65/24 66/3 66/5 66/9 66/12
you're [1]  7/13
you've [3]  19/20 19/21 20/4
your [90]  3/6 3/8 3/17 3/19
4/9 4/14 4/16 5/5 5/25 7/4
7/16 8/2 8/5 8/12 8/15 9/11
9/25 10/9 11/4 11/14 12/9
12/11 13/5 13/18 14/13
14/18 15/6 15/11 15/23 16/8

your... [60]  17/7 18/17 19/5
22/16 22/19 23/18 24/4
24/12 24/22 25/19 26/8 27/8
27/11 27/15 28/7 29/6 30/5
31/12 31/24 32/1 33/25 34/3
35/1 36/6 37/4 37/12 37/25
38/8 40/8 41/6 41/25 42/2
48/20 49/17 49/20 50/19
51/1 51/5 51/10 53/14 54/21
54/23 55/15 55/19 55/24
56/5 56/13 57/23 59/23 61/6
61/12 62/12 64/2 65/7 65/14
65/18 65/18 65/22 66/1
66/12
Yugoslavia [1]  20/7

**Z**

zero [1]  57/17